Marc E. Kasowitz (mkasowitz@kasowitz.com)
Hector Torres (htorres@kasowitz.com)
Mark W. Lerner (mlerner@kasowitz.com)
Blythe E. Lovinger (blovinger@kasowitz.com)

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel:     (212) 506-1700
Fax:     (212) 506-1800

Attorneys for Defendants News Corporation,
 NYP Holdings, Inc., d/b/a the New York Post,
 Michelle Gotthelf and Daniel Greenfield

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                    :
AUSTIN FENNER and                                                   :
IKIMULISA LIVINGSTON,                                               :        Civil Action No.: 09 CV 9832(BSJ)
                                                                    :
                                          Plaintiffs,               :        **RULE 7.1 STATEMENT**
                                                                    :
                       vs.                                          :
                                                                    :
NEWS CORPORATION, NYP HOLDINGS,                                     :
INC., d/b/a THE NEW YORK POST,                                      :
MICHELLE GOTTHELF and DANIEL                                        :
GREENFIELD, in their official and individual                        :
capacities,                                                         :
                                                                    :
                                          Defendants.               :
------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and

magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel

for defendants News Corporation, NYP Holdings, Inc., d/b/a the New York Post, Michelle

Gotthelf and Daniel Greenfield certifies that:

    1.  News Corporation is the ultimate parent company of NYP Holdings, Inc.; and

2. News Corporation is a publicly-held corporation with no other parent or public

corporation owning 10% or more of its stock.

Dated: New York, New York
January 27, 2010

KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP

By: _____
Marc E. Kasowitz (mkasowitz@kasowitz.com)
Hector Torres (htorres@kasowitz.com)
Mark W. Lerner (mlerner@kasowitz.com)
Blythe E. Lovinger (blovinger@kasowitz.com)

1633 Broadway
New York, New York 10019
Tel.: (212) 506-1700
Fax: (212) 506-1800

Attorneys for Defendants News Corporation, NYP
Holdings, Inc., d/b/a the New York Post, Michelle
Gotthelf and Daniel Greenfield