USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-11-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUSTIN FENNER, et al.,

                Plaintiffs,

   - against -

NEWS CORPORATION, et al.,

                Defendants.

ORDER

09 Civ. 9832 (BSJ) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on May 11, 2010,

**IT IS HEREBY ORDERED** that the first phase of discovery shall be completed by **July 15, 2010**. A status conference is set for **June 17, 2010,** at **10:00 a.m.** in Courtroom 18D, 500 Pearl Street.

No request for adjournment will be considered unless made **three business days** before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Michael Brantley, 212-805-0242.

**SO ORDERED this 11th day of May 2010**
New York, New York

*/s/ Ronald L. Ellis*

**The Honorable Ronald L. Ellis**
**United States Magistrate Judge**