KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP
Marc E. Kasowitz (mkasowitz@kasowitz.com)
Daniel R. Benson (dbenson@kasowitz.com)
Mark W. Lerner (mlerner@kasowitz.com)
Blythe Lovinger (blovinger@kasowitz.com)
1633 Broadway
New York, New York 10019
Tel.:   (212) 506-1700
Fax:   (212) 506-1800

*Attorneys for Defendants News Corporation,*
*NYP Holdings, d/b/a the New York Post,*
*Michelle Gotthelf and Daniel Greenfield*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                     :

AUSTIN FENNER and            :     Civil Action No.: 09 CV 9832 (BSJ)
IKIMULISA LIVINGSTON,      :

              Plaintiffs,   :

                     :     **NOTICE OF MOTION TO**
         vs.           :     **STRIKE CERTAIN OF**
                     :     **PLAINTIFFS' ALLEGATIONS**
NEWS CORPORATION, NYP HOLDINGS,  :     **FROM THE SECOND**
INC., d/b/a/ THE NEW YORK POST,    :     **AMENDED COMPLAINT**
MICHELLE GOTTHELF and DANIEL     :
GREENFIELD, in their official and individual :
capacities                  :     **Oral Argument Requested**
                     :

              Defendants. :
---------------------------------------------------------------x

    **PLEASE TAKE NOTICE** that, upon the attached declaration of Mark W. Lerner, dated

October 20, 2010 and the exhibit attached thereto, the accompanying Memorandum of Law, and

upon all other papers and proceedings herein, Defendants News Corporation, NYP Holdings,

Inc., d/b/a The New York Post, and Michelle Gotthelf and Daniel Greenfield, in their official and

individual capacities, by their attorneys Kasowitz, Benson, Torres & Friedman LLP, hereby

move this Court before The Honorable Barbara S. Jones at The United States District Court,

Southern District of New York, 500 Pearl Street, New York, New York 10007, for an order pursuant to Rules 12(e) and 12(f) of the Federal Rules of Civil Procedure granting Defendants' motion to strike certain allegations contained within Plaintiffs' Second Amended Complaint.

**PLEASE TAKE FURTHER NOTICE** that papers in opposition to this motion, if any, shall be served, pursuant to Local Rule 6.1(b), within fourteen (14) days of service of the moving papers of this motion; and

**PLEASE TAKE FURTHER NOTICE** that reply papers, if any, shall be served, pursuant to Local Rule 6.1(b), within seven (7) days of service of the opposition papers.

Dated: New York, New York
      October 20, 2010

Respectfully submitted,

KASOWITZ, BENSON, TORRES
& FRIEDMAN, LLP

By: _____
    Marc E. Kasowitz (mkasowitz@kasowitz.com)
    Daniel R. Benson (dbenson@kasowitz.com)
    Mark W. Lerner (mlerner@kasowitz.com)
    Blythe Lovinger (blovinger@kasowitz.com)

1633 Broadway
New York, New York 10019
Tel.:(212) 506-1700
Fax:(212) 506-1800

*Attorneys for Defendants News Corporation,*
*NYP Holdings, d/b/a the New York Post,*
*Michelle Gotthelf and Daniel Greenfield*

To: Kenneth P. Thompson
    Thompson Wigdor & Gilly LLP
    85 Fifth Avenue
    New York, New York 10003
    *Attorney for Plaintiff Sandra Guzman*