```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-17-11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUSTIN FENNER and
IKIMULISA LIVINGSTON,

                Plaintiffs,

      - against -

NEWS CORPORATION, et al.,

                Defendants.

ORDER

09 Civ. 9832 (BSJ) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

During a July 7, 2011 telephone conference in this matter, the undersigned ordered Defendants NYP Holdings, Inc., d/b/a the New York Post, News Corporation, Michelle Gotthelf and Daniel Greenfield to submit certain redacted documents for *in camera* review so that the Court could determine whether the redactions were proper. On July 18, 2011, Defendants submitted copies of the redacted and unredacted documents for the Court to review. After reviewing the submitted materials, the Court determines that the entries in question were properly redacted. The redacted material reflects confidential and private information about New York Post employees who are not related to this action. Accordingly, Plaintiff's request to review the redacted material is **DENIED.**

**SO ORDERED this 17th day of August 2011**
New York, New York

                                                */s/ Ronald L. Ellis*
                                                The Honorable Ronald L. Ellis
                                                United States Magistrate Judge