KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

MARK W. LERNER
212-506-1728
DIRECT FAX 212-835-5028
MLERNER@KASOWITZ.COM

ATLANTA
HOUSTON
MIAMI
NEWARK
SAN FRANCISCO

April 26, 2012

**VIA HAND DELIVERY**

Hon. Ronald L. Ellis
U.S. Magistrate Judge
500 Pearl St., Courtroom 18D
New York, New York 10007-1312

**Letter Submitted Jointly
By All Parties Regarding
Scheduling**

Re: Guzman v. NYP Holdings, Inc., et al.
No. 09 CV 9323 (BSJ)(RLE)

Fenner, et al. v. NYP Holdings, Inc., et al.
No. 09 CV 9832 (BSJ)(RLE)

Dear Judge Ellis:

This letter is submitted jointly by all parties to inform the Court of our jointly proposed schedule for the above-referenced cases, and supersedes the letters dated April 23, 2012 from plaintiffs' counsel regarding proposed scheduling.

The parties jointly propose that all depositions be completed by June 29, 2012.

The parties jointly propose that motions for summary judgment, if any, be filed on or before August 17, 2012. Opposition to motions for summary judgment shall be due October 5, 2012. Reply briefs shall be due in the Fenner case on November 2, 2012 and in the Guzman case on November 16, 2012. This schedule takes into account certain schedule conflicts as well as the needs of the parties to prepare the submissions.

We thank Your Honor for your attention in this matter.

Respectfully submitted,

Mark W. Lerner

cc: Kenneth P. Thompson, Esq. (by e-mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-30-12

Ronald Ellis 4-30-12
MAGISTRATE JUDGE