**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

AUSTIN FENNER and                                       :
IKIMULISA LIVINGSTON,                                   :

                                    Plaintiffs,         :         No. 09 CV 9832(BSJ)(RLE)

                                                        :

                    vs.                                 :

                                                        :

                                                        :

NEWS CORPORATION, NYP HOLDINGS,                         :
INC., d/b/a THE NEW YORK POST,                          :         **NOTICE OF APPEARANCE**
MICHELLE GOTTHELF and DANIEL                            :
GREENFIELD, in their official and individual            :
capacities,                                             :

                                                        :

                                    Defendants.         :

-----------------------------------------------------------X

**PLEASE TAKE NOTICE** that Douglas H. Wigdor of Thompson Wigdor LLP hereby

enters his appearance as counsel on behalf of Plaintiffs Austin Fenner and Ikimulisa

Livingston in the above-captioned matter.

Dated: New York, New York
          January 18, 2013

                              Respectfully Submitted,

                              THOMPSON WIGDOR LLP

                              By: _____
                                    Douglas H. Wigdor
                                    85 Fifth Avenue
                                    New York, NY 10003
                                    Telephone:    (212) 257-6800
                                    Facsimile:    (212) 257-6845
                                    dwigdor@thompsonwigdor.com

                              *COUNSEL FOR PLAINTIFFS*