# EXHIBIT 5

PAUL CARLUCCI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

AUSTIN FENNER and IKIMULISA LIVINGSTON,

Plaintiffs,

-against-

09 CIV 9832 (BSJ)(RLE)

NEWS CORPORATION, NYP HOLDINGS, INC., d/b/a THE NEW YORK POST and DAN GREENFIELD and MICHELLE GOTTHELF,

Defendants.

---------------------------------------X

SANDRA GUZMAN,

Plaintiff,

vs. 09 CIV 9323 (BSJ)(RLE)

NEWS CORPORATION, NYP HOLDINGS, INC., d/b/a THE NEW YORK POST, and COL ALLAN, in his official and individual capacities,

Defendants.

---------------------------------------X

VIDEOTAPED DEPOSITION OF PAUL CARLUCCI

New York, New York

Friday, June 22, 2012

REPORTED BY: BARBARA R. ZELTMAN (BOBBIE)

Professional Stenographic Reporter

Job Number: 50903

PAUL CARLUCCI

Q And she was going to discuss Human Resources, right?
A Yes.
Q And you see that Les Goodstein is also listed as a presenter for the meeting scheduled for September 14, 2009?
A Yes.
Q And he was expected to discuss the Community Newspaper Group, correct?
A If he had something to discuss, as was Amy, as was -- I did have something to discuss, but I don't know if they did have something or they did discuss anything that day.
Q And you see that according to Deposition Exhibit 14, Col Allan is listed as a presenter for that particular meeting, as well, correct?
A Yes.
Q And Jennifer Jehn is also listed as a presenter for that meeting, correct?
A Yes.
Q Now, you see under the list of names it says "Next Management Council



PAUL CARLUCCI

meeting, September 21, 2009 at 10:30 a.m."
Mr. Carlucci, was there a Management Council at The New York Post in September of 2009?
A Yes.
Q Did that Management Council differ from the Executive Committee that was in existence in September of 2009?
A Yes.
Q Do you know how long there has been a Management Council at The New York Post?
A No, I do not.
Q Was there a Management Council in existence when you first became the Publisher of The New York Post in 2005?
A I do not recall if there was or wasn't.
Q Were you a member of the Management Council?
A I am a member but I do not attend.
Q When did you first become a member of The New York Post Management Council?
A I do not recall the date.
Q How long have you been a member of



PAUL CARLUCCI

The New York Post Management Council?
MR. KASOWITZ: Object to form.
A Several years.
Q Did anyone assign you to the Management Council at The New York Post?
MR. KASOWITZ: Object to form.
A I'm sorry.
Q How did you end up being a part of the Management Council at The New York Post?
A I don't recall how I became a member. I guess because I was publisher.
Q Are there other members of The New York Post Management Council?
A Yes.
Q Can you identify all the members of The New York Post Management Council, currently?
A No.
Q Can you identify any member of The New York Post Management Council besides yourself?
A Yes.
Q Identify any other individual who is a member of The New York Post



PAUL CARLUCCI

Management Council.
A Patrick Judge, Seth Rosenthal.
Q Who is Seth Rosenthal?
A Advertising manager.
Courtney -- whose name, I can't recall her last name, but she's also a member, Courtney.
Q What department does she work in at The New York Post?
A Advertising.
Q Anyone else?
A Yes. Ken Casellas.
Q Who is Ken Casellas?
A Advertising manager.
Patrick Judge. Howard Adler. There's representation from Michael Racano. Joe, whose name I can't recall unfortunately, from Finance.
There's a few other -- there's an additional financial person on the board.
Amy Scaldone.
A production manager for from the plant whose name escapes me at this time. And several others.

Page 322

PAUL CARLUCCI

Q Is Col Allan also a member of the Management Council?
A No.
Q Has he ever been a member of the Management Council?
A No.
Q Has anyone from the Editorial Department ever served on the Management Council?
A Not I'm that I'm aware of. There's no Editorial representation.
Q How often did the Management Council meet in 2009?
A I'm not sure how often they met. I'm not sure how often they met.
Q Do you recall if Sandra Guzman was ever discussed at any New York Post Management Council meeting?
A I don't recall the content of the Management Council, but that would never be discussed in Editorial. It was strictly circulation, production times, plant situations, IT, and mostly advertising presentations.

Page 323

PAUL CARLUCCI

And it was also an extremely brief meeting.
Q When you say extremely brief, how brief were the meetings?
A Twelve, 15 minutes.
Q Was Les Goodstein a member of the Management Council?
A I don't know if he is or isn't, but he does have a representative from the Community Newspaper, James Spigelman attends.
Q Does James Spigelman work for Les Goodstein?
A I believe he reports to him, yes.
Q Did you ever see Les Goodstein at a New York Post Management Council meeting?
A Yes, I have.
Q How many times have you seen Les Goodstein at a New York Post Management Council meeting?
A Probably -- I shouldn't answer probably.
MR. KASOWITZ: Don't guess, Paul. I will kick you under the

Page 324

PAUL CARLUCCI

table.
A I'm not sure.
Q Have you seen Les Goodstein at a New York Post Management Council meeting more than once?
A Yes.
Q And what is the main purpose of The New York Post Management Council?
MR. KASOWITZ: Objection. Asked and answered.
You can answer.
A It is to share positive information about The New York Post.
Q What do you mean it's to "share positive information about The New York Post"?
A Well, it's a group made up of a lot of advertising people, circulation people, production people, and it's the next pyramid of management that reports to the management team of The New York Post and it's to convey to them things that are doing well: We sold a particular account, circulation is going to increase because we have new outlets.

Page 325

PAUL CARLUCCI

Whatever the subject matter of the day might be.
Q You just referred to "the management team at The New York Post."
Who makes up the management team at The New York Post?
A Executive Committee is the management team of The New York Post.
Q So the Executive Committee is the management team at The New York Post?
MR. KASOWITZ: Object to form. Asked and answered.
Q Just making sure I heard you correctly.
A Yes.
Q Can you turn to the second page of Deposition Exhibit 14.
Can you read the text on that page into the record?
A "Tempo - Jennifer recapped the decision that Tempo would transition from a monthly section to three key issues per year tying around key Latino events."
"Action. Amy and Jennifer to

Page 358

PAUL CARLUCCI

finished.

You have to calm down.

MR. KASOWITZ: Stop that. Stop that. Stop it.

MR. THOMPSON: Mr. Kasowitz, this is important. You cannot raise your voice improperly during this deposition. You can state your objections all you want. You don't have the right to raise your voice to anyone at this deposition.

MR. KASOWITZ: I'm not raising my voice.

MR. THOMPSON: The record is clear.

MR. KASOWITZ: I'm not raising my voice.

MR. THOMPSON: The videotape is clear.

MR. KASOWITZ: I'm not raising my voice. I'm insisting that you let the witness finish answering his question, your question before you cut him off.

Page 359

PAUL CARLUCCI

MR. THOMPSON: Are you finished, Mr. Kasowitz?

MR. KASOWITZ: Are you done with your answer?

THE WITNESS: I don't remember the question.

MR. THOMPSON: I'll ask it again.

MR. KASOWITZ: You tend to confuse.

BY MR. THOMPSON:

Q The statement I'm focusing your attention on in this press release is in the paragraph that says, "Mr. Carlucci, 58, joined News Corporation in 1991."

Do you see that particular statement in the press release?

A Yes, I do.

Q Is it true or false that you joined News Corporation in June of 1991?

A It's neither true or false. I thought I had joined News America Marketing or News America. I believe the name of it was News America FSI which was a subsidiary

Page 360

PAUL CARLUCCI

of News Corporation.

Q Why do you say that that statement that you joined News Corporation in June 1991 is neither true or false?

A Because my recollection and when I think I joined is that this is obviously a press release, but I disagree with it.

I think I joined News America FSI in 1991 and I never worked for the corporation.

Q So you're not -- you never were employed by News Corporation?

A No. I was employed, from my belief, with News America FSI was I believe the name of the company.

Q Okay.

MR. THOMPSON: Let's change the tape.

THE VIDEOGRAPHER: The time is 7:09. We're going off the record.

(A brief recess was taken.)

THE VIDEOGRAPHER: The time is 7:20. We're back on the record.

Page 361

PAUL CARLUCCI

BY MR. THOMPSON:

Q Mr. Carlucci, do you receive paychecks in connection with your position as Publisher of The New York Post?

A Do I receive --

Q Paychecks?

A I'm paid automatic deposit.

Q Did you ever receive paychecks when you were Publisher of The New York Post?

Did you ever receive paychecks in connection with --

A No. It was direct deposit.

Q Do you know what company actually pays your salary?

A No, I do not.

I'll correct it. I think it's News America.

Q News America?

A I think so.

Q Do you know if there was ever a press release issued announcing Les Goodstein's appointment at the company?

A Not that I recall.

MR. THOMPSON: Can we have this