# **EXHIBIT 7**

Contains Confidential & Attorneys' Eyes Only Portions Bound Separately

```
                                                              Page 1
 1                        Allan
 2           UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF NEW YORK
 3
      SANDRA GUZMAN,                    )
 4                                      )
                  Plaintiff,            )
 5                                      )
                  vs.                   ) 09CIV9323
 6                                      ) (BSJ(RLE)
      NEWS CORPORATION, NYP HOLDINGS,   )
 7    INC., d/b/a THE NEW YORK POST,    )
      and COL ALLAN, in his official    )
 8    and individual capacities,        )
                                        )
 9                Defendants.           )
      ----------------------------------)
10
11    (Contains Confidential & Attorneys' Eyes Only Portions Bound Separately)
12
13         VIDEOTAPED DEPOSITION OF COLIN ALLAN
14                  New York, New York
15              Tuesday, February 14, 2012
16
17
18
19
20
21
22
23    Reported by:
24    Philip Rizzuti
25    JOB NO. 46188
```

TSG Reporting - Worldwide    877-702-9580

Contains Confidential & Attorneys' Eyes Only Portions Bound Separately

Page 6

1              Allan
2     Thompson Wigdor for the plaintiff Sandra
3     Guzman, with my colleague Paul Clark.
4          THE VIDEOGRAPHER: Will the court
5     reporter please swear in the witness.
6     C O L I N  A L L A N, called as a witness,
7          having been duly sworn by a Notary
8          Public, was examined and testified as
9          follows:
10    EXAMINATION BY
11    MR. THOMPSON:
12         Q.   I am Ken Thompson, I am Sandra
13    Guzman's attorney. I also represent Austin
14    Fenner and Ikimalisa Livingston in lawsuits
15    that they brought against the New York Post
16    and News Corp.
17         Have you ever had your deposition
18    taken before?
19         A.   One time.
20         Q.   When was that?
21         A.   I guess back in 2002 or '3.
22         Q.   Was that case here in New York?
23         A.   Yes, sir.
24         Q.   What type of case?
25         A.   It was a case of age

Page 7

1              Allan
2     discrimination.
3          Q.   Who brought that age
4     discrimination case?
5          A.   Gentleman named Sid Simon.
6          Q.   Were you accused of any wrongdoing
7     in that case?
8          A.   The newspaper was.
9          Q.   What did that plaintiff allege in
10    that particular lawsuit?
11         A.   He alleged he had been dismissed
12    because of his age.
13         Q.   How old was he at the time of his
14    dismissal?
15         A.   I don't recall.
16         Q.   What position did he have at the
17    New York Post?
18         A.   He was a part-time columnist.
19         Q.   So you had your deposition taken
20    in that particular matter?
21         A.   Yes, I did.
22         Q.   Did that matter end up going to
23    court?
24         A.   No, sir.
25         Q.   What happened to that case?

Page 8

1              Allan
2          A.   It was settled.
3          Q.   So I want to go over a couple of
4     rules that will cover this deposition. If I
5     ask you a question and you don't understand it
6     just tell me. I have an obligation to ask it
7     again so you do understand it. Okay?
8          A.   I understand.
9          Q.   The other important rule to follow
10    is both of us have to speak on the record, so
11    all your answers have to be verbal. As you
12    can see there is a court reporter sitting next
13    to you that is creating a deposition
14    transcript. Do you understand that?
15         A.   Yes.
16         Q.   If there is any reason why you
17    want to take a break, stretch your legs or go
18    to the restroom just let me know and we will
19    take breaks. I would ask that if I am in the
20    middle of asking a question or series of
21    questions, let me finish and then we can take
22    a break?
23         A.   I understand.
24         Q.   Is there any reason why you can't
25    testify truthfully today?

Page 9

1              Allan
2          A.   No.
3          Q.   Mr. Allan, are you an employee of
4     News Corporation?
5          A.   I am an employee of the New York
6     Post.
7          Q.   Do you know where News Corp.'s
8     corporate offices are located?
9          A.   1211 Sixth Avenue.
10         Q.   Here in New York City?
11         A.   Yes.
12         Q.   And where is the business and
13    editorial offices of the New York Post
14    located?
15         A.   1211 Sixth Avenue.
16         Q.   So the corporate offices of News
17    Corp. and the editorial and the business
18    offices of the New York Post are located in
19    the same building here in New York City?
20         A.   Correct.
21         Q.   Have they been located in that
22    same building throughout your tenure at the
23    company?
24         A.   Yes.
25         Q.   Does News Corp. occupy any