# **EXHIBIT 9**

Marc E. Kasowitz (mkasowitz@kasowitz.com)
Hector Torres (htorres@kasowitz.com)
Mark W. Lerner (mlerner@kasowitz.com)
Blythe E. Lovinger (blovinger@kasowitz.com)

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel:    (212) 506-1700
Fax:    (212) 506-1800

Attorneys for Defendant NYP Holdings, Inc., d/b/a
the New York Post

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SANDRA GUZMAN,

                Plaintiff,

    v.

NEWS CORPORATION, NYP HOLDINGS,
INC., d/b/a THE NEW YORK POST, and COL
ALLAN, in his official and individual capacities,

                Defendants.
------------------------------------------------------------X

Civil Action No.

09-CV-9323 (BSJ)

**DEFENDANT NYP HOLDINGS, INC., d/b/a THE NEW YORK POST'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES (CONFIDENTIAL RESPONSES INCLUDED)**

Defendant NYP Holdings, Inc., d/b/a The New York Post ("NYP"), by its attorneys Kasowitz, Benson, Torres & Friedman LLP, hereby objects and responds to Plaintiff Sandra Guzman's ("Plaintiff") First Set of Interrogatories to Defendants News Corporation and NYP Holdings, Inc., d/b/a The New York Post (hereinafter, the "Interrogatories").

**Objection and Response:** Defendant objects to Interrogatory No. 17 on the grounds that it is overly broad, unduly burdensome and not reasonably limited in scope or time. Defendant further objects to this Interrogatory on the grounds that it seeks information which contains confidential and/or personal information concerning current and/or former employees. Defendant further objects to this Interrogatory on the grounds that it seeks information that is neither relevant to the subject matter of this litigation, nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving the General Objections and foregoing specific objections, Defendant states that since Ms. Guzman's employment was terminated, Defendant has not hired any associate editors.

**Interrogatory No. 18:** Identify each and every person who made the decision to retain the editor and/or staff of Page Six Magazine after the decision was made to reduce and/or cease publication of Page Six Magazine.

**Objection and Response:** Defendant objects to Interrogatory No. 18 on the grounds that it seeks information that is neither relevant to the subject matter of this litigation, nor reasonably calculated to lead to the discovery of admissible evidence.

**Interrogatory No. 19:** Identify each member of the Board of Directors of Defendants News Corporation and the Post.

**Objection and Response:** Defendant states that Paul V. Carlucci, David F. Devoe, Keith Rupert Murdoch, and Lawrence A. Jacobs comprise the Board of Directors for Defendant NYP Holdings, Inc., d/b/a The New York Post.

**Interrogatory No. 20:** Identify each and every person who has knowledge in any way relating to Plaintiff's allegations and claims as set forth in the Complaint.

**Objection and Response:** Defendant objects to Interrogatory No. 20 on the grounds that it is vague and ambiguous. Defendant further objects on the grounds that this Interrogatory is

Dated: New York, New York
      June 24, 2010

                                          KASOWITZ, BENSON, TORRES
                                          & FRIEDMAN LLP

                                          By: _____
                                              Marc E. Kasowitz (mkasowitz@kasowitz.com)
                                              Hector Torres (htorres@kasowitz.com)
                                              Mark W. Lerner (mlerner@kasowitz.com)
                                              Blythe E. Lovinger (blovinger@kasowitz.com)

                                          1633 Broadway
                                          New York, New York 10019
                                          Tel.: (212) 506-1700
                                          Fax: (212) 506-1800

                                          Attorneys for Defendant NYP Holdings, Inc., d/b/a
                                          the New York Post