# EXHIBIT 11



1211 Avenue of the Americas
New York, N.Y. 10036

Human Resources Dept.
212-930-8082

# APPLICATION FOR EMPLOYMENT

*The Post does not discriminate in hiring or employment on the basis of race, color, religion or creed, national origin, age, disability, sexual orientation, citizenship, alienage, marital status or U.S military status.*

**PERSONAL INFORMATION** – Please Print – All information will be treated confidentially

| LAST NAME | FIRST NAME | MIDDLE NAME |
|---|---|---|
| Fenner | Austin | Evans |
| **POSITION DESIRED** | **IF OFFERED, WHEN CAN YOU REPORT FOR WORK?** | **SOCIAL SECURITY NUMBER** |
| reporter/journalist | May 7, 2007 | Redacted |
| **PRESENT STREET ADDRESS** | **CITY/STATE/ZIP** | **HOME PHONE** |
| 143 Hillside Ave | Teaneck, New Jersey 07666 | Redacted |
| **LIST OTHER NAME(S) UNDER WHICH APPLICANT'S EMPLOYMENT OR EDUCATIONAL RECORDS OR REFERENCES MAY BE VERIFIED:** | | **BUSINESS/DAYTIME PHONE** |
| | | |
| **IF HIRED, CAN YOU FURNISH PROOF THAT YOU CAN LEGALLY BE PERMITTED TO WORK IN THE UNITED STATES?** ☒ YES ☐ NO | **REFERRED BY:** ☐ Newspaper Ad ☐ School ☐ Employee ☐ Agency ☐ On My Own ☐ Other | **NAME SOURCE** |

Have you ever been convicted of a felony? ☐ Yes ☒ No. If yes, state when, where and the nature of such conviction.
Conviction of an offense is not an automatic bar to employment-all circumstances will be considered, including the nature of the crime and the length of time since conviction.

In case of emergency notify:
NAME Karen Fearon-Fenner PHONE Redacted
ADDRESS 143 Hillside Ave Teaneck, NJ 07666

DO YOU HAVE ANY RELATIVES AT THIS COMPANY? IF YES, WHOM?

**EDUCATION** – List Education, Formal Training Licenses, Certificates and Degrees related to the position sought.

| TYPE OF SCHOOL | NAME AND ADDRESS OF SCHOOL (INDICATE CITY AND STATE) | COURSES MAJORED IN | CHECK LAST YEAR COMPLETED |
|---|---|---|---|
| High School | Power Memorial Academy NYC, NY | | ☐ 9 ☐ 10 ☐ 11 ☒ 12 |
| Junior College | | | ☐ 1 ☐ 2 DATES: |
| College | Syracuse University, Syracuse, NY | | ☐ 1 ☐ 2 ☐ 3 ☒ 4 DATES: |
| Graduate School | | | ☐ 1 ☐ 2 ☐ 3 ☐ 4 DATES: |
| Business, Trade, Night School, Other | | | DATES: |

**U.S. MILITARY STATUS** – Federal Law requires employers to obtain the following information from Veterans:

ARE YOU A VETERAN OF THE VIETNAM ERA? ☐ YES ☒ NO
IF YES, DETAIL THE EXPERIENCE YOU GAINED THERE.

**SPECIAL SKILLS** – Complete if applicable to position sought

☐ TYPING SPEED ________ W.P.M. ☐ STENO ________ W.P.M. ________ ☐ OTHER OFFICE MACHINES USED:
☐ ADDING MACHINE/CALCULATOR ☐ DICTAPHONE ☐ WORD PROCESSOR

CONFIDENTIAL

**EMPLOYMENT DATA**

Your work experience is an important factor in finding a position for which you are well suited. List employment starting with your most recent position. Include military service in the U.S. Armed Forces. Account for any time during this period that you were unemployed by stating the nature of your activities. Do not exclude any employment. If you need more space, use attachment, or we will supply additional paper.

Do you authorize inquiry about you from present employer? ☐ Yes ☐ No Phone (Area Code): ( )

| DATES | NAME AND ADDRESS OF EMPLOYER | POSITION AND SUPERVISOR | LIST MAJOR DUTIES | WAGES | REASON FOR LEAVING |
|---|---|---|---|---|---|
| From Mo./Yr. August 1987<br>To Mo./Yr. April 2007 | New York Daily News<br>450 West 33rd st.<br>NYC, NY 10001 | Your Job Title: Staff Writer<br>SUPERVISOR'S NAME: Dean Chang | general Assignment reporter | Starting $ Per<br>FINAL $ Per 84,000 | ☐ Quit ☐ Layoff ☐ Discharged<br>Why? |
| From Mo./Yr<br>To Mo./Yr. | | Your Job Title<br>SUPERVISOR'S NAME | | Starting $ Per<br>FINAL $ Per | ☐ Quit ☐ Layoff ☐ Discharged<br>Why? |
| From Mo./Yr<br>To Mo./Yr. | | Your Job Title<br>SUPERVISOR'S NAME | | Starting $ Per<br>FINAL $ Per | ☐ Quit ☐ Layoff ☐ Discharged<br>Why? |
| From Mo./Yr<br>To Mo./Yr. | | Your Job Title<br>SUPERVISOR'S NAME | | Starting $ Per<br>FINAL $ Per | ☐ Quit ☐ Layoff ☐ Discharged<br>Why? |

**PERSONAL REFERENCES:**

| | NAME | ADDRESS | PHONE |
|---|---|---|---|
| 1. | Gus Dello Sordo | 446 Rugby road Bklyn 11226 New York | Redacted |
| 2. | Phil Ducanale | 93 Lorraine Ave Montclair, NJ | Redacted |
| 3. | Hugh Tracey | 12 Arverne rd West Orange, NJ 07052 | Redacted |

**APPLICANT: PLEASE READ THE FOLLOWING CAREFULLY BEFORE SIGNING THIS APPLICATION FORM.**

1. I authorize the New York Post to obtain information concerning former employers and others and release all concerned from any liability in connection therewith.
2. I declare that my answers to the questions in this application are true and complete to the best of my knowledge and belief. I understand that any false statements, omissions of facts called for appearing on this or any other employment form will be sufficient reason not to hire me, and if discovered after my employment, may result in immediate dismissal at the Company's sole discretion.
3. If employed, I will abide by the rules, regulations or statements of policy which now exist, or which may, form time to time be added to, modified or changed, as circumstances warrant, at the sole discretion of the Company.
4. This is an application for at-will employment. I acknowledge that if employed, I will have no promise of continue employment, and that my employment is for no definite period of time, and may be terminated at my will or the will of th Company.

I have read and understand the above.

CONFIDENTIAL

[signature]