# **EXHIBIT 12**

Page 1

1

2  UNITED STATES DISTRICT COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  -------------------------------x

5  AUSTIN FENNER and

6  IKIMULISA LIVINGSTON,

7

8                  Plaintiffs,

9         v.                              09 Civ. 9832

10                                         (BSJ)(RLE)

11 NEWS CORPORATION, NYP HOLDINGS,

12 INC. d/b/a THE NEW YORK POST

13 and DAN GREENFIELD and

14 MICHELLE GOTTHELF,

15                 Defendants.

16 -------------------------------x

17

18           DEPOSITION OF AUSTIN FENNER

19                New York, New York

20                 January 11, 2012

21

22 Reported by:

23 MARY F. BOWMAN, RPR, CRR

24 JOB NO. 45411

25

Page 18

```
 1             FENNER
 2   recall any that pertained to NewsCorp. as
 3   opposed to the Post?
 4       A.   There were so many documents, it
 5   was a blizzard of paper.  I can't recall
 6   right now which ones you are referring to.
 7       Q.   I'm not referring to any particular
 8   document.  My question is, are you aware of
 9   having produced any documents to your
10   attorney that pertained to NewsCorp. as
11   opposed to the Post?
12           MR. THOMPSON: Objection, asked and
13       answered.
14       A.   I gave over all the documents I
15   have.
16       Q.   Did any of them relate to News
17   Corporation?
18       A.   There was a blizzard of documents.
19   There was so many, I can't recall -- for me,
20   it is all the same, it is all one, so I just
21   gave over whatever showed up.
22       Q.   For you, documents relating to the
23   Post and NewsCorp. are the same thing?
24       A.   I was hired by NewsCorp. and the
25   Post.
```

Page 19

```
 1             FENNER
 2       Q.   Who did you meet with when you were
 3   hired from NewsCorp.?
 4       A.   I can't recall right now, but I
 5   believe the training manuals I viewed might
 6   have said NewsCorp.  Is that right?
 7       Q.   Did you -- who did you interview
 8   with?
 9       A.   For what?
10       Q.   For your position at the Post?
11       A.   Dan Colarusso.
12       Q.   Dan Colarusso was an editor at the
13   Post, right?
14       A.   That's correct.
15       Q.   Who was his boss?
16       A.   Col Allan.
17       Q.   The editor and chief of the New
18   York Post, right?
19       A.   Correct.
20       Q.   Do you remember dealing with a
21   human resources department?
22       A.   I do.
23       Q.   Was that the New York Post human
24   resources department?
25       A.   I believe it was.
```

Page 20

```
 1             FENNER
 2       Q.   So do you recall dealing with
 3   anybody at NewsCorporation in connection with
 4   your hire?
 5       A.   I remember dealing with Amy
 6   Scialdone and there were several different
 7   people at times who were leading training
 8   sessions.  This was within the
 9   NewsCorporation building.  I don't know
10   exactly who the employer was, but I looked at
11   it as one and the same.
12       Q.   Amy Scialdone is human resources
13   for the New York Post, is she not?
14       A.   That's correct.
15       Q.   When you did training, was it in a
16   room or was it an online training?
17       A.   It was at 1211 Avenue of the
18   Americas.
19       Q.   That's where the New York Post's
20   offices are, right?
21       A.   That's correct, inside the
22   NewsCorp. building.
23       Q.   You had an e-mail address at the
24   New York Post, right?
25       A.   Yes.
```

Page 21

```
 1             FENNER
 2       Q.   Was that an e-mail address that
 3   said @NewYorkPost.com?
 4       A.   That's correct.
 5       Q.   And did you have a business card?
 6       A.   I did.
 7       Q.   Did it say that you worked for the
 8   New York Post?
 9       A.   That's correct.
10       Q.   Did it say that you worked for
11   NewsCorp.?
12       A.   I believe it said New York Post.
13       Q.   And when you entered your offices
14   on the 10th floor of the building, did it say
15   the New York Post?
16       A.   Yes, when I walked into the
17   NewsCorp. building, I passed through security
18   and took the elevator to the 10th floor to
19   the New York Post offices.
20       Q.   Do you know who paid you?  Was
21   it -- were you paid by the New York Post?
22       A.   The check said New York Post, I
23   believe.  I would need to see it if you have
24   one.
25       Q.   And you have sent around some
```

TSG Reporting - Worldwide     800-702-9580

Page 74

1     FENNER
2  within Columbia University on those stories?
3     A.  I can't recall right now.
4     Q.  Did your editors assign you stories
5  relating to the Columbia University
6  expansion?
7     A.  No, I pitched a series of stories.
8  One of those stories was about the Cotton
9  Club business, and through our work, through
10 doing great work on that story, we helped
11 this man save his business from the imminent
12 domain issue that was hovering over many of
13 the businesses in Columbia, in the Columbia
14 expansion plan.
15    Q.  How many stories did you pitch
16 relating to the Columbia University
17 expansion?
18    A.  Many.
19    Q.  How many ran?
20    A.  Maybe five.  I can't recall the
21 exact number right now.
22    Q.  Do you know how many you pitched?
23    A.  I can't recall the exact number
24 right now.
25    Q.  Were any of your stories turned

Page 75

1     FENNER
2  down by the city desk?
3     A.  Yes.
4     Q.  How many?
5     A.  I can't recall the exact number.
6     Q.  Were you ever criticized by your
7  editors for your reporting on the Columbia
8  University expansion?
9     A.  I can't recall right now.
10    Q.  Did your editors tell you that you
11 were not pitching enough stories relating to
12 the Columbia University expansion?
13    A.  I can't recall that right now.
14    Q.  Were there any stories about the
15 Columbia University expansion that were
16 developed by the city desk and assigned to
17 you?
18    A.  I can't recall if -- I can't recall
19 if you're talking about a particular story
20 that they might have assigned.  I know I
21 pitched many stories, that was part of my
22 enterprise week.
23    Q.  By -- you were hired in
24 approximately the middle of 2007, right?
25    A.  May 2007.

Page 76

1     FENNER
2     Q.  May of '07.  By May of '08, you had
3  been at the Post about a year, correct?
4     A.  Correct.
5     Q.  And what were your -- what were
6  your reporting duties by May of 2008?  In
7  other words, were you in the street most of
8  the time or were you in the office most of
9  the time?
10    A.  I was hired as an enterprise
11 reporter which required me to pitch stories,
12 cover breaking news, and cover out of town
13 assignments for the paper.  So it was a mix.
14    Q.  Did that group of responsibilities
15 put you in the street most of the time or in
16 the office?  What was the --
17       MR. THOMPSON:  Objection.
18    Q.  -- what was the balance of your
19 time?
20    A.  It was a mix.
21    Q.  Would you agree that about a year,
22 just using about a year in May of 2008, that
23 you were primarily working as a street
24 reporter?
25    A.  No.

Page 77

1     FENNER
2     Q.  What were you -- what does the term
3  "street reporter" mean to you?
4     A.  You mean someone who is not in the
5  office?
6     Q.  Yes.  Is that what you were
7  primarily were by mid '08?
8     A.  Not at all.
9     Q.  You were in the office?
10    A.  I was a senior reporter working at
11 the paper.
12    Q.  Where were you performing your job?
13    A.  I just said it was a mix.
14    Q.  So sometimes you were in the
15 office, sometimes you were out?
16    A.  Sometimes I was in the office,
17 sometimes I was out on breaking news
18 assignments, sometimes I was traveling on
19 behalf of the paper.
20    Q.  Approximately what percentage of
21 your time by May of '08 -- you had been at
22 the Post for one year -- were you in the
23 office?
24    A.  I can't give you a percentage or
25 breakdown right now.

```
                                    Page 78
 1              FENNER
 2      Q.   Was it 10 percent, 20 percent?
 3         MR. THOMPSON: Objection.
 4      A.   I think it was a mix. It might
 5   have been 33 percent on all -- I was -- it
 6   might have been a third on each one. I don't
 7   know.
 8      Q.   A third in the office, a third on
 9   the street in New York, and a third on the
10   road traveling? Is that what you mean by 33
11   percent each?
12      A.   I don't have an exact mathematical
13   breakdown to give you.
14      Q.   I understand that. By May of 2008,
15   how much of your work was -- what percentage
16   of your work was the work of a street
17   reporter?
18      A.   I couldn't tell you that number.
19      Q.   How much of your work was producing
20   enterprise stories?
21      A.   Like I said, it was a mix. And I
22   can't give you a mathematical breakdown.
23      Q.   What enterprise stories did you
24   produce during the first year of your
25   employment at the Post?
```

```
                                    Page 79
 1              FENNER
 2      A.   I did several. I did many. I
 3   wrote stories about an identity theft story.
 4   It was a military burial -- it was a -- it
 5   was an identity theft story.
 6      Q.   Got it. Identity theft in a
 7   military burial?
 8      A.   Right.
 9      Q.   What else?
10      A.   It was a man who had been convicted
11   of murder in Connecticut who had mistakenly
12   assumed his neighbor had molested his child
13   and I was able to get this man to send a
14   handwritten, handwritten letter about why he
15   did this and what went wrong.
16      Q.   A letter to whom?
17      A.   It was addressed to me at the New
18   York Post.
19      Q.   Can you define an enterprise story?
20      A.   An enterprise story is an story
21   that's off the radar, a story that is
22   original reporting and of interest to the
23   public.
24      Q.   Does it involve more research and
25   more reporting than a nonenterprise story?
```

```
                                    Page 80
 1              FENNER
 2      A.   It can.
 3      Q.   But it is original, off the radar
 4   and it is of interest to the public?
 5      A.   Those are some of the elements.
 6      Q.   Can you think of any other
 7   enterprise story that you wrote in your first
 8   year at the Post?
 9      A.   The Columbia expansion stories, the
10   Wendy Williams story. And there were others.
11      Q.   Can you tell me what the others
12   were?
13      A.   If I had a list, I could refresh my
14   recollection.
15      Q.   Did you ever decline a request to
16   stay late to cover a breaking news story?
17      A.   Did I ever decline a request to
18   stay late?
19      Q.   Yes, to cover a breaking news
20   story?
21      A.   I think you're referring to a story
22   where I had child care issues and I had to
23   pick up my daughter from my mother's house
24   and my wife was out of town.
25         My mother, at that time, would have
```

```
                                    Page 81
 1              FENNER
 2   been about 86. So I think that's what you
 3   might be referring to.
 4      Q.   So the answer is yes, you did?
 5      A.   Can you repeat the question?
 6      Q.   Did you ever decline a request to
 7   stay late to cover a breaking news story?
 8      A.   I had child care issues. I had
 9   to -- I called my editors to see if they
10   could send someone to relieve me. So the
11   answer is I never declined a request to stay
12   late, no. The answer is no.
13      Q.   The answer is ---
14      A.   I didn't decline a request. I
15   called in to get relief on a story. I never
16   declined a request to stay late on a story.
17      Q.   And what happened after you made
18   that call?
19      A.   The editors looked to see if there
20   were any other reporters who were starting
21   their shifts and who could relieve me.
22      Q.   Did they find any?
23      A.   I can't recall in this particular
24   one. I would assume that happened.
25      Q.   You did not cover that story?
```