# **EXHIBIT 13**

CONTAINS CONFIDENTIAL AND ATTORNEYS' EYES ONLY PORTIONS

Page 1

1

2      UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK
3

       AUSTIN FENNER and IKIMULISA      )
4      LIVINGSTON,                      )
                                        )
5                  Plaintiffs,          )
                                        )
6             vs.                       ) 09CIV9832
                                        ) (BSJ(RLE)
7      NEWS CORPORATION, NYP HOLDINGS,)
       INC., d/b/a THE NEW YORK POST, )
8      and DAN GREENFIELD and MICHELLE)
       GOTTHELF,                        )
9                                       )
                   Defendants.          )
10     ------------------------------)

11

12

13          (CONTAINS CONFIDENTIAL and
14          ATTORNEYS' EYES ONLY PORTIONS)
15

16     VIDEOTAPED DEPOSITION OF DAN GREENFIELD
17              New York, New York
18          Thursday, April 5, 2012
19

20

21

22

23     Reported by:
24     Philip Rizzuti
25     JOB NO. 47782

CONTAINS CONFIDENTIAL AND ATTORNEYS' EYES ONLY PORTIONS

Page 318

```
1              Greenfield
2     Q.   In an APA?
3     A.   You know I don't know because I
4  know that there is a committee and there is a
5  number of voices.  So I don't know if that is
6  the case.
7     Q.   I want to ask you, focus your
8  attention on Austin Fenner.  Did you have a
9  role in his hiring at the New York Post?
10    A.   I did not.
11    Q.   Do you know who interviewed Austin
12 Fenner for a position at the New York Post?
13    A.   I do know, I don't know if this is
14 exclusive, I know Dan Callaruso did.
15    Q.   Who is Dan Callaruso?
16    A.   Dan Callaruso used to be the
17 metropolitan editor of the New York Post.
18    Q.   Was he the metropolitan editor of
19 the New York Post before Michelle Gotthelf?
20    A.   Yes, he was.
21    Q.   Do you know anyone else who
22 participated in the decision to hire
23 Mr. Fenner?
24    A.   I don't.
25    Q.   What position was Mr. Fenner hired
```

Page 319

```
1              Greenfield
2  to fill at the New York Post?
3     A.   He was a reporter.
4     Q.   What type of reporter was he hired
5  to -- what role was he hired to play as a
6  reporter at the New York Post when he was
7  first hired?
8     A.   He was hired to -- he was very
9  highly paid.  He was brought in to break
10 enterprise stories.  Do investigations.  He
11 was brought in to -- a lot of sources, break
12 exclusive.  He was supposed to be able to do
13 rewrite.  He was hired to be -- to do all of
14 those things.  Very high level.
15    Q.   What was Mr. Fenner's last
16 position at the newspaper?
17    A.   He was a reporter.
18    Q.   Was he an enterprise reporter or a
19 runner?
20    A.   He was a -- in both cases he was a
21 general -- a general assignment reporter.
22    Q.   Was he hired to be a field
23 reporter?
24    A.   He was hired to be a reporter I
25 believe, you know -- I don't know -- I think
```

Page 320

```
1              Greenfield
2  there was -- that he was going to be doing
3  some travel, that sort of thing.  And doing
4  some reporting from the field, yes.
5     Q.   Was he hired to work in the field
6  as a reporter the way Kim Livingston is
7  currently working in the field as a reporter?
8        MR. LERNER:  Objection.
9     A.   He was hired to be a, you know, a
10 big time reporter, but he was initially based
11 in the news room at 1211.
12    Q.   Did there come a time when there
13 was a change in terms of how often Mr. Fenner
14 was in the news room at The Post?
15    A.   Did there come a time when there
16 was a change?
17    Q.   Yes.
18    A.   By the end of his tenure a couple
19 of years later, by that time he had been
20 reassigned to do more field work.
21    Q.   Who reassigned him to do more
22 field work?
23    A.   Michelle Gotthelf.
24    Q.   Did you have any role in his
25 reassignment to do more field work?
```

Page 321

```
1              Greenfield
2     A.   Yes and no.  By the time I became
3  the deputy metro editor he had already been
4  doing a lot of that.  I mean it was kind of a
5  progression.  But I am sorry, your original
6  question, I am sorry, what was the question.
7     Q.   You need the question read back
8  again?
9     A.   Please.
10       (Record read.)
11    A.   Yes, he had already been doing a
12 lot of field work --
13    Q.   Move to strike.  Can you just
14 answer that question.  I didn't ask you
15 whether he had been doing field work.  I asked
16 you whether you had any role in his
17 reassignment to do field work?
18    A.   Well I thought I was answering the
19 question.
20 RG  Q.   Okay.  Please mark this one for a
21 ruling from the court.
22       Mr. Greenfield, do you not
23 understand the questions that I am asking you?
24    A.   No, I think context is important.
25    Q.   Well it is not about context, you
```

CONTAINS CONFIDENTIAL AND ATTORNEYS' EYES ONLY PORTIONS

---

Page 410

Greenfield

1 asked him if he understood the question.
2 MR. LERNER: I don't believe I
3 interrupted him.
4 MR. THOMPSON: You did, he was
5 about to answer, Mr. Lerner, you should
6 not do that.
7 MR. LERNER: I just heard a
8 question I --
9 MR. THOMPSON: Please stop that
10 improper conduct.
11 Q. Mr. Greenfield, I want to ask
12 you -- what is that Ms. Lovinger, during this
13 dep you just asked the question out loud;
14 let's go off the record.
15 MS. LOVINGER: I didn't ask a
16 question out loud. You are not going to
17 bully me.
18 MR. THOMPSON: No, I am not trying
19 to bully you. You have to be
20 professional Ms. Lovinger.
21 MS. LOVINGER: So do you.
22 MR. THOMPSON: Okay, I am. I am
23 trying to finish this deposition and it
24 is improper for you to ask the

---

Page 411

Greenfield

1 videographer a question out loud in the
2 middle of the deposition. Please don't
3 do that.
4 Are we back?
5 THE VIDEOGRAPHER: I didn't go
6 off.
7 MR. THOMPSON: Okay good, I want
8 that on the record.
9 Q. Mr. Greenfield, did there come a
10 time when Austin Fenner was terminated?
11 A. Yes, there was.
12 Q. Who made the decision to terminate
13 his employment?
14 A. Michelle Gotthelf made the
15 determination in consultation with myself, HR.
16 Q. Do you know if Ms. Gotthelf
17 consulted with Col Allan regarding the
18 decision to terminate Austin Fenner's
19 employment?
20 A. I don't know.
21 Q. Did you ever ask her whether she
22 spoke to Col Allan about that?
23 A. I don't recall.
24 Q. Were you present when Mr. Fenner

---

Page 412

Greenfield

1 was terminated?
2 A. I was.
3 Q. What did Mr. Fenner say in the
4 termination meeting?
5 A. He said nothing.
6 Q. How long did the termination
7 meeting last?
8 A. Maybe ten minutes.
9 Q. I am showing you now what is
10 marked as Greenfield Deposition Exhibit 15,
11 Bates stamped NYP-FL 179. Please tell us if
12 you recognize it.
13 (Greenfield Exhibit 15, Bates
14 stamped NYP-FL 179, marked for
15 identification, as of this date.)
16 Q. Do you recognize that exhibit
17 Mr. Greenfield?
18 A. Yes, I do.
19 Q. What is it?
20 A. It is a written warning.
21 Q. And it is dated August 6, 2009; is
22 that correct?
23 A. Yes.
24 Q. It is a written warning that was

---

Page 413

Greenfield

1 given to Ikimulisa Livingston by Michelle
2 Gotthelf; correct?
3 A. Yes.
4 Q. And this was a written warning
5 that was given to her because it alleges that
6 she did not pitch stories, investigative
7 ideas, or weekend pieces suitable for the
8 paper; correct?
9 A. Let me read the whole thing, I
10 want to make sure I read everything.
11 Okay, I do -- yes, your question?
12 Q. So Ms. Livingston was given a
13 written warning solely because she was accused
14 of not pitching stories, investigative ideas,
15 or weekend pieces suitable for the paper;
16 right?
17 A. I didn't draft this --
18 Q. I am not asking you whether you
19 drafted it Mr. Greenfield, I want you to
20 answer my question.
21 A. Well it says here that the editors
22 discussed with you these issues that need to
23 be focussed on and improved upon, but it is
24 not exclusive.

---