# **EXHIBIT 14**

Confidential Attorneys' Eyes Only

Page 1

1

2  UNITED STATES DISTRICT COURT

3  SOUTHERN DISTRICT OF NEW YORK

4

5  ------------------------------------------x

6  AUSTIN FENNER and IKIMULISA LIVINGSTON,

7                              Plaintiffs,

8              vs.

9  NEWS CORPORATION, NYP HOLDINGS, INC.,

10 d/b/a THE NEW YORK POST and DAN GREENFIELD

11 and MICHELLE GOTTHELF,

12                             Defendants.

13 ------------------------------------------x

14

15         C O N F I D E N T I A L

16            ATTORNEYS' EYES ONLY

17

18 VIDEOTAPED DEPOSITION OF MICHELLE GOTTHELF

19            New York, New York

20          Thursday, March 29, 2012

21

22

23

24 Reported by:   David Henry

25 JOB NO. 47779

Confidential Attorneys' Eyes Only

Page 78

1      Gotthelf - CONFIDENTIAL
2      A.  I did.
3      Q.  So when you say you have no
4   direct knowledge, you mean you weren't
5   there when she was fired, correct?
6      A.  No, I mean she was working in a
7   completely different department than me.
8      Q.  So you were not on the metro desk
9   in 2001?
10     A.  I was not.  Well, for half, but
11  while Ms. Baird was there, I was not.
12     Q.  What is your understanding of why
13  she was fired?
14         MR. LERNER:  Objection.
15     A.  I don't know the specifics.
16     Q.  Okay.  Who would have fired her?
17         MR. LERNER:  Objection.
18     A.  I couldn't tell you.
19     Q.  Was Col Allan editor in 2001?
20     A.  Yes.
21     Q.  Would he have been the one to
22  make an ultimate decision about firing an
23  editor on the metro desk?
24         MR. LERNER:  Objection.
25     A.  I don't know.

Page 79

1      Gotthelf - CONFIDENTIAL
2      Q.  Other than Ms. Baird, do you know
3   of any black editors on the metro desk in
4   the history of the newspaper?
5          MR. LERNER:  Objection.
6      A.  I'm sorry, the history of the
7   newspaper?
8      Q.  Just do you know of any other
9   black editors?
10     A.  It's a 200-year old newspaper.
11     Q.  I understand.  I'm just asking
12  you, can you name any other black editors
13  that worked on the metro desk at any point?
14     A.  On the metro desk, I have been
15  there -- in my 11 years, no; 11 and a half
16  years.
17     Q.  Okay, fair enough.  I think you
18  said that Mr. Haberman was Ms. Livingston's
19  direct supervisor -- or let me put it this
20  way.
21         Was Mr. Haberman directly
22  responsible for Ms. Livingston?
23         MR. LERNER:  Objection.
24     A.  Yes.
25     Q.  And would one of these other

Page 80

1      Gotthelf - CONFIDENTIAL
2   associate editors have been responsible for
3   Mr. Fenner?
4          MR. LERNER:  Objection.
5      A.  Mr. Fenner, yes.
6      Q.  Who would that have been?
7      A.  Mr. Fenner did not have a direct
8   supervisor so it would be me and
9   Mr. Greenfield.
10     Q.  Okay, so none of the associate
11  metro -- the four listed as associate metro
12  editors, Mr. Fenner would not report to any
13  of those four people?
14     A.  He would.  We're talking about --
15  you're asking, I'm trying to make it clear
16  for you.  Some reporters have direct
17  supervisors.
18     Q.  Right.
19     A.  Mr. Fenner didn't because of his
20  position, so he would ultimately answer to
21  me and Mr. Greenfield, but every editor on
22  the metro desk he would answer to as well.
23     Q.  Right.  So unlike Ms. Livingston
24  who had basically a direct supervisor who
25  was associate metro editor, Mr. Fenner did

Page 81

1      Gotthelf - CONFIDENTIAL
2   not?
3      A.  Yes, but --
4      Q.  Go ahead, if you have more to
5   add, please.
6      A.  That's fine.
7      Q.  Can you describe for me, I guess
8   just in general terms at least initially,
9   what is the role of these editors who work
10  under you?
11         MR. LERNER:  You're asking
12     about the associate editors?
13     Q.  The associate editors, correct.
14  In other words what do they do?  What is
15  their job?
16     A.  Some of them have direct reports,
17  people that report to them directly.  Some
18  of them have specific assignments, i.e. the
19  political editor, but they are ultimately
20  all responsible for gathering news from the
21  reporters and making news judgments, and
22  giving me the story rides.  And then it
23  goes beyond that.  I can sit here all day
24  and explain the entire process.
25     Q.  Would they ever rewrite stories

Page 198

1       Gotthelf - CONFIDENTIAL
2    A. To develop story ideas, develop
3  confidence in people. I mean, sure.
4    Q. Do you think that a person who
5  was simply temporarily in the job would
6  have a good opportunity to develop those
7  sorts of sources?
8    A. Eventually. It also depends on
9  how good the person is.
10    Q. You say eventually, so in other
11  words it takes time to develop that, right?
12    A. Sure, or a really good reporter
13  can develop it immediately. It all
14  depends.
15    Q. But did you have a really good
16  reporter in mind to take over from
17  Ms. Livingston when she was taken off?
18    A. I did not. I eventually put a
19  very good reporter in there, but at this
20  time I was wondering what I was go to do
21  with it.
22    Q. So why would you remove her when
23  you didn't have someone to replace her
24  immediately?
25    MR. LERNER: Objection. Go

Page 199

1       Gotthelf - CONFIDENTIAL
2  ahead.
3    A. Because she wasn't doing well at
4  it. I've overseen courts at the New York
5  Post for 11 years. I have had a number of
6  reporters in Queens court. Ms. Livingston
7  was not doing a great job at Queens court.
8  I was figuring out what my next step was.
9  It's my job. I reassign people.
10    Q. Did Ms. Livingston know people at
11  the Queens courthouse?
12    MR. LERNER: Objection.
13    A. I would assume she did, since she
14  was based in the Queens courthouse.
15    Q. But you don't know for certain?
16    A. No, you don't know for certain.
17    Q. All right, let me direct your
18  attention to the next paragraph. It's the
19  paragraph beginning Michelle stated that
20  there are other runner reporters who don't
21  have desks or phones because there are not
22  enough for everyone. Do you see that?
23    A. Yes.
24    Q. Is that accurate, what you said
25  to Ms. Kelly and Ms. Jehn?

Page 200

1       Gotthelf - CONFIDENTIAL
2    MR. LERNER: Objection.
3    A. I said from what I recall two
4  things. There are not enough for everyone
5  and field reporters, runner reporters don't
6  have assigned desks. Ms. Livingston can
7  come into the office and use a desk
8  whenever she needs to use a desk. It's
9  desk assignment -- there's only a number of
10  them.
11    Q. Okay, but did you tell Ms. Kelly
12  and Ms. Jehn that you don't have, quote,
13  have desks or phones?
14    MR. LERNER: Objection.
15    A. I'm sorry, say that again?
16    Q. Is this correct, it says here,
17  Michelle stated that there are other runner
18  reporters who don't have desks and phones
19  because there are not enough for everyone.
20  Did you tell them that you did not have
21  enough desks or phones for all of your
22  runner reporters?
23    A. I'm sure that was one. I may
24  have.
25    Q. You may have, but you're not

Page 201

1       Gotthelf - CONFIDENTIAL
2  sure?
3    A. I'm not sure. Yeah, I'm not
4  sure.
5    Q. The bottom sentence says Michelle
6  said Kim never asked for a phone number at
7  the office. If she had it would have been
8  an easy request because you can have a
9  phone number without being assigned a
10  phone. Do you see that?
11    A. Sure.
12    Q. So was the issue that she didn't
13  have a phone or that she did not have a
14  phone number?
15    MR. LERNER: Objection.
16    A. I only remember an issue about a
17  desk.
18    Q. Okay, did Kim ever ask you -- and
19  again, this is going back to your meeting
20  with Ms. Livingston. Did Kim ever ask you
21  for a desk at that meeting where you told
22  her she was being taken off the Queens
23  courthouse?
24    A. No, she asked me to see if she
25  can get a desk. I don't remember a phone.

51