# **EXHIBIT 15**

# NEW YORK POST

## APPLICATION FOR EMPLOYMENT

210 South Street
New York, N.Y. 10002

Personnel Dept.
(212) 815-8612

Instructions: Answer all questions fully. All information provided by the applicant will be verified.

Social Security Number: **Redacted**

Can you, after employment, submit verification of your identity and right to work in the United States?   ☒ Yes   ☐ No

The Post does not discriminate in hiring or employment on the basis of race, color, religion or creed, national origin, age, disability, sexual orientation, citizenship, alienage, marital status or U.S. military status.

**PRINT**

**PERSONAL**

Name: Sockwell, Ikimulisa M.
(Last, First, Middle, Former Name, if applicable)

Address: 24-48 82n. ? ace pl.
(Number & Street)

Jackson Heights   NY   11370
(City, State, Zip)

Telephone: **Redacted**

Have you ever been convicted?   ☐ Yes   ☒ No

If yes, explain fully

A criminal conviction shall not be an absolute bar to employment.

**JOB INTEREST**

Position Desired: Reporter

Other Positions for Which You Are Qualified: 

Please state name and relationship of any relatives employed by the New York Post: N/A

Who or what caused you to apply for employment by the Post? a friend, David K. Li, recommended I apply.

**EDUCATION**

Circle highest grade completed in each school category:
- Grade School: 1 2 3 4 5 6 7 8
- High School: 9 10 11 12
- College: 1 2 3 ④
- Grad School: 1 2 3 4

| | Name | Location | Course—Degree | Year Graduated | Class Standing |
|---|---|---|---|---|---|
| Grade School | Nystrom Elementary | Richmond, Ca. | | | |
| High School | Pinole Valley High | Pinole, Ca. | | 1982 | |
| College | San Francisco State University | SF, Ca | | 1988 | |
| Graduate School | N/A | | | | |

Apprentice, Business or Vocational School: 

Other Training or Skills (Factory or Office Machines Operated, Special Courses, etc.): 

**MILITARY**

Type of Military Discharge: N/A — A less than honorable discharge will not be an absolute bar to employment and other factors will affect a final hiring decision.

Date Entered _____  Date Discharged _____

Branch of U.S. Service _____   Service No. _____

Did you serve in the Armed Forces during the Vietnam War.   ☐ Yes   ☐ No

Service Schools or Special Experience _____

Please complete other side

**CONFIDENTIAL**

NYP-FL000350

## EMPLOYMENT HISTORY
Please list all employment starting with present or most recent employer

| Date | Name & Address — Employer | 1 Job Title / 2 Department / 3 Name of Immediate Supervisor | Describe Major Duties | Wages | Reason For Leaving (Do not provide reasons such as "childbirth," "marriage" or "childbearing.") |
|---|---|---|---|---|---|
| From Month X/96 Year / To Month 1/92 Year | DesMoines Register 715 Locust St DM IA 50309 | 1 Reporter / 2 News / 3 R. Borselline | Reporting & Editing | Starting $ __ per __ / Final $ __ per __ | advancement of career |
| From Month 12/92 Year / To Month 8/90 Year | The Oakland Trib. 66 Jack London Sq. Oakland Calif | 1 Reporter / 2 News / 3 Charles Jackson | Education Reporter & general assignment | Starting $ __ per __ / Final $ __ per __ | Career advancement |
| From Month 11/90 Year / To Month 12/92 Year | Tri-Valley Herald Pleasanton Calif | 1 Reporter / 2 News / 3 Bob Wynne | Reporter | Starting $ __ per __ / Final $ __ per __ | Career advancement |
| From Month 5/89 Year / To Month 11/90 Year | Fremont Argus Fremont Calif | 1 Reporter / 2 News/Features / 3 Sharon Betz | Feature writer | Starting $ __ per __ / Final $ __ per __ | Career advancement |
| From Month 7/88 Year / To Month 9/88 Year | Vallejo Times-Herald Vallejo Calif | 1 Reporter / 2 News / 3 Alan Doyle | Education writer | Starting $ __ per __ / Final $ __ per __ | Career advancement |
| From Month __ Year / To Month __ Year | | 1 / 2 / 3 | | Starting $ __ per __ / Final $ __ per __ | |

Interviewer's Comments

List below three references:

| Name | Address | Phone |
|---|---|---|
| David V. | 342-877th St. #20 | Redacted |
| Rob Borselline | DesMoines IA | |
| Charles Jackson | Oakland CA | |

I have read and understand the questions on both sides of this application and I believe the answers to them to be true. I understand that any false statement would be course for dismissal.

Applicant's signature ___  Date 1/28/97

Date ___   Interviewed By ___

CONFIDENTIAL

NYP-FL000351