# EXHIBIT 16

# N.Y.P. Holdings, Inc.

*1211 Avenue of the Americas*
*New York City, NY 10036-8790*

OFFER OF EMPLOYMENT
WITH N.Y.P. HOLDINGS, INC.

This document is an offer of employment with N.Y.P. Holdings, Inc. ("Publisher") for IKIMULISA SOCKWELL.

OFFER OF EMPLOYMENT

The Publisher is offering you employment under the initial terms and conditions described below. If you agree to these terms and conditions, please accept the offer by signing in the space provided for at the end of this offer and return the signed offer to the Personnel Department. Please read this offer carefully before signing.

DESCRIPTION OF INITIAL TERMS AND CONDITIONS
WAGES AND HOURS:

(A) Your initial salary will be $1057.69 per week. The Publisher may also, in its discretion, establish various commission programs if you are in a sales position.

(B) Your normal work week will be 37-1/2 hours, consisting of either 5 days of 7-1/2 hours of work per day or 4 days totaling 37-1/2 hours of work. The Publisher will determine your work schedule, including starting times and days off.

(C) The Publisher may require you to work overtime, and your overtime compensation will be paid in accordance with applicable law. Columnists, Correspondents residing outside the New York Metropolitan area, Critics, Beat Writers, Political Correspondents, Advertising and Circulation Salespersons are excluded from this overtime provision.

(D) If your written work, photograph, or art work is sold by the Publisher to another newspaper, you will receive 50% of the net revenues received by the Publisher.

(E) The Publisher will pay all necessary expenses incurred by you in the course of your assigned duties which have been approved in advance and for which you submit required documentation. On out-of-town assignments you will receive a per diem allowance of $30.00 per day for meals and gratuities. You will be compensated for the use of your automobile in the service of the Publisher at a rate equal to the Internal Revenue Service maximum deductible rate (currently $.28 per mile) with a minimum of 40 miles a day. Staff photographers who are authorized by the Publisher to use their automobiles on company business will be compensated at a minimum of 220 miles a week.

JOB RESPONSIBILITIES:

(A) You will be hired for the position of REPORTER and will have the job duties and responsibilities generally required for that position. However, the Publisher may from time to time change your duties, responsibilities, and assignments including beats, desks, territories, etc.

(B) You will be expected to comply with such workplace rules, codes of conduct, outside work and conflict of interest regulations as the Publisher may from time to time establish and modify.

PAST SERVICE CREDIT

Unless expressly stated otherwise in this offer, you will be treated in all respects as a new employee, and your service time will be calculated from the first day of your employment by the Publisher.

VACATION:

You will be entitled to vacation with pay based upon your years of continuous service with the Publisher, and, if applicable, with former owners of the New York Post, determined as of January 1 of the year in which the vacation is to be taken. Vacations for new employees during the first calendar year of employment with the Publisher will be earned on a pro rata basis. Vacations will be scheduled with the approval of

Publisher, must be taken when earned, and cannot be carried over from year to year. Vacations will be calculated as follows:

| Continuous Years of Service | Weeks of Vacation |
|---|---|
| 1 through 3 years | 2 weeks |
| 4 through 7 years | 3 weeks |
| 8 years and over | 4 weeks |

HOLIDAYS:

You will receive a holiday with pay on the day designated for the observance of New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day and Christmas Day. If you are required to work on one of these named holidays, you will be paid an additional day's pay at the straight time rate. In addition, you may select, with the Publisher's approval, two additional holidays with pay during the year.

LEAVES OF ABSENCE:

(A) Leaves of absence (a) to care for a newborn son or daughter, (b) to care for an adopted son or daughter (c) to care for a spouse, son, daughter or parent with a serious health condition, or (d) because of a serious health condition making you unable to perform your job functions will be provided in accordance with the Family and Medical Leave Act of 1993.

(B) You will be allowed three working days bereavement leave with pay in the event of the death of spouse, parent, grandparent, child, grandchild, father-in-law, mother-in-law, brother, sister, daughter-in-law, son-in-law and other blood relatives living in your home when they die, and legal dependents as defined in the Internal Revenue Code and Regulations.

(C) Military leaves of absence will be granted in accordance with applicable law.

(D) You will receive your regular wages for the period of time you are required to serve on a jury. When summoned for jury duty, you must promptly notify your department head, report to work when you have been released from jury duty, submit certification from the clerk of the court of your service, and turn over the compensation therefor to the Publisher.

DISMISSAL PAY:

If you are dismissed or discharged for reasons other than dishonesty, gross neglect of duty, or gross insubordination, you will receive one week's pay per year of service with a maximum of eight weeks' pay.

REVIEW PERIOD:

Your performance will be reviewed at least once during the four month period after the date of the Publisher's acquisition of the New York Post, and the Publisher will establish a regular system of performance review.

BENEFIT PLANS:

(A) Medical Insurance:
You will be eligible for coverage under a medical plan to be established by the Publisher through Blue Choice of Empire Blue Cross and Blue Shield. A brief summary of the benefits provided by the Publisher's plan is attached, but the plan document itself is controlling. To obtain this coverage you must enroll in the medical plan by ______________. Application forms are available in the Personnel Department. Initially the Publisher will pay for such coverage, but employee payments may subsequently be required by the Publisher. If you are a former New York Post Co., Inc. employee, you should retain your current medical insurance identification cards until a new one is issued.

(B) Life Insurance -
You will be eligible for group life insurance in the amount of $25,000 which is provided by the Publisher. To obtain this coverage, you will need to complete a life insurance application card.

OTHER CONSIDERATIONS:

Nothing in this offer is intended to or shall be construed as creating any contractual or quasi-contractual right to employment, continued employment or reemployment between you and the Publisher. Your employment with the Publisher will be "at will", and you or the Publisher may terminate your employment at any time with or

without cause. Any of the terms and conditions of employment may be changed or eliminated at any time at the Publisher's discretion.

This offer of employment is complete. No other term or condition of employment which may have existed under any former owner and/or publisher of the New York Post or which may have been contained in any agreement of any kind, including without limitation those with any union, is included in this offer or will affect your employment. The Publisher is not assuming any agreement of any kind or nature between any former owner and/or publisher of the New York Post newspaper, including without limitation the New York Post Co., Inc. and any union including without limitation the Newspaper Guild of New York, Local 3. Whether you will be represented by a labor organization will be determined under applicable law.

ACCEPTANCE OF OFFER OF EMPLOYMENT

I Kimulisa Sockwell, have read the
(PLEASE PRINT)

Publisher's offer of employment, and I, hereby, accept the offer under the terms and conditions set forth above.

Date: Feb. 20, 1997 [signature]
(SIGNATURE)