# **EXHIBIT 17**

Rough Transcript

Page 1

```
 1                    ROUGH TRANSCRIPT
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ----------------------------------------X
      AUSTIN FENNER and IKIMULISA LIVINGSTON,
 4
 5                   Plaintiffs,
 6                   -against-
                                         09 Civ. 9832
 7                                       (BSJ)(RLE)
 8    NEWS CORPORATION, NYP HOLDINGS, INC., d/b/a
      THE NEW YORK POST and DAN GREENFIELD and
 9    MICHELLE GOTTHELF,
10
                     Defendants.
11    ----------------------------------------X
12
13
14       VIDEOTAPED DEPOSITION OF IKIMULISA LIVINGSTON
15                   New York, New York
16               Friday, January 13, 2012
17
18    REPORTED BY:  BARBARA R. ZELTMAN
                    (BOBBIE)
19                  Professional Stenographic Reporter
20
21    Job Number: 45412
22
23
24
25
```

Page 306

```
 1         IKIMULISA LIVINGSTON
 2   Corporation?
 3      A   I'm an employee of New York Post
 4   and News Corp.
 5      Q   Does your paycheck come from News
 6   Corporation?
 7      A   I actually haven't seen my paycheck
 8   in a while.  I don't know what it says
 9   exactly.
10      Q   Well, what's the basis for your
11   belief that you are an employee of News
12   Corporation?
13      A   The New York Post and News Corp.
14   are the same.  We're in the same building.
15         News Corp. and New York Post is
16   located at 1211 Sixth Avenue.
17         My statements every year that state
18   the benefits I receive, they come in -- it's
19   a folder and it says "News Corporation."  My
20   evaluations came in an envelope that said
21   "News Corp."
22         MS. LOVINGER:  I'm going to
23      show you a document that's been
24      marked as Livingston Exhibit 16, and
25      it's actually series of documents
```

Page 307

```
 1         IKIMULISA LIVINGSTON
 2      Bates stamped IL-7139, IL-7138,
 3      IL-7132, IL-7136, IL-1624, IL-1584,
 4      and IL-1535.
 5         (Livingston Exhibit 16, Series
 6      of documents, Bates Numbers
 7      IL-7139, IL-7138, IL-7132, IL-7136,
 8      IL-1624, IL-1584 and IL-1535, was
 9      marked for Identification.)
10   BY MS. LOVINGER:
11      Q   Ms. Livingston, on these documents,
12   there's a section that states "Employer's
13   name, address and zip code."
14         Do you see that?
15      A   I'm sorry?  Which page?
16      Q   Well, all of these documents, just
17   for the record, are copies of your W2s and
18   earning statements that reflect your
19   employment with the New York Post.
20         So directing your attention to --
21   let's look at IL-7132.
22         Actually this is another job you
23   held.
24         I'm sorry.
25         Let's look at IL-7138.
```

Page 308

```
 1         IKIMULISA LIVINGSTON
 2      Do you see the employer's name in
 3   the box there where it says "NYP Holdings,
 4   Inc."?
 5      A   Yes, I do.
 6      Q   And NYP Holdings, Inc. refers to
 7   the New York Post; is that right?
 8      A   NYP Holdings, I suppose it refers
 9   to the Post, but it also has the address for
10   News Corp.  It's the same place.
11      Q   Your court Complaint actually
12   references as a defendant NYP Holdings, Inc.
13   d/b/a New York Post.
14         Are you aware of that?
15         Your Complaint in litigation?
16      A   Right.  I understand what you are
17   saying.
18      Q   Have you ever worked on any floor
19   at 1211 Avenue of the Americas other than
20   the 10th floor?
21      A   When I actually had space in the
22   office, yes, it was on the 10th floor.  It
23   was always on the 10th floor.
24      Q   Directing your attention to the
25   document that's Bates stamped IL-1584 in
```

Page 309

```
 1         IKIMULISA LIVINGSTON
 2   front of you, it's the second-to-last page.
 3         You see on the top left where it
 4   says "New York Post"?
 5      A   Yes, I see that.
 6      Q   And likewise on the last document,
 7   Bates stamped IL-1535, your earning
 8   statement from -- an earning statement from
 9   December 2010, it also says "New York Post."
10         Do you see that?
11      A   I do see that.
12      Q   So you now agree that your paycheck
13   comes from the New York Post?
14      A   My paycheck comes from it -- says
15   here "New York Post," which is also News
16   Corp.
17      Q   Does it say "News Corp." on the
18   documents you are looking at?
19      A   On this document?  I do not --
20      Q   On any of the documents in your
21   hand, does it say "News Corporation"?
22      A   I don't see anything in here in
23   these documents that says "News Corp."  Was
24   that your question?
25      Q   Yes.
```