# **EXHIBIT 4**

Case 1:09-cv-09832-LGS   Document 71-4   Filed 05/10/13   Page 1 of 6

Case 1:09-cv-09832-LGS Document 71-4 Filed 05/10/13 Page 2 of 6



## APA FY 2008 – Editorial

Please check one:

|   | Self Appraisal |
|---|---|
| X | Performance Appraisal |

| ✗ | Non - Managerial |
|---|---|
| ~~ | Managerial<br>(employees with supervisory responsibilities) |

| Employee Name: | Austin Fenner |
|---|---|
| Department: | News |
| Position: | Reporter |
| Date of Current Assignment: | May 2007 |
| Supervisor: | Michelle Gotthelf |
| Date of Hire: | May 2007 |
| Location: | 1211 Ave of the Americas |

CONFIDENTIAL

NYP-FL000477


APA FY 2008 – Editorial

As a guide, we have identified the following three key areas of competencies to assist in developing your APA: Quality of work, Approach to work and Management.

The samples below provide directional points for you to use in the profile for areas of achievement, areas for focus and the summary. Determine if these competencies are met successfully/over achieved, consistently, need improvement or do not meet standards.

Quality of Work
1. **Accuracy** – spelling, checking facts, attributions
2. **Creativity** - inventiveness in writing skills, photography or art
3. **Writing Skills** – crafting of copy including sub-editing and copy handling
4. **Photographic Skills** – exposure, composition, lighting
5. **Artist Technical Skills** – art style, design, wraps, charts, diagrams

Approach to Work
1. **Quantity of Work** – output, productivity, effort
2. **Teamwork** – commitment to working with others to produce the best product/contributes positively.
3. **Communication** – listening, informing and expressing clearly
4. **Knowledge** – has and applies general and specific job knowledge
5. **Initiative** – suggests ideas, finds own solutions, a self-starter
6. **Reliability** – meets deadlines, accepts responsibility, follows through
7. **Flexibility** – versatile, ability and readiness to accept changes

Management (for Managers with direct reports)
1. **Performance Management** – provides constructive feedback, coaching, counseling, development
2. **Leadership** – sets clear direction, provides and shares information
3. **Problem solving and Decision making**
4. **Planning and effective organization** – establishes short/long term projects/goals; good use of resources.
5. **Cost Management** – fiscally responsible; manages budgets and process
6. **Relationship building** – establishes strong relationships internally throughout organization and externally.

**CONFIDENTIAL**

NYP-FL000478


## APA 2008 – Editorial Profile

**Work History/Current Role:**
Austin Fenner was hired as a Sr. reporter at the New York Post in May 2007.

**Professional Characteristics:**
Austin was hired a senior reporter at the Post but within his first year has slid into role of street runner. He's had some OK hits on the street but has done little in the way of major enterprise since coming over from the Daily News in May 2007. He was assigned coverage of the Columbia University expansion but never seemed to truly embrace the role. He scored a jailhouse interview with the man at the center of a police shooting in Westchester and secured a small interview with the man who survived a 47-story plunge from a city skyscraper. In both cases, he was pressed to do so by editors. As an experienced reporter, he is often sent on the road for stories.

**Overall Achievements:**
Austin was able to get an interview with identity theft scammer Esther Reed when under guard in a Chicago courthouse. He also did a piece on a Confederate flag at a hunting lodge used by Dick Cheney.

**Areas for Focus/ Improvement:**
Given that Austin was hired to a position of note, he is failing miserably. He does not initiate or produce top-notch enterprise for the Post. He has pitched a few stories that are not a good fit for the Post. Now all of his assignments come from editors, who find his work, at best, lacking. He often refuses to stay late when a story is breaking, requiring his editors to dispatch another reporter to the scene to do clean-up work.   It's also imperative that he remembers to check clips on a story he's reporting on to ensure he's not rereporting old news.
We have spoken to Austin on a number of occasions about the above as well as the importance of taking initiative in his work assignments and working on basic writing skills/fact checking that are sorely lacking.  These areas of focus have not improved to date.  Going forward, Austin must take responsibility for all aspects of his work to succeed at the NY Post.

**Overall Performance Summary:**
Austin needs to do significantly better, especially given his level of experience. He does not meet the standards of his position.  Austin must address the areas of focus outlined above with immediate and sustained improvement.

| Rating: | 6 |
|---|---|

**Rating definitions:**
1 - Outstanding, consistently Exceeds Standards
2 – Frequently Exceeds Standards
3 – Occasionally Exceeds Standards
4 – **Consistently Meets Standards**
5 - Occasionally Meets Standards, Needs Improvement
6 - Must Improve, Rarely Meets Standards
7 – Unacceptable, does not Meet Standards

**CONFIDENTIAL**

NYP-FL000479



**EDITORIAL APA 2008**

*I acknowledge that I received my 2008 Annual Performance Appraisal as indicated by my signature below.*

_____  7/25/08
Employee's Signature    Date

_____  7/28/08
Manager's Signature    Date

Austin Fenner
Print Name

Michelle Gotthelf
Print Name

Employee comment section:

CONFIDENTIAL

NYP-FL000480

# NEW YORK POST

DATE:   JULY 28, 2008
TO:     AUSTIN FENNER
FROM:   MICHELLE GOTTHELF
CC:     J. ANGELO, A. SCIALDONE
RE:     FINAL WRITTEN WARNING

Austin, please consider this a letter of Final Warning concerning your poor performance as a Sr. Reporter.

As discussed, we have repeatedly reviewed with you what's required from your assignments but your work continues to fail to meet the required standards necessary to succeed in the Editorial Dept. Your Editors have discussed with you the following issues that have not improved to date:

- Poor basic writing skills

- Lack of fact checking

- Not focused on or producing enterprise stories from mini-beats (ex: Harlem Redevelopment and Columbia Expansion)

- Not being able to discern what the news line is in a story which is critical to the overall news process

It is critical that we see an immediate and consistently sustained improvement in your performance. We want to see you succeed, but that is up to you, we cannot do it for you. Failure to achieve and maintain the required company standards will result in termination of your employment at The New York Post. We certainly hope that it does not come down to that.

_____                    _7/28/08_____
Michelle Gotthelf, Metro Editor                Date

The above memo has been reviewed with me.

_____                    _7/28/08_____
Austin Fenner                                  Date

CONFIDENTIAL

NYP-FL000501