# **EXHIBIT 5**

**Scialdone, Amy**

**From:** Gotthelf, Michelle
**Sent:** Friday, July 25, 2008 3:48 PM
**To:** Scialdone, Amy
**Subject:** latest examples, before APAs.

*(handwritten: Gill)*

1) When he was hired, Austin was assigned two projects as a mini-beats -- Harlem re-development and Columbia expansion -- and he has not embraced them at all. The stories he has filed have been spoon-fed to him by the city desk.

*(handwritten: Greenfield)*

2) We had to constantly hound Austin to get the window washer who plunged 47 stories and lived. The man is from New Jersey, near Austin's home, so we wanted him to get the story. He never took any initiative and had to be repeatedly told to go back to the house and call the family and lawyers. We eventually got the story due to the diligence of the photo and city desks.

*(handwritten: Birnbaum)*

3) Austin was sent to Chicago in May to try to find Obama's Rev. Jeremiah Wright's wife, friends or members of his congregation to talk about him, or any nugget in his financials. He was called back because there wasn't a lot of energy put into the assignment.

*(handwritten: Sloane)*

4) We permitted him to write a story (that he did pitch) on WBLS shock jock Wendy Williams, and Austin actually missed the whole point of the story. The news was that Wendy Williams tried to hire a hitman to kill her husband, according to a former co-worker who was filing suit. The story he turned in actually had that fact buried midway in the story.

*(handwritten: Hechtman)*

5) I've pulled this paragraph from a story he filed on a recent protest. "The protesters also plan to continue their late night demonstrate to the Bowery Wine Company on First St., which movie action star Bruce Willis is reportedly a co-owner and then on to a New York University dormitories on Bowery St." First of all, the line doesn't read. More importantly, Willis is reportedly a co-owner? He was not, and Austin was too lazy to check that. And the fact that Bowery Street does not exist didn't help matters.

7/25/2008   **CONFIDENTIAL**

NYP-FL000523