# **EXHIBIT 6**

# NEW YORK POST

### APA FY 2009 – Editorial

Please check one:

|  | Self Appraisal |
|---|---|
|  | Performance Appraisal |

|  | Non - Managerial |
|---|---|
|  | **Managerial**<br>(employees with supervisory responsibilities) |

| Employee Name: | Austin.Fenner |
|---|---|
| Department: | editorial / City room |
| Position: | reporter |
| Date of Current Assignment: | May 2007 |
| Supervisor: | Michelle Gotthelf |
| Date of Hire: | May 2007 |
| Location: | 1211 Avenue of the Americas New York City |

AF_82

**NEW YORK POST**

**APA FY 2009 - Editorial Profile**

**Work History/Current Role:**

Fenner joined the NYPost in May 2007 as a senior reporter. He was hired to cover general assignment stories and to enterprise stories for the city desk. Fenner currently reports to Michelle Gotthelf.

**Professional Characteristics:**

Fenner is a talented reporter. He is creative and shows initiative. During big stories, Fenner has a tremendous talent to rise to the occassion. Fenner demonstrated these fine results during the Miracle on the Hudson Airplane landing, the inaugration of President Obama and the appointment of

**Overall Achievements:** Archbishop Dolan in New York City.

During the Miracle on the Hudson story, Fenner was able to get an interview the one passenger who was pulled from the frigid waters with just his underwear. During Barock K Obama's win of Democratic nomination & his inaugration, Fenner was able to procure the historic event with stories of witnesses to Martin Luther King's 1963 speech & follow a Harlem

**Areas for Focus/ Improvement:** Church congregation that listened to King 100 days before he was assassinated. The Harlem congregation sent 4 buses to DC for Obama's inaugration. Fenner was also our lead reporter

For the Archbishop Dolan story. Fenner delivered a insightful story about how Dolan Arranged For a family to adopt a severely handicap child which put into practice Dolan's pro-life stance. Fenner orchestrated a Moses 10 commandment photo by having

**Overall Performance Summary:** the archbishop hold up two front pages of NY Post.

Fenner needs to sharpen his time management skills, so he can produce more exciting-hard hitting enterprise stories. Fenner is a team player. He is always ready to tackle any assignment -big or small - with a delibrate professionalism.

**Rating:** | 5

**Rating definitions:**
5 – Outstanding
4 – Exceeds Standards
3 – *Meets Standards*
2 – Needs Improvement
1 – Unacceptable, Does Not Meet Standards

AF_83