# **EXHIBIT 8**

| From: | Greenfield, Dan |
|---|---|
| Sent: | Wednesday, June 10, 2009 11:45 AM (GMT) |
| To: | Fenner, Austin <AFenner@nypost.com> |
| Cc: | Gotthelf, Michelle <MGotthelf@nypost.com> |
| Subject: | RE: Today |

Austin,

You don't get points for telling me the truth. I take that as a given. The issue is you not being where you were supposed to be.

Dan

---

**From:** Fenner, Austin
**Sent:** 6/9/2009 4:32 PM
**To:** Greenfield, Dan
**Cc:** Gotthelf, Michelle
**Subject:** RE: Today

Dan

You asked me where I was and I told you the truth.

It was a hectic morning with a storm raging and I had to run a errand before heading into the city. I have demonstrated a great deal of flexibility and dedication taking on assignments on behalf of the paper. On the Thursday night Officer Omar Edwards was shot. I had finished my shift at 10 pm and was called at 11 pm that same night by the night city editor to see if I was available. I gladly took on the assignment for the benefit of the paper and the city.

---

**From:** Greenfield, Dan
**Sent:** Tue 6/9/2009 4:05 PM
**To:** Fenner, Austin
**Cc:** Gotthelf, Michelle
**Subject:** Today

Austin:

This morning, when you checked in, you were instructed to start heading into the city. I further told you to make your way to Brookdale Hospital for a story. When I contacted you at 9 a.m. to potentially re-route you to another story, you informed me you were still in Teaneck. By your own reckoning, you had at least a half-hour's notice.

The point of checking in is so you know where you need to be at the start of your shift. You have been told that at the very least, if there's no immediate assignment, you should be ready to go in the city by 9 so that you can be deployed quickly.

Still being in Teaneck at the beginning of your shift, especially when you were instructed otherwise, is unacceptable and will not be tolerated.

Dan

| | |
|---|---|
| **From:** | Fenner, Austin |
| **Sent:** | Monday, August 17, 2009 12:39 AM (GMT) |
| **To:** | afenner01@gmail.com |
| **Subject:** | FW: This morning |

**From:** Greenfield, Dan
**Sent:** Tue 8/11/2009 9:42 AM
**To:** Fenner, Austin
**Cc:** Gotthelf, Michelle
**Subject:** This morning

Austin:

We have been through this before. When I instruct you to get going somewhere, there cannot be a 30-minute delay. For one thing, you were overnighted to Lanoca Harbor. Katie told me that you had a conversation last night about whether you should get a hotel room or return in the morning. When you called me this morning, you were still in Teaneck. Even if, as you suggest, you misunderstood her, when I called you back a half-hour later, you were still in Teaneck. You said you had to get gas. It doesn't take that long to get gas.

Austin, this will not continue.

Dan

NYP-FL000560