# **EXHIBIT 9**

## Scialdone, Amy

| | |
|---|---|
| **From:** | Gotthelf, Michelle |
| **Sent:** | Wednesday, November 04, 2009 5:47 PM |
| **To:** | Scialdone, Amy |
| **Subject:** | FW: Fenner |

Amy,

Dan has been responsible for directly monitoring Austin Fenner's progress since he was given a final warning on his APA last month. Austin is still under-performing. He still does not understand that as a senior reporter at this newspaper, he is responsible for generating his own story ideas. We have told him repeatedly what it takes to cultivate ideas suitable for the New York Post but he keeps falling short. I believe we have no choice at this point but to terminate his employment here.

Michelle

**From:** Greenfield, Dan
**Sent:** 11/4/2009 1:47 PM
**To:** Gotthelf, Michelle
**Subject:** Fenner

Michelle:

In the month since Austin Fenner was told he needed to pitch more stories to the desk, he has continued to fall short. He's only suggested three ideas, two of which were rejected, by my count.

On October 14, he pitched two Monday ideas -- and these came in direct response to an email sent out to staffers by Neil Sloane looking for suggestions. The first was about a man living in an old bank building. When I asked him if he'd been written about before, he acknowledged that New York magazine had done a piece about a year ago. I told him not to do it. The second, a piece about a Pop Warner team dedicating its season to a slain police officer, ran in one edition on Oct. 19.

He didn't pitch another story until this week, when -- again in response to an email from Neil -- he suggested a story about the economic hardships of returning veterans. I explained to him that this was well-trod turf and not really that compelling at this point.

If he's pitched any other ideas, I don't recall, which only goes to prove how rarely it's happened. There's no evidence that he has taken our directive -- our clear instructions that he must generate his own stories -- to heart. The bottom line is his pitches are few and those stories he does suggest aren't generally worthy of pursuit. Because of this, we've had no choice but to use him as a simple runner -- the type of work typically handled by an entry-level reporter.

Dan

CONFIDENTIAL

NYP-FL000518