# **EXHIBIT 10**

ⓘ You forwarded this message on 3/3/2005 3:59 PM.

**Sockwell-Mason, Ikimulisa**

| | | |
|---|---|---|
| **From:** | Sockwell-Mason, Ikimulisa | **Sent:** Thu 3/3/2005 3:58 PM |
| **To:** | Angelo, Jesse | |
| **Cc:** | | |
| **Subject:** | RE: | |
| **Attachments:** | | |

Hello,

i would be more than happy to sit down and talk with u about the story ideas i have suggested, the stories i've written, etc. please let me know when u have a moment.

thanks,
i

-----Original Message-----
**From:** Angelo, Jesse
**Sent:** 3/2/2005 1:00 PM
**To:** Sockwell-Mason, Ikimulisa
**Subject:**


Kim,
When you came back to the office full-time we talked about it being a chance for you show what you can do other than knock on doors. To generate some stories, come up with some ideas. I think I can count on two hands the stories you've done in the last three months and I see you sittng at your desk doing nothing for days on end.

Any ideas for stories? Investigations? Light-hearted stuff? It's not only editors who should come up with stories. You need to as well. Go ahead and impress me.

jesse

IL_590

| | |
|---|---|
| **From:** | Gotthelf, Michelle <mgotthelf@new york post.com> |
| **Sent:** | Sunday, January 29, 2006 5:30 PM |
| **To:** | Hechtman, Michael <MHechtman@nypost.com> |
| **Subject:** | FW: |

---

**From:** Angelo, Jesse
**Sent:** 1/27/2006 3:23 PM
**To:** Gotthelf, Michelle
**Subject:** FW:

intriguing.

---

**From:** Sockwell-Mason, Ikimulisa
**Sent:** 1/27/2006 3:20 PM
**To:** Angelo, Jesse; Gotthelf, Michelle
**Subject:**

Hello,

I understand the Queens Court beat is open. I would like to be considered for the position. Perhaps unbeknownst to you all, I have covered courts in the past. I frequently did court cases out of the Bronx. One that comes to mind easily, is the case of the teen mother who's baby starved to death. I have included a couple of the stories from the trial below. I've also pasted a few other court-based stories I've reported and/or written for the Post.

Also, prior to joining the staff at the NY Post I covered courts in a number of communities when I was at the Des Moines Register. The biggest case during my time there was the trial of a woman accused of shooting and killing her ex-husband's lover. She was found not guilty by reason of insanity.

Thanks,
I.


NO PRISON FOR MOM OF STARVED I ... 09/09/99
The New York Post
 All Editions
News
Published: 09/09/99
Page: 020
Caption: SENTENCED: Tabitha Walrond yesterday enters Bronx Supreme Court, where she was sentenced to probation.   Elizabeth Lippman

NO PRISON FOR MOM OF STARVED INFANT
Byline: Ikimulisa Sockwell
  Admonishing a young Bronx woman to accept responsibility for the starving death of her breast-fed son, a judge yesterday sentenced the grieving mom to five year's probation and counseling.

  Acting Supreme Court Justice Robert Straus spared a tearful Tabitha Walrond, 21, a possible four-year jail stint, the maximum sentence allowed for her conviction in the criminally negligent homicide of her baby, Tyler.

NYP-FL001933

"The human infant is the most vulnerable, helpless creature on this earth," the judge told Walrond. "You must accept responsibility.

"You may see yourself as a victim," he said, but sternly told her that her 2-month-old son was the only victim in the heartbreaking case.

Walrond, who wiped away tears as her lawyer, Susan Tipograph, argued that the woman should be spared a prison term, hugged family and supporters following the sentencing.

The baby's father, Keenan Purrell, was not in the Bronx courtroom. But the paternal grandmother, Marcia Purrell, gave a victim's-impact statement - holding up pictures of the dead child as a chubby-cheeked newborn and as a grotesque, skeletal corpse.

"You took away my joy and happiness," she said, directing her comment at Walrond. "He will never hold my hand, look me in the eye, hug me and say, 'Grandma, I love you.'"

Straus noted he'd been bombarded with about 900 letters, e-mails and postcards from around the nation urging that Walrond be given no jail time for her May 19 jury conviction.

Walrond said she was unaware she wasn't providing enough nutrition for her baby, testimony showed.
Without enough food, the baby, born weighing 7 pounds, died weighing less than 5 on Aug. 27, 1997.
Straus noted the mitigating circumstances: "There was no classic physical abuse or specific attempts to harm the child."

He said the "ultimate question" was the appropriate sentence - and he decided the baby's death was the ultimate punishment.

******

BREAST-FEEDING MOM RECALLS WAT ... 05/19/99
The New York Post
 All Editions
News
Published: 05/19/99
Page: 020
Caption: TRAGIC MOM: Tabitha Walrond (center) is escorted from court yesterday after testifying in a manslaughter case in which she's charged with intentionally starving her baby.       -N.Y. Post: Francis Specker

BREAST-FEEDING MOM RECALLS WATCHING UNDERFED BABY DIE
Byline: IKIMULISA SOCKWELL and RITA DELFINER
 A Bronx woman on trial for starving her breast-fed infant to death insisted yesterday she never noticed her son was losing weight - and broke down recalling the day he died.

"I said, 'Faster, faster! .... Something's wrong with my baby!'" a sobbing Tabitha Walrond said she told the cabbie who drove her and her 2-month- old son Tyler to the hospital.

"He left me, he died in the cab. I felt him leave," she testified at her second-degree manslaughter trial in Bronx Supreme Court.

Walrond, 21, the defense's final witness, told jurors how on Aug. 27, 1997, she awoke and showered while the little boy slept - but that he looked different when she came back from the bathroom.

"I seen something was very wrong with him. He was lying down sideways. His mouth was open and foamy stuff was around his mouth.

"I ran to my mom and said, 'Something's wrong with my baby.' My mother grabbed him. She wrapped him up and gave me $20. She said to run to Grand Concourse, get a cab and go to the hospital."

The prosecution claims Walrond intentionally starved her baby - who was born weighing nearly eight pounds and died at just under five pounds - to get even with his father, her ex-boyfriend.

NYP-FL001934

The defense maintains she had problems producing enough milk because of breast-reduction surgery and had no idea Tyler was malnourished.

Walrond recalled how she enjoyed breast-feeding her newborn in the hospital.
"I was bonding with my baby. Everything was new. It was a new beginning," she said. "I was in love with him, totally in love with him."

She said she chose to breast-feed because everyone told her "breast is best."
During cross-examination, prosecutor Robert Holdman showed Walrond autopsy pictures of her son's emaciated body and asked how she didn't know he was losing weight.

"I didn't see him change. He looked the same to me," she replied. "I didn't see him losing weight. To me, I didn't notice. I really didn't."

The prosecutor asked her how Tyler felt in her arms the week before his death.
"He felt like Tyler, he felt like my baby," Walrond said.
"Did you feel his ribs?" Holdman pressed. "When you changed his diaper did you move away the folds of skin around his butt? Did you feel his spine?"

Walrond, her eyes brimming with tears, answered no to each question and said,"He felt no different than in the hospital" after he was born.

She told jurors she tried to take Tyler to a doctor for his first checkup – but was turned away because he didn't have a Medicaid card.

Last week, defense witness Dr. Marianne Neifert testified it is not unusual for a breast-feeding mother to miss seeing her child's weight loss.

Another witness called by defense lawyer Susan Tipograph testified Tyler died of adrenal hypoplasia, a defect that prevents the adrenal glands from producing hormones necessary to sustain life.

Both sides rested and closing arguments are scheduled today.

\*\*\*\*\*\*\*\*

GUILTY: Craig Godineaux pleaded guilty to the Wendy's slayings yesterday. AP (Metro Edition)
WENDY'S KIN FURIOUS AT KILLER'S SENTENCE
Byline: By IKIMULISA SOCKWELL-MASON
 In a development that has outraged families of the seven Wendy's massacre victims, the gunman who did most of the shooting will get life in prison, while the alleged mastermind faces a death sentence.

 Craig Godineaux, 30, changed his plea yesterday to guilty after the Queens district attorney's office deemed him mentally retarded, making it impossible for him to be sentenced to death.

 State Supreme Court Justice Steven Fisher warned Godineaux that, during sentencing on Feb. 21, he will likely face five consecutive life terms without possibility of parole.

 His lawyer, Colleen Brady, said he was remorseful and wanted to spare the victims' families the pain of a trial.
 Godineaux answered questions from prosecutor Bob Masters about his role in the deadly May 24 robbery at the Flushing fast-food restaurant, where five employees were killed and two others critically wounded.

 In a quiet, barely audible voice, he said his friend John Taylor, 36, planned the robbery. Godineaux, crying at times, admitted to taping the employees' hands behind their backs and gagging them and then marching them into the basement freezer.

 Taylor shot manager Jean Auguste and cashier Anita Smith, Godineaux said. Then Godineaux shot the others: Ramon Nazario, 44, Jeremy Mele, 18, Ali Ibadat, 40, and the two who survived, Patrick Castro, 23, and JaQuione Johnson, 18.

 Shrieks of anguish from the victims' loved ones delayed the session until they could be ushered out of the courtroom.

NYP-FL001935

Kevin Johnson, brother of survivor JaQuione Johnson, said it hurt to hear Godineaux. "You could see the emotion of all the families. It still hurts," he said.

Taylor, a former employee of the restaurant, appeared briefly. He sat motionless as the prosecution announced it would seek the death penalty against him.

His next scheduled court appearance is March 19.

*********

MARC ANTHON'Y IN KID-SUPPORT B ... 05/19/2000
The New York Post
147883Metro
News
Published: 05/19/2000
Page: 012
MARC ANTHON'Y IN KID-SUPPORT BATTLE
Byline: By IKIMULISA SOCKWELL-MASON
Salsa sensation Marc Anthony and his lawyer haggled with the star's former girlfriend over the millionaire's net worth yesterday during a Queens child-support hearing at which she asked him to up his $2,700-a-month payments.

Debbie Rosado, a New York City cop who lived with the singer and budding actor from 1993 to early 1996, is asking for an increase in his voluntary child support of $450 per week.

Anthony is also paying the $800 monthly rent on her apartment, and supplies her with a leased sports utility vehicle.

"We're looking for reasonable support for this baby," said Rosado's lawyer, John Gemelli. "We're looking for an order that everybody can live by."

As a police officer, Gemelli said, Rosado has limited income. She filed a petition for an increase last November with the Queens County Family Court.

The recently married Anthony just purchased a $2 million condo in Manhattan and also owns property in the Catskills and in Puerto Rico, it was revealed in court.

The only order issued yesterday was for Anthony to purchase health insurance for his nearly 6-year-old daughter, in addition to the coverage she has under her mother's plan.

Anthony responded that he would gladly do so immediately.
But most of the courtroom time was consumed by the lawyers, who argued over what financial documentation was necessary.

Gemelli - borrowing from one of Anthony's current hits - said, "To coin a phrase, she needs to know."
But Anthony answered many of the questions - from his overall net worth to his income for 1999 - simply with, "I have no idea."

Outside the courthouse, Rosado refused to answer all but one question: whether or not her former boyfriend is a good father.

"He's a very good father," she answered.
Anthony made no comment as he was escorted from court.

*******

WIDOW OF VICTIM RIPS 'DWI' COP .... 03/23/2000
The New York Post

NYP-FL001936

133543Sport+Late City Final
News
Published: 03/23/2000
Page: 018
Caption: OVERCOME: Jamilah Hazim collapses outside a Queens courtroom after NYPD Capt. James O'Connor (right), charged in her husband's death, pleaded not guilty. Above: Brigitte Stelzer

## WIDOW OF VICTIM RIPS 'DWI' COP
Byline: Ikimulisa Sockwell-Mason

Hearing NYPD Capt. James O'Connor utter the words "not guilty" to DWI and homicide charges was too much for the widow of a construction worker mowed down on the Throgs Neck Bridge last fall.

"He's not guilty?" Jamilah Hazim screamed as she collapsed into the arms of her late husband's brothers, just outside a Queens courtroom yesterday. "The son of a bitch!"

"He's guilty of killing my husband," she said after regaining her composure. "Let him go to jail for the rest of his life." Authorities say O'Connor, a 15-year-veteran of the force, was celebrating a promotion in October at a bar before his unmarked police car hit Afif Hazim, 52, who was sweeping debris from a construction lane on the bridge.

Investigators said O'Connor, 45, ignored orange cones and flashing lights placed to guide traffic away from bridge workers.

Afif "meant everything to her," said Anthony Gair, a lawyer representing the Hazim family, which includes three adult children. "He was the leader of the family. His death devastated them."

Michael Dowd, the cop's lawyer, said both families are devastated.
"These are two families that shouldn't be here," Dowd said, with O'Connor silently walking beside him. "This is a terrible tragedy."

When O'Connor was asked if he had anything to say, Dowd answered: "He said he's not guilty. And that says it all."
O'Connor is charged with second-degree manslaughter, vehicular manslaughter, criminally negligent homicide and driving while intoxicated. If convicted, he could face up to 15 years in prison.

The morning arraignment was extremely difficult for the Hazim family.
"That was the first time we've seen him face-to-face," said the victim's brother, Elias Hazim. "I just felt deeply hurt and very angry."

NYP-FL001937

🛈 You forwarded this message on 1/30/2006 3:52 PM.

**Sockwell-Mason, Ikimulisa**

| | | | |
|---|---|---|---|
| **From:** | Sockwell-Mason, Ikimulisa | **Sent:** | Mon 1/30/2006 3:52 PM |
| **To:** | Angelo, Jesse | | |
| **Cc:** | | | |
| **Subject:** | Beat | | |
| **Attachments:** | | | |

Hello,

I asked Michelle about the Queens Courts position and she mentioned there may be a hire. I would like to reiterate that I am very much interested in filling this position. I was not aware until Friday, when I originally emailed you, that the Queens Courts job was open again. In the summer of 2004 prior to Eric Lenkowitz leaving, I asked to be considered for this position. I was told it wasn't really being filled and that the Queens borough reporter would juggle it. Now that it is being filled fulltime, I would really like to be considered for it. I would be more than happy to make myself available to talk to you in person about the position. In my last email, I included some stories I've written that were generated from the courts. If there is anything else you need, please let me know.

Thanks,
Ikimulisa Livingston

IL_597

**From:**      Gotthelf, Michelle
**Sent:**       Thursday, February 16, 2006 5:51:44 PM
**To:**         Angelo, Jesse
**Subject:**

might as well give Kim Queens. She's shown that she can write pretty well off press releases...

NYP-FL001947