# **EXHIBIT 11**

| | |
|---|---|
| **From:** | Gotthelf, Michelle <mgotthelf@new york post.com> |
| **Sent:** | Monday, March 6, 2006 6:07 PM |
| **To:** | 'Ikimulisa@aol.com' |
| **Subject:** | RE: Farid Popal Murder Trial Opening Statements |

Honestly, I had four editors read this story and none of us understand it one bit. Can you please call me.

-----Original Message-----
**From:** Ikimulisa@aol.com [mailto:Ikimulisa@aol.com]
**Sent:** 3/6/2006 5:33 PM
**To:** Gotthelf, Michelle; Ikimulisa@aol.com
**Subject:** Farid Popal Murder Trial Opening Statements

By IKIMULISA LIVINGSTON

Jurors in the no-body murder trial of a jilted boyfriend - accused of killing an Afghani beauty – got an earful yesterday in Queens Supreme Court as the prosecutor laid out a case of conspiracy, complicated DNA matches and an ego so warped murder was seen as heroic.

"Samiya Haqiqi – the victim in this case – would be considered a whore and she would be killed in Afghanistan," Prosecutor Barry Weinrib said, repeating the words the defendant used when cops arrested him.

"He'd be considered a hero in his country," Weinrib continued. "She got what she deserved and you don't have a body."

That was his boast, Weinrib told the jury yesterday.

"We may not have a body, but ladies and gentleman we got the man!"

Farid "John" Popal, 35, is facing 25 years to life in prison if convicting of killing the 26-year-old law student.

"We know the difference between a hero and a murderer," he told the jury. "Ladies and gentleman, he is a murderer."

Samiya "Sami" Haqiqi vanished on Nov. 12, 1999. The raven-haired young woman began dating Popal that summer. But in the fall she was done. She told family and friends that she was going to have one final meeting with the man who'd asked for her hand in marriage.

"(It was) the last time anyone on the face of this earth heard from her again," Weinrib said.

"Samiya Haqiqi is dead. You're going to hear the evidence that he killed her," Weinrib said.

Even though her body was never found, Weinrib said investigators did recover a scorched lock of her hair – about 100 strands. They were found in an oily pit at Popal's brother's job, a transmission shop. The midocondrial DNA was a match for Haqiqi's mother.

And even though Popal denies he left his home in Lindenhurst, L.I. to meet Haqiqi in Queens that day – his cell phone records are "like footprints in the snow" revealing he did travel to the borough, he said.

"When you put the jigsaw puzzle together, it'll form an arrow – an arrow in blood that points to that man," Weinrib said punctuating his words by pointing directly at the defendant.

But defense lawyer Harvey Slovis told the jury in Queens Supreme Court Justice Robert Hanophy's courtroom that the evidence is very thin.

"You may not know what footprints in the snow are, but you certainly will know what a frame is!" Slovis said.

"There's no indication she met him – no eyewitnesses," Slovis pointed out.

He said there was a lot of pressure to make an arrest, including a midwestern senator contact cops. And still Popal wasn't arrested until 2002, after he'd moved to California.

"They were so desperate they consulted a psychic," Slovis said.

Presuming the body was disposed of at the car shop, there should have been evidence, said Slovis, adding that Haqiqi had a condition that caused her hair to fall out.

"There had to be some evidence that body was there," Slovis said. "And I'm not talking about hair. There is no evidence."

NYP-FL001971