# **EXHIBIT 12**

Subj: **(no subject)**
Date: 5/22/2008 4:46:14 P.M. Eastern Daylight Time
From: MGottheif@nypost.com
To: lkimulisa@aol.com

Kim,

Col had a fit over the story you missed this morning. He also wondered why we're keeping you in that court when Nicole Bode, who is not a fantastic reporter, is managing to beat you consistently. He also brought up how labor intensive it was to assign you a dedicated rewrite for the Sean Bell trial when court reporters need to be able to write clear copy on the fly.

One thing's clear, Kim, you're on Col's radar and that's a very dangerous place to be. It means you could be plucked from that court very soon. You have to step it up.

Michelle

This message and its attachments may contain legally privileged and/or confidential information. If you are not the intended recipient (or responsible for delivery of the message to the intended recipient), you are hereby notified that you have received this transmission in error; any review, dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this communication in error, please notify us immediately by reply or by telephone (call us at 212-930-8000) and immediately delete this message and all its attachments. Any content of *this message and its attachments that does not relate to the official business of NYP Holdings, Inc. must be taken not to have been sent or endorsed by any of them. No warranty is made that the e-mail or attachment(s) are f r e e from computer v i r u s or other defect.*