# **EXHIBIT 13**


### APA FY 2008 – Editorial

Please check one:

|   | Self Appraisal |
|---|---|
| X | Performance Appraisal |

|   | Non - Managerial |
|---|---|
| X | Managerial (employees with supervisory responsibilities) |

| Employee Name: | Ikimulisa Livingston |
|---|---|
| Department: | News |
| Position: | Reporter |
| Date of Current Assignment: | Winter 2006 |
| Supervisor: | Zach Haberman/Michelle Gotthelf |
| Date of Hire: | Jan. 28, 1997 |
| Location: | Queens Supreme Court |

CONFIDENTIAL


APA FY 2008 – Editorial

As a guide, we have identified the following three key areas of competencies to assist in developing your APA: Quality of work, Approach to work and Management.

The samples below provide directional points for you to use in the profile for areas of achievement, areas for focus and the summary. Determine if these competencies are met successfully/over achieved, consistently, need improvement or do not meet standards.

**Quality of Work**
1. **Accuracy** – spelling, checking facts, attributions
2. **Creativity** - inventiveness in writing skills, photography or art
3. **Writing Skills** – crafting of copy including sub-editing and copy handling
4. **Photographic Skills** – exposure, composition, lighting
5. **Artist Technical Skills** – art style, design, wraps, charts, diagrams

**Approach to Work**
1. **Quantity of Work** – output, productivity, effort
2. **Teamwork** – commitment to working with others to produce the best product/contributes positively.
3. **Communication** – listening, informing and expressing clearly
4. **Knowledge** – has and applies general and specific job knowledge
5. **Initiative** – suggests ideas, finds own solutions, a self-starter
6. **Reliability** – meets deadlines, accepts responsibility, follows through
7. **Flexibility** – versatile, ability and readiness to accept changes

**Management (for Managers with direct reports)**
1. **Performance Management** – provides constructive feedback, coaching, counseling, development
2. **Leadership** – sets clear direction, provides and shares information
3. **Problem solving and Decision making**
4. **Planning and effective organization** – establishes short/long term projects/goals; good use of resources.
5. **Cost Management** – fiscally responsible; manages budgets and process
6. **Relationship building** – establishes strong relationships internally throughout organization and externally.

CONFIDENTIAL

NYP-FL000329


## APA 2008 - Editorial Profile

**Work History/Current Role:**
Ikimulisa was hired 11 years ago as a general assignment reporter. She became a Queens court reporter in early 2006.

**Professional Characteristics:**
Ikimulisa can always be counted on to make deadlines and even to improvise in order to make those deadlines, including filing stories from her phone while standing outside on a grand jury stakeout. She is an outgoing and an unfailingly calm person.

**Overall Achievements:**
Ikimulisa helped provide the pieces necessary to detail the daily goings on in the Sean Bell trial -- one of the biggest police trials ever to take place in the city. The notes she took were instrumental to our daily packages, which relied heavily on the quotes of the day as well as facilitating access to evidence being submitted. On the eve of trial, she provided the paper with an exclusive about Sean Bell's fiancee working as a pitch-woman for Rocawear apparel, as advertisement she spotted in Essence Magazine.

**Areas for Focus/ Improvement:**
Ikimulisa needs to improve on her ability to fully grasp the goings on in her court. While she was perfectly capable of providing good notes from the Sean Bell trial, she was mostly unable to add any legal foresight to the coverage, which is expected from someone who knows every nut and bolt of the case. She was rarely able to add any insight beyond what had been plainly stated in court. While Ikimulisa files her share of stories, they often need to be re-written and rate no longer than a brief no matter the length she files them. She has a tendency to take it personally and too often makes it her focus when that energy should be spent trying to provide stories that do not originate from press releases or routine court appearances.

**Overall Performance Summary:**
Ikimulisa did a great job providing the day-to-day notes for the Sean Bell trial, but needs work developing sources that will provide stories for the paper that are longer than briefs and have a better disposition when her stories get cut.

| Rating: | 5 |
|---|---|

**Rating definitions:**
1 - Outstanding, consistently Exceeds Standards
2 – Frequently Exceeds Standards
3 – Occasionally Exceeds Standards
**4 – Consistently Meets Standards**
5 - Occasionally Meets Standards, Needs Improvement
6 - Must Improve, Rarely Meets Standards
7 – Unacceptable, does not Meet Standards

**CONFIDENTIAL**

NYP-FL000330



**EDITORIAL APA 2008**

*I acknowledge that I received my 2008 Annual Performance Appraisal as indicated by my signature below.*

_____ 7/9/2008        _____ 7/24/08
Employee's Signature       Date                Manager's Signature       Date

Kimuyisa Livingston                          Michelle Gotty
Print Name                                   Print Name

Employee comment section:

**CONFIDENTIAL**