# **EXHIBIT 15**



**NEW YORK POST**
1211 Avenue of the Americas
New York, N.Y. 10036
Human Resources Dept.
212-930-8082

## APPLICATION FOR EMPLOYMENT

*The Post does not discriminate in hiring or employment on the basis of race, color, religion or creed, national origin, age, disability, sexual orientation, citizenship, alienage, marital status or U.S military status.*

**PERSONAL INFORMATION** – Please Print – All information will be treated confidentially

| LAST NAME | FIRST NAME | MIDDLE NAME |
|---|---|---|
| GORTA | William | J |

| POSITION DESIRED | IF OFFERED, WHEN CAN YOU REPORT FOR WORK? | SOCIAL SECURITY NUMBER |
|---|---|---|
| REPORTER | IMMEDIATELY | REDACTED |

| PRESENT STREET ADDRESS | CITY/STATE/ZIP | HOME PHONE |
|---|---|---|
| REDACTED | | REDACTED |

LIST OTHER NAME(S) UNDER WHICH APPLICANT'S EMPLOYMENT OR EDUCATIONAL RECORDS OR REFERENCES MAY BE VERIFIED:

BUSINESS/DAYTIME PHONE

IF HIRED, CAN YOU FURNISH PROOF THAT YOU CAN LEGALLY BE PERMITTED TO WORK IN THE UNITED STATES?  ☐ YES  ☐ NO

REFERRED BY: ☐ Newspaper Ad ☐ School ☐ Employee ☐ Agency ☐ On My Own ☐ Other

NAME SOURCE

Have you ever been convicted of a felony? ☐ Yes ☑ No. If yes, state when, where and the nature of such conviction. Conviction of an offense is not an automatic bar to employment-all circumstances will be considered, including the nature of the crime and the length of time since conviction.

In case of emergency notify:
NAME MAUREEN GORTA   PHONE REDACTED

DO YOU HAVE ANY RELATIVES AT THIS COMPANY? IF YES, WHOM? NO

ADDRESS _____

**EDUCATION** – List Education, Formal Training Licenses, Certificates and Degrees related to the position sought.

| TYPE OF SCHOOL | NAME AND ADDRESS OF SCHOOL (INDICATE CITY AND STATE) | COURSES MAJORED IN | CHECK LAST YEAR COMPLETED |
|---|---|---|---|
| High School | MSGR McCLANCY 71-06 31ST AVE E. ELMHURST NY | | ☐ 9 ☐ 10 ☐ 11 ☐ 12  73-76 |
| Junior College | | | ☐ 1 ☐ 2 DATES: |
| College | COLUMBIA UNIV NY NY | LITERATURE WRITING | ☐ 1 ☐ 2 ☐ 3 ☑ 4 DATES: 88-95 |
| Graduate School | COLUMBIA JOURNALISM NY NY | JOURNALISM | ☑ 1 ☐ 2 ☐ 3 ☐ 4 DATES: 1999-present |
| Business, Trade, Night School, Other | | | DATES: |

**U.S. MILITARY STATUS** – Federal Law requires employers to obtain the following information from Veterans:

ARE YOU A VETERAN OF THE VIETNAM ERA?  ☐ YES ☑ NO
IF YES, DETAIL THE EXPERIENCE YOU GAINED THERE.

**SPECIAL SKILLS** – Complete if applicable to position sought

☐ TYPING SPEED _____ W.P.M.   ☐ STENO _____ W.P.M.
☐ ADDING MACHINE/CALCULATOR   ☐ DICTAPHONE   ☐ WORD PROCESSOR
☐ COMPUTER  ☐ MAC OR ☐ IBM
☐ COMPUTER SOFTWARE (LIST) _____

☐ OTHER OFFICE MACHINES USED: _____

CONFIDENTIAL

NYP-FL000936

**EMPLOYMENT DATA**

Your New York experience is an important factor in finding a position for which you are well suited. List employment starting with your most recent position. Include military service in the U.S. Armed Forces. Account for any time during this period that you were unemployed by stating the nature of your activities. Do not exclude any employment. If you need more space, use attachment, or we will supply additional paper.

Do you authorize inquiry about you from present employer? ☒ Yes ☐ No    Phone (Area Code) Redacted

| DATES | NAME AND ADDRESS OF EMPLOYER | POSITION AND SUPERVISOR | LIST MAJOR DUTIES | WAGES | REASON FOR LEAVING |
|---|---|---|---|---|---|
| From Mo./Yr. 9/80 To Mo./Yr. 9/00 | NYPD 1 POLICE PLAZA NY NY 10038 | Your Job Title: CAPTAIN  Supervisor's Name: INSP. ROBERT ABRAHAM | COMPSTAT INTERNAL AFFAIRS ETC. | Starting Redacted Per ANNUM  Final Redacted Per ANNUM | ☐ Quit ☐ Layoff ☐ Discharged Why? |
| From Mo./Yr. To Mo./Yr. | | Your Job Title:  Supervisor's Name: | | Starting $ Per  Final $ Per | ☐ Quit ☐ Layoff ☐ Discharged Why? |
| From Mo./Yr. To Mo./Yr. | | Your Job Title:  Supervisor's Name: | | Starting $ Per  Final $ Per | ☐ Quit ☐ Layoff ☐ Discharged Why? |
| From Mo./Yr. To Mo./Yr. | | Your Job Title:  Supervisor's Name: | | Starting $ Per  Final $ Per | ☐ Quit ☐ Layoff ☐ Discharged Why? |

**PERSONAL REFERENCES:**

| NAME | ADDRESS | PHONE |
|---|---|---|
| 1. ROBIN REISIG | | REDACTED |
| 2. STEPHEN DUBNER | | REDACTED |
| 3. JIMMY BRESLIN | | REDACTED |

**APPLICANT: PLEASE READ THE FOLLOWING CAREFULLY BEFORE SIGNING THIS APPLICATION FORM.**

1. I authorize the New York Post to obtain information concerning former employers and others and release all concerned from any liability in connection therewith.

2. I declare that my answers to the questions in this application are true and complete to the best of my knowledge and belief. I understand that any false statements, omissions of facts called for appearing on this or any other employment form will be sufficient reason not to hire me, and if discovered after my employment, may result in immediate dismissal at the Company's sole discretion.

3. If employed, I will abide by the rules, regulations or statements of policy which now exist, or which may, form time to time, be added to, modified or changed, as circumstances warrant, at the sole discretion of the Company.

4. This is an application for at-will employment. I acknowledge that if employed, I will have no promise of continued employment, and that my employment is for no definite period of time, and may be terminated at my will or the will of the Company.

I have read and understand the above.

8/22/00
DATE

SIGNATURE OF APPLICANT

CONFIDENTIAL                                                                                                                 NYP-FL000937