# **EXHIBIT 16**



## APA FY 2009 – Editorial

Please check one:

|   | Self Appraisal |
|---|---|
| X | Performance Appraisal |

|   | |
|---|---|
| X | Non - Managerial |
|   | Managerial (employees with supervisory responsibilities) |

| Employee Name: | Kim Livingston |
|---|---|
| Department: | News Dept. |
| Position: | Reporter |
| Date of Current Assignment: | 2008 |
| Supervisor: | Dan Greenfield/Michelle Gotthelf |
| Date of Hire: | 1995 |
| Location: | 1211 |

CONFIDENTIAL

NYP-FL000332

# NEW YORK POST

## APA FY 2009 – Editorial

As a guide, we have identified the following three key areas of competencies to assist in developing your APA: Quality of work, Approach to work and Management.

The samples below provide directional points for you to use in the profile for areas of achievement, areas for focus and the summary. Determine if these competencies are met successfully/over achieved, consistently, need improvement or do not meet standards.

**Quality of Work**
1. **Accuracy** – spelling, checking facts, attributions
2. **Creativity** - inventiveness in writing skills, photography or art
3. **Writing Skills** – crafting of copy including sub-editing and copy handling
4. **Photographic Skills** – exposure, composition, lighting
5. **Artist Technical Skills** – art style, design, wraps, charts, diagrams

**Approach to Work**
1. **Quantity of Work** – output, productivity, effort
2. **Teamwork** – commitment to working with others to produce the best product/contributes positively.
3. **Communication** – listening, informing and expressing clearly
4. **Knowledge** – has and applies general and specific job knowledge
5. **Initiative** – suggests ideas, finds own solutions, a self-starter
6. **Reliability** – meets deadlines, accepts responsibility, follows through
7. **Flexibility** – versatile, ability and readiness to accept changes

**Management (for Managers with direct reports)**
1. **Performance Management** – provides constructive feedback, coaching, counseling, development
2. **Leadership** – sets clear direction, provides and shares information
3. **Problem solving and Decision making**
4. **Planning and effective organization** – establishes short/long term projects/goals; good use of resources.
5. **Cost Management** – fiscally responsible; manages budgets and process
6. **Relationship building** – establishes strong relationships internally throughout organization and externally.

CONFIDENTIAL



## APA FY 2009 - Editorial Profile

**Work History/Current Role:**
Kim Livingston is a street reporter who until recently covered Queens courts.

**Professional Characteristics:**
Kim checks in every day for her assignment and is sent out on a variety of stories. She primarily covers breaking news such as shootings and fires but also works on a variety of other pieces as well. Kim has a car so she can get around the area.

**Overall Achievements:**
Kim calls in accurate quotes. She works to get to a crime scene in a timely fashion.

**Areas for Focus/ Improvement:**
Kim rarely suggests story ideas and must do a better job of this. The key to a good newspaper and Web site is variety. In addition, Monday enterprise is very important and Kim never pitches or develops her own stories. ¶

**Overall Performance Summary:**
Kim needs to be more diligent about generating her own story ideas, slice of life pieces, investigations. This is a rapidly changing news culture and Kim has to keep up with it.

| Rating: | 2 |
|---|---|

**Rating definitions:**
5 – Outstanding
4 – Exceeds Standards
**3 – Meets Standards**
2 – Needs Improvement
1 – Unacceptable, Does Not Meet Standards

*[signature]*   8/13/09

CONFIDENTIAL

NYP-FL000334



1211 Avenue of the Americas, New York, NY 10036-8790

DATE: AUG. 06, 2009

TO: Ikimulisa Livingston

FROM: MICHELLE GOTTHELF
CC: J. ANGELO, A. SCIALDONE
RE: WRITTEN WARNING

      Ikimulisa, please consider this a letter of warning concerning your underperformance as a reporter. As discussed, we have reviewed with you what's required from your job but your work needs improvement to meet the standards necessary to succeed in the Editorial Department. Your editors have discussed with you the following issues that need to be focused on and improved upon:

* Does not pitch stories, investigative ideas, or weekend pieces suitable for the paper, which is a job requirement

It is important that we see an immediate and consistently sustained improvement in your performance. We want to see you succeed and we believe you have the ability to do so, but we cannot do it for you. Failure to achieve and maintain the required company standards will result in further disciplinary action. We certainly hope that it does not come to that.

_____       8/6/09
Michelle Gotthelf, metro editor              Date

The above memo has been reviewed with me.

_____
Ikimulisa Livingston, reporter                       Date

*Refused to sign*

**CONFIDENTIAL**