# EXHIBIT 17

## Scialdone, Amy

| | |
|---|---|
| **From:** | Angelo, Jesse (NYP) |
| **Sent:** | Monday, February 25, 2013 5:19 PM |
| **To:** | Scialdone, Amy |
| **Subject:** | <no subject> |
| **Attachments:** | DOC.PDF |

Hi Amy,

I have made the decision to terminate the employment of Kim Livingston, for the reasons set
forth on the attached letter.  Please email Kim promptly and ask her to come into work
tomorrow morning at 11am for a meeting.  You and I will be at that meeting, where I will
inform Kim of my decision and hand her a signed copy of the attached.
Thank you very much,

Jesse

1

NYP-FL004874



1211 Avenue of the Americas, New York, NY 10036-8790

February 26, 2013

Dear Kim,

This is to advise you that, effective immediately, your employment at the New York Post is terminated

Last week, I learned for the first time that you worked as a mystery shopper from 2005 to 2010 during your regularly scheduled NY Post shift.  On over 400 occasions, you mystery shopped during your regular reporting shift for either TD Bank (or its predecessor Commerce Bank) or Shop'N Chek, including on many occasions when you were assigned to cover the Queens courthouses.  You frequently left your post covering the Queens courthouses, drove to one and sometimes multiple bank branches or other retail stores, and performed paid services for another company.  At no time did you advise your supervisors of this activity or seek permission for it.  In 2008 and subsequently, your supervisors were particularly critical of your lack of enterprise reporting, failure to develop sources, and failure to develop interesting stories from the courthouses or otherwise; not only did you fail to notify them of this activity, but you continued to engage in it for several more years.  On a number of occasions, you took the day off from work at the Post, taking paid sick leave or bereavement leave, yet were well enough on those same days to mystery shop (including two sick days when you mystery shopped at three different store locations each day).  Making matters worse, you do not believe that you did anything wrong in having done this.

Simply put Kim, you engaged in gross misconduct, reflecting dishonesty, dereliction of duty, and an utter disregard for the quality of your performance as a reporter.  For all of these reasons, you have left me no choice but to terminate your employment.

In the event you have any documents, property or equipment belonging to the Post, such materials should be returned to Human Resources immediately.  Information about your rights, if any, to continued health insurance coverage, at your own expense, pursuant to COBRA, will be provided to you under separate cover.

Sincerely,


Jesse Angelo
Publisher

A NEWS CORPORATION COMPANY

NYP-FL004875