# **EXHIBIT 18**

Case 1:09-cv-09832-LGS   Document 71-18   Filed 05/10/13   Page 1 of 6

Page 1

1                       Allan
2           UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF NEW YORK
3
       SANDRA GUZMAN,                )
4                                    )
                 Plaintiff,           )
5                                    )
                 vs.                 ) 09CIV9323
6                                    ) (BSJ(RLE)
       NEWS CORPORATION, NYP HOLDINGS,)
7      INC., d/b/a THE NEW YORK POST, )
       and COL ALLAN, in his official )
8      and individual capacities,    )
                                     )
9                Defendants.          )
       ------------------------------)
10
11  (Contains Confidential & Attorneys' Eyes Only Portions Bound Separately)
12
13         VIDEOTAPED DEPOSITION OF COLIN ALLAN
14                New York, New York
15            Tuesday, February 14, 2012
16
17
18
19
20
21
22
23   Reported by:
24   Philip Rizzuti
25   JOB NO. 46188

Page 370

Allan

1
2  Q.  Did Jesse Angelo ever tell you
3  that Leonard Greene complained to him about
4  the cartoon?
5  A.  I don't recall.
6  Q.  If Leonard Greene complained to
7  Jesse Angelo about that cartoon would you have
8  expected Jesse Angelo to have told you about
9  it?
10  A.  He may have done.  I don't recall.
11  Q.  That is not my question.  My
12  question is would you have expected Jesse
13  Angelo to have told you about it?
14  A.  Yes.
15  Q.  Why?
16  A.  It would be the right thing to do.
17  Q.  Did anyone in human resources ever
18  tell you that Leonard Greene had complained
19  about the monkey cartoon?
20  A.  I don't recall.
21  Q.  Well Mr. Allan if your black
22  reporters -- strike that.
23      If you learned that your black
24  reporters complained about the monkey cartoon
25  you would recall that; right?

Page 371

Allan

1
2  A.  Excuse me.
3  Q.  If you knew at one point that your
4  black reporters had complained about the
5  monkey cartoon that is not something that you
6  would forget; right?
7  A.  I guess yes, I wouldn't forget.
8  Q.  As you sit here now do you know if
9  Leonard Greene ever complained about the
10  monkey cartoon?
11  A.  I don't know.
12  Q.  Did you ever talk to him about the
13  monkey cartoon?
14  A.  No.
15  Q.  Mr. Allan, I am showing you what
16  has been marked as Allan Deposition Exhibit
17  17, please take a moment to review it?
18  A.  Sure.
19      (Allan Exhibit 17, affidavit of
20  Leonard Greene, marked for
21  identification, as of this date.)
22      MR. LIPPNER:  Take your time and
23  read the whole thing please.
24  A.  Yes.
25  Q.  Mr. Allan, do you agree that

Page 372

Allan

1
2  Leonard Greene has been subjected to race
3  discrimination during his employment at the
4  Post?
5  A.  I do not.
6  Q.  Did he ever apply to become an
7  editor?
8  A.  I don't know.
9  Q.  Did he ever apply to become a
10  columnist?
11  A.  Yes.
12  Q.  When did he apply to become a
13  columnist?
14  A.  I don't recall.
15  Q.  How many times did he apply to
16  become a columnist?
17  A.  A couple.
18  Q.  Why didn't he become a columnist
19  at the New York Post?
20  A.  I'm sorry?
21  Q.  Why hasn't Leonard Greene become a
22  columnist at the New York Post?
23  A.  Because I don't think that he
24  would be a good columnist for the newspaper.
25  Q.  Why not sir?

Page 373

Allan

1
2      MR. LIPPNER:  Objection.  This
3  goes to your editorial.
4      MR. THOMPSON:  It does not.  The
5  fact that I am asking him why he didn't,
6  Mr. Lippner, please don't invoke this
7  baseless privilege to coach the witness.
8  My question is why didn't he think that
9  Leonard Greene would make a good
10  columnist at the newspaper.
11      MR. LERNER:  You can talk about
12  what you regard as his qualifications for
13  being a columnist at the New York Post.
14  A.  I think that Leonard is an
15  excellent reporter, an excellent writer, but I
16  don't believe that he would make a strong
17  columnist for the newspaper.
18  Q.  Why not?
19  A.  I think it takes a certain kind of
20  attitude.  In many ways Leonard is too even
21  tempered, too nice to be a good columnist for
22  the newspaper.
23  Q.  Well he has the writing skills to
24  be a columnist; right?
25  A.  Yes, I would agree with that.

Contains Confidential & Attorneys' Eyes Only Portions Bound Separately

Page 374

Allan

2  Q. He has past experience as a
3  columnist at other newspapers; correct?
4  A. Yes.
5  Q. You would agree would you not that
6  you made the decision -- strike that.
7      Isn't it true Mr. Allan that you
8  made the decision to deny Leonard Greene the
9  opportunity to work as a columnist at the
10 newspaper when he applied?
11     A. That is correct.
12     Q. And Leonard Greene is
13 African-American; correct?
14     A. Yes, sir.
15     Q. Well you would agree that working
16 as a columnist requires a certain skill set;
17 right?
18     A. Yes.
19     Q. What is that skill set that a
20 columnist at the New York Post is required to
21 have?
22     A. Strong opinions.
23     Q. That is it?
24     A. Not all.
25     Q. Tell us everything that you --

Page 375

Allan

2  A. Strong opinions.
3  Q. What else?
4  A. A deep knowledge of politics.
5  Q. A deep knowledge of politics?
6  A. Yes.
7  Q. So every columnists who works at
8  the Post has a deep knowledge of politics?
9  A. No.
10 Q. I am asking you to describe any
11 skill set that you believe a columnist needs
12 to have in order to work at the Post?
13 A. They need to have been an expert,
14 to have some expertise.
15 Q. What else?
16 A. They need to have an attitude.
17 Q. Anything else?
18 A. That will do.
19 Q. They need to be able -- they need
20 to be excellent writers; correct?
21 A. In part.
22 Q. They need to have journalistic
23 experience?
24 A. That is not enough.
25 Q. Sorry?

Page 376

Allan

2  A. That is not enough.
3  Q. Really; so is it your opinion that
4  a person who has no journalistic experience
5  could be qualified to work as a columnist at
6  the New York Post?
7      MR. LERNER: Objection.
8  A. If they have expertise, yes.
9  Q. Expertise in what?
10 A. Derivatives.
11 Q. Anything else?
12 A. Sex.
13 Q. Sex?
14 A. Sure.
15 Q. What type of experience would you
16 expect a columnist to have in sex?
17 A. Considerable.
18 Q. Considerable. What do you mean by
19 that?
20 A. If the person was going to be
21 experienced in sex they would have had
22 considerable sex.
23 Q. In terms of engaging in sexual
24 activity; correct?
25 A. Yes.

Page 377

Allan

2  Q. What journalistic experience did
3  Ashley Dupree have before you hired her at the
4  New York Post as a columnist?
5  A. She was a hooker.
6  Q. I asked you what journalistic
7  experience she had before she joined the New
8  York Post?
9  A. She was a hooker.
10 Q. Do you believe being a hooker is
11 the same as having journalistic experience?
12 A. No.
13 Q. So my question is not whether she
14 was a hooker, my question is what journalistic
15 experience did Ms. Dupree have before you
16 hired her as a columnist at the New York Post?
17 A. Zero.
18 Q. What writing experience did Ms.
19 Dupree have before you hired her as a
20 columnist at the New York Post?
21 A. Zero.
22 Q. What experience did she have
23 working at a newspaper before you hired her as
24 a columnist at the New York Post?
25 A. Zero.

Contains Confidential & Attorneys' Eyes Only Portions Bound Separately

Page 378

```
             Allan
 1
 2       Q.   What experience did she have
 3  working as a columnist before you hired her as
 4  a columnist at the New York Post?
 5       A.   Zero.
 6       Q.   Is it your testimony Mr. Allan
 7  that Ashley Dupree who you described as having
 8  experience as a hooker was more qualified to
 9  work as a columnist at the New York Post than
10  Leonard Greene?
11            MR. LERNER:  Objection.
12       A.   That is not my testimony.
13       Q.   Would you agree Mr. Allan that --
14  strike that.
15            Would you agree Mr. Allan that
16  Leonard Greene was more qualified to work as a
17  columnist at the New York Post than Ashley
18  Dupree?
19            MR. LERNER:  Objection.
20       A.   I would argue that Ashley Dupree
21  is more qualified to write a sex column at the
22  New York Post than Leonard Greene.
23       Q.   Why, simply because she was a
24  prostitute?
25       A.   I think that is helpful.
```

Page 379

```
             Allan
 1
 2       Q.   Any other reason?
 3       A.   She is a woman.
 4       Q.   Any other reason?
 5       A.   No.
 6       Q.   So you believe that she is
 7  qualified to work as a columnist at the New
 8  York Post because she has had experience being
 9  a prostitute and she is a women?
10       A.   She is qualified as a sex
11  columnist, yes.
12       Q.   Would you agree that the position
13  of columnist at the New York Post is
14  prestigious?
15       A.   Some.  I wouldn't agree that it is
16  prestigious to be the sex columnist.
17       Q.   How much is Ashley Dupree being
18  paid annually as a columnist for the New York
19  Post?
20            MR. LERNER:  Hold on.  That is --
21       first of all this is confidential.
22       Second of all what is the relevance of
23       what Ashley Dupree is making?
24            MR. THOMPSON:  The relevance is
25       you have a black long time employee at
```

Page 380

```
             Allan
 1
 2  the Post, Leonard Greene, who Mr. Allan
 3  testified is an excellent writer,
 4  excellant reporter, a man of integrity
 5  and honesty, someone who has worked in
 6  the past as a columnist who has applied
 7  to be a columnist and Mr. Allan denied
 8  him.  Yet Mr. Allan hired a white former
 9  prostitute with no journalistic
10  experience, no experience working as a
11  reporter, no experience working at a
12  newspaper as a columnist at the paper.
13            MR. LERNER:  To do an entirely
14       different job than Leonard Greene was
15       qualified to do.
16            MR. THOMPSON:  You can make that
17       argument, but Leonard Greene applied for
18       a columnist position and was denied by
19       Mr. Allan.  Ashley Dupree who he hired
20       had no experience but being a prostitute
21       and a woman.
22            MR. LERNER:  She was hired for a
23       different job, not even comparable.
24            MR. THOMPSON:  Are you going to
25       instruct him not to answer?
```

Page 381

```
             Allan
 1
 2            MR. LERNER:  Yes.
 3  DI  Q.   Are you going to answer the
 4       question I just asked you?
 5       A.   I am going to act on the advice of
 6  counsel.
 7            MR. THOMPSON:  We have that marked
 8       for another ruling.
 9            And just so you know opposing
10       counsel that I did not call Judge Ellis
11       earlier because I didn't want to make
12       multiple calls with him.  We will put
13       this in an application to the court and
14       deal with it fully in terms of all the
15       times that you instructed Mr. Allan not
16       to answer questions.
17       Q.   Is Ashley Dupree still employed at
18  the Post?
19       A.   Yes.
20       Q.   Does she report to you?
21       A.   No.
22       Q.   Who does she report to?
23       A.   Steve Lynch.
24       Q.   Now do you know if anyone at News
25  Corp. has hacked into Sandra Guzman's cell
```

Page 530

```
         Col Allan
 1
 2   work with respect to the monkey cartoon from
 3   February 2009?
 4            MR. LERNER:  Objection.
 5       A    I don't recall.
 6       Q    Did you ever discuss that cartoon
 7   with anyone from Rubenstein?
 8       A    I don't recall.
 9       Q    Did Rubenstein review the editorial
10   that was issued about the cartoon?
11       A    I don't recall.
12       Q    Did Rubenstein review the statement
13   issued by Mr. Murdoch about the cartoon?
14       A    I don't recall.
15       Q    Who is Richard Prince?
16       A    Excuse me?
17       Q    Richard Prince, do you know who he
18   is?
19       A    No, sir.
20       Q    Do you know whether Mr. Prince ever
21   wrote an article about the New York Post?
22       A    I don't.
23       Q    Do you recall, perhaps, anyone from
24   Rubenstein handling any matter involving Richard
25   Prince?
```

Page 531

```
         Col Allan
 1
 2       A    No, sir.
 3       Q    Are you aware of the work schedule
 4   for weekday reporters at the New York Post?
 5       A    No, sir.
 6       Q    Do you know about how many hours per
 7   week New York Post reporters are expected to log?
 8       A    No, sir.
 9       Q    Is it your expectation that during
10   the eight hours from nine to five that New York
11   Post reporters working during the week spend every
12   minute of that time, apart from lunch, performing
13   work for the New York Post?
14            MR. LERNER:  Objection.
15       A    Yes, sir.
16       Q    What about bathroom breaks?
17       A    Excuse me?
18       Q    What about bathroom breaks, would
19   they be expect expected to take those?
20       A    I believe so.
21       Q    What about smoke breaks?
22       A    Pardon?
23            MR. LERNER:  Smoke.
24       Q    Smoke breaks, breaks to smoke.
25       A    We try to discourage it.  Smoking,
```

Page 532

```
         Col Allan
 1
 2   it's bad for you.
 3       Q    I agree with that, but if somebody
 4   took a break to have a cigarette would that be
 5   considered time theft from the company?
 6       A    No, sir.
 7       Q    What about running routine errands to
 8   go to the drug store or the bank?
 9            MR. LERNER:  Objection.
10       A    I can't speculate.
11       Q    Are you aware of any reporter for the
12   Post ever running such errands during the day?
13       A    I'm sure they have.
14       Q    During the workday?
15       A    Sure.
16       Q    What about going to the gym, are you
17   aware of any New York Post reporters ever going to
18   the gym during a workday?
19            MR. LERNER:  Objection.  Don't guess.
20       A    I don't know.
21       Q    Are you ever aware of any New York
22   Post reporter going to the movies during a
23   workday?
24            MR. LERNER:  Objection.
25       A    No.
```

Page 533

```
         Col Allan
 1
 2       Q    Before the filing of the current
 3   lawsuits, were you aware that Austin Fenner
 4   complained about the February 2009 cartoon?
 5       A    No, sir.
 6       Q    And did you discuss, following the
 7   publication of the February '09 cartoon, discuss
 8   the need for someone from the human resources
 9   department to talk with minority employees at the
10   Post specifically?
11            MR. LERNER:  Objection.
12       A    I'm sorry.  Can you repeat the
13   question?
14       Q    I can.
15            Following the publication of the
16   February 2009 cartoon, did you talk with anybody
17   at the Post, apart from counsel, regarding the
18   need for a human resources representative to speak
19   specifically with minority employees at the Post?
20            MR. LERNER:  Objection.
21       A    I don't recall.
22       Q    What about the need for HR to talk
23   with black employees at the Post?
24       A    I don't recall.
25       Q    Are you aware of whether or not
```

29