# **EXHIBIT 19**



# executive committee
# AGENDA

3/2/09
8:30 AM EST
Leonard French Room , 3rd Floor • New York

| Topic | Presenter |
|-------|-----------|
| **Publisher's Overview** | Paul Carlucci |
| **Human Resources** | Amy Scialdone |
| **Agenda** | |
| NY Giants Opportunity | Jennifer Jehn |
| **Sales** | |
| **Circulation** | Ian Jackson |
| **Advertising** | Howard Adler |
| **Community Newspaper Group** | Les Goodstein |
| **Digital Media** | Chris Shaw |
| **Operations/Information Technology** | Joe Vincent |
| **Pre-Press Update** | Paul Armstrong |
| **Editorial** | Col Allan |
| **Marketing** | Jennifer Jehn |

Next Management Council Meeting
3/9/09      10:30 a.m.
1185  6th Ave. – 26th fl – Training Room

Confidential

NYP-FL003842

Redacted

Redacted

## Human Resources: Amy Scialdone

**Discussion**

Redacted

- **Merit Increase** – Jennifer followed up on last week's discussion of awarding employees earning $50,000 or less a merit increase of +2%. All other merit increases are suspended. Discussion was had about raising

Executive Committee Minutes

Page 2

NYP-FL003843

the base of eligible merit increases to $60,000.   Jennifer also explored using job level instead of a salary level to determine eligibility. It was agreed to implement the merit increase on employees making less than $50,000 per year.

**Redacted**

Confidential