<mark>Case 1:09-cv-09832-LGS Document 71-21 Filed 05/10/13 Page 1 of 6</mark>

# **EXHIBIT 21**

<mark>Case 1:09-cv-09832-LGS Document 71-21 Filed 05/10/13 Page 1 of 6</mark>

RE: personal and confidential                                    Page 1 of 2

**From:** Scialdone, Amy <AScialdone@nypost.com>
**To:** ikimulisa@aol.com
**Subject:** RE: personal and confidential
**Date:** Mon, Dec 7, 2009 3:43 pm

Ikimulisa,
Why don't you call me Wednesday morning once you get your assignment and then we can determine the best time to meet.
Will that work best for you?
Amy

*Amy Scialdone*
VP Human Resources
NEW YORK POST
1211 Ave. of the Americas, 15th floor
New York, NY 10036
ph: 212-930-8227
fx: 212-930-8092
ascialdone@nypost.com
www.nypost.com

**From:** ikimulisa@aol.com [mailto:ikimulisa@aol.com]
**Sent:** Sunday, December 06, 2009 11:13 AM
**To:** Scialdone, Amy
**Subject:** Re: personal and confidential

Hello
Wednesday is fine, depending on my assignment that day of course.
Ikimulisa

-----Original Message-----
From: Scialdone, Amy <AScialdone@nypost.com>
To: ikimulisa@aol.com
Sent: Fri, Dec 4, 2009 11:18 am
Subject: RE: personal and confidential

Hi Ikimulisa,
Let's set up a meeting to discuss your concerns. Are you available next week either Tuesday or Wednesday afternoon?
Let me know what time works for you.

Amy

*Amy Scialdone*
VP Human Resources
NEW YORK POST
1211 Ave. of the Americas, 15th floor
New York, NY 10036
ph: 212-930-8227
fx: 212-930-8092
ascialdone@nypost.com
www.nypost.com

**From:** ikimulisa@aol.com [mailto:ikimulisa@aol.com]

RE: personal and confidential                                                                 Page 2 of 2

**Sent:** Thursday, December 03, 2009 8:36 AM
**To:** Scialdone, Amy
**Subject:** personal and confidential

As a reporter at the New York Post I have been discriminated against due to my race and my gender. For example, I was removed from my beat as the Queens Courts reporter because I am a black woman. I was told I would have a desk at the office and there would be opportunities to write. That has not happened.

This message and its attachments may contain legally privileged and/or confidential information. If you are not the intended recipient (or responsible for delivery of the message to the intended recipient), you are hereby notified that you have received this transmission in error; any review, dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this communication in error, please notify us immediately by reply or by telephone (call us at 212-930-8000) and immediately delete this message and all its attachments. Any content of this message and its attachments that does not relate to the official business of NYP Holdings, Inc. must be taken not to have been sent or endorsed by any of them. No warranty is made that the e-mail or attachment(s) are free from computer viruses or other defects.

This message and its attachments may contain legally privileged and/or confidential information. If you are not the intended recipient (or responsible for delivery of the message to the intended recipient), you are hereby notified that you have received this transmission in error; any review, dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this communication in error, please notify us immediately by reply or by telephone (call us at 212-930-8000) and immediately delete this message and all its attachments. Any content of this message and its attachments that does not relate to the official business of NYP Holdings, Inc. must be taken not to have been sent or endorsed by any of them. No warranty is made that the e-mail or attachment(s) are free from computer viruses or other defects.

December 9, 2009

To: File

From: Kristen Kelly, Sr. HR Generalist


December 3, 2009 at 8:36 am

Amy received a personal and confidential email from Ikimulisa.

"As a reporter at the New York Post I have been discriminated against due to my race and my gender. For example, I was removed from my beat as the Queens Courts reporter because I am a black woman. I was told I would have a desk at the office and there would be opportunities to write. That has not happened."


December 9, 2009 at 1:00 pm

**Meeting with Jennifer Jehn, SVP HR, Marketing, & Digital Media, Kristen Kelly, Sr. HR Generalist and Ikimulisa Livingston, General Assignment Reporter**

Re: emailed complaint to Amy Scialdone sent on December 3, 2009

Kim arrived at 1 pm for a scheduled meeting at 1 pm with Amy Scialdone. Amy welcomed her and introduced her to Jennifer. Jennifer stated, Hi Kim, it is nice to see you again, we met previously at UNITY. Jennifer asked Kim and Amy to come into Kristen's office where Kristen was seated. Jennifer explained to Kim that she knew Kim expected to meet with Amy but given how seriously we take this matter of her complaint, that Jennifer will conduct the discussion herself. Kristen introduced herself to Kim and shook her hand. Kim asked if her lawyer could be present. Jennifer said she did not think that was appropriate but would check. Kim went to the ladies room and when she came back, Jennifer stated that she thought about it and was unable to discuss it and made the decision that a lawyer could not be present.

Jennifer: We received the email complaint and wanted to talk about it.

Kim stated, she assumes that we are aware that she filed a complaint with the EEOC. Jennifer responded, yes we are. Jennifer asks if Kim is taping the conversation. Kim says she is not and asked if Jennifer was. Jennifer said she is not but Kristen was typing notes. Kim asked for a card and took Kristen's. Jennifer wrote her information on the card.

Kim states the email she wrote was clear. She feels that she has been discriminated against for 2 reasons. She lost her beat for no reason other than the company said they were making a change in the courts. She was promised a desk and telephone and has not received that and it has been a year.

Jennifer asked about losing the assignment on the Queens Court - How was that communicated to you? Kim stated she received a phone call from Michelle (she believes). She was at the queens courts and was told to come in the next day to 1211. Michelle said they are making a change and that she would be given a desk and she wouldn't be on the street all the time and she would be general assignment again. Kim stated that she was also told that her new assignment would be the following day (mid week). The next day Kim called in to get her assignment in the morning to check in and was told that she was still in Queens court and that the change would be happening next week. She went back to Queens court and continued doing the Queens beat. She is not sure when she was officially told when someone else

CONFIDENTIAL

NYP-FL000819

would be moving into the beat but that is what happened. Jennifer states that it is similar to how things typically happen.

Jennifer said in the complaint it states that similar reporters do have a desk and phone, etc. Who are those people that Kim is comparing herself too that have a desk and phone at the office? Kim says that she doesn't know who she would compare herself too, I guess other general assignment reporters. Kim doesn't really know most of the people in the newsroom. Jennifer said that in the complaint it says that other reporters were given a desk and she was not, but you do not know who those people are? Kim says no, I don't know. Kim says that most if not all reporters have a phone and have a desk in the newsroom. Jennifer says here at 1211? Kim says she believes most of them have a desk in the newsroom or somewhere else.

Jennifer says in relation to the phone, it seems that Kim requested a phone because she was using her personal phone? Is this unique to you, that you would use your personal phone for this? Kim says that she is not comfortable speaking to this question because it is in the lawsuit and does not pertain to the email she sent to Amy. Jennifer reads the email that Kim had sent. Jennifer clarifies that Kim is upset that she does not have a desk but does not know who the other people are that are similarly situated that do have a desk. Kim says yes, I don't have a desk and I don't know who the other reporters are. Jennifer asks about the opportunities to write. Are other people getting opportunities to write, are you not given opportunities? Kim says yes, she is given very few opportunities to write. Jennifer asks who the other people are that are being given more opportunities to write? Kim says that white reporters are given the opportunity to write their own stories but she is not. Jennifer said, who are these people and how do you know this? Kim says that she is not in the newsroom and cannot say who does what. She believes that white reporters are given the opportunity to write their own stories. Jennifer said that when it comes to discrimination, she is asking who the reporters are that are receiving the opportunities and what the stories are? Kim says she can only say what her personal experiences are.

Jennifer says that it seems that she feels that she is not compensated fairly? Kim states that this is not in the email to Amy Scialdone and does not feel that it is appropriate to discuss the lawsuit without her lawyer.

Jennifer asks about prior complaints. Have you complained to your editors about the Queens court reporter job? Have you complained that you felt that you were taken off the beat because of your race? Have you complained to Dan or Michelle? At the time she was taken off of the beat, Kim felt that she had no choice or say in being removed from the beat. Kim said that she was fearful of her job. Jennifer asks if Kim complained to anyone in HR? Kim said no, she was in fear for her job.

Another example is the desk. Jennifer asks if Kim ever followed up with Michelle or anybody else about not receiving a desk. Kim states that she can't recall. Did you come to anyone in HR? Kim said that she never said anything to anyone in HR. Kim states that she was somewhat fearful of her job.

Jennifer asks if Kim complained about the change in assignment to HR or to her managers? Kim states that she was fearful all along and felt like she needed to say something so she wrote to HR.

Jennifer says, other than the 2 things we spoke about specifically, being removed from the queens reporter position and not receiving a desk – is there anything else that you would like to share with us? Kim says that she feels like she has been treated in a racist way by the company. Jennifer said, and these are the only 2 things that you want to talk about? Kim nods in confirmation.

Jennifer said back to the thing about being discriminated because of your race in general for the Queens court reporter. Are there any other specifics about the way it was communicated to you? Kim said the only thing to add is that

CONFIDENTIAL

throughout that year she covered the Sean Bell cops trial and produced more front page stories than she has ever written before in her 13 years at the Post. She wrote more front page stories than any other individual reporter, she is not sure but thinks this. It was a big trial and she did a good job with it.

Jennifer said are you comfortable talking about performance? Did your managers give you balanced feedback on how you performed in areas you did well and other areas that you could improve? Did you not feel comfortable that you were doing a good job? On the flip side, did your managers give you feedback on managing your performance? Kim said she wants to stick to her 2 points. Kim says that she thinks she did a very good job on this trial and other things that went on in the court system.

Jennifer said that I don't have any other questions about what you brought up in the complaint. I am glad that you came in to talk to us and that you came to HR to put forth your complaint. We are going to do some follow-up and will conduct an investigation in these areas and then we will follow up with you with what comes next. Anything else that you would like to say before we conclude? Kim said no. Feel free to come and talk to us at any point. Kim asked if she should speak to Jennifer on follow up. Jennifer said yes, for anything to follow up to contact her.

Kim said thank you for the meeting and said to Kristen, it was nice meeting you. Jennifer said she would walk out with Kim.

CONFIDENTIAL

NYP-FL000821