# **EXHIBIT 2**

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Shopper Assignments | | | | | | |
| 2 | Project | Assignment ID | Assgn. Status | Actual Shop Date | Hours Performed Shop | Address | Address |
| 3 | Verizon Indirect Agents | 2640754 | Approved | 8/26/2005 | 2:50 - 3:04 pm | 32-50 Vernon Blvd | Queens, NY 11106 |
| 4 | VZW - Best Buy Merchandising Audit | 2654786 | Approved | 9/1/2005 | 6:00 - 6:15 pm | 8801 QUEENS BLVD. | ELMHURST, NY 11373 |
| 5 | Cingular Wireless 2005 Premier | 2641094 | Approved | 9/3/2005 | 12:47 - 1:04 pm | 90-15 QUEENS BLVD | ELMHURST, NY 11373 |
| 6 | T-Mobile Indirect | 2660240 | Closed.oc-Billable | 9/7/2005 | TCs 2:30, 3:30, 4:13 pm | 70-09 AUSTIN ST | FOREST HILLS, NY 11375 |
| 7 | Barnes and Noble 2005 | 2658698 | Approved | 9/11/2005 | 1:20 - 1:46 pm | 2289 Broadway | New York, NY 10024-4906 |
| 8 | IHOP | 2659832 | Approved | 9/15/2005 | 9:14 - 10:13 am | 73-01 Northern Blvd | Jackson Heights, NY 11372 |
| 9 | Bed Bath & Beyond | 2640836 | Approved | 9/15/2005 | 4:52 - 5:34 pm | 410 East 61st Street | New York, NY 10065 |
| 10 | Verizon Circuit City | 2663532 | Approved | 9/16/2005 | 2:50 - 3:05 pm | 9605 Queens Blvd | Rego Park, NY 11374 |
| 11 | Bed Bath & Beyond | 2640808 | Approved | 9/16/2005 | 6:27 - 7:15 pm | 72-15 25th Avenue | East Elmhurst, NY 11370 |
| 12 | T-Mobile Indirect | 2666237 | Closed.oc-Billable | 9/17/2005 | 6:25 - 7:15 pm | 72-15 25th Avenue | New York, NY 10065 |
| 13 | Verizon Direct 2005 | 2743560 | Approved | 9/18/2005 | 5:00 - 5:52 pm | 410 East 61st Street | New York, NY 10065 |
| 14 | Office Depot - 2005 | 2682430 | Client Rejects | 9/24/2005 | 8:15 - 8:44 am | 96-09 ROOSEVELT AVE | CORONA, NY 11368 |
| 15 | Office Depot - 2005 | 2678888 | Approved | 9/26/2005 | 3:10 - 3:35 pm | 9015 Queens Blvd | Elmhurst, NY 11373-4900 |
| 16 | T-Mobile Indirect | 2678818 | Client Rejects | 9/26/2005 | 3:50 - 4:11 pm | 1441 BROADWAY | NEW YORK, NY 10018 |
| 17 | T-Mobile Indirect | 2700558 | Closed.oc-Billable | 9/30/2005 | TC - time not given | 3010 WHITESTONE EXPRESSWAY | FLUSHING, NY 11354 |
| 18 | Verizon Direct Merchandising 2005 | 2740379 | Approved | 10/2/2005 | 6:33 - 7:04 pm | 91-11 63RD DR | REGO PARK, NY 11374-3849 |
| 19 | Verizon Indirect RadioShack 2005 | 2756396 | Approved | 10/26/2005 | 11:34 - 11:56 am | 3125 Steinway St | Astoria, NY 11103-3908 |
| 20 | Verizon Direct Merchandising 2005 | 2740394 | Approved | 10/29/2005 | 3:20 - 3:45 pm | 107-06 CONTINENTAL AVE | FOREST HILLS, NY 11375 |
| 21 | Bed Bath & Beyond | 2743553 | Approved | 10/31/2005 | 6:25 - 7:15 pm | 57 W 57th St | New York, NY 10019-2802 |
| 22 | Verizon Indirect Agents | 2740515 | Approved | 11/1/2005 | 5:00 - 5:52 pm | 72-15 25th Avenue | East Elmhurst, NY 11370 |
| 23 | Verizon Circuit City | 2761107 | Approved | 11/3/2005 | 5:15 - 5:48 pm | 410 East 61st Street | New York, NY 10065 |
| 24 | T-Mobile - Retail | 2764729 | Closed.oc-Billable | 11/4/2005 | 8:15 - 8:44 am | 13603 20th Ave | College Point, NY 11356 |
| 25 | T-Mobile - Retail | 2760140 | Approved | 11/6/2005 | 1:00 - 1:31 pm | 46-01 QUEENS BLVD | Corona, NY 11368 |
| 26 | T-Mobile Indirect | 2760532 | Approved | 11/7/2005 | 12:15 - 12:45 pm | 253 8th Ave | SUNNYSIDE, NY 11104 |
| 27 | T-Mobile Indirect | 2769599 | Approved | 11/10/2005 | 6:07 - 6:39 pm | 90-15 QUEENS BLVD #K-002 | New York, NY 10011 |
| 28 | T-Mobile Indirect | 2764726 | Closed.oc-Billable | 11/11/2005 | 3:13 - 3:36 pm | 117-20 QUEENS BLVD | ELMHURST, NY 11373-4900 |
| 29 | Verizon Direct 2005 | 2770822 | Approved | 11/12/2005 | TC - no time given | 8023 37TH AVE | JACKSON HEIGHTS, NY 11372-6719 |
| 30 | Verizon Direct Merchandising 2005 | 2773860 | Approved | 11/14/2005 | 4:39 - 5:07 pm | 7034 Austin St | Forest Hills, NY 11375-4734 |
| 31 | Cingular Wireless 2005 Premier | 2769615 | Approved | 11/14/2005 | 2:43 - 3:17 pm | 7034 Austin St | Forest Hills, NY 11375-4734 |
| 32 | T-Mobile - Retail | 2774007 | Approved | 11/16/2005 | 2:06 - 2:35 pm | 110-66 QUEENS BLVD | FOREST HILLS, NY 11375 |
| 33 | T-Mobile Indirect | 2782131 | Approved | 11/20/2005 | 4:39 - 5:16 pm | 196-16 ROOSEVELT AVE | Flushing, NY 11354 |
| 34 | McDonald's National East 2005 | 2786051 | Approved | 11/21/2005 | 4:44 - 5:12 pm | 32-10 30TH AVE | ASTORIA, NY 11102 |
| 35 | McDonald's National East 2005 | 2786043 | Approved | 11/22/2005 | 6:14 - 6:42 pm | 819 PENNSYLVANIA AVE | BROOKLYN, NY 11207 |
| 36 | McDonald's National East 2005 | 2786063 | Approved | 11/23/2005 | 5:49 - 6:13 pm | 70-10 AUSTIN STREET | QUEENS, NY 11432 |
| 37 | Montblanc | 2792501 | Approved | 11/26/2005 | 3:04 - 3:25 pm | 598 Madison Avenue | LONG ISLAND CITY, NY 11106-4519 |
| 38 | Bed Bath & Beyond | 2798193 | Approved | 12/7/2005 | 1:20 - 2:10 pm | 1932 Broadway | New York, NY 10023 |
| 39 | T-Mobile Indirect | 2815640 | Approved | 12/8/2005 | 6:03 - 6:29 pm | 9007 JAMAICA AVE | WOODHAVEN, NY 11421 |
| 40 | T-Mobile Indirect | 2796501 | Approved | 12/9/2005 | 6:35 - 7:01 pm | 37-38 73RD ST | JACKSON HEIGHTS, NY 11372-6210 |
| 41 | T-Mobile Indirect | 2819019 | Approved | 12/10/2005 | 1:18 - 1:40 pm | 91-11 63RD DR | REGO PARK, NY 11374-3849 |
| 42 | Bed Bath & Beyond | 2798203 | Approved | 12/15/2005 | 2:40 - 3:25 pm | 96-05 Queens Blvd | Rego Park, NY 11374 |
| 43 | Cingular Wireless 2005 Premier | 2829989 | Approved | 12/19/2005 | 12:30 - 1:06 pm | 70-10 AUSTIN STREET | FOREST HILLS, NY 11375 |
| 44 | T-Mobile Indirect | 2829984 | Approved | 12/19/2005 | 11:53 am - 12:17 pm | 15333C HILLSIDE AVE | JAMAICA, NY 11432-3321 |
| 45 | T-Mobile Indirect | 2829978 | Approved | 12/20/2005 | 4:00 - 4:21 pm | 30-03 STEINWAY ST | ASTORIA, NY 11103 |
| 46 | McDonald's National East 2005 | 2840070 | Approved | 12/23/2005 | 5:36 - 5:58 pm | 114-01 SUTPHIN BLVD | JAMAICA, NY 11434 |
| 47 | Cingular Wireless Monthly Shopping | 2835429 | Approved | 12/23/2005 | 6:35 - 6:56 pm | 2201 31ST STREET | ASTORIA, NY 11105 |
| 48 | Cingular Wireless Monthly Shopping | 2830001 | Approved | 12/23/2005 | 1:20 - 1:43 pm | 61-44 188TH STREET | FRESH MEADOWS, NY 11365 |
| 49 | Montblanc | 2846142 | Approved | 12/27/2005 | 1:20 - 1:46 pm | 118-120 Greene Street | New York City, NY 10012 |
| 50 | Cingular Wireless 2005 Premier | 2835415 | Approved | 12/29/2005 | 5:50 - 6:07 pm | 2680 broadway | ny, ny 10025 |
| 51 | McDonald's National East 2005 | 2840082 | Approved | 12/30/2005 | 12:33 - 12:54 pm | 90-67 SUTPHIN BLVD | JAMAICA, NY 11435-4333 |
| 52 | T-Mobile - Retail | 2837286 | Approved | 1/7/2006 | 1:30 - 1:57 pm | 91-31 Queens Blvd | ELMHURST, NY 11373 |
| 53 | IHOP | 2844519 | Approved | 1/8/2006 | 8:41 - 9:42 pm | 73-01 Northern Blvd | Jackson Heights, NY 11372 |
| 54 | Bed Bath & Beyond | 2843741 | Approved | 1/10/2006 | 4:50 - 5:48 pm | 410 East 61st Street | New York, NY 10065 |
| 55 | Bed Bath & Beyond | 2843709 | Approved | 1/13/2006 | 5:40 - 6:32 pm | 72-15 25th Avenue | East Elmhurst, NY 11370 |
| 56 | T-Mobile Indirect | 2879995 | Closed.oc-Billable | 1/17/2006 | no time given; shop not done | 97-07 64TH AVE | REGO PARK, NY 11374 |
| 57 | VZW - Direct-InStore | 2889935 | Approved | 1/24/2006 | 6:13 - 6:36 pm | 13705 20th Ave | College Point, NY 11356-2449 |
| 58 | T-Mobile Indirect | 2901199 | Approved | 1/27/2006 | 3:29 - 3:56 pm | 92-63 Queens Boulevard | Rego Park, NY 11374 |
| 59 | VZW - Indirect Agents 2006 | 2901134 | Closed.oc-Billable | 1/27/2006 | 4:11 - 4:12 pm | 51-07 108th Street | Corona, NY 11368 |
| 60 | T-Mobile - Retail | 2926004 | Approved | 2/8/2006 | 1:07 - 1:38 pm | 37-70 JUNCTION BLVD | CORONA, NY 11368 |

| # | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 61 | T-Mobile - Retail | 2920628 | Approved | 2/9/2006 | 1:20 - 1:42 pm | 163-10 JAMAICA AVE | Jamaica, NY 11432 |
| 62 | T-Mobile Indirect | 2925016 | Approved | 2/13/2006 | 4:48 - 5:17 pm | 97-07 64TH AVE | REGO PARK, NY 11374 |
| 63 | T-Mobile Indirect | 2923606 | Approved | 2/13/2006 | 1:57 - 2:14 pm | 103-13 ROOSEVELT AVE | CORONA, NY 11368 |
| 64 | T-Mobile Indirect | 2925019 | Approved | 2/15/2006 | 1:29 - 1:53 pm | 7009 AUSTIN ST | FOREST HILLS, NY 11375-4700 |
| 65 | T-Mobile Indirect | 2925018 | Approved | 2/16/2006 | 5:26 - 5:52 pm | 118-13 QUEENS BLVD | FOREST HILLS, NY 11375-7202 |
| 66 | Bed Bath & Beyond | 2930613 | Approved | 2/17/2006 | 5:21 - 5:53 pm | 96-05 Queens Blvd | Rego Park, NY 11374 |
| 67 | VZW - Wireless Advocates | 2925034 | Approved | 2/18/2006 | 3:17 - 3:48 pm | 32-50 Vernon Blvd | Queens, NY 11106 |
| 68 | Bed Bath & Beyond | 2902473 | Client Rejects | 2/18/2006 | 2:11 - 2:57 pm | 1932 Broadway | New York, NY 10023 |
| 69 | VZW - Indirect Agents 2006 | 2923408 | Approved | 2/21/2006 | 1:15 - 1:37 pm | 80-45 Kew Gardens Road | Kew Gardens, NY 11367 |
| 70 | T-Mobile Indirect | 2926013 | Approved | 2/21/2006 | 1:49 - 2:14 pm | 100-23 QUEENS BLVD | FOREST HILLS, NY 11375 |
| 71 | Barnes & Noble 2006 | 2939568 | Approved | 2/24/2006 | 7:55 - 8:22 pm | 70-00 Austin St | Forest Hills, NY 11375-4739 |
| 72 | VZW - Direct Merchandising | 2925027 | Approved | 2/24/2006 | 7:18 - 7:50 pm | 7034 Austin St | Forest Hills, NY 11375-4734 |
| 73 | McDonald's National 2006 | 2966116 | Approved | 3/2/2006 | 12:50 - 1:36 pm | 75-50 101ST AVE-QUEENS | OZONE PARK, NY 11416 |
| 74 | McDonald's National 2006 | 3007069 | Approved | 3/25/2006 | 6:52 - 7:32 pm | 37-19 JUNCTION BLVD | CORONA, NY 11368 |
| 75 | T-Mobile Indirect | 3017481 | Approved | 4/14/2006 | 12:18 - 12:58 pm | 72-15 25th Avenue | East Elmhurst, NY 11370 |
| 76 | BBB - 2006 | 3005110 | Approved | 4/14/2006 | 4:25 - 4:40 pm | 113-14 Queens Blvd. | Forest Hills, NY 11375 |
| 77 | T-Mobile Indirect | 3005151 | Approved | 4/1/2006 | 5:25 - 5:53 pm | 3319 30TH AVE | ASTORIA, NY 11103-4601 |
| 78 | BBB - 2006 | 3016533 | Approved | 4/2/2006 | 1:39 - 2:40 pm | 410 East 61st Street | New York, NY 10065 |
| 79 | McDonald's National 2006 | 3005204 | Approved | 4/3/2006 | 5:45 - 6:13 pm | 42-73A MAIN STREET | FLUSHING, NY 11355-0000 |
| 80 | BBB - 2006 | 3016652 | Approved | 4/7/2006 | 7:09 - 7:52 pm | 96-05 Queens Blvd | Rego Park, NY 11374 |
| 81 | VZW - Indirect Agents 2006 | 3027271 | Approved | 4/13/2006 | 5:25 - 5:47 pm | 86324 BROADWAY | ELMHURST, NY 11373-5839 |
| 82 | McDonald's National 2006 | 3077082 | Approved | 4/14/2006 | 1:56 - 2:23 pm | 32-50 Vernon Blvd | Queens, NY 11106 |
| 83 | McDonald's National 2006 | 3073856 | Approved | 4/27/2006 | 5:19 - 5:40 pm | 1380 BROADWAY | BROOKLYN, NY 11221-3615 |
| 84 | T-Mobile Indirect | 3073868 | Approved | 4/28/2006 | 12:17 - 12:42 pm | 2800 ATLANTIC AVE | BROOKLYN, NY 11207 |
| 85 | Red Lobster | 3073924 | Closed-Loc-Billable | 5/8/2006 | TC 2:14 pm | 117-20 QUEENS BLVD | FOREST HILLS, NY 11375 |
| 86 | VZW - Direct-InStore | 3100875 | Approved | 5/20/2006 | 6:15 - 8:52 pm | 5 Times Square | New York, NY 10036 |
| 87 | BBB - 2006 | 3166022 | Approved | 6/17/2006 | 6:03 - 6:27 pm | 9605 Queens Blvd | Rego Park, NY 11374 |
| 88 | VZW - Wireless Advocates | 3266537 | Approved | 8/6/2006 | 1:40 - 2:00 pm | 72-15 25th Avenue | East Elmhurst, NY 11370 |
| 89 | BBB - 2006 | 3279549 | Approved | 8/11/2006 | 1:56 - 2:23 pm | 32-50 Vernon Blvd | Queens, NY 11106 |
| 90 | McDonald's National 2006 | 3265572 | Approved | 8/12/2006 | 8:12 - 8:55 pm | 96-05 Queens Blvd | Rego Park, NY 11374 |
| 91 | T-Mobile Indirect | 3333212 | Approved | 8/26/2006 | 5:13 - 5:59 pm | 80-03 QUEENS BLVD | ELMHURST, NY 11373 |
| 92 | BBB - 2006 | 3408488 | Approved | 9/29/2006 | 5:55 - 6:23 pm | 88-05 ASTORIA BLVD | EAST ELMHURST, NY 11369 |
| 93 | T-Mobile Indirect | 3400692 | Approved | 10/7/2006 | 2:02 - 2:41 pm | 96-05 Queens Blvd | Rego Park, NY 11374 |
| 94 | T-Mobile Indirect | 3426247 | Approved | 10/9/2006 | 2:48 - 3:22 pm | 74-21 METROPOLITAN AVE | MIDDLE VILLAGE, NY 11379 |
| 95 | BBB - 2006 | 3426243 | Approved | 10/9/2006 | 5:15 - 6:02 pm | 66-26 METROPOLITAN AVE | MIDDLE VILLAGE, NY 11379 |
| 96 | VZComm Weekend Warriors | 3400996 | Client Rejects | 10/14/2006 | 1:25 - 2:08 pm | 72-15 25th Avenue | East Elmhurst, NY 11370 |
| 97 | VZW - Wireless Advocates | 3455412 | Approved | 11/11/2006 | 1:35 - 2:10 pm | 9605 Queens Blvd | Rego Park, NY 11374 |
| 98 | Sears Full Line Holiday Shop | 3501080 | Approved | 11/13/2006 | 4:48 - 6:16 pm | 32-50 Vernon Blvd | Queens, NY 11106 |
| 99 | T-Mobile Indirect | 3519089 | Approved | 11/18/2006 | 6:40 - 7:03 pm | 9605 QUEENS BLVD. | REGO PARK, NY 11374-1139 |
| 100 | McDonald's National 2006 | 3519231 | Approved | 11/25/2006 | 6:33 - 6:57 pm | 158130 NORTHERN BLVD | FLUSHING, NY 11358 |
| 101 | T-Mobile Indirect | 3590122 | Approved | 12/27/2006 | 3:05 - 3:32 pm | 91-11 63RD DR | REGO PARK, NY 11374-3849 |
| 102 | BBB - 2006 | 3590129 | Approved | 12/28/2006 | 3:52 - 4:32 pm | 61-01 FRESH POND RD | MIDDLE VILLAGE, NY 11379 |
| 103 | T-Mobile Indirect | 3590118 | Client Rejects | 12/28/2006 | 11:25 am - 12:11 pm | 96-05 Queens Blvd | Rego Park, NY 11374 |
| 104 | Circuit City Real Estate Audit | 3591705 | Closed-Loc-Billable | 12/31/2006 | TC 12:02 pm | 6106 FLUSHING AVE | MASPETH, NY 11378 |
| 105 | BBB - 2006 | 3698825 | Approved | 2/9/2007 | 6:56 - 7:45 pm | 9605 QUEENS BLVD | REGO PARK, NY 11374-1139 |
| 106 | VZW - Direct InStore II | 3715384 | Approved | 2/17/2007 | 6:51 - 7:26 pm | 96-05 Queens Blvd | Rego Park, NY 11374 |
| 107 | Barnes & Noble 2007 | 3698012 | Approved | 2/18/2007 | 12:15 - 12:49 pm | 396 Ave of the Americas at 8th Stre | New York, NY 10011 |
| 108 | T-Mobile - Indirect 2007 | 3715379 | Approved | 2/20/2007 | 2:10 - 2:49 pm | 120-18 Liberty Ave | SOUTH RICHMOND HILL, NY 11419-2118 |
| 109 | T-Mobile - Indirect 2007 | 3715372 | Approved | 2/20/2007 | 3:15 - 3:39 pm | 11629 METROPOLITAN AVE | RICHMOND HILL, NY 11418-1018 |
| 110 | Syndicated Data Observational | 3713835 | Approved | 2/24/2007 | 1:14 - 1:32 pm | 88-01 QUEENS BLVD. | ELMHURST, NY 11373 |
| 111 | VZW - Direct | 3752714 | Approved | 3/1/2007 | 6:10 - 6:42 pm | 7034 Austin St | Forest Hills, NY 11375-4734 |
| 112 | VZComm Third Party Retailers | 3759802 | Approved | 3/10/2007 | 4:45 - 5:01 pm | 13602 20TH AVENUE | COLLEGE POINT, NY 11356 |
| 113 | VZComm Weekend Warriors | 3761199 | Approved | 3/11/2007 | 12:01 - 12:23 pm | 97-77 Queens Blvd. | Rego Park, NY 11374 |
| 114 | T-Mobile - Indirect 2007 | 3805859 | Approved | 3/26/2007 | 1:43 - 2:06 pm | 9015 QUEENS BLVD STE K201 | ELMHURST, NY 11373-4915 |
| 115 | T-Mobile - Indirect 2007 | 3805838 | Approved | 3/26/2007 | 2:11 - 2:38 pm | 9119 QUEENS BLVD | ELMHURST, NY 11373-5531 |
| 116 | Office Depot - 2007 | 3805875 | Client Rejects | 4/3/2007 | 3:14 - 3:53 pm | 3010 WHITESTONE EXPRESSWAY | FLUSHING, NY 11354 |
| 117 | Bed Bath & Beyond - 2008 | 3780261 | Approved | 4/4/2007 | 4:20 - 4:59 pm | 96-05 Queens Blvd | Rego Park, NY 11374 |
| 118 | VZComm Weekend Warriors | 3836675 | Approved | 4/14/2007 | 6:30 - 7:14 pm | 9605 QUEENS BLVD | REGO PARK, NY 11374 |
| 119 | T-Mobile - Indirect 2007 | 3953914 | Approved | 5/20/2007 | 5:08 - 5:33 pm | 96-14 QUEENS BLVD | REGO PARK, NY 11374-1143 |
| 120 | Syndicated Data Interactive | 3967459 | Approved | 5/21/2007 | 2:10 - 2:45 pm | 88-01 QUEENS BLVD. | ELMHURST, NY 11373 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 121 | T-Mobile - Indirect 2007 | 3953931 | Approved | 5/21/2007 | 1:22 - 1:56 pm | 8632A BROADWAY | ELMHURST, NY 11373-5819 |
| 122 | Babies "R" Us - Gift Giver | 3967574 | Approved | 5/26/2007 | 1:26 - 2:18 pm | 139-19 20th Avenue | College Point, NY 11356 |
| 123 | Domino's Fast & Nice Phone Shopping | 4011826 | Approved | 6/8/2007 | TC 9:33 pm | 13857 Queens Blvd | Jamaica, NY 11435-2905 |
| 124 | Domino's Fast & Nice Phone Shopping | 3967465 | Approved | 6/8/2007 | TC 7:20 pm | 95-28 Queens Blvd | Rego Park, NY 11374-1136 |
| 125 | VzComm Weekend Warriors | 3987113 | Approved | 6/9/2007 | 6:06 - 6:43 pm | 9605 QUEENS BLVD | REGO PARK, NY 11374 |
| 126 | McDonald's National 2007 | 4008370 | Approved | 6/10/2007 | 9:06 - 9:43 am | 95-05A 63RD DR | REGO PARK, NY 11374 |
| 127 | VzW - Wireless Advocates | 4011827 | Approved | 6/15/2007 | 11:01 - 11:28 am | 32-50 Vernon Blvd | Queens, NY 11106 |
| 128 | T-Mobile - Retail 2007 | 4076148 | Approved | 6/28/2007 | 1:00 - 1:32 pm | 39-23 103RD STREET | CORONA, NY 11368 |
| 129 | T-Mobile - Indirect 2007 | 4085773 | Closedloc-Billable | 6/30/2007 | no time given; shop not done | 118-13 QUEENS BLVD | FOREST HILLS, NY 11375-7202 |
| 130 | Babies "R" Us - Gift Giver | 4108712 | Approved | 7/11/2007 | 5:01 - 5:35 pm | 139-19 20th Avenue | College Point, NY 11356 |
| 131 | Circuit City Home Entertainment | 4245032 | Approved | 9/7/2007 | 7:41 - 8:27 pm | 54-29 METROPOLITAN AVE | REGO PARK, NY 11374-1139 |
| 132 | McDonald's National 2007 | 4165375 | Invalid-Pay Shopper | 7/31/2007 | 5:55 - 6:28 pm | store closed | FOREST HILLS, NY 11375-1603 |
| 133 | Dunkin' Brands Mystery Shopping | 4211741 | Approved | 8/22/2007 | 9:34 - 10:06 am | 6365 WOODHAVEN BLVD | FLUSHING, NY 11374 |
| 134 | McDonald's National 2007 | 4218963 | Approved | 8/23/2007 | 6:20 - 6:58 pm | 54-04 MYRTLE AVE | RIDGEWOOD, NY 11385 |
| 135 | McDonald's National 2007 | 4211746 | Approved | 8/24/2007 | 5:20 - 5:52 pm | 95-05A 63RD DR | REGO PARK, NY 11374 |
| 136 | Dunkin' Brands Mystery Shopping | 4218828 | Approved | 8/25/2007 | 5:15 - 5:48 pm | 69-35 GRAND AVENUE | MASPETH, NY 11378-1825 |
| 137 | McDonald's National 2007 | 4227704 | Approved | 8/26/2007 | 10:11 - 10:43 am | 3956 61ST ST | WOODSIDE, NY 11377 |
| 138 | VzW - Direct Merchandising | 4218971 | Approved | 8/27/2007 | 1:25 - 2:48 pm | 32-50 Vernon Blvd | GLENDALE, NY 11385 |
| 139 | McDonald's National 2007 | 4219008 | Approved | 8/28/2007 | 4:42 - 5:15 pm | 7034 Austin St. | Forest Hills, NY 11375-4734 |
| 140 | Circuit City Home Entertainment | 4239367 | Approved | 8/30/2007 | 12:52 - 1:29 pm | 54-29 METROPOLITAN AVE | RIDGEWOOD, NY 11385-1223 |
| 141 | Bed Bath & Beyond - 2008 | 4226477 | Approved | 9/17/2007 | 5:00 - 5:48 am | 9605 Queens Blvd | Rego Park, NY 11374 |
| 142 | Circuit City Home Entertainment | 4245040 | Approved | 9/9/2007 | 4:45 - 5:40 pm | 96-05 Queens Blvd | REGO PARK, NY 11374-1139 |
| 143 | Bed Bath & Beyond - 2008 | 4226484 | Approved | 9/11/2007 | 7:30 - 8:03 pm | 91-19 QUEEN BLVD | ELMHURST, NY 11373 |
| 144 | VzW - Wireless Advocates | 4251461 | Approved | 9/14/2007 | 5:20 - 5:52 pm | 72-15 25th Avenue | East Elmhurst, NY 11370 |
| 145 | VzComm Weekend Warriors | 4474580 | Approved | 10/6/2007 | 4:35 - 5:20 pm | 9605 QUEENS BLVD | REGO PARK, NY 11374 |
| 146 | Bed Bath & Beyond - 2008 | 4507019 | Approved | 10/21/2007 | 6:25 - 7:22 pm | 96-05 Queens Blvd | Rego Park, NY 11374 |
| 147 | Office Depot - 2007 | 4693372 | Client Rejects | 11/30/2007 | 3:23 - 3:49 pm | 70-02 COOPER AVE | GLENDALE, NY 11385 |
| 148 | T-Mobile - Indirect 2007 | 4717607 | Approved | 12/7/2007 | 3:00 - 3:22 pm | 3010 WHITESTONE EXPRESSWAY | FLUSHING, NY 11354 |
| 149 | Circuit City firedog, Tech Bench Evaluation | 4717601 | Approved | 12/7/2007 | 5:43 - 6:15 pm | 103-13 ROOSEVELT AVE | CORONA, NY 11368 |
| 150 | McDonald's National 2007 | 4717612 | Approved | 12/8/2007 | 5:35 - 6:12 pm | 9605 QUEENS BLVD | REGO PARK, NY 11374-1139 |
| 151 | Sears Holiday Shop 2007 | 4717590 | Approved | 12/15/2007 | 5:45 - 7:03 pm | 91-19 QUEEN BLVD | ELMHURST, NY 11373 |
| 152 | T-Mobile - Indirect 2007 | 4862066 | Approved | 12/29/2007 | 5:52 - 6:26 pm | 9605 QUEENS BLVD | REGO PARK, NY 11374-1139 |
| 153 | VzW - Wireless Advocates | 4733037 | Approved | 1/11/2008 | 3:52 - 4:27 pm | 4305 NATIONAL ST | CORONA, NY 11368-2442 |
| 154 | Bed Bath & Beyond - 2008 | 4923284 | Approved | 1/13/2008 | 5:39 - 7:02 pm | 32-50 Vernon Blvd | Queens, NY 11106 |
| 155 | McDonald's National 2008 | 4961072 | Approved | 1/23/2008 | 12:32 - 1:06 pm | 96-05 Queens Blvd | Rego Park, NY 11374 |
| 156 | T-Mobile - Indirect 2007 | 4961063 | Approved | 1/26/2008 | 2:12 - 2:38 pm | 66-26 METROPOLITAN AVE | MIDDLE VILLAGE, NY 11379 |
| 157 | T-Mobile - Retail 2007 | 4961058 | Approved | 1/27/2008 | 3:18 - 3:50 pm | 39-23 103RD STREET | CORONA, NY 11368 |
| 158 | Bose - Mystery Shop | 5014431 | Approved | 2/3/2008 | 4:16 - 4:50 pm | 8801 Queens Blvd | Elmhurst, NY 11373 |
| 159 | McD National 2008 | 5119347 | Approved | 3/2/2008 | 5:38 - 6:06 pm | 54-29 METROPOLITAN AVE | RIDGEWOOD, NY 11385-1223 |
| 160 | Bose - Mystery Shop | 5120157 | Client Rejects | 3/2/2008 | 3:09 - 3:36 pm | 9605 Queens Blvd | Rego Park, NY 11374 |
| 161 | Circuit City Home Entertainment | 5120163 | Approved | 3/16/2008 | 3:57 - 4:21 pm | 9605 QUEENS BLVD | REGO PARK, NY 11374-1139 |
| 162 | McD National 2008 | 5120168 | Approved | 3/18/2008 | 6:22 - 6:50 pm | 13603 20TH AVENUE | COLLEGE POINT, NY 11356-2447 |
| 163 | T-Mobile - Indirect 2007 | 5310269 | Approved | 4/16/2008 | 5:05 - 5:27 pm | 66-11 MYRTLE AVE | GLENDALE, NY 11385-7031 |
| 164 | Babies R Us 2008 - Gift Giver | 5295429 | Approved | 4/19/2008 | 6:53 - 7:22 pm | 1339-19 20th Avenue | College Point, NY 11356 |
| 165 | McD National 2008 | 5310266 | Approved | 4/20/2008 | 1:01 - 1:32 pm | 37-19 JUNCTION BLVD | CORONA, NY 11368 |
| 166 | Red Lobster | 5323348 | Approved | 4/27/2008 | 6:00 - 8:28 pm | 5 Times Square | New York, NY 10036 |
| 167 | McD National 2008 | 5353679 | Approved | 4/28/2008 | 12:36 - 1:23 pm | 56-34 MYRTLE AVE | RIDGEWOOD, NY 11385-1223 |
| 168 | T-Mobile - Indirect 2007 | 5422888 | Approved | 5/19/2008 | 3:58 - 4:22 pm | 6902 MYRTLE AVE | GLENDALE, NY 11385-7264 |
| 169 | T-Mobile - Indirect 2007 | 5422890 | Closedloc-Billable | 5/19/2008 | TC - no time given | 5846 MAIN ST | FLUSHING, NY 11355 |
| 170 | McD National 2008 | 5460626 | Approved | 5/30/2008 | 5:15 - 5:40 pm | 91-01 JAMAICA AVENUE | WOODHAVEN, NY 11421-2106 |
| 171 | Office Depot - Mystery Shopping 2008 | 5478071 | Client Rejects | 6/11/2008 | 1:30 - 1:51 pm | 3010 WHITESTONE EXPRESSWAY | FLUSHING, NY 11354 |
| 172 | McD National 2008 | 5542274 | Approved | 6/24/2008 | 1:10 - 1:42 pm | 98-01 METROPOLITAN AVE | FOREST HILLS, NY 11375 |
| 173 | McD National 2008 | 5550228 | Invalidated | 7/15/2008 | 8:53 - 9:22 am | 106-15 71ST AVE | FOREST HILLS, NY 11375 |
| 174 | McD National 2008 | 5568096 | Approved | 6/26/2008 | 6:45 - 7:09 pm | 9605 QUEENS BLVD | REGO PARK, NY 11374-1139 |
| 175 | McD National 2008 | 5589083 | Approved | 6/29/2008 | 5:15 - 5:38 pm | 69-35 GRAND AVENUE | MASPETH, NY 11378-1825 |
| 176 | Circuit City Home Entertainment | 5550295 | Approved | 7/5/2008 | 1:11 - 2:02 pm | 70-02 COOPER AVE | GLENDALE, NY 11385 |
| 177 | McD National 2008 | 5754218 | Approved | 8/29/2008 | 6:23 - 6:50 pm | 54-29 METROPOLITAN AVE | RIDGEWOOD, NY 11385-1223 |
| 178 | McD National 2008 | 5867979 | Approved | 9/29/2008 | 5:48 - 6:17 pm | 95-05A 63RD DR | REGO PARK, NY 11374 |
| 179 | Office Depot - Mystery Shopping 2008 | 5876272 | Client Rejects | 10/1/2008 | 2:52 - 3:15 pm | 3010 METROPOLITAN EXPRESSWAY | FLUSHING, NY 11354 |
| 180 | T-Mobile - Retail | 6668471 | Approved | 8/14/2009 | 1:21 - 1:36 pm | 70-49 AUSTIN STREET | Forest Hills, NY 11375 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 181 | McDonald's US National-2009 | 6665264 | Invalidated | 8/16/2009 | 12:16 - 12:33 pm | 98-01 METROPOLITAN AVE | FOREST HILLS, NY 11375 |
| 182 | A&P Make It Personal Mystery Shop Program | 7648706 | Approved | 7/1/2010 | 5:15 - 5:49 pm | 42-02 NORTHERN BLVD. | LONG ISLAND CITY, NY 11101 |
| 183 | A&P Make It Personal Mystery Shop Program | 7648719 | Approved | 7/6/2010 | 5:20 - 5:57 pm | 75-55 31ST AVE. | Flushing, NY 11372 |
| 184 | Bose - New Product | 7683811 | Approved | 7/12/2010 | 2:42 - 3:16 pm | 13603 20th AVE | COLLEGE POINT, NY 11356 |
| 185 | A&P Make It Personal Mystery Shop Program | 7648725 | Approved | 7/12/2010 | 3:25 - 3:59 pm | 133-11 20TH AVENUE | Flushing, NY 11356 |