# **EXHIBIT 5**

**Fenner, et al., v. News Corporation, et al.**

No. 09-cv-9832 (LGS)

**Kennedy Declaration, Exhibit 5**

**2008**

**Zachary Haberman ("ZH"):**  Hey.

**Ikimulisa Livingston ("IL"):**  Hi there.  Initially, not a lot going on here.  However, I believe the pimp cop, Wayne Taylor, is scheduled to testify before the grand jury.

**ZH:**  Really?

**IL:**  I don't know.  I mean, his lawyer basically said before that he was going to testify, so I am trying to reach out to him and see if I can get anything on that.

**ZH:**  Well, why wouldn't he testify?

**IL:**  Why wouldn't he?

**ZH:**  Yeah

**IL:**  Well, apparently Zalika Brown is not testifying.  Her lawyer said he's not going to have her testify.

**ZH:**  Can you do that?  Can you just refuse to testify to a grand jury?

**IL:**  Of course you can.

**ZH:**  I mean, they don't – the D.A. can't subpoena you and tell you to testify?

**IL:**  No.  You don't have to testify.  Um, so, you know, I'm reaching out to the lawyer to see if I can get something on that.  The other thing is, there is a guy who used to live in Far Rockaway, who now lives in Connecticut, twenty-seven year old, who is being arrested for internet sex crimes.  He essentially had three young girls between the ages of nine [**ZH:** Ugh] and fourteen send him –pose nude and send him videos.

**ZH:**  What?

**IL:**  I'm sorry?

**ZH:**  What was the last part of that?

**IL:**  Pose nude and send him videos.

**ZH:**  Cute.

**IL:**  One girl is fourteen and she's from Illinois and the other two girls are sisters. Thirteen and nine years old from Massachusetts.

**ZH:**  Jesus.  And he's what, for possessing kiddie porn?

**IL:**  They're calling it an internet sex crime but, yeah, it's probably kiddie porn and that kind of stuff.

**ZH:**  I don't know, it's kind of just all together gross and there's no real – he's going to be in court later?

**IL:**  Well, the thing is, he might, well – he was in Connecticut.  That's where he lives now, but he was extradited.

**ZH:**  Well, why is it here then?

**IL:**  He used to live in Far Rockaway, until May.

**ZH:**  Oh, okay, sorry.

**IL:**  So, anyway he was extradited from Connecticut.  He may be on suicide watch so he might actually be in the hospital somewhere.  So, I don't know if he will be arraigned today.

**ZH:** Did you say what he did for a living?

**IL:**  No, I don't know what he did for a living.  I will find out.

**ZH:** See if we can find that out.  I mean if we are going to do it there's got to be a more interesting hook then just the same old, you know, some guy was doing something pervy with young kids on the internet.

**IL:**  Okay

**ZH:**  But, yeah, but, if there is something more interesting to it, please let me know.

**IL:**  Okay, alright

**ZH:**  Thanks, bye.