# **EXHIBIT 6**

**Fenner, et al., v. News Corporation, et al.**

**No. 09-cv-9832 (LGS)**

**Kennedy Declaration, Exhibit 6**

**Ikimulisa Livingston ("IL"):** Hello.

**Zachary Haberman ("ZH"):** Hey.

**IL:** Hi there. There was a car crash in front of the courthouse a little while ago.

**ZH:** Oh, sorry. Don't mean to laugh. Anybody hurt?

**IL:** Yes. There was a – the person hit was a cop in an unmarked Jeep and he was taken out. I don't know where he went.

**ZH:** Did you call the shack [the Post's Police Shack, which monitors police-related breaking news]?

**IL:** No, I did not call the Shack. I did call Photo and they came out here and got a picture, but –

**ZH:** Great. And it's a cop who works in the courthouse?

**IL:** No.

**ZH:** He works – he doesn't have anything to do with the –

**IL:** Well, he's totally unrelated to the courthouse. He's with the Crime Prevention Unit, and he flashing lights and went through a red, and a car –

**ZH:** Oh, it was a marked car?

**IL:** I said it was unmarked.

**ZH:** Unmarked but lights, sirens and a jeep.

**IL:** Yeah.

**ZH:** Okay.

**IL:** Yeah. According to the people I spoke to and –

**ZH:** You didn't see it?

**IL:** No, I did not see it.

**ZH:** Happened right outside the courthouse?

**IL:** I'm sorry?

**ZH:** It happened right outside the courthouse, right?

**IL:** Right. It happened right outside the courthouse. And –

**ZH:** And you didn't see it?

**IL:** No. Why, should I have?

**ZH:** I'm just wondering how it is something happened outside the courthouse that you weren't able to see.

**IL:** I went out there. I don't stand outside and watch traffic

**ZH:** No, I didn't mean that. I mean, once the accident happened.

**IL:** Oh, yeah. Once the accident happened I was out there.

**ZH:** So it was a – weren't there two cars involved in this accident?

**IL:** Yes, there was [sic] two cars. The other car was a Saturn. I have license plate numbers for both vehicles. I think a woman was driving the Saturn.

**ZH:** And had you run these through the typists, the desk?

**IL:** No.

**ZH:** If you can't get me, you have got to start running this stuff on your own, Kim. This is – this is like basic stuff. What are the plates? I mean, you can call the desk and have them run a plate.

**IL:** Yeah, yeah, I just thought – I, you know, I didn't know if you guys were interested in or not but –

**ZH:** I would do it, but, I mean, Kim, you do the leg work first and –

**IL:** I called five times.

**ZH:** Kim I do have other things to do you know. I mean, we are all busy. We all have things to do.

**IL:** Yes.

**ZH:** What you could have done is [said,] "Hey, run this DMV for me." I mean, that's got to be done immediately. What are the plates?

2

**IL:**  The plate for the cop car is D as in David, J as in James, A as in Adam, 2880.

**ZH:**  2880.

**IL:**  Yes.  The civilian car E as in Edward, J as in James, E as in Edward, 9601.

**ZH:**  Anybody hurt?

**IL:**  Yeah.  Both people were taken to the hospital.

**ZH:**  What kind of injuries?

**IL:**  I don't know what kind of injuries, but I am told that the cops vehicle, the Jeep, flipped over like three times.

**ZH:**  And the Jeep is the cop car?

**IL:**  That's correct.  The Saturn is the civilian car.

**ZH:**  Saturn.  Jeep.  Anybody arrested?

**IL:**  No.

**ZH:**  Anybody from the courthouse go out to help?

**IL:**  Oh, yeah, yes, plenty of people from the courthouse went to – went to secure the scene, deal with traffic, helped out with the cop, uh.

**ZH:**  Right.

**IL:**  Emergency vehicles got here very quickly though.

**ZH:**  Good.  Okay.  Alright let me find out what's going on here.  I gotta call the cops.  I will call the Shack.

**IL:**  Okay.

**ZH:**  Thanks.