# **EXHIBIT 7**

<u>**Fenner, et al., v. News Corporation, et al.**</u>

No. 09-cv-9832 (LGS)

**Kennedy Declaration, Exhibit 7**

**Approx. November 25, 2008** (<u>see</u> IL_23, attached hereto)

**Ikimulisa Livingston ("IL"):** Yeah, good morning, Kim for Greenfield, please.

**Daniel Greenfield ("DG"):** Hey Kim, what's up?

**IL:** Hi there. Mallayev and Borukhova are in court today. The judge should make a –

**DG:** What do you expect out of it?

**IL:** The judge should make a decision in regards to the change of venue motion.

**DG:** Okay, he's not going to change the venue though.

**IL:** Probably not.

**DG:** Yeah, probably not. Alright then, let Zach know once you have something.

**IL:** Okay. And, if you don't mind, I don't quite understand your message. Should I not have said anything?

**DG:** No, I was just saying that, Kim, you pitch stories every day that don't make the paper.

**IL:** Yeah.

**DG:** Well, I have a lot of patience when people get upset about something and your stories are getting in all the time. I've told you time and again that Mickey Mouse sentencings and, you know, low rent crime stories are just not going to make the paper. You've got to rethink what you are doing over there. Find civil cases, find other cases. You did have one and, I'm going to tell you something, I don't blame you for being pissed about this one because I wasn't happy about it either. But for you to throw shots at us like that when you rarely get a story into the paper that gets any kind of play, I thought it was out of line. That's what I was saying.

**IL:** Okay.

**DG:** Okay?

**IL:** Alright.

**DG:** Alright, thanks.