# **EXHIBIT 9**

**LIST OF MYSTERY SHOPS LIVINGSTON CONDUCTED DURING HER SCHEDULED REPORTING SHIFT**
*** Highlighted are days that Livingston performed more than one on-site mystery shop***

| Client | Location | Date | Time |
|---|---|---|---|
| IHop | Jackson Heights | 1/8/2006 | 8:41-9:42 AM |
| T-Mobile | Corona | 2/8/2006 | 1:07-1:38 PM |
| T-Mobile | Jamaica | 2/9/2006 | 1:20-1:42 PM |
| T-Mobile | Corona | 2/13/2006 | 1:57-2:14 PM |
| T-Mobile | Rego Park | 2/13/2006 | 4:48-5:17 PM |
| T-Mobile | Forest Hills | 2/15/2006 | 1:29-1:53 PM |
| Verizon | Kew Gardens | 2/21/2006 | 1:15-1:37 PM |
| T-Mobile | Forest Hills | 2/21/2006 | 1:49-2:14 PM |
| McDonald's | Corona | 3/2/2006 | 12:50-1:36 PM |
| T-Mobile | Middle Village | 10/9/2006 | 2:02-2:38 PM |
| T-Mobile | Middle Village | 10/9/2006 | 2:48-3:22 PM |
| Verizon | Vernon Blvd., Queens | 11/13/2006 | 1:35-2:10 PM |
| Barnes & Noble | Manhattan | 2/18/2007 | 12:15-12:49 PM |
| T-Mobile | Richmond Hill | 2/20/2007 | 2:10-2:49 PM |
| T-Mobile | Richmond Hill | 2/20/2007 | 3:15-3:39 PM |
| Verizon | Rego Park | 3/11/2007 | 12:01-12:23 PM |
| T-Mobile | Elmhurst | 3/26/2007 | 1:43-2:06 PM |
| T-Mobile | Elmhurst | 3/26/2007 | 2:11-2:38 PM |
| Syndicated Data Servs. | Elmhurst | 5/21/2007 | 2:10-2:45 PM |
| McDonald's | Rego Park | 6/10/2007 | 9:06-9:43 AM |
| T-Mobile | Corona | 6/28/2007 | 1:00-1:32 PM |
| Dunkin' Donuts | Flushing | 8/22/2007 | 9:34-10:06 AM |
| Circuit City | College Point | 9/9/2007 | 4:45-5:40 PM |
| Office Depot | Flushing | 11/30/2007 | 3:23-3:49 PM |
| T Mobile | Corona | 12/7/2007 | 3:00-3:22 PM |
| McDonald's | Rego Park | 1/23/2008 | 12:32-1:06 PM |
| T-Mobile | Corona | 1/27/2008 | 3:18-3:50 PM |
| T.D. Bank | Telephonic | 3/13/2008 | 10:30 AM |
| T.D. Bank | Telephonic | 3/13/2008 | 10:56 AM |
| T.D. Bank | Ridgewood Metro | 3/14/2008 | 4:01 AM |
| T.D. Bank | Telephonic | 3/18/2008 | 1:48 PM |
| T.D. Bank | Telephonic | 3/18/2008 | 1:55 PM |
| T.D. Bank | Ridgewood Metro | 3/21/2008 | 1:48 PM |
| T.D. Bank | Jackson Heights/Downtown | 3/21/2008 | 2:50 PM |
| T.D. Bank | Telephonic | 3/26/2008 | 1:00 PM |
| T.D. Bank | Telephonic | 3/26/2008 | 1:05 PM |
| T.D. Bank | Ridgewood Metro | 3/26/2008 | 1:43 PM |
| T.D. Bank | Ridgewood Metro | 3/28/2008 | 4:50 AM |
| T.D. Bank | Forest Hills/ Metropolitan Ave | 4/2/2008 | 4:36 PM |
| T.D. Bank | Telephonic | 4/4/2008 | 11:39 AM |
| T.D. Bank | Kew Gardens | 4/8/2008 | 4:52 PM |
| T.D. Bank | Jackson Heights | 4/9/2008 | 1:40 PM |
| T.D. Bank | Kew Gardens | 4/11/2008 | 2:25 PM |
| T.D. Bank | Ridgewood/Downtown | 4/11/2008 | 2:53 PM |
| T.D. Bank | Ridgewood Metro | 4/11/2008 | 3:10 PM |
| T.D. Bank | Kew Gardens | 4/15/2008 | 12:32 PM |
| T.D. Bank | Forest Hills/ Metropolitan Ave | 4/15/2008 | 12:50 PM |
| T.D. Bank | Ridgewood/Downtown | 4/16/2008 | 4:48 AM |
| T.D. Bank | Ridgewood Metro | 4/17/2008 | 2:03 PM |
| T.D. Bank | Jackson Heights | 4/17/2008 | 4:05 AM |
| T.D. Bank | Jackson Heights | 4/18/2008 | 4:01 AM |
| T.D. Bank | Kew Gardens | 4/23/2008 | 2:40 PM |
| T.D. Bank | Forest Hills/ Metropolitan Ave | 4/23/2008 | 3:03 PM |
| McDonald's | Ridgewood | 4/28/2008 | 12:36-1:23 PM |
| T.D. Bank | Jackson Heights | 4/29/2008 | 2:15 PM |
| T.D. Bank | Jackson Heights | 5/1/2008 | 12:50 PM |
| T.D. Bank | Jackson Heights | 5/7/2008 | 1:12 PM |
| T.D. Bank | Kew Gardens | 5/8/2008 | 4:15 PM |
| T.D. Bank | Forest Hills/Metropolitan Ave | 5/8/2008 | 4:30 PM |
| T.D. Bank | Jackson Heights | 5/9/2008 | 1:25 PM |
| T.D. Bank | Ridgewood Metro | 5/13/2008 | 2:10 PM |
| T.D. Bank | Jackson Heights | 5/14/2008 | 2:00 PM |
| T.D. Bank | Ridgewood/Downtown | 5/16/2008 | 2:00 PM |
| T.D. Bank | Ridgewood Metro | 5/16/2008 | 2:15 PM |
| T.D. Bank | Forest Hills/ Metropolitan Ave | 5/19/2008 | 1:24 PM |
| T.D. Bank | Ridgewood Metro | 5/19/2008 | 2:49 PM |
| T.D. Bank | Middle Village | 5/19/2008 | 4:23 AM |
| T.D. Bank | Jackson Heights | 5/20/2008 | 2:00 PM |
| T.D. Bank | Kew Gardens | 5/28/2008 | 2:07 PM |
| T.D. Bank | Forest Hills/ Metropolitan Ave | 6/2/2008 | 1:55 PM |
| T.D. Bank | Corona | 6/3/2008 | 1:50 PM |
| T.D. Bank | Jackson Heights | 6/3/2008 | 2:05 PM |
| T.D. Bank | Ridgewood/Downtown | 6/4/2008 | 1:43 PM |
| T.D. Bank | Ridgewood Metro | 6/4/2008 | 1:57 PM |
| T.D. Bank | Ridgewood/Downtown | 6/9/2008 | 4:13 PM |
| T.D. Bank | Ridgewood/Downtown | 6/10/2008 | 2:16 PM |
| T.D. Bank | Ridgewood Metro | 6/10/2008 | 2:19 PM |
| T.D. Bank | Middle Village | 6/10/2008 | 2:42 PM |