**LIST OF MYSTERY SHOPS LIVINGSTON CONDUCTED DURING HER SCHEDULED REPORTING SHIFT**
** *Highlighted are days that Livingston performed more than one on-site mystery shop* **

| | | | |
|---|---|---|---|
| Office Depot | Flushing | 6/11/2008 | 1:30-1:51 PM |
| T.D. Bank | Corona | 6/11/2008 | 2:15 PM |
| T.D. Bank | Jackson Heights | 6/11/2008 | 2:26 PM |
| T.D. Bank | Forest Hills/ Metropolitan Ave | 6/13/2008 | 1:45 PM |
| T.D. Bank | Corona | 6/17/2008 | 1:43 PM |
| T.D. Bank | Jackson Heights | 6/17/2008 | 2:02 PM |
| T.D. Bank | Elmhurst | 6/17/2008 | 2:26 PM |
| T.D. Bank | Ridgewood/Downtown | 6/19/2008 | 1:20 PM |
| T.D. Bank | Middle Village | 6/19/2008 | 1:40 PM |
| T.D. Bank | Jackson Heights | 6/20/2008 | 4:52 PM |
| McDonald's | Forest Hills | 6/24/2008 | 8:53-9:22 AM |
| McDonald's | Forest Hills | 6/24/2008 | 1:10-1:42 PM |
| T.D. Bank | Forest Hills/ Metropolitan Ave | 6/24/2008 | 2:29 PM |
| T.D. Bank | Jackson Heights | 6/25/2008 | 2:08 AM |
| McDonald's | Glendale | 6/26/2008 | 1:11-2:02 PM |
| T.D. Bank | Ridgewood/Downtown | 6/26/2008 | 1:55 PM |
| T.D. Bank | Corona | 6/27/2008 | 1:46 PM |
| T.D. Bank | Kew Gardens | 7/1/2008 | 1:36 PM |
| T.D. Bank | Jackson Heights | 7/1/2008 | 1:53 PM |
| T.D. Bank | Elmhurst | 7/1/2008 | 2:12 PM |
| T.D. Bank | Forest Hills/ Metropolitan Ave | 7/3/2008 | 2:17 PM |
| T.D. Bank | Ridgewood/Downtown | 7/3/2008 | 2:33 PM |
| T.D. Bank | Forest Hills/Queens Blvd | 7/4/2008 | 10:33 AM |
| T.D. Bank | Forest Hills/Metropolitan Ave | 7/4/2008 | 10:45 AM |
| T.D. Bank | Corona | 7/8/2008 | 1:35 PM |
| T.D. Bank | Kew Gardens | 7/8/2008 | 2:05 PM |
| T.D. Bank | Ridgewood/Downtown | 7/8/2008 | 2:26 PM |
| T.D. Bank | Ridgewood Metro | 7/8/2008 | 2:45 PM |
| T.D. Bank | Corona | 7/11/2008 | 3:45 PM |
| T.D. Bank | Forest Hills/Metropolitan Ave | 7/15/2008 | 1:43 PM |
| T.D. Bank | Ridgewood/Downtown | 7/16/2008 | 4:45 PM |
| T.D. Bank | Middle Village | 7/17/2008 | 2:07 PM |
| T.D. Bank | Corona | 7/18/2008 | 1:08 PM |
| T.D. Bank | Kew Gardens | 8/4/2008 | 1:26 PM |
| T.D. Bank | Ridgewood Metro | 8/4/2008 | 2:11 PM |
| T.D. Bank | Corona | 8/5/2008 | 2:00 PM |
| T.D. Bank | Corona | 8/6/2008 | 1:09 PM |
| T.D. Bank | Forest Hills/Metropolitan Ave | 8/6/2008 | 1:40 PM |
| T.D. Bank | Elmhurst | 8/7/2008 | 1:57 PM |
| T.D. Bank | Kew Gardens | 8/8/2008 | 2:40 PM |
| T.D. Bank | Forest Hills/Metropolitan Ave | 8/8/2008 | 2:54 PM |
| T.D. Bank | Ridgewood Metro | 8/8/2008 | 3:15 PM |
| T.D. Bank | Elmhurst | 8/11/2008 | 4:47 PM |
| T.D. Bank | Corona | 8/12/2008 | 1:16 PM |
| T.D. Bank | Kew Gardens | 8/19/2008 | 1:12 PM |
| T.D. Bank | Forest Hills/Metropolitan Ave | 8/19/2008 | 1:24 PM |
| T.D. Bank | Middle Village | 8/19/2008 | 1:35 PM |
| T.D. Bank | Corona | 8/20/2008 | 1:23 PM |
| T.D. Bank | Ridgewood Metro | 8/21/2008 | 1:59 PM |
| T.D. Bank | Forest Hills/Metropolitan Ave | 8/25/2008 | 2:07 PM |
| T.D. Bank | Ridgewood/Downtown | 8/25/2008 | 2:27 PM |
| T.D. Bank | Middle Village | 8/25/2008 | 2:55 PM |
| T.D. Bank | Kew Gardens | 8/26/2008 | 2:10 PM |
| T.D. Bank | Elmhurst | 9/1/2008 | 10:32 AM |
| T.D. Bank | Elmhurst | 9/1/2008 | 4:53 PM |
| T.D. Bank | Corona | 9/2/2008 | 1:27 PM |
| T.D. Bank | Ridgewood Downtown | 9/3/2008 | 2:16 PM |
| T.D. Bank | Middle Village | 9/3/2008 | 2:40 PM |
| T.D. Bank | Kew Gardens | 9/4/2008 | 12:56 PM |
| T.D. Bank | Forest Hills/Metropolitan Ave | 9/4/2008 | 1:10 PM |
| T.D. Bank | Corona | 9/9/2008 | 1:21 PM |
| T.D. Bank | Forest Hills/Metropolitan Ave | 9/10/2008 | 1:04 PM |
| T.D. Bank | Middle Village | 9/10/2008 | 1:18 PM |
| T.D. Bank | Ridgewood Metro | 9/10/2008 | 1:36 PM |
| T.D. Bank | Forest Hills/Metropolitan Ave | 9/19/2008 | 12:55 PM |
| T.D. Bank | Ridgewood/Downtown | 9/19/2008 | 1:19 PM |
| T.D. Bank | Ridgewood Metro | 9/19/2008 | 1:40 PM |
| T.D. Bank | Forest Hills/Metropolitan Ave | 9/23/2008 | 1:37 PM |
| T.D. Bank | Ridgewood/Downtown | 9/25/2008 | 1:33 PM |
| T.D. Bank | Corona | 9/29/2008 | 1:54 PM |
| Office Depot | Flushing | 10/1/2008 | 2:52-3:15 PM |
| T.D. Bank | Kew Gardens | 10/2/2008 | 1:30 PM |
| T.D. Bank | Ridgewood/Downtown | 10/2/2008 | 1:50 PM |
| T.D. Bank | Middle Village | 10/2/2008 | 2:19 PM |
| T.D. Bank | Ridgewood Metro | 10/2/2008 | 3:50 PM |
| T.D. Bank | Forest Hills/Metropolitan Ave | 10/8/2008 | 1:34 PM |
| T.D. Bank | Jackson Heights | 10/10/2008 | 1:54 PM |
| T.D. Bank | Ridgewood/Downtown | 10/17/2008 | 2:10 PM |

### LIST OF MYSTERY SHOPS LIVINGSTON CONDUCTED DURING HER SCHEDULED REPORTING SHIFT
**\*\* Highlighted are days that Livingston performed more than one on-site mystery shop\*\***

| | | | |
|---|---|---|---|
| T.D. Bank | Jackson Heights | 10/20/2008 | 1:25 PM |
| T.D. Bank | Telephonic | 10/20/2008 | 5:00 PM |
| T.D. Bank | Ridgewood Metro | 10/22/2008 | 1:44 PM |
| T.D. Bank | Kew Gardens | 10/29/2008 | 1:40 PM |
| T.D. Bank | Ridgewood/Downtown | 11/3/2008 | 1:54 PM |
| T.D. Bank | Ridgewood Metro | 11/3/2008 | 2:14 PM |
| T.D. Bank | Corona | 11/4/2008 | 1:38 PM |
| T.D. Bank | Telephonic | 11/5/2008 | 10:08 AM |
| T.D. Bank | Corona | 11/10/2008 | 1:23 PM |
| T.D. Bank | Jackson Heights | 11/10/2008 | 1:59 PM |
| T.D. Bank | Corona | 11/12/2008 | 1:40 PM |
| T.D. Bank | Jackson Heights | 11/12/2008 | 2:06 PM |
| T.D. Bank | Telephonic | 11/13/2008 | 2:04 PM |
| T.D. Bank | Telephonic | 11/14/2008 | 12:55 PM |
| T.D. Bank | Forest Hills/Metropolitan Ave | 11/18/2008 | 1:55 PM |
| T.D. Bank | Ridgewood/Downtown | 11/19/2008 | 1:10 PM |
| T.D. Bank | Ridgewood Metro | 11/19/2008 | 1:25 PM |
| T.D. Bank | Elmhurst | 11/21/2008 | 10:50 PM |
| T.D. Bank | Jackson Heights | 11/21/2008 | 11:00 PM |
| T.D. Bank | Corona | 11/26/2008 | 3:29 PM |
| T.D. Bank | Jackson Heights | 11/26/2008 | 3:43 PM |
| T.D. Bank | Ridgewood Downtown | 11/28/2008 | 1:37 PM |
| T.D. Bank | Ridgewood Metro | 12/2/2008 | 1:55 PM |
| T.D. Bank | Jackson Heights | 12/4/2008 | 1:35 PM |
| T.D. Bank | Forest Hills/Metropolitan Ave | 12/10/2008 | 9:36 AM |
| T.D. Bank | Ridgewood/Downtown | 12/10/2008 | 10:02 AM |
| T.D. Bank | Hillcrest/Fresh Meadows | 12/10/2008 | 10:31 AM |
| T.D. Bank | Jackson Heights | 12/11/2008 | 4:58 PM |
| T.D. Bank | Forest Hills/Metropolitan Ave | 12/15/2008 | 12:01 PM |
| T.D. Bank | Ridgewood/Downtown | 12/15/2008 | 12:22 PM |
| T.D. Bank | Hillcrest/Fresh Meadows | 12/15/2008 | 1:13 PM |
| T.D. Bank | Middle Village | 12/19/2008 | 2:57 PM |
| T.D. Bank | Ridgewood Metro | 12/19/2008 | 3:08 PM |
| T.D. Bank | Ridgewood Downtown | 12/22/2008 | 1:05 PM |
| T.D. Bank | Ridgewood Metro | 12/22/2008 | 1:31 PM |
| T.D. Bank | Middle Village | 12/22/2008 | 1:43 PM |
| T.D. Bank | Middle Village | 12/26/2008 | 12:42 PM |
| T.D. Bank | Hillcrest/Fresh Meadows | 1/2/2009 | 3:02 PM |
| T.D. Bank | Middle Village | 1/2/2009 | 3:50 PM |
| T.D. Bank | Ridgewood Metro | 1/2/2009 | 4:05 AM |
| T.D. Bank | Elmhurst | 1/6/2009 | 1:12 PM |
| T.D. Bank | Middle Village | 1/9/2009 | 11:20 AM |
| T.D. Bank | Ridgewood Metro | 1/9/2009 | 11:37 AM |
| T.D. Bank | Ridgewood/Downtown | 1/9/2009 | 11:57 AM |
| T.D. Bank | Ridgewood Metro | 1/23/2009 | 10:59 AM |
| T.D. Bank | Corona | 1/23/2009 | 11:25 AM |
| T.D. Bank | Jackson Heights | 1/23/2009 | 11:39 AM |
| T.D. Bank | Kew Gardens | 1/23/2009 | 3:42 AM |
| T.D. Bank | Middle Village | 1/28/2009 | 2:21 PM |
| T.D. Bank | Ridgewood Metro | 1/28/2009 | 2:33 PM |
| T.D. Bank | Hillcrest/Fresh Meadows | 2/2/2009 | 1:43 PM |
| T.D. Bank | Jackson Heights | 2/2/2009 | 2:40 PM |
| T.D. Bank | Forest Hills/Queens Blvd | 2/6/2009 | 10:47 PM |
| T.D. Bank | Forest Hills/Metropolitan Ave | 2/10/2009 | 2:40 PM |
| T.D. Bank | Ridgewood/Downtown | 2/10/2009 | 3:08 PM |
| T.D. Bank | Middle Village | 2/10/2009 | 3:32 PM |
| T.D. Bank | Kew Gardens | 2/11/2009 | 12:05 PM |
| T.D. Bank | Ridgewood Downtown | 2/16/2009 | 2:10 PM |
| T.D. Bank | Ridgewood Metro | 2/16/2009 | 2:25 PM |
| T.D. Bank | Forest Hills/Metropolitan Ave | 2/16/2009 | 2:42 PM |
| T.D. Bank | Kew Gardens | 2/17/2009 | 4:18 PM |
| T.D. Bank | Hillcrest/Fresh Meadows | 2/17/2009 | 4:30 PM |
| T.D. Bank | Jackson Heights | 2/18/2009 | 12:56 PM |
| T.D. Bank | Elmhurst | 2/18/2009 | 1:08 PM |
| T.D. Bank | Forest Hills/Queens Blvd | 2/20/2009 | 1:30 PM |
| T.D. Bank | Forest Hills/Metropolitan Ave | 2/24/2009 | 11:12 AM |
| T.D. Bank | Middle Village | 2/24/2009 | 2:30 PM |
| T.D. Bank | Forest Hills/Metropolitan Ave | 2/24/2009 | 2:43 PM |
| T.D. Bank | Kew Gardens | 2/25/2009 | 10:58 AM |
| T.D. Bank | Corona | 2/26/2009 | 1:20 PM |
| T.D. Bank | Ridgewood Downtown | 3/3/2009 | 1:28 PM |
| T.D. Bank | Middle Village | 3/3/2009 | 1:58 PM |
| T.D. Bank | Ridgewood Downtown | 3/6/2009 | 12:15 PM |
| T.D. Bank | Corona | 3/11/2009 | 1:39 PM |
| T.D. Bank | Forest Hills/Metropolitan Ave | 3/11/2009 | 2:05 PM |
| T.D. Bank | Ridgewood/Downtown | 3/13/2009 | 12:02 PM |
| T.D. Bank | Kew Gardens | 3/13/2009 | 12:29 PM |
| T.D. Bank | Corona | 3/16/2009 | 12:22 PM |