**LIST OF MYSTERY SHOPS LIVINGSTON CONDUCTED DURING HER SCHEDULED REPORTING SHIFT**
*** Highlighted are days that Livingston performed more than one on-site mystery shop***

| | | | |
|---|---|---|---|
| T.D. Bank | Middle Village | 3/17/2009 | 1:20 PM |
| T.D. Bank | Ridgewood/Downtown | 3/17/2009 | 1:41 PM |
| T.D. Bank | Kew Gardens | 3/19/2009 | 12:13 PM |
| T.D. Bank | Jackson Heights | 3/23/2009 | 1:08 PM |
| T.D. Bank | Corona | 3/23/2009 | 1:18 PM |
| T.D. Bank | Jackson Heights | 3/25/2009 | 12:30 PM |
| T.D. Bank | Forest Hills/Queens Blvd | 3/30/2009 | 12:23 PM |
| T.D. Bank | Ridgewood/Downtown | 3/30/2009 | 1:10 PM |
| T.D. Bank | Elmhurst | 3/30/2009 | 2:34 PM |
| T.D. Bank | Hillcrest/Fresh Meadows | 4/1/2009 | 1:35 PM |
| T.D. Bank | Kew Gardens | 4/1/2009 | 1:51 PM |
| T.D. Bank | Ridgewood/Downtown | 4/6/2009 | 12:09 PM |
| T.D. Bank | Ridgewood/Downtown | 4/8/2009 | 3:48 PM |
| T.D. Bank | Ridgewood Metro | 4/8/2009 | 4:09 PM |
| T.D. Bank | Middle Village | 4/8/2009 | 4:22 PM |
| T.D. Bank | Kew Gardens | 4/9/2009 | 1:15 PM |
| T.D. Bank | Jackson Heights | 4/10/2009 | 3:05 PM |
| T.D. Bank | Ridgewood/Downtown | 4/10/2009 | 3:45 PM |
| T.D. Bank | Ridgewood Metro | 4/10/2009 | 4:12 PM |
| T.D. Bank | Ridgewood Metro | 4/15/2009 | 4:59 PM |
| T.D. Bank | Astoria | 4/16/2009 | 11:21 PM |
| T.D. Bank | Jackson Heights | 4/16/2009 | 11:58 AM |
| T.D. Bank | Forest Hills/Queens Blvd | 4/16/2009 | 12:32 PM |
| T.D. Bank | Jackson Heights | 4/20/2009 | 1:13 PM |
| T.D. Bank | Forest Hills/Metropolitan Ave | 4/20/2009 | 1:41 PM |
| T.D. Bank | Hillcrest/Fresh Meadows | 4/22/2009 | 1:19 PM |
| T.D. Bank | Middle Village | 4/22/2009 | 3:35 PM |
| T.D. Bank | Corona | 4/24/2009 | 11:42 PM |
| T.D. Bank | Jackson Heights | 4/24/2009 | 11:59 PM |
| T.D. Bank | Middle Village | 4/27/2009 | 10:08 AM |
| T.D. Bank | Ridgewood Metro | 4/27/2009 | 10:19 AM |
| T.D. Bank | Jackson Heights | 4/29/2009 | 1:15 PM |
| T.D. Bank | Elmhurst | 5/4/2009 | 1:47 PM |
| T.D. Bank | Forest Hills/Metropolitan Ave | 5/4/2009 | 2:21 PM |
| T.D. Bank | Forest Hills/Metropolitan Ave | 5/6/2009 | 12:30 PM |
| T.D. Bank | Ridgewood/Downtown | 5/6/2009 | 12:50 PM |
| T.D. Bank | Ridgewood/Downtown | 5/11/2009 | 11:05 AM |
| T.D. Bank | Jackson Heights | 5/13/2009 | 1:52 PM |
| T.D. Bank | Hillcrest/Fresh Meadows | 5/18/2009 | 4:25 PM |
| T.D. Bank | Corona | 5/19/2009 | 11:28 AM |
| T.D. Bank | Jackson Heights | 5/20/2009 | 11:38 AM |
| T.D. Bank | Ridgewood/Downtown | 5/25/2009 | 10:32 AM |
| T.D. Bank | South Flushing | 5/26/2009 | 4:53 PM |
| T.D. Bank | Ridgewood/Downtown | 5/27/2009 | 4:38 PM |
| T.D. Bank | Ridgewood Metro | 5/27/2009 | 4:50 PM |
| T.D. Bank | Hillcrest/Fresh Meadows | 6/4/2009 | 4:14 PM |
| T.D. Bank | Forest Hills/Metropolitan Ave | 6/4/2009 | 4:43 PM |
| T.D. Bank | Middle Village | 6/4/2009 | 5:00 PM |
| T.D. Bank | Jackson Heights | 6/5/2009 | 2:59 PM |
| T.D. Bank | Middle Village | 6/8/2009 | 10:26 AM |
| T.D. Bank | South Flushing | 6/9/2009 | 11:19 AM |
| T.D. Bank | Bayside | 6/11/2009 | 1:18 PM |
| T.D. Bank | South Flushing | 6/11/2009 | 2:28 PM |
| T.D. Bank | Telephonic | 6/12/2009 | 1:00 PM |
| T.D. Bank | Forest Hills/Metropolitan Ave | 6/15/2009 | 2:30 PM |
| T.D. Bank | Ridgewood/Downtown | 6/16/2009 | 4:29 PM |
| T.D. Bank | Jackson Heights | 6/22/2009 | 11:20 PM |
| T.D. Bank | Ridgewood Metro | 6/22/2009 | 12:20 PM |
| T.D. Bank | Ridgewood/Downtown | 7/1/2009 | 1:20 PM |
| T.D. Bank | Middle Village | 7/1/2009 | 1:52 PM |
| T.D. Bank | Jackson Heights | 7/3/2009 | 12:23 PM |
| T.D. Bank | Corona | 7/3/2009 | 12:34 PM |
| T.D. Bank | Middle Village | 7/6/2009 | 1:02 PM |
| T.D. Bank | Hillcrest/Fresh Meadows | 7/9/2009 | 1:00 PM |
| T.D. Bank | South Flushing | 7/9/2009 | 1:19 PM |
| Bose | College Point | 7/12/2010 | 2:42-3:16 PM |
| A&P | Flushing | 7/12/2010 | 3:25-3:59 PM |
| T.D. Bank | Elmhurst | 7/13/2009 | 9:13 AM |
| T.D. Bank | Ridgewood Metro | 7/14/2009 | 3:05 PM |
| T.D. Bank | Ridgewood/Downtown | 7/20/2009 | 11:20 AM |
| T.D. Bank | Ridgewood Metro | 7/20/2009 | 11:34 AM |
| T.D. Bank | Jackson Heights | 7/21/2009 | 9:58 PM |
| T.D. Bank | Jackson Heights | 7/22/2009 | 4:43 PM |
| T.D. Bank | Ridgewood/Downtown | 7/23/2009 | 12:09 PM |
| T.D. Bank | Ridgewood/Downtown | 7/27/2009 | 10:31 AM |
| T.D. Bank | Ridgewood Metro | 7/27/2009 | 10:43 AM |
| T.D. Bank | Forest Hills/Metropolitan Ave | 7/29/2009 | 9:54 AM |
| T.D. Bank | Corona | 7/29/2009 | 4:41 PM |

**LIST OF MYSTERY SHOPS LIVINGSTON CONDUCTED DURING HER SCHEDULED REPORTING SHIFT**
*** Highlighted are days that Livingston performed more than one on-site mystery shop***

| | | | |
|---|---|---|---|
| T.D. Bank | Jackson Heights | 8/4/2009 | 1:42 PM |
| T.D. Bank | Jackson Heights | 8/6/2009 | 1:00 PM |
| T.D. Bank | Ridgewood/Downtown | 8/12/2009 | 10:54 AM |
| T.D. Bank | Hillcrest/Fresh Meadows | 8/12/2009 | 11:29 AM |
| T.D. Bank | Jackson Heights | 8/12/2009 | 11:52 AM |
| T.D. Bank | Ridgewood Metro | 8/13/2009 | 10:09 AM |
| T.D. Bank | Corona | 8/20/2009 | 9:48 AM |
| T.D. Bank | South Flushing | 8/27/2009 | 12:20 PM |
| T.D. Bank | Hillcrest/Fresh Meadows | 8/27/2009 | 12:35 PM |
| T.D. Bank | Telephonic | 8/31/2009 | 4:59 PM |
| T.D. Bank | Auburndale | 9/3/2009 | 11:13 PM |
| T.D. Bank | Ridgewood/Downtown | 9/8/2009 | 1:30 PM |
| T.D. Bank | Jackson Heights | 9/10/2009 | 3:55 PM |
| T.D. Bank | Ridgewood/Downtown | 9/16/2009 | 4:43 PM |
| T.D. Bank | Ridgewood Metro | 9/17/2009 | 12:30 PM |
| T.D. Bank | 108th/Forest Hills | 9/17/2009 | 4:00 PM |
| T.D. Bank | Telephonic | 9/21/2009 | 9:17 AM |
| T.D. Bank | Hillcrest/Fresh Meadows | 9/21/2009 | 12:05 PM |
| T.D. Bank | Hillcrest/Fresh Meadows | 9/24/2009 | 1:35 PM |
| T.D. Bank | Ridgewood/Downtown | 9/24/2009 | 1:59 PM |
| T.D. Bank | Hillcrest/Fresh Meadows | 9/25/2009 | 2:25 PM |
| T.D. Bank | Middle Village | 9/25/2009 | 4:17 PM |
| T.D. Bank | Jackson Heights | 9/28/2009 | 2:21 PM |
| T.D. Bank | Ridgewood/Downtown | 9/29/2009 | 11:37 AM |
| T.D. Bank | Forest Hills/Queens Blvd | 9/30/2009 | 9:44 AM |
| T.D. Bank | Telephonic | 10/5/2009 | 9:19 AM |
| T.D. Bank | Forest Hills/Metropolitan Ave | 10/8/2009 | 9:51 AM |
| T.D. Bank | Ridgewood/Downtown | 10/8/2009 | 1:31 PM |
| T.D. Bank | Ridgewood/Downtown | 10/13/2009 | 11:21 AM |
| T.D. Bank | Middle Village | 10/13/2009 | 11:45 AM |
| T.D. Bank | Telephonic | 10/20/2009 | 9:14 AM |
| T.D. Bank | Downtown Flushing | 10/22/2009 | 2:22 PM |
| T.D. Bank | Forest Hills/Metropolitan Ave | 10/22/2009 | 2:45 PM |
| T.D. Bank | Ridgewood Metro | 10/22/2009 | 4:10 PM |
| T.D. Bank | Hillcrest/Fresh Meadows | 11/6/2009 | 1:59 PM |
| T.D. Bank | Ridgewood/Downtown | 11/6/2009 | 3:40 PM |
| T.D. Bank | Jackson Heights | 11/10/2009 | 4:00 PM |
| T.D. Bank | Corona | 11/17/2009 | 4:50 PM |
| T.D. Bank | Ridgewood Metro | 11/19/2009 | 4:44 PM |
| T.D. Bank | Forest Hills/Queens Blvd | 11/20/2009 | 4:59 PM |
| T.D. Bank | Auburndale | 11/23/2009 | 11:31 AM |
| T.D. Bank | Elmhurst | 11/25/2009 | 4:51 PM |
| T.D. Bank | Ridgewood Metro | 12/3/2009 | 10:22 AM |
| T.D. Bank | Ridgewood/Downtown | 12/8/2009 | 3:45 PM |
| T.D. Bank | Forest Hills/Metropolitan Ave | 12/22/2009 | 11:42 AM |
| T.D. Bank | Middle Village | 12/22/2009 | 12:08 PM |
| T.D. Bank | Hillcrest/Fresh Meadows | 12/30/2009 | 11:57 AM |
| T.D. Bank | Telephonic | 12/31/2009 | 9:31 AM |
| T.D. Bank | Telephonic | 12/31/2009 | 9:36 AM |
| T.D. Bank | Jackson Heights | 1/5/2010 | 12:18 PM |
| T.D. Bank | Ridgewood/Downtown | 1/5/2010 | 4:30 PM |
| T.D. Bank | Hillcrest/Fresh Meadows | 1/7/2010 | 11:44 AM |
| T.D. Bank | Hillcrest/Fresh Meadows | 1/11/2010 | 1:59 PM |
| T.D. Bank | Forest Hills/Queens Blvd | 1/12/2010 | 4:17 PM |
| T.D. Bank | Forest Hills/Metropolitan Ave | 1/12/2010 | 4:50 PM |
| T.D. Bank | Ridgewood Metro | 1/27/2010 | 3:45 PM |
| T.D. Bank | Middle Village | 1/27/2010 | 4:05 PM |
| T.D. Bank | Auburndale | 2/5/2010 | 12:56 PM |
| T.D. Bank | Ridgewood Metro | 2/5/2010 | 1:42 PM |
| T.D. Bank | Forest Hills/Metropolitan Ave | 2/5/2010 | 2:24 PM |
| T.D. Bank | South Flushing | 2/8/2010 | 4:50 PM |
| T.D. Bank | Ridgewood/Downtown | 2/11/2010 | 2:23 PM |
| T.D. Bank | Elmhurst | 2/11/2010 | 3:54 PM |
| T.D. Bank | Ridgewood/Downtown | 2/18/2010 | 4:09 PM |
| T.D. Bank | Ridgewood Metro | 2/18/2010 | 4:23 PM |
| T.D. Bank | Hillcrest/Fresh Meadows | 2/19/2010 | 11:55 AM |
| T.D. Bank | Forest Hills/Queens Blvd | 2/19/2010 | 12:13 PM |
| T.D. Bank | Elmhurst | 2/24/2010 | 12:49 PM |
| T.D. Bank | Auburndale | 3/1/2010 | 4:51 PM |
| T.D. Bank | South Flushing | 3/2/2010 | 2:40 PM |
| T.D. Bank | Ridgewood Metro | 3/3/2010 | 4:20 PM |
| T.D. Bank | Middle Village | 3/4/2010 | 4:50 PM |
| T.D. Bank | Kew Gardens | 3/8/2010 | 11:35 AM |
| T.D. Bank | South Flushing | 3/9/2010 | 12:08 PM |
| T.D. Bank | Elmhurst | 3/10/2010 | 12:20 PM |
| T.D. Bank | Ridgewood Metro | 3/10/2010 | 2:45 PM |
| T.D. Bank | Jackson Heights | 3/11/2010 | 12:11 PM |
| T.D. Bank | Hillcrest/Fresh Meadows | 3/12/2010 | 10:21 AM |

**LIST OF MYSTERY SHOPS LIVINGSTON CONDUCTED DURING HER SCHEDULED REPORTING SHIFT**
*** Highlighted are days that Livingston performed more than one on-site mystery shop***

| | | | |
|---|---|---|---|
| T.D. Bank | Forest Hills/Queens Blvd | 3/22/2010 | 12:53 PM |
| T.D. Bank | Elmhurst | 3/24/2010 | 2:25 PM |
| T.D. Bank | South Flushing | 3/26/2010 | 1:43 PM |
| T.D. Bank | Ridgewood/Downtown | 4/2/2010 | 2:09 PM |
| T.D. Bank | Jackson Heights | 4/6/2010 | 1:30 PM |
| T.D. Bank | Ridgewood Metro | 4/7/2010 | 10:15 AM |
| T.D. Bank | Middle Village | 4/12/2010 | 9:10 AM |
| T.D. Bank | Auburndale | 4/15/2010 | 2:35 PM |
| **T.D. Bank** | **Ridgewood/Downtown** | **4/19/2010** | **12:20 PM** |
| **T.D. Bank** | **108th/Forest Hills** | **4/19/2010** | **1:05 PM** |
| **T.D. Bank** | **Rego Park** | **4/19/2010** | **2:58 PM** |
| T.D. Bank | Rego Park | 4/23/2010 | 9:10 AM |
| **T.D. Bank** | **Middle Village** | **4/27/2010** | **10:52 AM** |
| **T.D. Bank** | **Ridgewood Metro** | **4/27/2010** | **11:05 AM** |
| T.D. Bank | Ridgewood/Downtown | 4/30/2010 | 1:32 PM |
| **T.D. Bank** | **Ridgewood/Downtown** | **5/11/2010** | **9:46 AM** |
| **T.D. Bank** | **Ridgewood Metro** | **5/11/2010** | **10:01 AM** |
| **T.D. Bank** | **Middle Village** | **5/11/2010** | **10:15 AM** |
| **T.D. Bank** | **Ridgewood Metro** | **5/12/2010** | **9:03 AM** |
| **T.D. Bank** | **Auburndale** | **5/12/2010** | **2:25 PM** |
| **T.D. Bank** | **Jackson Heights** | **5/12/2010** | **4:17 PM** |
| T.D. Bank | Ridgewood Metro | 5/17/2010 | 11:55 AM |
| **T.D. Bank** | **Kew Gardens** | **5/19/2010** | **10:45 AM** |
| **T.D. Bank** | **Auburndale** | **5/19/2010** | **11:08 AM** |
| T.D. Bank | Telephonic | 5/20/2010 | 9:59 AM |
| T.D. Bank | Telephonic | 5/20/2010 | 10:10 AM |
| **T.D. Bank** | **Middle Village** | **5/26/2010** | **2:00 PM** |
| **T.D. Bank** | **Ridgewood Metro** | **5/26/2010** | **2:15 PM** |
| **T.D. Bank** | **Elmhurst** | **5/26/2010** | **2:35 PM** |
| T.D. Bank | South Flushing | 5/28/2010 | 4:31 PM |
| T.D. Bank | Ridgewood Metro | 6/3/2010 | 11:01 AM |
| T.D. Bank | Elmhurst | 6/11/2010 | 10:35 AM |
| T.D. Bank | South Flushing | 6/14/2010 | 9:11 AM |
| T.D. Bank | Corona | 6/24/2010 | 4:00 PM |
| T.D. Bank | Ridgewood Metro | 7/7/2010 | 4:32 PM |
| T.D. Bank | Ridgewood/Downtown | 7/14/2010 | 11:28 AM |
| **T.D. Bank** | **Kew Gardens** | **7/23/2010** | **11:33 AM** |
| **T.D. Bank** | **Elmhurst** | **7/23/2010** | **12:28 PM** |
| T.D. Bank | South Flushing | 8/10/2010 | 2:45 PM |
| T.D. Bank | Forest Hills/Metropolitan Ave | 8/12/2010 | 11:59 AM |
| T.D. Bank | Ridgewood Metro | 8/13/2010 | 4:15 PM |
| T.D. Bank | Forest Hills/Queens Blvd | 8/17/2010 | 1:25 PM |
| **T.D. Bank** | **Ridgewood Metro** | **8/27/2010** | **1:01 PM** |
| **T.D. Bank** | **Corona** | **8/27/2010** | **2:40 PM** |
| **T.D. Bank** | **Jackson Heights** | **8/27/2010** | **2:55 PM** |
| **T.D. Bank** | **Kew Gardens** | **9/7/2010** | **2:28 PM** |
| **T.D. Bank** | **Ridgewood/Downtown** | **9/7/2010** | **2:49 PM** |
| **T.D. Bank** | **Ridgewood Metro** | **9/7/2010** | **3:05 PM** |
| **T.D. Bank** | **108th/Forest Hills** | **9/7/2010** | **3:58 PM** |
| T.D. Bank | Jackson Heights | 9/9/2010 | 10:00 AM |
| **T.D. Bank** | **Ridgewood/Downtown** | **9/22/2010** | **12:25 PM** |
| **T.D. Bank** | **Ridgewood Metro** | **9/22/2010** | **12:50 PM** |
| T.D. Bank | Auburndale | 9/27/2010 | 3:58 PM |
| **T.D. Bank** | **Middle Village** | **9/28/2010** | **10:33 AM** |
| **T.D. Bank** | **108th/Forest Hills** | **9/28/2010** | **4:45 PM** |
| T.D. Bank | Ridgewood Metro | 10/6/2010 | 12:56 PM |
| T.D. Bank | Forest Hills/Queens Blvd | 10/22/2010 | 4:20 PM |
| T.D. Bank | Corona | 10/28/2010 | 3:46 PM |
| **T.D. Bank** | **Jackson Heights** | **11/8/2010** | **1:26 PM** |
| **T.D. Bank** | **Elmhurst** | **11/8/2010** | **1:50 PM** |