# Exhibit 1



# NEW-TRIAL HOPE FOR STAB CON

By IKIMULISA LIVINGSTON

*Last Updated:* 7:16 AM, June 23, 2008
*Posted:* 4:13 AM, June 23, 2008

A Queens man who has served 13 years behind bars for a murder he says he didn't commit may get a second chance this week.

Supreme Court Justice Joel Blumenfeld is expected to rule on a motion to vacate Kareem Bellamy's conviction and grant him a new trial.

His high-powered lawyers, who have spent more than two years re-investigating the case, say they've uncovered a recording of a man recently confessing to the slaying.

Bellamy, who lived in Far Rockaway and was 28 at the time, was convicted in 1995 of the murder of James Abbott Jr. and sentenced to 25 years to life.

The victim, known on the street as "Fudd," was stabbed seven times in broad daylight on the corner of Beach 48th Street and Beach Channel Drive on April 9, 1994.

In court, a wheelchair-bound witness identified Bellamy as the killer.

"I didn't do this. I didn't do nothing to nobody," he screamed.

But his protests were in vain - the jury convicted him of murder.

Bellamy had to be carried out of the courtroom.

His trial was captured on video for Court TV.

Bellamy had copies made and sent them to lawyers, professing his innocence. Most of the lawyers did not respond - but Darin McAtee and Thomas Hoffman did.

McAtee felt drawn to the case after watching Bellamy get dragged out of the courtroom kicking and screaming.

IL 8694

NEW-TRIAL HOPE FOR KAREEM BELLAMY STABBING ... //www.nypost.com/p/pagesix/item_otiRbjLLjInxWF...

Case 1:09-cv-09832-LGS Document 78-1 Filed 05/24/13 Page 3 of 9

"It was heartbreaking," McAtee said.

"I told Kareem when I met him that I'd continue to be involved for as long as I was convinced he was innocent," he said.

Hoffman was also convinced of Bellamy's innocence, ant the two lawyers teamed up.

"There's no DNA evidence," Hoffman said. "There's no motive and no connection or relationship between Kareem and the victim."

The man in the wheelchair has since recanted his testimony and claims he had help from police when he picked Bellamy out of a lineup.

"This audio tape has a man admitting to the stabbing," the lawyers said, without elaborating further.

"We have solved the case," but Kareem is still in prison, Hoffman said. "Sometimes the system breaks down, but it's the obligation of the system to rectify itself."

ikimulisa.livingston@nypost.com

NEW YORK POST is a registered trademark of NYP Holdings, Inc.

nypost.com , nypostonline.com , and newyorkpost.com are trademarks of NYP Holdings, Inc.

Copyright 2013 NYP Holdings, Inc. All rights reserved. Privacy | Terms of Use

IL 8695

**NEW YORK POST**

# '50 SHOT' DIVE GETS CLOSED

By IKIMULISA LIVINGSTON

*Last Updated:* 8:17 AM, June 20, 2008

*Posted:* 4:21 AM, June 20, 2008

The cops couldn't do it. Neighborhood complaints couldn't do it. So, what finally shuttered the sleazy Queens strip club where groom-to-be Sean Bell partied before he was gunned down in a hail of 50 police bullets?

Mice.

Club Kalua was cited by the Health Department for a number of violations on June 6, including evidence of mice, unsanitary food surfaces and misplaced safety signs.

A notice was tacked on the club door announcing the closure, saying the topless dance spot is being renovated.

The jiggle joint had been the perennial focus of complaints - and the backdrop for one of the most controversial police killings in city history. The NYPD targeted Kalua on Nov. 24, 2006, hoping to shut down the Jamaica joint as a public nuisance - the same night Bell and his pals had a bachelor blast on the eve of his wedding.

In the early hours of Nov. 25, Detective Gescard Isnora followed Bell and his friends, believing they were going to get a gun. Seconds later, five cops unleashed 50 shots into Bell's car.

The 23-year-old groom was killed and two friends injured. There was no gun. Three of the cops who fired their weapons - Isnora, Michael Oliver and Marc Cooper - were acquitted in April of all charges in the racially fractious case.

Earlier this year, Kalua lost its liquor license, yet kept operating - as a topless juice bar.

A John Jay College of Criminal Justice professor said undercover cops inside clubs is the "wrong way" to go about closing a place.

IL 8696

"It takes one person and a clipboard," said Peter Moskos the author of "Cop in the Hood."

He called the Health Department's closure a "brilliant" move.

It barely registered, however, with Bell's still-grieving fiancée Nicole Paultre-Bell.

"The three officers who in my view were improperly acquitted are the ones who were totally and completely responsible for Sean's death," her lawyer, Michael Hardy, said yesterday.

Still, neighbors were thrilled.

"The clientele it attracted wasn't good," said Danny Barcia. "There'd be trouble. There'd be crowds, arguments, shootings. It's a good thing it's not around any more."

The club could still re-open in the near future. Kalua's management did not return phone calls.

*Additional reporting by Perry Chiaramonte*

*ikimulisa.livingston@nypost.com*

NEW YORK POST is a registered trademark of NYP Holdings, Inc.
nypost.com , nypostonline.com , and newyorkpost.com are trademarks of NYP Holdings, Inc.
Copyright 2013 NYP Holdings, Inc. All rights reserved. Privacy | Terms of Use

IL 8697

# NEW YORK POST

# BELL 'SEX' SHOCK

By IKIMULISA LIVINGSTON
*Last Updated:* 5:00 AM, September 4, 2007
*Posted:* 5:00 AM, September 4, 2007

Doomed groom Sean Bell had been fighting with a woman over sex shortly before he was killed - an argument that set into motion the events that led to his shooting death in a hail of 50 police bullets, startling new legal papers charge.

The documents - filed on behalf of the three cops charged in the slaying of Bell on his wedding day, Nov. 25, 2006 - claim that the shooting occurred after the Queens man and his friends asked a woman to "go to a hotel" for sex.

According to a motion filed by the defense team, Detective Gescard Isnora said he saw Bell, 23, and his bachelor-party buddies exit the strip joint Club Kalua early that morning and proposition the woman as she talked to a man seated in an SUV.

The woman "refused to go to a hotel with them where they wanted to have sex with her," the court papers say.

An argument broke out, and the man in the SUV made several "unpleasant comments" to Bell's group, according to the documents.

Isnora said he heard Bell's pal Joseph Guzman yell, "Get my gun! Get my gun!" and Bell add, "Let's f- - - him up!"

Sanford Rubenstein, who represents Bell's would-be bride, Nicole Paultre-Bell, as well as Guzman and the third pal, Trent Benefield, dismissed the court papers as "pure fiction."

"First, there was a fourth man in the car," Rubenstein said, mocking the NYPD's initial claim that a gunman fled the scene.

No weapon was found in the car, nor was a fourth person found to be involved in the shooting.

But the motion outlines what it calls a "valid defense of justification" for the slaying

IL 8698

of Bell, saying says Isnora was "convinced" the men were "going to do a drive-by shooting" in front of the strip club.

The papers say Isnora "saw Guzman reach down toward his waistband" after the trio got into a Nissan Altima, and yelled, "Police! Don't move!"

The car lurched forward, hitting Isnora's leg, and stopped in front of a van driven by Detective Michael Oliver. It then backed up into a wall before accelerating forward again and hitting the van.

"Convinced that if Guzman ever got to raise that hand, Detective Isnora would see a gun in it, he yelled, 'Gun!' and, 'He's got a gun!' and began firing," the motion states.

Isnora, Oliver and the third cop, Marc Cooper, are due in Queens Supreme Court this week.

It will be the first chance Judge Arthur Cooperman has to act on the defense's motion to dismiss the indictment against the cops.

"Their previous appearances were clearly no big deal. [But] this one, something is going to happen, something," one source said.

Rubenstein said, "A grand jury indicted these police officers, and they testified before the grand jury.

"We look forward to a jury in Queens hearing this case and doing justice."

*ikimulisa.livingston@nypost.com*

NEW YORK POST is a registered trademark of NYP Holdings, Inc.
nypost.com , nypostonline.com , and newyorkpost.com are trademarks of NYP Holdings, Inc.
Copyright 2013 NYP Holdings, Inc. All rights reserved. Privacy | Terms of Use

IL 8699

# NEW YORK POST

# SEX POL'S PLEA DEAL SLAMMED

By IKIMULISA LIVINGSTON

Last Updated: 3:11 AM, March 17, 2008

Posted: 3:11 AM, March 17, 2008

The woman who claimed City Councilman Dennis Gallagher raped her now says the politician is getting a slap on the wrist with a no-jail plea deal that will force him out of office.

"To me, he's getting slapped with a ticket - a get-out-of-jail-free card," said the woman about the deal in which he's expected to plead guilty today to sex-abuse charges.

Gallagher will stay out of prison and won't have to register as a sex offender, but will have to resign from office within 30 days, according to sources.

"He'll have to make a public apology to me," said the 53-year-old alleged victim, whose name is being withheld, adding that she also intends to sue Gallagher.

A grand jury indicted Gallagher on rape and other charges even though he maintained the sex was consensual, but a judge tossed it out after ruling prosecutors prejudiced the jury with demeaning questions about Gallagher.

NEW YORK POST is a registered trademark of NYP Holdings, Inc.
nypost.com , nypostonline.com , and newyorkpost.com are trademarks of NYP Holdings, Inc.
Copyright 2013 NYP Holdings, Inc. All rights reserved. Privacy | Terms of Use

IL 8700



# JUDGE'S QUEENS HOME SHOT UP

By JOE MOLLICA, MURRAY WEISS and LUKAS I. ALPERT

Last Updated: 9:41 PM, August 12, 2008
Posted: 9:41 PM, August 12, 2008

A gunman opened fire at a the home of a Queens judge today in a shocking attack on the day the jurist was set to sell the property.

Acting Queens Supreme Court Justice Fernando Camacho's home in Oakland Gardens was empty when the gunman struck. No one was hurt.

At about 4 a.m., someone fired four shots at the two-story Cape Cod-style house. Three went through a wall into the dining room and one hit just below a bedroom window on the second floor, police said.

Cops recovered four shell casings beneath a car across the street, sources said.

Camacho, 47, was in Montauk with his family at the time.

Camacho had put the house up for sale for $799,000. The deal was set to close today, police said.

As a handyman worked to patch the holes in the façade of the house, Camacho left to complete the sale.

"I'm all right," he said. "I appreciate your concern but I really cannot say anything right now."

Camacho primarily handles domestic violence and matrimonial cases.

Investigators initially looked to see if the judge had received any threats related to a case he handled, but could find none. They were also looking into the possibility that the wrong house was targeted.

*Additional reporting by Ikimulisa Livingston and Larry Celona*

*murray.weiss@nypost.com*

IL 8701