# Exhibit 1

| | |
|---|---|
| 1 | Allan |
| 2 | UNITED STATES DISTRICT COURT |
| | SOUTHERN DISTRICT OF NEW YORK |
| 3 | |

```
SANDRA GUZMAN,                    )
                                  )
        Plaintiff,                )
                                  )
            vs.                   ) 09CIV9323
                                  ) (BSJ(RLE)
NEWS CORPORATION, NYP HOLDINGS,   )
INC., d/b/a THE NEW YORK POST,    )
and COL ALLAN, in his official    )
and individual capacities,        )
                                  )
        Defendants.                )
----------------------------------)
```

(Contains Confidential & Attorneys' Eyes Only Portions Bound Separately)

VIDEOTAPED DEPOSITION OF COLIN ALLAN
New York, New York
Tuesday, February 14, 2012

Reported by:
Philip Rizzuti
JOB NO. 46188

Page 10

```
1           Allan
2  specific floors at 1211 Avenue of the
3  Americas?
4     A.  The 8th floor.
5     Q.  What is on the 8th floor?
6     A.  Corporate offices.
7     Q.  Is that the only floor that News
8  Corp. occupies at 1211 Avenue of the Americas?
9     A.  I believe so.
10    Q.  Is there an employee cafeteria for
11 News Corp. executives and employees?
12    A.  Yes.
13    Q.  What floor is that on, sir?
14    A.  I believe it is the 5th floor.
15    Q.  And what floors does the New York
16 Post occupy at 1211 Avenue of the Americas?
17    A.  Floors 8 and 9.
18    Q.  What is on the 8th floor?
19    A.  Features, op ed.
20    Q.  Anything else?
21    A.  The Daily.
22    Q.  What is The Daily?
23    A.  Its a tablet publication, iPad
24 application.
25    Q.  Is that published by the New York
```

Page 11

```
1           Allan
2  Post or News Corp.?
3     A.  I don't know.
4     Q.  Who is in charge of The Daily?
5     A.  Jesse Angelo.
6     Q.  What is Jesse Angelo's title at
7  The Daily?
8     A.  Editor.
9     Q.  What offices of the New York Post
10 are located on the 9th floor at 1211 Avenue of
11 the Americas?
12    A.  Features department and the op ed
13 department.
14    Q.  That is the 9th floor?
15    A.  Yes.
16    Q.  Where is the news room located?
17    A.  10th floor.
18    Q.  Are there any other offices on the
19 10th floor besides the news room?
20    A.  I don't understand the question.
21    Q.  Other than the news room being on
22 the 10th floor are there any other corporate
23 offices of the New York Post on the 10th
24 floor?
25    A.  No.
```

Page 12

```
1           Allan
2     Q.  What floor is your office on?
3     A.  10th floor.
4     Q.  Is there a cafeteria at 1211 for
5  the New York Post employees?
6     A.  No.
7     Q.  So the cafeteria on the 5th floor
8  that News Corp. has New York Post employees
9  can't go in there?
10    A.  Sure they can.
11    Q.  Can anybody else in the building
12 go into that cafeteria?
13    A.  I believe so.
14    Q.  So has it been your experience
15 that you have seen New York Post employees
16 eating in that cafeteria on the 5th floor many
17 times?
18    A.  No.
19    Q.  But it is your position that News
20 Corp. runs that cafeteria; is that correct?
21    A.  I don't know who runs that
22 cafeteria.
23    Q.  Now are there any conference rooms
24 that News Corp. has at 1211?
25        MR. LERNER:  Objection.
```

Page 13

```
1           Allan
2     Q.  Avenue of the Americas; you can
3  answer?
4     A.  What was the question again?
5     Q.  Are there any conference rooms
6  that News Corp. has at 1211 Avenue of the
7  Americas?
8     A.  Yes.
9     Q.  What floor are those conference
10 rooms located on?
11    A.  3rd floor.
12    Q.  What else is on the 3rd floor
13 besides those conference rooms?
14    A.  Dining room.
15    Q.  Is it an executive dining room?
16    A.  Yes.
17    Q.  Is that the News Corp. executive
18 dining room?
19    A.  Yes.
20    Q.  You have been in that dining room
21 before?
22    A.  Yes.
23    Q.  Many times; correct?
24    A.  Yes.
25    Q.  Mr. Allan, is there an Executive
```

Page 18

1  Allan
2  Corp. at 1211 Avenue of the Americas?
3     A.   I don't know.
4     Q.   Do you know any lawyer for News
5  Corp. at 1211 Avenue of the Americas?
6     A.   Yes, Genie Gavenchak.
7     Q.   What floor does she sit on?
8     A.   I think it is the 5th floor. I
9  believe it is the 5th floor.
10    Q.   Well why don't you identify all
11 the people you know who have offices on the
12 5th floor and tell me whether they are
13 employees of News Corp. or the New York Post?
14        MR. LIPPNER: Objection.
15    A.   Michael Cameron.
16    Q.   Yes.
17    A.   Who is counsel for New York Post.
18    Q.   Okay?
19    A.   And Genie Gavenchak who is a News
20 Corp. counsel.
21    Q.   Are those the only two people you
22 know who have offices on the 5th floor at 1211
23 Avenue of the Americas?
24    A.   Yes.
25    Q.   You are the Editor-in-Chief of the

Page 19

1  Allan
2  New York Post; is that correct?
3     A.   Yes.
4     Q.   How long have you been
5  Editor-in-Chief?
6     A.   Eleven years.
7     Q.   Who hired you as Editor-in-Chief?
8     A.   Lachlan Murdoch.
9     Q.   Who is Lachlan Murdoch?
10    A.   He was the publisher of the New
11 York Post.
12    Q.   Is he affiliated with the New York
13 Post now?
14    A.   No, sir.
15    Q.   Does he have any role with respect
16 to News Corp.?
17    A.   He is a member of the Board of
18 Directors.
19    Q.   Of News Corp.?
20    A.   Yes.
21    Q.   How long has he been a member of
22 the Board of Directors of News Corp.?
23    A.   I don't know.
24    Q.   Was he a member of the Board of
25 Directors of News Corp. when he hired you as

Page 20

1  Allan
2  Editor-in-Chief of the New York Post?
3     A.   I don't know.
4     Q.   You know who Rupert Murdoch is,
5  don't you?
6     A.   Yes.
7     Q.   Who is he?
8     A.   Rupert Murdoch?
9     Q.   Yes.
10    A.   The chairman of the New York Post.
11    Q.   Is he also the chairman of News
12 Corp.?
13    A.   I believe so.
14    Q.   Did he have any role in you being
15 hired as Editor-in-Chief of the New York Post?
16    A.   No.
17    Q.   Does Rupert Murdoch -- strike
18 that.
19        Is there a Board of Directors at
20 the New York Post?
21    A.   No.
22    Q.   Does Rupert Murdoch have an office
23 at 1211 Avenue of the Americas?
24    A.   Yes.
25    Q.   What floor is it on?

Page 21

1  Allan
2     A.   8th.
3     Q.   Do you report to Rupert Murdoch as
4  Editor-in-Chief of the New York Post?
5     A.   Yes.
6     Q.   How long have you reported to
7  Rupert Murdoch as the Editor-in-Chief of the
8  New York Post?
9     A.   Eleven years.
10    Q.   And does Rupert Murdoch have
11 ultimate authority over the New York Post?
12    A.   He is the chairman, yes.
13    Q.   When you -- strike that.
14        During your eleven years of
15 reporting to Rupert Murdoch as Editor-in-Chief
16 of the New York Post would you often go to his
17 office to meet with him in connection with
18 your duties?
19        MR. LERNER: Objection.
20    A.   Occasionally.
21    Q.   When you say occasionally,
22 Mr. Allan, what do you mean?
23    A.   Once a week, sometimes less.
24    Q.   So for eleven years you have gone
25 to Rupert Murdoch's office at least once a

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------X
     AUSTIN FENNER and IKIMULISA
 4   LIVINGSTON,
             Plaintiffs,
 5       vs.                          No. 09 Civ 9832
     NEWS CORPORATION, NYP HOLDINGS,
 6   INC., d/b/a THE NEW YORK POST and
     DAN GREENFIELD and MICHELLE
 7   GOTTHELF,
             Defendants.
 8   ------------------------------X
     SANDRA GUZMAN,
 9           Plaintiff,
         vs.                          No. 09 Civ 9323
10   NEWS CORPORATION, NYP HOLDINGS
     INC., d/b/a THE NEW YORK POST,
11   COL ALLAN, in his official and
     individual capacities,
12           Defendants.
     ------------------------------X
13
14          VIDEOTAPED DEPOSITION OF COL ALLAN
                        VOLUME II
15                 New York, New York
                   February 21, 2013
16
17
18
19
20
21
22   Reported by:
23   Bonnie Pruszynski, RMR
24   Job 57922
25
```

| | |
|---|---|
| Page 454 | Page 455 |

Page 454

1    Col Allan
2    A    I believe so, yes.
3    Q    Does it have an anti-harassment
4    policy?
5    A    An anti?
6    Q    Harassment policy.
7    A    I believe so, yes.
8    Q    And do those policies prohibit the
9    display, in the Post's workplace or in the Post's
10   offices, of racially offensive material?
11   A    I would imagine so.
12   Q    Would the display of material
13   depicting African Americans as monkeys or apes
14   violate such a -- that policy or those policies?
15       MR. LERNER: Objection.
16   A    I believe so.
17   Q    What is your understanding of the
18   Post's policy regarding employees' obligation to
19   report discriminatory or harassing conduct?
20   A    I don't understand the question.
21   Q    Does the Post have any policy that
22   requires employees to report discriminatory or
23   harassing conduct?
24   A    Requires?
25   Q    Yes.

Page 455

1    Col Allan
2    A    I don't -- I don't know.
3    Q    Is it your understanding that
4    employees, who are subjected to discrimination or
5    harassment, should report such conduct to
6    management?
7    A    Yes.
8    Q    And should employees who observe such
9    conduct report such conduct to management?
10   A    Yes.
11   Q    What about somebody who hears about
12   such conduct secondhand, should they report having
13   heard about such conduct to management or human
14   resources?
15   A    It depends on the context.
16   Q    If they had heard that an employee of
17   the Post had engaged in such conduct, should they
18   report it?
19       MR. LERNER: Objection.
20   A    I can't speculate.
21   Q    Have you ever heard of such an
22   instance when somebody reported conduct that they
23   had not observed first-hand?
24   A    I don't recall.
25   Q    Are you aware of a service called

Page 456

1    Col Allan
2    AlertLine?
3    A    No.
4    Q    So, you are not aware of the New York
5    Post using any service called AlertLine?
6    A    No, I am not.
7    Q    Are you aware of any difference in
8    the Post's policies regarding the handling of
9    discrimination and harassment complaints versus
10   employee complaints of other kinds?
11   A    No.
12       MR. LERNER: Note my objection to the
13       last question.
14   Q    Who us the current publisher at the
15   New York Post?
16   A    Jesse Angelo.
17       THE REPORTER: I'm sorry?
18       THE WITNESS: Jesse Angelo.
19   Q    And when did Mr. Angelo most recently
20   assume that position?
21   A    Recently, in the last month, two
22   months.
23   Q    And are you aware of what employment,
24   if any, Mr. Angelo held immediately prior to
25   assuming that position with the Post?

Page 457

1    Col Allan
2    A    He was the editor of a tablet
3    publication called The Daily.
4    Q    Okay. Why did Mr. Angelo, if you
5    know, change positions from his position at The
6    Daily to his position at the New York Post?
7        MR. LERNER: Objection.
8    A    The Daily was shut down.
9    Q    About when was it shut down?
10   A    Late last year, December.
11   Q    And how did Mr. Angelo come to work
12   at the New York Post?
13       MR. LERNER: Objection.
14   A    I don't know. I don't appoint the
15   publisher.
16   Q    So, you were not involved in the
17   decision to make Mr. Angelo publisher at the New
18   York Post?
19   A    No, sir.
20   Q    Who was responsible for that?
21   A    The chairman.
22   Q    Mr. Murdoch?
23   A    Correct.
24   Q    Did Mr. Murdoch consult with you at
25   all before making that decision?

| Page 498 | Page 499 |
|---|---|
| Col Allan<br>1<br>2 lawsuit regarding retaliation with anyone else<br>3 prior to -- by Ms. Guzman before she was<br>4 terminated?<br>5    A    No.<br>6    Q    Before Ms. Guzman's termination, did<br>7 you discuss with anyone -- I will rephrase.<br>8       Did anyone, who you talked about<br>9 Ms. Guzman's termination with prior to her<br>10 termination, express any regrets regarding the<br>11 decision to terminate her from the paper?<br>12       MR. LERNER: Objection.<br>13    A    I don't recall.<br>14    Q    Is there anything that would refresh<br>15 your recollection regarding whether anyone<br>16 expressed any regrets about Ms. Guzman's<br>17 termination?<br>18    A    I don't understand the question.<br>19    Q    Sure.<br>20    A    I don't recall.<br>21    Q    How about after Ms. Guzman's --<br>22 excuse me. The siren going by.<br>23       Following Ms. Guzman's termination,<br>24 did anyone express any regrets regarding her<br>25 termination to you? | Col Allan<br>1<br>2    A    Not that I recall.<br>3    Q    Were you told by anyone else that<br>4 somebody had expressed regrets that Ms. Guzman was<br>5 terminated?<br>6    A    I don't recall.<br>7    Q    Has the New York Post conducted any<br>8 statistical analysis of hiring trends at the paper<br>9 during your time as editor-in-chief?<br>10       MR. LERNER: Objection.<br>11    A    I don't believe so.<br>12    Q    Has the New York Post commissioned<br>13 any such analysis?<br>14       MR. LERNER: Objection.<br>15    A    I don't believe so.<br>16    Q    Has the New York Post conducted any<br>17 statistical analysis of promotion or hiring trends<br>18 among its staff during your time as<br>19 editor-in-chief?<br>20       MR. LERNER: Objection.<br>21    A    I don't believe so.<br>22    Q    Has it hired anyone else to conduct<br>23 such analyses?<br>24       MR. LERNER: Objection.<br>25    A    I don't believe so. |
| Page 500 | Page 501 |
| Col Allan<br>1<br>2    Q    To your knowledge, is the New York<br>3 Post required to comply with federal contractor<br>4 requirements regarding affirmative action?<br>5       MR. LERNER: Objection.<br>6    A    I don't know the answer.<br>7    Q    Is the New York Post -- excuse me.<br>8       Has the New York Post identified<br>9 itself as a federal contractor under U.S.<br>10 government regulations?<br>11       MR. LERNER: Objection.<br>12    A    I don't know the answer.<br>13    Q    Has Rupert Murdoch been involved in<br>14 any editorial decisions regarding content in the<br>15 New York Post?<br>16       MR. LERNER: Objection.<br>17    A    Yes.<br>18    Q    Can you think of any specific<br>19 examples?<br>20    A    Yes.<br>21    Q    Such as which?<br>22    A    He is usually involved in the<br>23 decision the paper makes when it comes to the<br>24 editorial page, endorsing a political candidate<br>25 for mayor or for president or for the U.S. Senate. | Col Allan<br>1<br>2    Q    Any others?<br>3    A    No.<br>4    Q    Has Mr. Murdoch ever been involved in<br>5 editorial decisions regarding news stories<br>6 involving officials of the Peoples Republic of<br>7 China?<br>8       MR. LERNER: Objection.<br>9    A    No.<br>10    Q    Are you aware of any deputy editor at<br>11 the Post, in February 2009, expressing<br>12 reservations about running the ape cartoon that we<br>13 discussed earlier?<br>14    A    I don't recall.<br>15    Q    Did you see any media coverage of<br>16 Sandra Guzman's termination after she was fired<br>17 from the Post?<br>18    A    I don't recall.<br>19    Q    Did you discuss any media coverage of<br>20 Ms. Guzman's termination after she was fired?<br>21       MR. LERNER: Other than discussions<br>22    with counsel.<br>23    A    I don't recall. I don't believe so.<br>24    Q    Have you ever attended an event and<br>25 been in the presence of both Sandra Guzman and |