# Exhibit 2

Page 1

```
 1                    PAUL CARLUCCI
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------X
     AUSTIN FENNER and IKIMULISA LIVINGSTON,
 4
 5                    Plaintiffs,
 6                    -against-
                                09 CIV 9832 (BSJ)(RLE)
 7
     NEWS CORPORATION, NYP HOLDINGS, INC., d/b/a
 8   THE NEW YORK POST and DAN GREENFIELD and
     MICHELLE GOTTHELF,
 9
                      Defendants.
10   ------------------------------------X
     SANDRA GUZMAN,
11                    Plaintiff,
12                    vs.       09 CIV 9323 (BSJ)(RLE)
13   NEWS CORPORATION, NYP HOLDINGS, INC., d/b/a
     THE NEW YORK POST, and COL ALLAN, in his
14   official and individual capacities,
15
                      Defendants.
16   ------------------------------------X
17
18        VIDEOTAPED DEPOSITION OF PAUL CARLUCCI
19                  New York, New York
20                  Friday, June 22, 2012
21
22   REPORTED BY:  BARBARA R. ZELTMAN
                   (BOBBIE)
23                 Professional Stenographic Reporter
24
25   Job Number:  50903
```

Page 2

1          PAUL CARLUCCI

2

3

           June 22, 2012
4          10:11 a.m.

5

6          Videotaped deposition of PAUL CARLUCCI
7    taken by Defendants, pursuant to Notice, at the
8    offices of THOMPSON WIGDOR, LLP, 85 Fifth Avenue,
9    New York, New York, before BARBARA R. ZELTMAN, a
10   Professional Stenographic Reporter and Notary Public
11   within and for the State of New York.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1              PAUL CARLUCCI
2    A P P E A R A N C E S:

3

4    THOMPSON WIGDOR, LLP
5    Attorneys for the Plaintiffs
6         85 Fifth Avenue
7    New York, New York  10003
8      BY:  KENNETH THOMPSON, ESQ.
           PAUL CLARK, ESQ.
9

10

11   KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
12   Attorneys for the Defendants
13        1633 Broadway
14   New York, New York  10019
15     BY:  MARK LERNER, ESQ.
           MARC KASOWITZ, ESQ.
16         BLYTHE LOVINGER, ESQ.

17

18

19

20   ALSO PRESENT:  Jordan Lippner, News America
                 Incorporated
21

22           Manuel Garcia, Videographer

23

24

25

Page 4

1              PAUL CARLUCCI

2

3          IT IS HEREBY STIPULATED AND AGREED
4    by and between the attorneys for the respective
5    parties herein that filing and sealing be and
6    the same are hereby waived.
7          IT IS FURTHER STIPULATED AND AGREED
8    that all objections, except as to the form of
9    the question, shall be reserved to the time
10   of trial.
11         IT IS FURTHER STIPULATED AND AGREED
12   that the within deposition may be signed and
13   sworn to before any officer authorized to
14   administer an oath with the same force and
15   effect as if signed and sworn to before
16   the Court.

17

18

19

20

21

22

23

24

25

Page 5

1              PAUL CARLUCCI
2        THE VIDEOGRAPHER:  This is the
3    start of tape labeled Number 1 of the
4    videotaped deposition of Paul
5    Carlucci In the Matter of:  Austin
6    Fenner and Ikimulisa Livingston
7    versus News Corporation, NYP
8    Holdings.  And Sandra Guzman versus
9    NewsCorp, on June 22, 2012 at
10   approximately 10:11 a.m.
11       My name is Manuel Garcia from TSG
12   Reporting, Inc. and I'm the legal video
13   specialist.  The court reporter is Bobbie
14   Zeltman in association with TSG
15   Reporting.
16       Will counsel please introduce
17   yourselves.
18       MR. THOMPSON:  My name is Ken
19   Thompson of Thompson Wigdor.  I'm
20   here with my colleague Paul Clark.
21   We represent the plaintiffs Sandra
22   Guzman, Austin Fenner and Ikimulisa
23   Livingston.
24       MR. KASOWITZ:  Mark Kasowitz.
25       MR. LERNER:  Mark Lerner.

Page 6

PAUL CARLUCCI
```
1          PAUL CARLUCCI
2    Jordan Lippner and Blythe Lovinger
3    for the defendants.
4          PAUL CARLUCCI,
5       having been first duly sworn by
6       Barbara R. Zeltman, Notary Public,
7    was examined and testified as follows:
8       EXAMINATION BY MR. THOMPSON:
9       Q    Mr. Carlucci, is there any reason
10   why you can't testify truthfully today?
11      A    No, there isn't.
12      Q    Any reason why you can't testify
13   fully today?
14      A    No, there isn't.
15      Q    Have you ever had your deposition
16   taken before?
17      A    Yes, I have.
18      Q    How many times have you had your
19   deposition taken before today?
20      A    Approximately three or four times.
21      Q    When was the first time you had
22   your deposition taken?
23      A    Probably six or seven years ago I
24   had a deposition taken.
25      Q    Were you working at The New York
```

Page 7

PAUL CARLUCCI
```
1    Post at the time?
2       A    I don't think so.
3       Q    Where were you employed at the
4    time?
5       A    I was employed at News America
6    Marketing.
7       Q    And do you recall what type of case
8    you had your deposition taken in that first
9    time?
10      A    The first time, I don't recall the
11   detail of what the case was about.
12      Q    Do you recall anything about the
13   case in which you had to give a deposition
14   that first time?
15      A    No, I don't.
16      Q    Was it an employee who brought the
17   lawsuit?
18      A    No.
19      Q    Were you sued as part of that case
20   where you gave a deposition?
21      MR. KASOWITZ:  Mr. Carlucci
22   personally?
23      MR. THOMPSON:  Yes.
24      MR. KASOWITZ:  You can answer.
```

Page 8

PAUL CARLUCCI
```
1       A    Would you repeat the question?
2       Q    Were you sued in that case in
3    an individual capacity?
4       A    No.
5       Q    Was NewsCorp sued as part of that
6    case?
7       A    I don't think so.
8       Q    When was the second time you had
9    your deposition taken?
10      A    Approximately five years ago.
11      Q    And do you recall what type of case
12   you had your deposition taken in, the second
13   time you testified?
14      A    I recall it was a competitor's case
15   brought against News America Marketing.
16      Q    Were you sued individually in that
17   case?
18      A    No, I was not.
19      Q    And when was the third time you had
20   your deposition taken before today?
21      A    Probably about three years ago.
22      Q    Do you recall the case -- strike
23   that.
24      Do you recall the type of case it
```

Page 9

PAUL CARLUCCI
```
1    was when you were deposed the third time?
2       A    Yes, I do.
3       Q    What type of case was it, sir?
4       A    It was a case brought by a
5    competitor on the grounds of predatory
6    pricing and unfair business practices.
7       Q    And who was that competitor who
8    brought that lawsuit?
9       A    That was Valassis.
10      Q    And were you sued in your
11   individual capacity?
12      A    No, I was not.
13      Q    Was News Corporation sued in that
14   lawsuit?
15      A    I do not know if they were.
16      Q    Do you recall giving any deposition
17   testimony on any other occasion besides the
18   three you just testified about?
19      A    I believe I might have given one
20   12/14 years ago.
21      Q    Do you recall the case that
22   happened 12 or 14 years ago?
23      A    No, I do not.
24      Q    Do you recall giving a deposition
```

PAUL CARLUCCI

1
2    in the case in the years ago?
3    A    Vaguely.
4    Q    What do you vaguely recall about
5    that particular case?
6    A    It was very short and it was
7    dismissed.
8    Q    What type of case was it?
9    A    A competitor's case.
10   Q    Were you working at News America at
11   the time?
12   A    Yes, I was.
13   Q    Do you recall giving deposition
14   testimony on any other occasion besides what
15   you just testified to?
16   A    No, but I certainly could have.
17   Q    Well, since you've had your
18   deposition taken on other occasions, I want
19   to make sure the rules that govern this
20   particular deposition are clear.
21       If I ask you a question and you
22   don't hear me, just let me know and I'll
23   repeat it. As you can tell, we have a busy
24   Fifth Avenue outside with a lot of noise.
25       If I ask you a question that you

PAUL CARLUCCI

1
2    don't understand, let me know and I'll
3    rephrase it.
4        Do you understand that?
5    A    Yes.
6    Q    If you need to take a break to talk
7    to your lawyers, go to the restroom or for
8    any reason, just let me know.
9        Okay?
10   A    Yes.
11   Q    What I would ask that you do, if
12   I'm in the middle of asking a question, that
13   you answer the question first and then we'll
14   take a break.
15       Okay?
16   A    I didn't hear that, believe it or
17   not, from the noise outside.
18   Q    I'll repeat that.
19       If I'm in the middle of asking you
20   a question, I ask that you answer the
21   question and then we can take a break.
22       Okay?
23       Do you understand that?
24   A    Yes.
25   Q    The other rule that you have to

PAUL CARLUCCI

1
2    follow is everything that we say to each
3    other today has to be said verbally, because
4    as you can see there is a court reporter
5    sitting next to you and she's preparing a
6    transcript of this deposition.
7        Do you understand?
8    A    Yes, I do.
9    Q    Do you have any questions based on
10   anything I've said?
11   A    No, I do not.
12   Q    No?
13   A    No.
14   Q    Do you have a position with The New
15   York Post today?
16   A    Yes.
17   Q    What is your position?
18   A    Publisher.
19   Q    How long have you been Publisher of
20   The New York Post?
21   A    Approximately seven years.
22   Q    And do you know who appointed you
23   as Publisher of The New York Post?
24   A    Yes.
25       MR. KASOWITZ: Object to form.

PAUL CARLUCCI

1
2        You can answer.
3    A    Yes.
4    Q    Who appointed you Publisher of
5    The New York Post?
6    A    Rupert Murdoch.
7    Q    How do you know that Rupert Murdoch
8    made the decision to make you Publisher of
9    The New York Post?
10   A    Could you repeat the question.
11   Q    How do you know that it was Rupert
12   Murdoch who made the decision to make you
13   Publisher of The New York Post?
14   A    I don't know if it was Rupert
15   Murdoch who made the decision.
16   Q    Who conveyed to you the decision to
17   make you Publisher of The New York Post?
18   A    Rupert Murdoch.
19   Q    Do you recall what Mr. Murdoch said
20   to you when he advised you that you would
21   become the Publisher of The New York Post?
22   A    No, I don't.
23   Q    Do you know who was actually the
24   Publisher of The New York Post before you
25   assumed that position?

Page 14

PAUL CARLUCCI

1
2    A    No, I don't know who the publisher
3    was.
4    Q    Do you know if Rupert Murdoch ever
5    served as Publisher of The New York Post
6    before you?
7    A    I do not know that.
8    Q    Isn't it true, Mr. Carlucci, that
9    you replaced Rupert Murdoch as Publisher of
10   The New York Post?
11       MR. KASOWITZ:  Object to form.
12       It's asked and answered.  I think he
13       just answered those questions.
14       I'll let him answer again.
15   A    I don't know who I replaced as
16   Publisher of The New York Post.
17   Q    Okay.
18       Do you know the identities of any
19   individual who served as Publisher of
20   The New York Post before you took over that
21   position?
22   A    Yes.
23   Q    Can you identify anyone else who
24   you know that has served as Publisher of
25   The New York Post before you took that

Page 15

PAUL CARLUCCI

1    position?
2    A    Yes, I can.
3    Q    Please identify those individuals.
4    A    Lachlan Murdoch, Martin Singerman.
5    Q    I'm sorry.  I didn't hear you.
6    A    Martin Singerman.
7    Q    Anyone else?
8    A    Not that I can recall.
9    Q    Who is Lachlan Murdoch?
10   A    I'm sorry, once more.
11   Q    Who is Lachlan Murdoch?
12       MR. KASOWITZ:  "Lachlan"
13   Murdoch.
14   A    Lachlan Murdoch was the Publisher
15   of The New York Post for several years.
16   Q    Is he related to Rupert Murdoch?
17   A    Yes, he is.
18   Q    How is he related to Rupert
19   Murdoch?
20   A    He is Rupert Murdoch's son.
21   Q    How long did Lachlan Murdoch serve
22   as Publisher of The New York Post, if you
23   know?
24   A    I wouldn't be sure of how many

Page 16

PAUL CARLUCCI

1    years he was.
2       MR. KASOWITZ:  Don't guess.
3       Don't guess.
4    Q    Is it your position that Lachlan
5    Murdoch served in that position for at least
6    a year?
7       MR. KASOWITZ:  Object to form.
8       You can answer if you know.
9    A    Yes.
10   Q    And is it your position that he
11   served in that position at least for several
12   years?
13       MR. KASOWITZ:  Object to form.
14   A    Yes.
15   Q    And when did Martin Singermer [sic]
16   serve as Publisher of The New York Post?
17       MR. KASOWITZ:  It's Singerman.
18       MR. THOMPSON:  Singerman.
19   A    I don't know the exact years.
20   Q    How long did he serve in that
21   position?
22   A    I couldn't give an exact number of
23   years.
24   Q    Did he serve in the position of

Page 17

PAUL CARLUCCI

1    Publisher of The New York Post before or
2    after Lachlan Murdoch held that position?
3    A    Before.
4    Q    Now, what are your primary duties
5    as Publisher of The New York Post?
6    A    I am charged with all the business
7    aspects of The New York Post.
8    Q    What do you mean you are in charge
9    of all the business aspects of The New York
10   Post?
11   A    The non --
12       MR. KASOWITZ:  Object to form.
13       You can answer.
14   A    Noneditorial.
15   Q    Do you have any direct reports in
16   your position as Publisher of The New York
17   Post?
18   A    Yes.
19   Q    How many people directly report to
20   you as Publisher of The New York Post?
21   A    Four or five.
22   Q    Please identify those individuals
23   who directly report to you.
24   A    Chief Financial Officer.

Page 18

```
 1            PAUL CARLUCCI
 2      Q    Who is that?
 3      A    Michael Racano.
 4      Q    Racano?
 5      A    Racano.
 6      Q    Who else?
 7      A    Senior Vice President, Howard
 8  Adler.
 9           Head of Human Resources, Amy
10  Scaldone.
11      Q    Anyone else?
12      A    Not off the top of my head that
13  reports directly to me.
14      Q    Do you have any role in the hiring
15  of editors who work for The New York Post?
16      A    No, I do not.
17      Q    Have you ever played a role in the
18  hiring of the editors at The New York Post?
19      A    No, I have not.
20      Q    Mr. Carlucci, do you know who has
21  the authority to hire editors who work for
22  The New York Post?
23           MR. KASOWITZ:  I'm going to
24      object to the form.
25           You can answer.
```

Page 19

```
 1            PAUL CARLUCCI
 2      A    No, I do not.
 3      Q    So as you sit here today, you have
 4  no idea who is responsible for hiring the
 5  editors of the paper you are publisher of?
 6           MR. KASOWITZ:  Object to form.
 7      Asked and answered.
 8      A    No, I do not.
 9      Q    Have you ever inquired in terms of
10  who has the authority to hire editors at
11  The New York Post?
12      A    Not that I can recall.
13      Q    Well, do you have any authority to
14  terminate an editor at The New York Post?
15      A    No, I do not.
16      Q    Have you ever terminated any editor
17  at The New York Post since you've served as
18  publisher of that newspaper?
19      A    No, I have not.
20      Q    Do you know who has the authority
21  to terminate editors at The New York Post?
22           MR. KASOWITZ:  Object to form.
23           You can answer.
24      A    No, I do not.
25      Q    Well, you are the Publisher of
```

Page 20

```
 1            PAUL CARLUCCI
 2  The New York Post, correct?
 3           MR. KASOWITZ:  Objection.
 4      Asked and answered.
 5      A    Correct.
 6      Q    And you've been the Publisher of
 7  The New York Post for seven years, correct?
 8      A    Correct.
 9      Q    In your seven years as serving as
10  Publisher of The New York Post, did you ever
11  inquire regarding who had authority for
12  terminating editors at The New York Post?
13           MR. KASOWITZ:  Objection.
14      Asked and answered.
15           You can answer.
16      A    No.
17      Q    Who is the highest ranking official
18  on the Editorial side of The New York Post?
19      A    That would be the Editor in Chief.
20      Q    Who is that?
21      A    That would be Col Allan.
22      Q    Does Col Allan report to you?
23      A    No, he does not.
24      Q    Has he ever reported to you?
25      A    Not that I am aware of.
```

Page 21

```
 1            PAUL CARLUCCI
 2      Q    Have you ever discussed with Col
 3  Allan the decision to terminate any editor
 4  at The New York Post?
 5      A    Not that I recall.
 6      Q    Have you ever told Col Allan that
 7  he should terminate any editor at The New
 8  York Post?
 9      A    No.
10      Q    Has Col Allan ever discussed with
11  you the possibility of terminating any
12  editor at The New York Post?
13           MR. KASOWITZ:  You can answer.
14      A    Not that I recall.
15      Q    As publisher of The New York Post,
16  Mr. Carlucci, who makes the decisions
17  regarding whether a particular employee
18  should receive a certain amount in annual
19  salary, you or someone else?
20           MR. KASOWITZ:  I'm going to
21      object to the question.
22           It's just unclear to me.  You said
23      as publisher --
24           MR. THOMPSON:  I'll rephrase
25      it.
```

Page 22

PAUL CARLUCCI

1
2       MR. KASOWITZ:  Thank you.
3    Q    As publisher of The New York Post,
4  do you set the salaries of the employees at
5  the newspaper?
6       MR. KASOWITZ:  Does he set the
7  salaries?
8       MR. THOMPSON:  Yes.
9       MR. KASOWITZ:  Okay.  I just
10  didn't hear it.  I heard some noise
11  outside.
12    A    No, I do not.
13    Q    Do you know who determines the
14  salaries that are paid to New York Post
15  employees?
16    A    Could you say the question one more
17  time.  I'm sorry.
18    Q    Do you know who determines what
19  salaries New York Post employees are to be
20  paid?
21    A    Not technically, no.
22    Q    What do you mean by "not
23  technically"?
24    A    Most of the salaries would be
25  grandfathered to where they were long before

Page 23

PAUL CARLUCCI

1
2  the current management team was in place.
3    Q    Well, let me ask it differently.
4       If a new editor is hired at The New
5  York Post, who determines that person's
6  salary?
7    A    I'm not exactly sure.
8    Q    Well, did you ever have a role in
9  determining the salary of an editor at
10  The New York Post?
11    A    No, I did not.
12    Q    Did you ever interview a candidate
13  who was applying for a position as an editor
14  at The New York Post?
15    A    No.
16    Q    Do you know, Mr. Carlucci, who
17  actually conducts interviews of candidates
18  who are seeking positions as editors of
19  The New York Post?
20    A    No.
21       MR. KASOWITZ:  I'm just going
22  to object to the form because -- I'll
23  object to the form based on his
24  earlier answer.  He said sounds like
25  people have been there for a while.

Page 24

PAUL CARLUCCI

1
2  But I'll object to the form.
3  That's fine.
4  BY MR. THOMPSON:
5    Q    Mr. Carlucci, do you have the
6  authority to discipline an editor at The New
7  York Post?
8       MR. KASOWITZ:  Object to form.
9  You can answer.
10    A    I do not think so, no.
11    Q    Do you have authority to discipline
12  any employee who works on the Editorial side
13  of The New York Post?
14       MR. KASOWITZ:  Object to form.
15  You can answer.
16    A    Could you repeat that one more
17  time.  I'm sorry.
18    Q    Sure.
19       MR. THOMPSON:  Bobbie, can you
20  repeat that.
21       THE REPORTER:  Sure.
22       (Requested portion of record read:
23       "Q.  Do you have authority to
24  discipline any employee who works on the
25  Editorial side of The New York Post?")

Page 25

PAUL CARLUCCI

1
2  (End of read-back.)
3    A    No.
4    Q    Who has the authority to discipline
5  employees in the Editorial Department of
6  The New York Post?
7    A    I do not know.
8    Q    As you sit here today as the
9  Publisher of The New York Post, did you ever
10  inquire as to who has the authority to
11  discipline employees in the Editorial
12  section of the newspaper?
13    A    Could you repeat that one more
14  time, the last part, please.
15       (Requested portion of record read:
16       "Q.  As you sit here today as the
17  Publisher of The New York Post, did you
18  ever inquire as to who has the authority
19  to discipline employees in the Editorial
20  section of the newspaper?")
21       (End of read-back.)
22    A    No, I have not.
23    Q    Do you have authority as Publisher
24  of The New York Post to promote an employee
25  in the Editorial Department of the

Page 26

PAUL CARLUCCI

1
2  newspaper?
3      A    No, I do not.
4      Q    Do you know who at The New York
5  Post has the authority to promote
6  an employee in the Editorial Department of
7  the newspaper?
8      A    No, I do not.
9      Q    Have you ever inquired,
10  Mr. Carlucci, as to who has the authority to
11  promote employees in the Editorial
12  Department of The New York Post?
13      A    Not that I can recall.
14      Q    Is there a business side and
15  an editorial side of The New York Post?
16      A    Yes.
17      Q    Can you please describe how is the
18  business side of The New York Post
19  comprised?
20          MR. KASOWITZ:  Object to form.
21          You can answer.
22      A    Okay.
23          The business side of The New York
24  Post has all the income areas and the profit
25  and loss areas of the publication, and in

Page 27

PAUL CARLUCCI

1
2  addition to that, the marketing, the human
3  resources, the production, the circulation,
4  the home delivery.
5          And I might have left something out
6  above and beyond that.  But it's all the
7  noneditorial functions.
8      Q    Are you the highest ranking
9  executive at The New York Post over the
10  noneditorial functions of the newspaper?
11      A    Yes.
12      Q    And is Col Allan the highest
13  ranking official at The New York Post who is
14  over the editorial functions of The New York
15  Post?
16      A    Yes.
17      Q    Have you ever played a role,
18  Mr. Carlucci, in the editorial functions of
19  The New York Post?
20      A    Not that I recall.
21      Q    Who has more authority at the
22  newspaper, you or Col Allan?
23          MR. KASOWITZ:  Object to form.
24          I don't know what you mean by "more
25  authority."

Page 28

PAUL CARLUCCI

1
2      Q    Do you understand the question?
3      A    Who has more authority at The New
4  York Post?
5      Q    Yes.
6      A    On the business side, I would.
7      Q    What about on the Editorial side?
8      A    Certainly not me.
9      Q    Do you have any authority at all
10  with respect to the Editorial side of
11  The New York Post?
12          MR. KASOWITZ:  Object to form.
13          You can answer.
14      A    No, I do not.
15      Q    Who is your direct supervisor?
16          MR. KASOWITZ:  Object to form.
17      A    I'm sorry, I didn't hear the
18  question.
19      Q    I'll ask it differently.
20          Who do you report to as Publisher
21  of The New York Post?
22      A    I report to Chase Carey.
23      Q    And whose Chase Carey?
24      A    Chase, I believe his title is
25  Deputy Chairman COO, but I'm not sure.

Page 29

PAUL CARLUCCI

1
2      Q    Of News Corporation?
3      A    I believe he is of News
4  Corporation.
5      Q    Well, you say he's Deputy Chairman
6  and COO.  What is he Deputy Chairman and COO
7  of, Mr. Carlucci?
8      A    I believe of News Corporation.
9      Q    How long have you reported to Chase
10  Carey as Publisher of The New York Post?
11      A    Approximately two years to three
12  years.
13      Q    During that time frame of two to
14  three years when you reported to Chase
15  Carey, did you report to anyone else as
16  Publisher of The New York Post?
17      A    No, I did not.
18      Q    Before you started reporting to
19  Chase Carey, did you report to anyone else?
20      A    Yes, I did.
21      Q    Who did you report to before
22  reporting to Chase Carey?
23      A    I reported to Peter Chernin.
24      Q    Peter?
25      A    Chernin.

Page 86

PAUL CARLUCCI

1
2      MR. THOMPSON: Can you answer
3   that question.
4      MR. KASOWITZ: I want the
5   answer up until the time he was
6   interrupted.
7      (Requested portion of record read:
8      "A. What I do recall is a
9   conversation that happened in The New
10  York Post Executive Committee on the
11  failure of Tempo -- ")
12     (End of read-back.)
13  A   -- and the potential of Tempo
14  coming back or making a comeback that would
15  be profitable.
16     And the trend of the advertising
17  was nonexistent for a long period of time,
18  and there was a group discussion at the time
19  that the editor's position would be
20  terminated.
21     I do not recall a single individual
22  making the determination that the editor --
23  I thought there was input from several
24  people it at that meeting.
25  Q   Okay.

Page 87

PAUL CARLUCCI

1
2      So you recall at this meeting that
3   someone mentioned terminating Sandra
4   Guzman's employment because Tempo was going
5   to be closed, correct?
6      MR. KASOWITZ: Object to form.
7      You can answer.
8   A   Yes.
9   Q   Who in that meeting, Mr. Carlucci,
10  stated that Ms. Guzman's employment would be
11  terminated as a result of Tempo being
12  closed?
13     MR. KASOWITZ: Object to form.
14     You can answer.
15  A   I don't recall a specific
16  individual. I recall a group conversation
17  and it could certainly have been from
18  Finance. It could have been from somebody
19  at Human Resources. It certainly could have
20  been me. It could have been anybody that
21  was in the group of the conversation at the
22  time that surfaced that this position would
23  be eliminated.
24  Q   Mr. Carlucci, I asked you a couple
25  minutes ago did you make the decision to

Page 88

PAUL CARLUCCI

1
2   terminate Sandra Guzman's employment and you
3   said no.
4      Are you now changing your testimony
5   regarding that matter?
6      MR. KASOWITZ: Object to form.
7      Object to form. He's not changing
8      his testimony. His testimony has
9      been clear.
10     MR. THOMPSON: The record is
11     going to be clear.
12  Q   Mr. Carlucci, I'm going to ask you
13  again: Did you make the decision to
14  terminate Sandra Guzman's employment? Yes
15  or no?
16     MR. KASOWITZ: Objection.
17     Asked and answered five times now.
18     Five times.
19     I'll let you answer it one more
20     time.
21  A   Okay. I believe the decision to
22  terminate her employment was based on a
23  group discussion at Executive Committee of
24  The New York Post. I specifically don't
25  know who made the determination or who had

Page 89

PAUL CARLUCCI

1
2   the discussion with her.
3   Q   Okay. That's fine.
4      So when you say you don't recall
5   who made the determination, is it your
6   testimony, Mr. Carlucci, that you
7   individually did not make the decision to
8   terminate Sandra Guzman?
9      MR. KASOWITZ: Object to form.
10     You can answer.
11  A   I specifically don't recall myself
12  making the decision, but it was part of
13  a group discussion that most likely that
14  aspect of it came up.
15     I was most likely more focused on
16  alleviating The Post of a money-losing
17  section and terminating the section.
18     And since the editor was a major
19  expense center of that losing section, that
20  was part of the exiting of the section.
21  Q   Mr. Carlucci, would you agree with
22  me that there's a difference between closing
23  Tempo and terminating Ms. Guzman's
24  employment?
25     MR. KASOWITZ: Object to form.