# Exhibit 3



# News Corp. is to split into publishing, entertainment arms & close The Daily

By CLAIRE ATKINSON

*Last Updated:* 7:19 PM, December 4, 2012
*Posted:* 12:19 AM, December 4, 2012

News Corp. named Wall Street Journal Managing Editor Robert Thomson as CEO of its soon-to-be spun-off publishing entity.

News Corp., which will split into two publicly traded companies — the other will be entertainment-focused — also announced the publishing company will retain the News Corp. name and that Rupert Murdoch would serve as its chairman.

The entertainment company will be named Fox Group.

Murdoch will be CEO and chairman of Fox Group. Chase Carey will serve as COO and president.

"The challenges we face in the publishing and media industries are great, but the opportunities are greater," Murdoch said in a statement.

The assets of the new News Corp. will include the Journal, Times of London and The Post.

"Under Robert's leadership at News Corp., we will build on our traditional mission to inform, entertain and enhance the lives of readers and viewers around the world, and relentlessly drive global growth by promoting excellence and investing in our businesses," Murdoch also stated.

The split is expected to take place on July 1.

Thomson, who joined the company from his post as US editor of the Financial Times, will work closely with Murdoch.

Thomson is set to step into the wider role on Jan. 1.

Also joining the newly configured News Corp. is former MGM Studios executive Bedi Ajay Singh, who becomes CFO.

In addition:

* Paul Cheesbrough, current News Corp. chief technology officer, will slide across to join the new News Corp. Cheesbrough developed new digital products for the Times of London. Also, Keisha Smith joins from Morgan Stanley to run human resources.

* The company also named Jesse Angelo publisher of The Post. Angelo, a longtime executive editor of the paper, is editor-in-chief of The Daily, the iPad-only publication. The Daily will cease publication on Dec. 15.

Greg Clayman, publisher at The Daily, is being elevated as digital boss across the publishing division.

* Murdoch has asked the current publisher of The Post, Paul Carlucci, to focus on his other role, running News America Marketing, a company that manages newspaper inserts and in-store marketing.

* Gerard Baker has been named managing editor of the Journal and will take over from Thomson.

* Mike Darcey has been named new CEO of News International. He was COO of BSkyB.

"Change always breeds uncertainty, but let me be very clear about one thing that is certain: We aren't finished achieving what others deem impossible," Murdoch said in a memo to employees. "Not even close."

Separately, News Corp.'s UK newspaper division chief, Tom Mockridge, said he was leaving the company.

News Corp. shares, up more than 37 percent this year, dipped 0.5 percent yesterday, to $24.53.

catkinson@nypost.com

SEARCH

CORPORATE GOVERNANCE
PRESS RELEASES
BUSINESS UNIT NEWS
INVESTOR RELATIONS
EXECUTIVES & CONTACTS
CAREERS

# Press Releases

## Paul V. Carlucci Appointed Publisher of the New York Post

Carlucci to Continue Role as Chairman and CEO of News America Marketing

*NEW YORK, NY, September 19, 2005* – News Corporation today announced the appointment of Paul V. Carlucci as publisher of the New York Post. The appointment, which is effective immediately, was made by News Corporation Chairman and Chief Executive Officer Rupert Murdoch.

Mr. Carlucci will retain his position as Chairman and Chief Executive Officer of News America Marketing, the nation's leading single-source provider of consumer advertising and promotional services. Mr. Carlucci, who replaces Mr. Murdoch as publisher, will spend the majority of his time at the Post.

Commenting on Mr. Carlucci's new role at the Post, Mr. Murdoch said: "Thanks to the hard-working staff at the Post, we have made strong gains in circulation and advertising revenue in recent years. The paper is poised to overtake its main competitor in circulation and now is the time to exploit the advertising sales momentum that we have built up.

"Paul Carlucci has a tremendous reputation in the advertising and marketing industries. He has a background in newspapers and has run the pre-eminent consumer advertising and promotional business in America for more than a decade, during which he has built an unparalleled network of contacts among retail advertisers. Paul is without peer in the consumer advertising and marketing industry."

Mr. Carlucci said: "I am very excited to have this opportunity to lead the New York Post, which has the twin distinctions of being the world's greatest newspaper in the world's greatest city. The Post has a superb editorial product that every day captures the imagination of this city. My mission is to translate that editorial success into real advertising revenues.

"The typical Post reader is younger and wealthier than those of our main competitor. I will be looking to capitalize on the great demographics we offer New York and national advertisers."

Mr. Carlucci, 58, joined News Corporation in June 1991 as Executive Vice President of News America FSI and became the group's President the following year. He has been a member of News Corporation's Executive Management Committee since 1996.

Before joining News Corporation, he was Senior Vice President of Marketing at general merchandise chain Caldor. Previously, Mr. Carlucci had worked at the New York division of R.H. Macy's, Inc. since 1979. Starting as Advertising Manager, Mr. Carlucci rose to become Senior Vice President, Director of Sales Promotion of Macy's New Jersey. He began his career in advertising sales at New York's Daily News.

News Corporation (NYSE: NWS, NWS.A; ASX: NWS, NWSLV) had total assets as of June 30, 2005 of approximately US$55 billion and total annual revenues of approximately US$24 billion. News Corporation is a diversified international media and entertainment company with operations in eight industry segments: filmed entertainment; television; cable network programming; direct broadcast satellite television; magazines and inserts; newspapers; book publishing; and other. The activities of News Corporation are conducted principally in the United States, Continental Europe, the United Kingdom, Australia, Asia and the Pacific Basin.

For more information about News Corporation, please visit www.newscorp.com.

back to top | return to list

IL 8704

# NEW YORK POST
## EMPLOYEE'S STATUS REPORT & COMPENSATION REVIEW FORM

**EMPLOYEE DATA:**
NAME: Sandra Guzman
EMPOYEE #:
DATE HIRED: 7/7/03
PRESENT POSITION: Associate Editor
DEPARTMENT: Editorial
CURRENT WEEKLY RATE: $2,378.89
CURRENT ANNUAL SALARY: $123,700

| PROPOSED ACTION: (use 1 thru 8 from key) 4 | PROPOSED ACTION KEY |
|---|---|
| 1) PROPOSED WEEKLY SALARY: $2,425.50 | 1) UNBUDGETED ADDITION |
| 2) PROPOSED ANNUAL SALARY: $126,126 | 2) BUDGETED ADDITION |
| 3) INCREASE AMOUNT: $2,426 | 3) PROMOTION |
| 4) INCREASE PERCENT: 2% | 4) SALARY REVIEW |
| 5) EFFECTIVE DATE: 7/8/05 | 5) MERIT INCREASE |
| 6) LAST DAY WORKED: | 6) RESIGNATION |
| 7) SERVICE TIME: 2 years | 7) TERMINATION |
|  | 8) DEPT. CHANGE |

**SCHEDULED TIME OFF:**
____VACATION ____LEAVE OF ABSENCE ____PERSONAL DAY ____COMP
NUMBER OF DAYS ____ FROM ____ TO ____

**COMMENTS:**
Sandra should also get a one time payment of $2,887.50 (having not received an increase on 7/4/04).

**APPROVALS:**
DEPT. HEAD _____ PUBLISHER _____
VP FINANCE _____ GENERAL MGR _____
V.P. OF H.R. _____
Editor-in-chief _____

NYP0000206

# NEW YORK POST
## EMPLOYEE'S STATUS REPORT & COMPENSATION REVIEW FORM

**EMPLOYEE DATA:**
**NAME:** Sandra Guzman
**SOCIAL SECURITY:**
**EMPLOYED:**
**PRESENT POSITION:** Associate Editor
**DEPARTMENT**
**CURRENT WEEKLY RATE:**
**CURRENT ANNUAL SALARY:** $110,000

| **PROPOSED ACTION:** (use 1 thru 7 from key) __4__ | | **PROPOSED ACTION KEY** |
|---|---|---|
| 1) PROPOSED WEEKLY SALARY: | 2221.15 | 1) UNBUDGETED ADDITION |
| 2) PROPOSED ANNUAL SALARY: | $115,500 | 2) BUDGETED ADDITION |
| 3) INCREASE AMOUNT: | | 3) PROMOTION |
| 4) INCREASE PERCENT: | | 4) SALARY REVIEW |
| 5) EFFECTIVE DATE: | | 5) MERIT INCREASE |
| 6) LAST DAY WORKED: | | 6) RESIGNATION |
| 7) SERVICE TIME: | | 7) TERMINATION |

**SCHEDULED TIME OFF:**

___ VACATION   ___ LEAVE OF ABSENCE   ___ PERSONAL DAY   ___ COMP

NUMBER OF DAYS ___ FROM ___ TO ___

**COMMENTS:**
Interim review effective January 1, 2004.

**APPROVALS:**
DEPT. HEAD _____   PUBLISHER _____
VP FINANCE _____   VP/GENERAL MGR. _____
DIR. OF H.R _____

NYP0000210