# Exhibit 5

Contains Confidential Portions

Page 1

```
 1                    JESSE ANGELO
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------X
     SANDRA GUZMAN,
 4                        Plaintiff,
 5                -against-    09CIV9323 (BSJ)(RLE)
 6   NEWS CORPORATION, NYP HOLDINGS, INC., d/b/a
     THE NEW YORK POST, and COL ALLAN, in his
 7   official and individual capacities,
 8
                        Defendants.
 9   ------------------------------------X
     AUSTIN FENNER and IKIMULISA LIVINGSTON,
10
11                        Plaintiffs,
12                -against-    09CIV9832 (BSJ)(RLE)
13   NEWS CORPORATION, NYP HOLDINGS, INC., d/b/a
     THE NEW YORK POST and DAN GREENFIELD and
14   MICHELLE GOTTHELF,
15                        Defendants.
     ------------------------------------X
16
17
18         VIDEOTAPED DEPOSITION OF JESSE ANGELO
19                   New York, New York
20                Wednesday, April 25, 2012
21
22   REPORTED BY:  BARBARA R. ZELTMAN
                   (BOBBIE)
23                 Professional Stenographic Reporter
24
25   Job Number:  48821
```

Contains Confidential Portions

Page 34

```
1       JESSE ANGELO
2  reporters right now.
3       Q    The four people that you mentioned,
4  are any of them black?
5            MR. LERNER: Objection.
6       A    I don't make a habit of taking note
7  of people's racial makeup, but no, I don't
8  believe any of them are black.
9       Q    You don't believe any of them are
10 black?
11           It's possible some of them are
12 black but you don't know?
13           MR. LERNER: Objection.
14      A    Again, I'm unaware of their racial
15 and ethnic heritage but I don't think any of
16 them are black.
17      Q    Who do you report to as executive
18 editor?
19      A    Col Allan.
20      Q    How often do you speak with Col
21 Allan?
22           MR. LERNER: Objection.
23      A    Once every three weeks, once a
24 month.
25      Q    Do you have other contact with Col
         TSG Reporting - Worldwide    877-702-9580
```

Contains Confidential Portions

Page 35

```
1       JESSE ANGELO
2  Allan other than speaking to him? In other
3  words, e-mails, telephones -- anything other
4  than verbally speaking to him?
5       A    Yes.
6       Q    How often do you have any sort of
7  contact with Col Allan?
8            MR. LERNER: Objection.
9       A    Depends. It varies.
10      Q    Just on an average week.
11           MR. LERNER: Objection.
12      A    Again, it depends on the week.
13 Sometimes not at all and sometimes once or
14 twice.
15           MR. CLARK: Could we mark this
16      as Angelo 1.
17           (Angelo Exhibit 1, New York
18      Post managerial flow chart, Bates
19      Number SG-0391, was marked for
20      Identification.)
21 BY MR. CLARK:
22      Q    Mr. Angelo, we've marked as
23 Angelo 1 a document Bates-stamped SG-391.
24           I just ask you to take a look at it
25 real quickly.
         TSG Reporting - Worldwide    877-702-9580
```

Contains Confidential Portions

Page 36

```
1       JESSE ANGELO
2       A    Okay.
3       Q    This appears to be a managerial
4  flow chart for The New York Post, correct?
5            MR. LERNER: Objection.
6       A    It purports to be that. That's
7  what those words say but I don't know that
8  it is.
9            MR. LERNER: Hold on. He's got
10      to finish his answer.
11           It purports to be that --
12      A    It purports to be that but I don't
13 know it to be that.
14      Q    Is Rupert Murdoch the chairman of
15 News Corporation, as far as you know?
16      A    Yes.
17      Q    Would he be considered the highest
18 ranking person in terms of The New York
19 Post?
20           MR. LERNER: Objection.
21      A    Can you repeat question.
22      Q    Let me state it a little different.
23           This flow chart indicates Rupert
24 Murdoch is above Paul Carlucci and Col
25 Allan. Would that be an accurate statement
         TSG Reporting - Worldwide    877-702-9580
```

Contains Confidential Portions

Page 37

```
1       JESSE ANGELO
2  of the organization of The New York Post?
3       A    No.
4       Q    So Rupert Murdoch is not above Col
5  Allan and Paul Carlucci?
6       A    Define "above."
7       Q    Do you know if either Paul Carlucci
8  or Col Allan report to Rupert Murdoch?
9       A    I don't know who they report to.
10      Q    Do you know that they do not report
11 to him?
12      A    I don't know who they report to.
13      Q    Have you ever met Rupert Murdoch?
14      A    Yes.
15      Q    How many times?
16      A    I don't know the number.
17      Q    Is it more than ten?
18      A    Yes.
19      Q    Is it more than a hundred?
20      A    I don't know.
21      Q    Have you ever spoken with Rupert
22 Murdoch in the newsroom?
23      A    Yes.
24      Q    How many times?
25      A    Dozen.
         TSG Reporting - Worldwide    877-702-9580
```

Contains Confidential Portions

Page 38

JESSE ANGELO

1  JESSE ANGELO
2  Q  When was the last time you spoke
3  with Rupert Murdoch in the newsroom?
4  A  The newsroom of The New York Post?
5  Q  The newsroom of The New York Post,
6  yes.
7  A  I would say summer 2010.
8  Q  In the summer of 2010, what did you
9  speak to Mr. Murdoch about?
10     MR. LERNER:  Objection.
11     If the topic of the conversation
12  had to do with the editorial process or
13  editorial policy, then I'm going to
14  instruct you not to answer.  And if you
15  need advice depending on what the
16  specific answer is, we can talk offline.
17     THE WITNESS:  Okay.
18  A  I don't recall what I spoke to him
19  about in the newsroom of The New York Post
20  in summer 2010.
21  Q  Have you spoken to Rupert Murdoch
22  in any other newsroom than The New York Post
23  newsroom?
24  A  Yes.
25  Q  What other newsrooms have you

TSG Reporting - Worldwide   877-702-9580

Contains Confidential Portions

Page 39

1  JESSE ANGELO
2  spoken to Rupert Murdoch in?
3  A  The Daily.
4  Q  What is The Daily?
5  A  The Daily is the first newspaper
6  for the iPad.
7  Q  Who runs The Daily?
8     MR. LERNER:  Object to form.
9  A  I'm the Editor-in-Chief.
10  Q  Who do you report to?
11  A  Chase Carey.
12  Q  So The Daily and The New York Post
13  have separate newsrooms?
14  A  Correct.
15  Q  When was the last time you spoke to
16  Rupert Murdoch in the newsroom of The Daily?
17  A  A year ago.
18  Q  So 2011?
19  A  Yes.
20  Q  What did you speak to Rupert
21  Murdoch about in 2011 in the newsroom of
22  The Daily?
23     MR. LERNER:  Objection.  Same
24  instruction, Mr. Angelo.
25     THE WITNESS:  What's the

TSG Reporting - Worldwide   877-702-9580

Contains Confidential Portions

Page 40

1  JESSE ANGELO
2  instruction?
3     MR. LERNER:  If the
4  conversation had to do with editorial
5  policy or editorial decision-making,
6  I'm going to instruct you not to
7  answer based on the editorial
8  privilege.  And if we need to discuss
9  that so you can understand what the
10  implications of your answer would be,
11  we can do that.
12     THE WITNESS:  Okay.
13  A  I showed him the newsroom of
14  The Daily.  He had not seen it.
15  Q  So you didn't talk to him about
16  anything, you just showed him the newsroom?
17  A  Yes.  I walked him around and
18  showed him the desks and the ...
19  Q  Have you ever discussed editorial
20  content with Rupert Murdoch?
21     MR. LERNER:  Objection.
22  A  Have I ever discussed editorial
23  content with Rupert Murdoch?
24  Q  Yes.
25  A  I've discussed the news with Rupert

TSG Reporting - Worldwide   877-702-9580

Contains Confidential Portions

Page 41

1  JESSE ANGELO
2  Murdoch.
3  Q  Had you ever discussed the
4  editorial content of the newspaper?
5     MR. LERNER:  Of what newspaper?
6  Q  Fair enough.  Of The Daily.  Have
7  you ever discussed the editorial content of
8  The Daily with Rupert Murdoch?
9  A  Yes.
10  Q  So Rupert Murdoch plays a role in
11  formulating the policies -- of The Daily?
12     MR. LERNER:  Objection.
13  A  No.
14  Q  So why would you discuss editorial
15  policy with Rupert Murdoch if he plays no
16  role in formulating the editorial policies?
17     MR. LERNER:  Objection.
18  A  I did not say I discussed editorial
19  policy with Rupert Murdoch.  It's a
20  mischaracterization of what I said.
21  Q  Okay.
22     Have you ever discussed editorial
23  policy of The Daily with Rupert Murdoch?
24     MR. LERNER:  Objection.
25  A  No.

TSG Reporting - Worldwide   877-702-9580

Contains Confidential Portions

Page 50

```
 1        JESSE ANGELO
 2    Q    Did any of these discussions with
 3  Rupert Murdoch involve business decisions to
 4  be made by The Post or The Daily?
 5        MR. LERNER:  Objection.
 6    A    Which discussions?
 7    Q    Any discussions with Rupert
 8  Murdoch, did they involve making business
 9  decisions regarding The Daily and/or The New
10  York Post?
11    A    Yes.
12    Q    What kind of business decisions
13  were discussed with Rupert Murdoch?
14        MR. LERNER:  Objection.
15    A    Can you be more specific?
16    Q    No.
17        I mean what kinds of business
18  issues did you discuss with him?
19    A    I discussed overall business
20  decisions, the health of businesses,
21  advertising market.
22    Q    So you discussed advertising with
23  Mr. Murdoch?
24        MR. LERNER:  Objection.
25    A    I discussed the health of the
```

TSG Reporting - Worldwide    877-702-9580

Contains Confidential Portions

Page 51

```
 1        JESSE ANGELO
 2  advertising market and the general economy
 3  overall with Mr. Murdoch, yes, I have
 4  discussed that with him.
 5    Q    Have you discussed with Mr. Murdoch
 6  business decisions to be made by The Daily
 7  and/or The New York Post?
 8        MR. LERNER:  Objection.
 9        Do you understand the question?
10    A    I really don't.  It's an impossibly
11  vague question.
12    Q    Well, do you know what "business
13  decisions" are?
14    A    I would like you to define them,
15  actually.
16    Q    What do you understand when someone
17  says a business decision has to be made
18  what.  Do you believe that means?
19        MR. LERNER:  Objection.
20    A    A business decision may be
21  a potential hire.
22    Q    Have you ever discussed a potential
23  hiring with Mr. Murdoch?
24    A    No.
25    Q    Have you ever discussed potential
```

TSG Reporting - Worldwide    877-702-9580

Contains Confidential Portions

Page 52

```
 1        JESSE ANGELO
 2  firing with Mr. Murdoch?
 3    A    No.
 4    Q    Have you discussed any personnel
 5  decisions with Mr. Murdoch?
 6    A    No.
 7    Q    What else would be something in
 8  your mind would be a business decision?
 9        MR. LERNER:  Objection.
10    A    Again, in the course of doing
11  business, there's any one of thousands of
12  decisions that one makes.
13    Q    In your discussions with
14  Mr. Murdoch, has Mr. Murdoch ever informed
15  you of anything you would consider a
16  business decision involving The Daily and/or
17  The New York Post?
18        MR. LERNER:  Objection.
19    A    Can you repeat the question.
20        MR. CLARK:  Can you read the
21    question back.
22        (Requested portion of record read:
23    "Q.  In your discussions with
24    Mr. Murdoch, has Mr. Murdoch ever
25    informed you of anything you would
```

TSG Reporting - Worldwide    877-702-9580

Contains Confidential Portions

Page 53

```
 1        JESSE ANGELO
 2    consider a business decision involving
 3    The Daily and/or The New York Post?")
 4        (End of read-back.)
 5    A    Yes.
 6    Q    What did he tell you?
 7        MR. LERNER:  Objection.
 8        I'm sorry.  This is impossibly
 9    vague, Paul.
10        You're not asking about a specific
11    conversation.  You haven't defined --
12    restricted it to any kind of topic.  We
13    don't know when the conversation
14    happened.
15        It's just an impossibly vague
16    question.  I don't think the witness
17    could possibly answer it in any
18    meaningful way.
19    Q    Do you recall specific
20  conversations in which you had discussions
21  with Rupert Murdoch about business
22  decisions?
23        MR. LERNER:  Objection.
24    A    Yes.
25    Q    How many conversations do you
```

TSG Reporting - Worldwide    877-702-9580

Contains Confidential Portions

Page 58

JESSE ANGELO

1  JESSE ANGELO
2  decisions, anything like that.
3      MR. LERNER: Objection.
4  Q   Is that fair?
5  A   Again, I can recall speaking about
6  advertising.
7  Q   Do you have specific recollections
8  of discussing advertising with Mr. Murdoch?
9  A   Yes.
10 Q   What was said on those specific
11 occasions that you recall where you
12 discussed advertising with Mr. Murdoch?
13 A   I recall speaking with him once
14 about the state of the advertising market
15 overall and the economy after the financial
16 crash in 2009.
17 Q   Have you ever discussed with him
18 advertising for the paper? When I say "the
19 paper," I mean The New York Post and/or
20 The Daily.
21     MR. LERNER: Objection.
22 A   Yes.
23 Q   What types of discussions did you
24 have regarding advertising for the paper
25 with Mr. Murdoch?

TSG Reporting - Worldwide    877-702-9580

Contains Confidential Portions

Page 59

1  JESSE ANGELO
2      MR. LERNER: Objection.
3  A   I'm sorry. Can you repeat the
4  question.
5      MR. CLARK: Could you read it
6  back, please.
7      (Requested portion of record read:
8      "Q. What types of discussions did
9  you have regarding advertising for the
10 paper with Mr. Murdoch?")
11     (End of read-back.)
12 A   I remember telling him about a BMW
13 ad that ran in The Daily, because it was a
14 good ad. It was an innovative ad.
15 Q   So you discussed specific
16 advertisements with Mr. Murdoch?
17     MR. LERNER: Objection.
18 A   I just told you of a conversation
19 that I had with him about a BMW
20 advertisement that appeared in The Daily.
21 Q   So yes, you have discussed with
22 Mr. Murdoch specific advertisements?
23     MR. LERNER: Objection.
24 A   I just told you of a situation,
25 yes.

TSG Reporting - Worldwide    877-702-9580

Contains Confidential Portions

Page 60

1  JESSE ANGELO
2  Q   Have you ever sought guidance from
3  Mr. Murdoch about what types of
4  advertisements you should look for for the
5  paper?
6  A   No.
7  Q   Have you ever sought guidance from
8  Mr. Murdoch on what types of stories should
9  be run in the paper?
10 A   No.
11 Q   Has he ever given you any guidance
12 whatsoever on what types of stories should
13 be run in the paper?
14     MR. LERNER: Objection.
15 A   Not that I recall.
16 Q   Prior to summer 2010, do you
17 remember the next most recent time that you
18 spoke with Mr. Murdoch in The New York Post
19 newsroom?
20 A   No. I don't recall.
21 Q   Have most of your discussions with
22 Mr. Murdoch been in The Daily newsroom, or
23 in The Post newsroom?
24     MR. LERNER: Objection.
25 A   Can you repeat the question.

TSG Reporting - Worldwide    877-702-9580

Contains Confidential Portions

Page 61

1  JESSE ANGELO
2  Q   Have most of your discussions with
3  Mr. Murdoch when you've spoken with him
4  face-to-face been in The New York Post
5  newsroom, or the in daily newsroom?
6      MR. LERNER: Objection.
7  A   I have spoken to him more in
8  The New York Post newsroom than in The Daily
9  newsroom.
10 Q   Is that simply because you worked
11 for a longer period of time in The New York
12 Post newsroom?
13     MR. LERNER: Objection.
14 A   That's your supposition, not mine.
15 Q   I'm asking you to answer the
16 question.
17 A   I don't know why. It was more
18 occasions in The New York Post newsroom than
19 in The Daily newsroom.
20 Q   Did you speak with Mr. Murdoch more
21 frequently, in terms of the number of times
22 a year, in The Post newsroom or The Daily
23 newsroom?
24     MR. LERNER: Objection.
25 A   The Post newsroom.

TSG Reporting - Worldwide    877-702-9580