# Exhibit 8

# Conflicts and Business Dealings

## Overview

**Ryan:** Oh, right. I never thought of that. What should I do?

**Steve:** You have to talk to an attorney in the Legal Department about it right away. See what your options are.

**Ryan:** Okay. Thanks.

**Steve:** And later, if you're up for it, you can take me for a spin with the top down.

**Ryan:** You got it.



CONFIDENTIAL

NYP-FL000057

11. For example, on November 1, 2009, the Company published an article entitled, "Are They High? Jamaica Dubs Rangel Knight," referencing the fact that Jamaicans had bestowed knighthood on Congressman Charlie Rangel. Not only did the Post's headline disparage all Jamaicans by accusing them of being "high" in making this decision, but the article further disparaged Congressman Rangel himself by attaching a photo-shopped picture of Congressman Rangel with long dreadlocks, wearing a crown and holding up a peace sign with his hand.

12. I was also personally discriminated against on numerous occasions because of my race and/or color.

13. For example, the Post issued me a discriminatorily poor performance review, falsely claiming that my performance was unsatisfactory. However, not only had I received positive performance reviews throughout my tenure at the Daily News, but the Post also continued to assign me to high profile stories such as President Obama's presidential campaign, demonstrating that they had confidence in my work.

14. During my employment at the Post, I was forced to travel more than White reporters. In fact, I was sent on over 20 trips to distant locations during my two years working there, an excessive number of trips for a Senior Reporter in my position to have to take, which caused me to spend a substantial amount of time away from my family and the newsroom.

15. However, even though they sent me on numerous trips, they discriminatorily refused to provide me with the tools that I needed to succeed while on assignment. For instance, although I was sent to cover President Obama's inauguration, Michelle Gotthelf, my White supervisor, repeatedly denied my requests to have a photographer accompany me on my trips, despite the fact that it was routine practice for a reporter traveling out of town to be given his own photographer and I was covering a historic event.

16. Moreover, in or around February 2009, the New York Post published a racist, offensive and degrading cartoon depicting a chimpanzee with three bullet holes in his chest lying in a pool of his own blood having been shot by two White police officers with the caption, "They'll have to find someone else to write the next stimulus bill." *See* Exhibit A.

17. I immediately recognized that the chimpanzee was supposed to represent President Barack Obama.

18. As an African-American, I found the cartoon to be deeply racially offensive. Moreover, I felt the response of various editors and management officials at the Post showed a complete disregard for my feelings as well as the feelings of other employees of color.

NYP-FL000186



1211 Avenue of the Americas, New York, NY 10036-8790

This is to acknowledge that I, __Austin Fenner__, have received and read the following materials regarding News Corporation's Policies and Procedures on the following topics:

- Standards of Business Conduct
- Memo: Equal Employment Opportunity and Unlawful Harrassment Policy Statement
- Memo: Conflicts of Interest Policy: Employees Serving on Outside Board of Directors
- Memo: Electronic Communications Policy
- Family and Medical Leave Policy
- New York Post Email Policy
- New York Post Cell Phone Policy

_____
Signature

__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__
Social Security Number

__5-21-07__
Date

**CONFIDENTIAL**

A NEWS CORPORATION COMPANY

NYP-FL000485