# Exhibit 9

```
                                                              Page 1
 1                        JENNIFER JEHN
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ----------------------------------------X
      SANDRA GUZMAN,
 4                      Plaintiff,
 5                      -against-    09CIV9323 (BSJ)(RLE)
 6    NEWS CORPORATION, NYP HOLDINGS, INC., d/b/a
      THE NEW YORK POST, and COL ALLAN, in his
 7    official and individual capacities,
 8
                        Defendants.
 9    ----------------------------------------X
      AUSTIN FENNER and IKIMULISA LIVINGSTON,
10
11                      Plaintiffs,
12                      -against-    09CIV9832 (BSJ)(RLE)
13    NEWS CORPORATION, NYP HOLDINGS, INC., d/b/a
      THE NEW YORK POST and DAN GREENFIELD and
14    MICHELLE GOTTHELF,
15                      Defendants.
      ----------------------------------------X
16
17
18         VIDEOTAPED DEPOSITION OF JENNIFER JEHN
19                     New York, New York
20                  Tuesday, June 26, 2012
21
22    REPORTED BY:  BARBARA R. ZELTMAN
                    (BOBBIE)
23              Professional Stenographic Reporter
24
25    Job Number:  51052
```

Page 58

1  JENNIFER JEHN
2  think the witness is struggling with it.
3  A  I don't know what you mean by
4  "acceptable."
5  Q  You talked about different ways,
6  complaining to a manager, going to the alert
7  line.
8      I'm simply asking would another way
9  that would be appropriate under the
10 guidelines that you discussed be to complain
11 to a lawyer or the Legal Department of The
12 New York Post?
13     MR. LERNER: And she answered a
14 New York Post employee could make a
15 complaint to Mr. Lippner. She
16 provided that answer two questions
17 ago.
18     MR. CLARK: Could you read the
19 question back, Bobbie?
20     I'm sorry, are you coaching the
21 witness, Ms. Lovinger?
22     MS. LOVINGER: Asked and
23 answered. I'm saying I agree with
24 Mark.
25     MR. CLARK: I would appreciate

Page 59

1  JENNIFER JEHN
2  it if you stop coaching the witness.
3      Ms. Lovinger just nodded her head
4  and said "yes."
5      MS. LOVINGER: Excuse me, Paul.
6  I just said yes to what Mark said. I
7  was looking at -- what is it
8  called -- the Live Note here and the
9  question has been answered. I am not
10 coaching the witness.
11     MR. CLARK: Could you read the
12 question back, Bobbie?
13     (Requested portion of record read:
14     "Q. You talked about different
15 ways, complaining to a manager, going to
16 the alert line.
17     "I'm simply asking would another
18 way that would be appropriate under the
19 guidelines that you discussed be to
20 complain to a lawyer or the Legal
21 Department of The New York Post?")
22     (End of read-back.)
23 A  Is that a question?
24 Q  That's the question.
25 A  New York Post employees can make a

Page 60

1  JENNIFER JEHN
2  complaint to anyone in New York Post HR,
3  they can complain to their manager, they can
4  use the alert line. And Jordan Lippner, as
5  a resource and employment lawyer to The New
6  York Post, an employee can make a complaint
7  to Jordan Lippner.
8  Q  So is Jordan Lippner a lawyer for
9  The New York Post?
10 A  Jordan Lippner is a legal resource
11 available to me when I was at The New York
12 Post.
13 Q  You still didn't answer the
14 question.
15     The question is: Is it appropriate
16 to complain to the Legal Department of The
17 New York Post under the guidelines that you
18 discussed?
19     MR. LERNER: That is --
20 objection -- asked and answered now
21 several times.
22 A  I said that --
23 Q  I don't care what you said. I just
24 want you to answer the question.
25     MR. LERNER: Hold on.

Page 61

1  JENNIFER JEHN
2      Go ahead and provide the answer
3  that you were going to provide.
4      Paul, please don't cut her off.
5  A  An employee at The New York Post
6  can make a complaint to Human Resources, to
7  their -- anyone in Human Resources at The
8  New York Post, to their manager at The New
9  York Post, to the alert line available to
10 them, and to Jordan Lippner who is an
11 employment lawyer who is a resource to HR at
12 The New York Post.
13 Q  Would you agree with the following
14 statement: "Employees of The New York Post
15 who feel aggrieved because of harassment of
16 discrimination have an obligation to
17 immediately notify a manager in the Human
18 Resources Department or an attorney in the
19 Legal Department."
20     Would you agree with that
21 statement?
22 A  Could you read the statement again,
23 please.
24     MR. CLARK: Could you read it
25 back?

16