# Exhibit 10

## NEWS CORPORATION AND AFFILIATED COMPANIES
## ELECTRONIC COMMUNICATIONS POLICY

*(Last Updated July 2006)*

This Electronic Communications Policy ("Policy") contains the policies applied by News Corporation's subsidiaries and majority owned affiliated companies located in the U.S. (collectively, the "Company") to use of the Company's electronic communications systems. This Policy should be read in conjunction with the Company's Records Management Policy. The Company's systems include, but are not limited to, desktop computers and workstations, laptop computers, file servers, Internet and intranet access and usage, telephone systems, cell phones, voice mail and personal digital assistants (PDAs) such as Blackberries, Treos and Palm Pilots (collectively, the "Systems"). Electronic communications include, but are not limited to, communications, e-mails, instant messages, faxes, documents, files, programs and other data that reside on, or are transmitted through, the Company's Systems. This Policy applies to all employees of the Company ("Employees"), as well as all independent contractors retained by the Company and outside service providers, who use or are connected to Company's Systems.

The Company has established this Policy to maximize the benefits of its Systems, to protect the Company and such Systems from error, fraud, misuse, alteration, theft, copyright violation and sabotage, and to protect its Employees from unlawful conduct, including discrimination, harassment and retaliation. All Employees are expected and obligated to use the Systems in a professional, responsible and lawful manner, and in accordance with this Policy.

**The Company may, from time to time, change this Policy at its sole discretion and with only such notice as the Company deems appropriate. Any violation of this Policy by an Employee may result in disciplinary action, up to and including immediate discharge and/or legal action. Any violation of this Policy by an independent contractor may result in the termination of the contractor's services and/or legal action.**

### Company Property, Privacy and Monitoring

The Systems provided by the Company, the associated equipment and software, and all the electronic communications transmitted by or received on such Systems, are to be used for Company business and shall remain at all times the exclusive property of the Company. Accordingly, the Company has the right, without notice, in its sole discretion and without regard to content: (1) to monitor and access the existence and content of any Employee use of these Systems -- including voice mail and e-mail sent or received (whether using a Company account or a non-Company account), documents, files or programs stored on an Employee's Company computer; (2) to access and monitor Employee Internet usage and to block Employee access to any Internet site; and (3) to copy and/or disclose to a third party any electronic communication transmitted or stored by or on its Systems. These Company rights support, among other things, maintenance, operations, auditing, investigative activities, staff training or assessment, compliance with Company policies, prevention or detection of crime and otherwise further the Company's business interests. **The Company's right to access, monitor, copy and/or disclose Employee use of its Systems, and all electronic**

CONFIDENTIAL

NYP0000077

communications or content transmitted by or stored on or in the Company's Systems, exists whenever an Employee utilizes the Company's Systems and/or Company-owned equipment and software, regardless of whether the Employee is working in the office, at home or at another location, and whether or not such use is during official office hours.

Your use of the Company's Systems constitutes your consent to such access, monitoring, disclosure and/or copying by the Company. Consequently, you should not expect privacy or confidentiality in anything you create, download, display, store, send or receive on the Company's Systems, even if it has been deleted or is marked "confidential," "private," "personal," "privileged" or other words or phrases intended to convey it is private. If you wish to avoid Company access to and review of personal communications, documents, files or data then you should not use the Company's Systems for personal purposes and should not save personal material on Company computer storage devices.

Employees are prohibited from taking any action that might interfere with the Company's ability to access, monitor, copy and/or disclose electronic communications. Password protecting or encrypting e-mails or other forms of electronic communication other than for legitimate business purposes is prohibited.

### Appropriate Use

Company Systems and electronic communications using those Systems, including e-mail, telephone and Internet access, should be used only for business-related purposes. Occasional or incidental personal use is permissible so long as, in the Company's opinion (1) it does not consume more than an insignificant amount of Company resources and Employee time, (2) it does not interfere with the Employee's responsibilities and productivity, (3) it does not preempt, interfere or conflict with any business-related activity and (4) it does not preempt, interfere or conflict with existing Standards of Business Conduct or other Company policies. **Personal e-mail, telephone and Internet usage, and any other Employee use of Company Systems for personal purposes will be treated the same as business-related System usage under this Policy.**

Electronic communications are subject to all the same Company policies against harassment or threats, discrimination, retaliation, defamation and sexual explicitness as traditional communications (such as mail, inter-office memoranda and oral conversations). Anything that would be inappropriate to send or state in a non-electronic communication (e.g., by memo or letter) is similarly inappropriate if sent electronically (e.g., by e-mail or telephone). Since electronic communications may be copied, forwarded, saved, intercepted and archived, Employees should be careful about the words they use and the documents they transmit electronically, as well as the Internet sites they access.

Employees are prohibited from using the Company's Systems to access, transmit, receive, download, store, post, display, print or otherwise disseminate (by e-mail, via the Internet, or through any other form of electronic or voice communication):

- any unlawful material;

2

CONFIDENTIAL

NYP0000078

- any material that intimidates others, interferes with the ability of others to conduct Company business, creates a hostile work environment, disparages the Company or other Employees, or is harmful to the Company's image or business interests;

- any material that is discriminatory, harassing, retaliatory or defamatory in nature, that contains ethnic slurs, racial epithets, or that may be perceived as derogatory of others based on race, color, national origin, citizenship, sex, pregnancy, medical condition, marital status, sexual orientation, age, disability, religious or political beliefs, participation in a uniformed service or any other legally protected status;

- any material that is indecent, obscene or sexually explicit;

- solicitations, charitable endeavors, internal mass mailings or non-Company business activities unless the Employee obtains the express prior permission of the Human Resources Department. Chain letters and communications that are illegal, contrary to the Company's Standards of Business Conduct or any other policies of the Company, or that are contrary to the Company's business interest, are prohibited.

Employees encountering or receiving any such prohibited material should not redistribute it and are required immediately to report the incident to their supervisor and to either a manager in the Human Resources Department or an attorney in the Legal Department.

Employees are cautioned that downloading material from the Internet could constitute copyright infringement. **The unauthorized possession, distribution, uploading, downloading or use of content protected by the copyright or trademark laws (including but not limited to via Internet peer to peer file-swapping systems) is prohibited.**

<u>Security and User Accountability</u>

Employees should always keep in mind that e-mail and the Internet are public methods of communication. When an Employee sends information via e-mail or makes it available on the Internet, there is always a possibility that the information may be viewed by unauthorized individuals.

Employees should not install software on Company computer equipment without the approval of the Information Technology (IT) Department. Any software found on Company Systems that has not been approved by the IT Department may be removed, along with associated files, without notice to the Employee. Employees are also prohibited from intentionally downloading, storing or executing any security, hacking, spyware or malware tools on Company networks or Systems.

To protect against computer viruses, files attached to e-mails received over the Internet should not be opened unless the Employee knows the sender. Caution should be used when downloading anything from the Internet, and Employees should seek advice from the IT Department before downloading anything from an unknown site.

3

CONFIDENTIAL

NYP0000079

To prevent unauthorized parties from obtaining access to Company Systems, Employees should choose passwords that are difficult to guess (not a personal detail or reflection of work activities). Employees should not use any password but their own, and are responsible for safeguarding their passwords for access to the Company's Systems. Except upon request by a Company manager or an IT security official, Employees must not disclose their individual password(s) to the Systems to anyone else inside the Company and should never reveal their passwords to anyone outside the Company. If an Employee does so, he or she will be held responsible by the Company to the extent allowable by law for any consequences, financial or otherwise, of the unauthorized disclosure and use of his or her password. The use of passwords to gain access to the Company's Systems is intended solely to protect the security of the Company's business and does not confer an expectation of privacy for individual Employees.

Employees are prohibited from attempting to gain or gaining unauthorized access to Company networks, Company Systems or to another Employee's computer (whether by unauthorized use of another Employee's password, use of software tools to hijack or otherwise access other accounts, assuming the role of a System administrator or other means).

Employees should also be aware that, despite the Company's best efforts, unauthorized individuals might attempt to break into its Systems. Employees should therefore take appropriate security precautions to protect Company Systems, software, and the data stored and processed in them against damage, alteration, theft and unauthorized access or disclosure.

### Retention of E-Mail, Electronic Files and Other Electronic Communications

Unless retention is required for legal or business reasons, e-mail messages that are no longer needed – both those that you have sent and those that you have received – and electronic files that are no longer needed, should be deleted from Company Systems. Employees should refer to the Company's Records Management Policy for more information on retention of electronic communications.

### Computer Equipment

The unauthorized or improper use of the Company's Systems, including the installation, downloading and/or dissemination of unauthorized software or computer viruses, is prohibited.

Employees are responsible for following the security and usage guidelines set in this Policy with respect to Company Systems (including but not limited to computers, PDAs and cell phones) that are utilized on or off Company premises. An Employee will be responsible for loss or damage, however and whenever caused, for all Company computer equipment in his or her custody or possession, regardless of whether the Company equipment is mobile in nature (e.g., a PDA) or has been provided to the Employee for exclusive use outside the office (e.g., a home computer). In the event the equipment is damaged, lost or stolen, the Employee may be responsible to the extent allowable by law for reimbursing the Company for replacing or repairing the equipment. All Company Systems in an Employee's possession off Company premises must be returned to the Human Resources Department upon

4

CONFIDENTIAL

NYP0000080

termination of employment. Employees are prohibited from deleting or copying data from, or formatting hard drives of, any Company network or System upon termination of employment.

### General Information

This Policy supersedes any prior Company policy relating to use by Employees and independent contractors of the Company Systems. In addition to this Policy, the individual News Corporation company you work for may establish practices and procedures with respect to implementation of this Policy, and/or adopt more restrictive or supplemental policies governing electronic communications, which will apply to its Employees. To the extent any provision of this Policy conflicts with the law of the jurisdiction in which an Employee or independent contractor is employed or retained, such provision is to be deemed waived for those Employees or independent contractors.

Questions concerning this Policy should be directed to your supervisor, the IT Department, the HR Department or the Legal Department.

CONFIDENTIAL

NYP0000081