# Exhibit 11

# executive committee
# AGENDA

**NEW YORK POST**

9/14/09
8:30 AM EST
Leonard French Room , 3rd Floor ◆ New York

| Topic | Presenter |
|---|---|
| **Publisher's Overview** | Paul Carlucci |
| **Human Resources** | Amy Scialdone |
| **Agenda** | |
| **Sales** | |
| **Circulation** | Ian Jackson |
| **Advertising** | Howard Adler |
| **Community Newspaper Group** | Les Goodstein |
| **Digital Media** | Chris Shaw |
| **Operations/Information Technology** | Joe Vincent |
| **Pre-Press Update** | Paul Armstrong |
| **Editorial** | Col Allan |
| **Marketing** | Jennifer Jehn |

Next Management Council Meeting
9/21/09      10:30 a.m.
3rd f l – Training Room