# Exhibit 14

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF NEW YORK
 3
 4       ---------------------------------------------
 5       SANDRA GUZMAN,
 6                 Plaintiff,        Action No.
 7                     vs.           #09-CIV-9323
 8       NEWS CORPORATION, NYP       (BSJ)(RLE)
 9       HOLDINGS, INC., D/B/A THE
10       NEW YORK POST, AND COL
11       ALLAN, IN HIS OFFICIAL
12       AND INDIVIDUAL
13       CAPACITIES,
14
15       Defendants.
16       ---------------------------------------------
17              DEPOSITION OF MARY McLOUGHLIN
18                    NEW YORK, NEW YORK
19                     April 30, 2013
20
21
22
23       Reported by: Arielle Santos
24       Job No. 60930
25
```

Page 14

MARY MCLOUGHLIN
1
2  A.  Oh, probably not even once a month.
3  Q.  Okay.
4      Do you still do any work for the
5  New York Post in any capacity?
6  A.  No.
7  Q.  Do you know who David Boyle is?
8  A.  Yes.
9  Q.  Okay.
10     And who is David Boyle?
11 A.  He is the executive photo editor.
12 Q.  You had identified him as one of
13 your supervisors at the time you left the Post;
14 correct?
15 A.  Yes.
16 Q.  And how long -- or I should say when
17 did you first meet Mr. Boyle?
18 A.  I think in -- like, 2002 I think he
19 got there.
20 Q.  So had you met Mr. Boyle at any time
21 before he began working at the Post?
22 A.  No.
23 Q.  And how often during your last two
24 or three years of employment at the Post did
25 you interact with Mr. Boyle?

Page 15

MARY MCLOUGHLIN
1
2  A.  He would answer the phone. I mean,
3  a lot, you know.
4  Q.  When you say "a lot," was it daily?
5  A.  Not daily, but a couple of times a
6  week, I would say.
7  Q.  Okay.
8      Were those interactions mostly by
9  phone? by e-mail? How?
10 A.  Phone.
11 Q.  Okay.
12     During the time that you worked
13 with -- let me ask you this question.
14     When did Mr. Boyle become your
15 supervisor?
16 A.  When he came in 2002.
17 Q.  Okay.
18     So was Mr. Boyle one of your
19 supervisors for the entirety of the period from
20 2002 through the end of your employment at the
21 Post?
22 A.  He left for a short period of time
23 to go to some online venture. I don't think it
24 even lasted six months, and then he came back.
25 Q.  So other than that period was Mr.

Page 16

MARY MCLOUGHLIN
1
2  Boyle your supervisor for that entire period?
3  A.  Yes.
4  Q.  Yes.
5      During that time, did you ever hear
6  or witness any conduct by Mr. Boyle that you
7  felt was disrespectful or demeaning to women?
8  A.  At the Christmas party.
9  Q.  Okay.
10     When was that Christmas party?
11 A.  I think it was 2006.
12 Q.  Okay.
13     And what conduct was that?
14 A.  Well, there was a bunch of the girls
15 he had hired and they were really dressed up,
16 made up, and I said to one of them, you know,
17 "What is going on?" And she told me that David
18 had hired a makeup artist to do them up for the
19 Christmas party. And I asked her a bunch of
20 questions, and the more questions I asked her,
21 she told me she didn't like the way I was
22 asking the questions. And then he was, you
23 know, dancing with them two at a time, and, you
24 know, it was quite -- it was a dirty dancing,
25 you know. It was very inappropriate behavior,

Page 17

MARY MCLOUGHLIN
1
2  in my mind.
3  Q.  And about how long did that dancing
4  go on?
5  A.  Oh, it was going on for -- I mean, I
6  wasn't watching it the whole time, but -- I
7  don't remember.
8  Q.  And was that party attended by
9  employees of the photo department?
10 A.  No. It was a big, huge News
11 Corporation party. They took over the whole
12 hotel pretty much -- or the whole floor of that
13 hotel.
14 Q.  And when you say it was a News
15 Corporation party, was it only attended by
16 employees of the New York Post or by other
17 entities as well?
18 A.  Other entities as well.
19 Q.  Including News Corporation?
20 A.  Hm-hm.
21 Q.  And how you do you know that?
22 A.  Because I was told that -- it was a
23 massive, massive -- I don't know. I just knew
24 it. We were told it wasn't going to be a
25 New York Post party; that it was going to be