# Exhibit 17

### Publisher's Overview: Paul Carlucci

**Discussion**

- **Tempo Update:** Les Goodstein presented the attached Tempo 2008: The Past, Present and Future plan. The objective of the presentation is to suggest alternative means to drive new revenue by attracting upscale advertisers. Total advertising for January through August 2007 was $628,206, up versus $615,995 from same period year ago. Les highlighted Hispanic demographics and reading behaviors. Les is proposing replacing the Tempo ROP section with a Tempo Magazine three times per year in April, June and September. He projects a magazine circulation of 625,000 in the NY DMA with an additional 5,000 copies in Latin Clubs and Restaurants. Paul asked if there is an opportunity to put the magazine into the Sunday package instead of daily. In addition, Les is recommending publishing two additional ROP issues of Tempo in October as well as 8 other ROP Tempo sections. Therefore, the Tempo program will have 13 issues broken out as 3 magazine issues in April, June and September (potentially on Sunday) as well as 10 other ROP sections.

### REDACTED

**CONFIDENTIAL**

## Publisher's Overview: Paul Carlucci

Discussion

- **Tempo** – Jennifer recapped the decision that Tempo would transition from a monthly section to three key issues per year timed around key Latino events. **Action:** Amy and Jennifer to finalize logistics with editorial at the end of the week.

**REDACTED**