# Exhibit 18

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
      ----------------------------------X
      SANDRA GUZMAN,

                      Plaintiff,
                          NO. 09 CIV. 9323 (BSJ)(RLE)
                 VS.

      NEWS CORPORATION, NYP
      HOLDINGS, INC., d/b/a THE
      NEW YORK POST, and COL ALLAN,
      in his official and individual
      Capacities,

                      Defendants.
      ----------------------------------X


              VIDEOTAPED DEPOSITION
                      OF
                  SANDRA GUZMAN
              New York, New York
           Thursday, October 13, 2011



      Reported by:
      AYLETTE GONZALEZ, CLR
      JOB NO. 42950
```

| Page 198 | Page 199 |
|---|---|
| 1  SANDRA GUZMAN-10/13/11 | 1  SANDRA GUZMAN-10/13/11 |
| 2  time. | 2  your discussion with Counsel? |
| 3      If Ms. Guzman needs water, wants | 3      A. I've been instructed by my attorney |
| 4  to take a break, there was no question | 4  not to answer your question. |
| 5  pending. You were talking to your | 5      Q. Ms. Guzman, could you look at |
| 6  colleagues. | 6  paragraph 41 of your Amended Complaint, |
| 7      MR. LERNER: If the issue, | 7  please. |
| 8  Mr. Thompson, is not did you interrupt | 8      A. This is the Amended Complaint? |
| 9  the flow of the deposition. The | 9      MR. THOMPSON: Yes. |
| 10  question is did you have an improper | 10      A. What page? |
| 11  communication with Ms. Guzman about | 11      Q. Page 10. |
| 12  the subject matter of her testimony | 12      A. Yes. |
| 13  during the testimony and the record is | 13      Q. Paragraph 41, you stated, |
| 14  clear that you did. | 14  "Mr. Goodstein also routinely stared at the |
| 15      MR. THOMPSON: It is not clear. | 15  breasts and butt of other female employees in |
| 16  BY MR. LERNER: | 16  Ms. Guzman's presence and often licked his |
| 17      Q. The clarification that you just | 17  lips while doing so." |
| 18  made, Ms. Guzman, when you came back on the | 18      Do you see that? |
| 19  record and said you wanted to make a | 19      A. I do, yes. |
| 20  clarification, was that something that you | 20      Q. Nowhere in your Complaint do you |
| 21  discussed during the break with Counsel? | 21  state that Mr. Goodstein looked at your body |
| 22      MR. THOMPSON: Objection. Don't | 22  in a lascivious way, correct? |
| 23  disclose what you talked to Counsel | 23      A. He would repeatedly look at me and |
| 24  about during the break. | 24  tell me that I look sexy and beautiful. |
| 25      Q. Was your clarification a matter of | 25      Q. No, but -- |

| Page 200 | Page 201 |
|---|---|
| 1  SANDRA GUZMAN-10/13/11 | 1  SANDRA GUZMAN-10/13/11 |
| 2      A. In paragraph 40. | 2  looking at me, he said I looked sexy and |
| 3      Q. You're not reading from your | 3  beautiful. |
| 4  Complaint though, correct? | 4      Q. Well, you came into the deposition |
| 5      A. I'm telling you that that's what he | 5  room a moment ago with a clarification where |
| 6  did and to be able to say -- | 6  you added something and what you added was |
| 7      Q. That's not what your complaint | 7  that he would often stare at my breasts and |
| 8  says -- | 8  body parts and comment on how sexy I looked. |
| 9      MR. THOMPSON: Objection. | 9      A. Right. |
| 10      Q. -- right? | 10      Q. Staring at your breasts and body |
| 11      A. Okay. | 11  parts is not an allegation you made in your |
| 12      Q. Your Complaint says that, "Les | 12  Complaint, right? |
| 13  Goodstein, senior vice-president, repeatedly | 13      A. When he looked at me and said I was |
| 14  told Ms. Guzman that she looked sexy and | 14  sexy and beautiful, he was staring at my body |
| 15  beautiful." | 15  parts. |
| 16      You did not state, in your | 16      Q. But you didn't say in your |
| 17  Complaint that he looked at you and told you | 17  Complaint that he stared at you right? |
| 18  that you looked sexy and beautiful, right? | 18      A. I didn't specifically state it. |
| 19      A. He looked at me and told me that I | 19      Q. And when you were working with |
| 20  looked sexy and beautiful. | 20  Mr. Goodstein on Tempo, Joe Rabinowitz was |
| 21      Q. To be clear, you're not reading | 21  your supervisor; is that accurate? |
| 22  from the Complaint now, right? | 22      A. I believe so. |
| 23      A. I'm just telling you if we're | 23      Q. What was Mr. Goodstein's role on |
| 24  looking at the Complaint in paragraph 40, it's | 24  Tempo when you were working together? |
| 25  very clear that he looked at me and he said -- | 25      A. He was supervising the sales |