Exhibit 19

CORPORATE GOVERNANCE
PRESS RELEASES
BUSINESS UNIT NEWS
INVESTOR RELATIONS
EXECUTIVES & CONTACTS
CAREERS

# Press Releases

## Lachlan Murdoch Resigns; Maintains Seat on Board

NEW YORK, NY, July 29, 2005 – News Corporation chairman and chief executive officer Mr. Rupert Murdoch today announced that the Company's deputy chief operating officer, Mr. Lachlan Murdoch, has decided to resign from his executive roles with the Company, effective August 31, 2005.

He will remain a director of News Corporation and will advise the Company in a number of areas.

Lachlan Murdoch said: "I have today resigned my executive position at News Corporation. I will remain on the board and I am excited about my continued involvement with the Company in a different role.

"I look forward to returning home to Australia with my wife, Sarah, and son, Kalan, in the very near future. I would like especially to thank my father for all he has taught me in business and in life. It is now time for me to apply those lessons to the next phase of my career."

Rupert Murdoch said: "I am particularly saddened by my son's decision and thank him for his terrific contribution to the company, and also his agreement to stay on the board and advise us in a number of areas. I have respected the professionalism and integrity that he has exhibited throughout his career at News Corporation.

"His achievements include driving all of his reporting divisions to record profits and the New York Post to its highest-ever circulation. I am grateful that I will continue to have the benefit of Lachlan's counsel and wisdom in his continued role on the Company's board."

Mr. Murdoch joined the Company in 1994 and has served in various capacities, most recently as Deputy Chief Operating Officer of News Corporation and Publisher of the New York Post.

News Corporation (NYSE: NWS, NWS.A; ASX: NWS, NWSLV) had total assets as of March 31, 2005 of approximately US$56 billion and total annual revenues of approximately US$23 billion. News Corporation is a diversified international media and entertainment company with operations in eight industry segments: filmed entertainment; television; cable network programming; direct broadcast satellite television; magazines and inserts; newspapers; book publishing; and other. The activities of News Corporation are conducted principally in the United States, Continental Europe, the United Kingdom, Australia, Asia and the Pacific Basin.

###

LACHLAN MURDOCH
Deputy Chief Operating Officer
News Corporation

Lachlan Murdoch is the deputy chief operating officer of News Corporation and a member of its Office of the Chairman, which has budgetary responsibility for the entire corporation.

Mr. Murdoch directly manages subsidiary business units that generate more than two-thirds of the global media company's revenue. He oversees publishing company HarperCollins and News America Marketing, News Corp's freestanding inserts business, and is chairman of News Limited, parent company of News Corp's Australian operations. In addition, he is chairman of News Corp's United States television station group, which is among the largest in the nation, and is publisher of the New York Post.

At the New York Post, Mr. Murdoch has aggressively pursued the paper's focus on boosting

circulation, overhauling the tabloid and solidifying its position as America's fastest growing newspaper. During his tenure, daily circulation has increased by over 40 percent and the paper has become the seventh largest in the United States.

As executive in charge of the television station group, Mr. Murdoch developed and has successfully executed the company's duopoly strategy for serving viewers in the nine markets where the company owns and operates two stations. He has also concentrated on increasing local news, upping the number of hours devoted to such programming to more than 850 a week since taking charge of the 35 stations in 2002.

Mr. Murdoch began his career at News Limited in Sydney, Australia, cleaning presses at the Mirror newspaper. After graduating from Princeton University, he took on a series of progressively more responsible management positions in the company's Australian operations. He was general manager of Queensland Newspapers, served as publisher of The Australian, and also held the position of deputy chief executive of News Limited.

He has been a member of the board of News Corporation since 1996 and a member of its Office of the Chairman since 1999.

Mr. Murdoch, 33, sits on the board of directors of the Robin Hood Foundation and the Executive Committee of the board of the Partnership for New York. Last month, he won The International Advertising Festival – Cannes Lions "Media Person of the Year" Award for his work at News Corp. He holds dual U.S. and Australian citizenship and lives in New York City and Sydney with his wife Sarah and son Kalan.

back to top | return to list

Contacts:
Andrew Butcher (US) 212-852-7070
Greg Baxter (Aust.) (02) 9288-3242

Privacy Policy | Legal Disclaimer | Sitemap   ©2013 News Corporation. All Rights Reserved.

# NEW YORK POST

# POST PUBLISHER LACHLAN MURDOCH RESIGNS

PAUL THARP
*Last Updated:*
*Posted:* 12:00 AM, July 30, 2005

After an 11-year career at News Corp., Lachlan Murdoch has resigned his numerous executive positions and will serve as a director of the company.

Murdoch, 33, oversaw the company's 35 U.S. television stations, The Post and HarperCollins, among other businesses - bringing in record profits at all the divisions he headed, as well as a 40 percent jump in The Post's daily circulation, making it America's seventh-largest daily.

He said he decided to resign his executive roles, effective Aug. 31, including that of publisher at The Post.

"I am excited about my continued involvement with the company in a different role," Murdoch said in a statement yesterday with his father, Rupert Murdoch, chairman of News Corp. "I look forward to returning home to Australia with my wife, Sarah, and son, Kalan, in the very near future."

"I would like especially to thank my father for all he has taught me in business and in life. It is now time for me to apply those lessons to the next phase of my career."

Rupert Murdoch said: "I am particularly saddened by my son's decision, and thank him for his terrific contribution to the company, and also his agreement to stay on the board and advise us in a number of areas. I have respected the professionalism and integrity that he has exhibited throughout his career at News Corp."

He said his son's "achievements include driving all of his reporting divisions to record profits and . . . I am grateful that I will continue to have the benefit of Lachlan's counsel and wisdom in his continued role on the company's board."

Lachlan, who began his career cleaning presses at the company's Sydney newspaper, graduated from Princeton University and handled various positions at the company.

Since 2000, he has been deputy chief operating officer of News Corp., working closely with Chief Operating Officer Peter Chernin.

He headed the company's 35 U.S. television stations since 2002 and launched the successful duopoly strategy for serving viewers in the nine markets where the company owns and operates two stations.

News Corp. class A shares slipped 19 cents to close at $16.38.

NEW YORK POST is a registered trademark of NYP Holdings, Inc.

nypost.com , nypostonline.com , and newyorkpost.com are trademarks of NYP Holdings, Inc.

Copyright 2013 NYP Holdings, Inc. All rights reserved. Privacy | Terms of Use

Sign into guardian.co.uk with Google

theguardian

Printing sponsored by:
**Kodak**
All-in-One Printers

# Lachlan Murdoch steps up at New York Post

Dan Milmo
MediaGuardian, Friday 24 May 2002 06.40 EDT



Lachlan Murdoch: taking seat on Sky Italia board

Lachlan Murdoch, heir apparent to Rupert Murdoch's media empire, has been appointed publisher of his father's New York Post newspaper.

The 30-year-old's promotion came on the same day the newspaper and TV tycoon told investors he did not run his News Corporation group as a nepotistic dynasty and that his managers were the company's "most valuable assets".

Lachlan Murdoch, who as deputy chief operating officer is the third most senior executive at News Corp, will replace Ken Chandler, who has worked for the group for the past 29 years.

Mr Murdoch has been in charge of News Corp's American publishing interests since October 2000, and oversaw the controversial hiring of the veteran Australian journalist, Col Allan, as editor of the New York Post tabloid.

Allan replaced Briton Xana Antunes, the former Evening Standard and Independent reporter, who had clashed with Lachlan over his increasingly hands-on role at the paper.

SG 6955
5/18/2013 9:48 PM

The former Sydney Daily Telegraph editor is famed for his hard-nosed style and soon earned the nickname of "Col Pot" amid rumours of discontent in the newsroom.

Mr Murdoch paid tribute to Chandler's role in boosting sales of the New York Post, which has experienced a post-September 11 circulation boom.

"Ken has overseen an extraordinary period of growth at the Post that has been unmatched by any other major metropolitan newspaper in the United States," he said.

"Circulation has risen in every six-month audit period for the past seven years. This is in no small part due to his stewardship of the paper."

Chandler, who will take a role at his fiancee's health information company, thanked News Corp for a "wonderful journey".

The New York Post's weekday circulation is 562,639, up from 487,630 a year ago, but it is still being soundly beaten by the New York Daily News and the New York Times, with sales of 733,000 and 1.2m respectively.

The Post's sales gain has also been helped by slashing the cover price in half to 25 cents, but this has hit revenues and rumour-mongers believe Rupert Murdoch might put up the newspaper for sale.

Rupert Murdoch's youngest son James runs News Corp's StarTV operation. His daughter Elisabeth quit BSkyB two years ago and now runs the Shine Entertainment production house.

### More from the Guardian  What's this?

Never mind Facebook, it's Topshop the broken-hearted need to avoid 13 May 2013

'A bikini body'? My advice is don't bother 13 May 2013

Eurovision 2013: which semi-final act was best? 17 May 2013

Michael Palin – the comeback kid? 14 May 2013

Where are they now? Five female faces who disappeared from our screens 15 May 2013

### More from around the web  What's this?

5 Myths About the American Flag (AARP)

Why the Fox Network May Go Off the Air (Bloomberg)

10 Surprising Ways to Avoid Nursing Home Care (Caring.com)

High school student labeled 'freak' in yearbook (MSN News)

The Golden State's "self-inflicted crisis" (ExxonMobil's Perspectives Blog)

shake-up

10 May 2013

Sunday People bid shelved by Phoenix Ventures

8 May 2013

Incoming Virgin Media chief rules out war with Sky for football rights



Harriet Harman urges overhaul of media ownership rules

6 May 2013

Labour deputy leader says media barons such as Rupert Murdoch have developed a sense of invincibility

© 2013 Guardian News and Media Limited or its affiliated companies. All rights reserved.

;