Exhibit 1

1                    IKIMULISA LIVINGSTON

2     UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
3     -------------------------------------X
      AUSTIN FENNER and IKIMULISA LIVINGSTON,

4

5                         Plaintiffs,

6                    -against-
                                    09 Civ. 9832
7                                   (BSJ)(RLE)

8     NEWS CORPORATION, NYP HOLDINGS, INC., d/b/a
      THE NEW YORK POST and DAN GREENFIELD and
9     MICHELLE GOTTHELF,

10

                          Defendants.
11    -------------------------------------X

12

13

14        VIDEOTAPED DEPOSITION OF IKIMULISA LIVINGSTON

15                     New York, New York

16                  Friday, January 13, 2012

17

18    REPORTED BY:   BARBARA R. ZELTMAN
                     (BOBBIE)
19                   Professional Stenographic Reporter

20

21    Job Number:  45412

22

23

24

25

Page 2

IKIMULISA LIVINGSTON

January 13, 2012
9:41 a.m.

Videotaped deposition of IKIMULISA
LIVINGSTON taken by Defendants, pursuant to Notice,
at the offices of KASOWITZ, BENSON, TORRES &
FRIEDMAN, LLP, 1633 Broadway, New York, New York,
before BARBARA R. ZELTMAN, a Professional
Stenographic Reporter and Notary Public within and
for the State of New York.

Page 3

IKIMULISA LIVINGSTON
A P P E A R A N C E S :

THOMPSON WIGDOR, LLP
Attorneys for the Plaintiffs
   85 Fifth Avenue
   New York, New York 10003
   BY: KENNETH P. THOMPSON, ESQ.,
      SHAFFIN A. DATOO, ESQ., and
      PAUL A. CLARK, ESQ.

KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
Attorneys for the Defendants
   1633 Broadway
   New York, New York 10019
   BY: BLYTHE E. LOVINGER, ESQ.
      MARK W. LERNER, ESQ.
      GARRETT D. KENNEDY, ESQ.


ALSO PRESENT:  Michelle Gotthelf
         Jordan Lippner
         News America Incorporated

         Steve Sanpietro, Videographer

Page 4

IKIMULISA LIVINGSTON

   IT IS HEREBY STIPULATED AND AGREED
by and between the attorneys for the respective
parties herein that filing and sealing be and
the same are hereby waived.
   IT IS FURTHER STIPULATED AND AGREED
that all objections, except as to the form of
the question, shall be reserved to the time
of trial.
   IT IS FURTHER STIPULATED AND AGREED
that the within deposition may be signed and
sworn to before any officer authorized to
administer an oath with the same force and
effect as if signed and sworn to before
the Court.

Page 5

IKIMULISA LIVINGSTON
   THE VIDEOGRAPHER:  This is the
start of the tape labeled Number 1 of
the videotaped deposition of
Ikimulisa Livingston in the matter of
Austin Fenner and Ikimulisa
Livingston versus News Corporation,
NYP Holdings, Inc.
   This deposition is being held on
Friday, January 13, 2012, at
approximately 9:41 a.m., at 1633
Broadway, New York, New York.
   My name is Steve Sanpietro from TSG
Reporting, Inc.  I'm the legal video
specialist.
   The court reporter today is Bobbie
Zeltman in association with TSG
Reporting.
   Please have counsel introduce
themselves for the record, starting to my
right.
   MS. LOVINGER:  Blythe Lovinger
from Kasowitz, Benson, Torres &
Friedman, LLP, counsel for
defendants.

2 (Pages 2 to 5)

IKIMULISA LIVINGSTON

1
2      MR. KENNEDY:  Gary Kennedy from
3  Kasowitz, Benson, Torres & Friedman
4  for defendants.
5      MR. LIPPNER:  Jordan Lippner,
6  in-house counsel.
7      MR. LERNER:  Mark Lerner, Kasowitz
8  Benson, for the defendants.
9      MR. THOMPSON:  Kenneth Thompson
10  and Shaffin Datoo for the plaintiff,
11  along with our colleague Paul Clark
12  from our law firm.
13      IKIMULISA LIVINGSTON,
14      having been first duly sworn by
15  Barbara R. Zeltman, Notary Public, was
16      examined and testified as follows:
17      EXAMINATION BY MS. LOVINGER:
18  Q    Good morning, Ms. Livingston.
19  A    Good morning.
20  Q    My name is Blythe Lovinger.  We met
21  a few moments ago and I am going to be
22  asking you questions today.
23      Just a few basic rules for the
24  deposition.
25      If you do not understand a question

IKIMULISA LIVINGSTON

1
2  I ask, please tell me and it will be
3  rephrased.
4      If you do not hear the question,
5  please tell me and it will be repeated.
6      If you answer, we will assume that
7  you understood and heard the question.
8      Please don't start answering until
9  I finish the question and I'll try not to
10  ask a question until you've finished your
11  answer.
12      I'd ask that we do not take a break
13  while a question is pending.
14      And finally, you must speak your
15  answers so that the court reporter can
16  transcribe them.  Don't just nod your head
17  yes or no.  We need a verbal response.
18      Do you understand those rules?
19  A    Yes, I do.
20  Q    Do you understand that you took an
21  oath to testify truthfully today?
22  A    Yes.
23  Q    Do you understand that that's the
24  same oath you would take in a courtroom in
25  the State of New York?

IKIMULISA LIVINGSTON

1
2  A    Yes.
3  Q    Is your mind clear today?
4  A    Yes.
5  Q    Are you thinking clearly this
6  morning?
7  A    Yes.
8  Q    Have you taken any medications or
9  ingested anything that would impair your
10  ability to think clearly or testify
11  truthfully?
12  A    No, I have not.
13  Q    What is your full name?
14  A    Ikimulisa Livingston.
15  Q    Do you go by any other names?
16  A    No.
17  Q    Is there a short nickname for
18  Ikimulisa?
19  A    Kim.
20  Q    Where do you presently reside?
21  A    6395 Austin Street, Rego Park, New
22  York.
23  Q    How long have you lived at that
24  address?
25      MR. THOMPSON:  Objection.

IKIMULISA LIVINGSTON

1
2      You can answer the question.
3  A    About ten years.
4  Q    What is your date of birth?
5  A    May 15, 1965.
6  Q    Are you currently married?
7  A    Yes, I am.
8  Q    And how long have you been married?
9      MR. THOMPSON:  Objection.
10  A    I've been married for over eight
11  years.
12  Q    Do you have children?
13  A    Yes, I do.
14  Q    How many children do you have?
15  A    I have two.
16  Q    And were you previously married
17  prior to your current marriage?
18      MR. THOMPSON:  Objection.
19  A    No.
20  Q    What is the highest education that
21  you have?
22  A    I have a bachelor's in journalism.
23  Q    Where did you obtain your
24  bachelor's of journalism?
25  A    San Francisco State University.

IKIMULISA LIVINGSTON

2  Q   And when you read it
3  electronically, on what type of device do
4  you read it?
5  A   I'll read it on my computer or I
6  read it on my cellphone.
7  Q   How many computers do you have?
8  A   Three.
9  Q   And are they laptop computers?
10  A   No.  All three are not laptop
11  computers.
12  Q   How many of the three are laptop
13  computers?
14  A   One.
15  Q   And what kind of computer is that?
16  A   What kind of computer?  You mean
17  the manufacturer?
18  Q   Yes.
19  A   Dell.
20  Q   And how long have you had that
21  laptop computer?
22  A   About four years.
23  Q   About four years.
24     So did you get it sometime in 2007
25  or 2008, do you know?

IKIMULISA LIVINGSTON

2  A   I don't remember the exact year.
3  It's been about four years, though.
4  Q   What are the other two computers
5  you currently own?
6  A   You mean the manufacturer?
7  Q   Are they desktop computers?
8  A   Yes, they are.
9  Q   Are they in your home?
10  A   Yes, they are.
11  Q   Do you share them with anyone else?
12  A   One was a computer for my son.
13  Q   But you use that computer as well?
14  A   No.
15  Q   How many computers do you use?
16  A   One.
17  Q   And is that the laptop computer?
18  A   That's correct.
19  Q   And when you searched for
20  responsive documents in this litigation, did
21  you search the hard drive of that laptop
22  computer?
23  A   Yes, I did.
24  Q   Did you search the hard drive of
25  the other two computers in your home?

IKIMULISA LIVINGSTON

2  A   The other two?  No.
3  Q   What other newspapers do you read
4  on any given day?
5  A   The Daily News, New York Times,
6  sometimes The Wall Street Journal.
7  Q   The Post publishes different types
8  of stories than the Daily News; is that
9  correct?
10  A   I'm sorry.  I wasn't finished with
11  my answer.
12  Q   Oh, okay.  You paused.  I'm sorry.
13  A   Sometimes I read the Queens papers,
14  the local Queens papers.  And that may be
15  about it for the most part.
16  Q   Would you say the Post publishes
17  different types of stories than the Daily
18  News?
19  A   I wouldn't say that.
20  Q   What types of stories does the Post
21  run?
22     MR. THOMPSON:  Objection.
23  Q   Would you agree that the Post runs,
24  in addition to national stories, gossip
25  stories?

IKIMULISA LIVINGSTON

2  A   Does the Post run gossip stories?
3  Q   Correct.
4  A   Yes.
5  Q   Would you say the Post is a
6  tabloid?
7  A   The format of the paper is a
8  tabloid, yes.
9  Q   The Daily News is more local news;
10  is that correct?
11  A   I don't think that's necessarily
12  true.
13  Q   Do the Post and the Daily News
14  always run the same stories?
15  A   No, they do not always run the same
16  stories.
17  Q   So they sometimes run different
18  stories; is that what you are saying?
19  A   They sometimes run different
20  stories.  They also sometimes run the same
21  story -- stories.
22  Q   If the Daily News ran a story,
23  would the Post want to run the same story
24  the following day?
25     MR. THOMPSON:  Objection.

7 (Pages 22 to 25)

Page 26

IKIMULISA LIVINGSTON

1
2   A    That's not really my call.
3   Q    Well, since you generally read both
4   newspapers, have you seen many instances
5   where the Daily News run a story one day and
6   the Post run the same story the following
7   day?
8   A    The following day?
9   Q    Yes.
10  A    I don't recall any instances right
11  now where that has occurred.  I don't
12  remember.
13  Q    Okay.
14       Are you supposed to read other
15  newspapers to make sure that you don't pitch
16  ideas that other papers have run?
17  A    I'm sorry.  Could you repeat that.
18  Q    Are you supposed to, in the course
19  of your employment at New York Post, read
20  other newspapers to make sure that you don't
21  pitch story ideas that other newspapers have
22  run?
23  A    I believe I'm supposed to read
24  other newspapers, other news sources.  But
25  sometimes other news sources can -- they may

Page 27

IKIMULISA LIVINGSTON

1
2   run stories that may spark an idea for a
3   different kind of story.
4        So -- I'm sorry.  Can you repeat it
5   again?
6   Q    You know what.  Let's take a break
7   for a minute.
8        Let's go off the record.
9        THE VIDEOGRAPHER:  The time is
10  10:08 a.m.  We're now off the record.
11       (A brief recess was
12  taken.)
13       THE VIDEOGRAPHER:  The time is
14  now 10:13 a.m.  We're now back on the
15  record.
16  BY MS. LOVINGER:
17  Q    Ms. Livingston, you are being
18  deposed today in connection with a lawsuit
19  you filed in federal court in New York,
20  correct?
21  A    That's correct.
22  Q    And in that lawsuit, you allege
23  that you were discriminated against by the
24  defendants, correct?
25  A    That's correct.

Page 28

IKIMULISA LIVINGSTON

1
2   Q    And you alleged that you are
3   discriminated against on the basis of your
4   race; is that right?
5   A    That is correct.
6        MR. THOMPSON:  Objection.
7   Q    There are two individual defendants
8   in this lawsuit, Michelle Gotthelf and
9   Daniel Greenfield; is that right?
10  A    Yes.
11  Q    What is the basis of your belief
12  that Ms. Gotthelf discriminated against you
13  based on your race?
14  A    Michelle demoted me from my
15  position from Queens County Courthouse.  And
16  at the time she demoted me, she promised me
17  I would get a desk and a telephone and that
18  I would not always be in the field, that I
19  would sometimes be in the office and that I
20  would have opportunities.
21       And I have been denied that desk,
22  that telephone, the other resources that my
23  white colleagues in the office have, access
24  to the archives, to library staff, to
25  interaction with my colleagues to bounce

Page 29

IKIMULISA LIVINGSTON

1
2   ideas back and forth off of them.
3        I'm paid less than my white
4   counterparts.
5        And on several occasions I've had
6   my byline not included on stories that I
7   worked on.
8        On one occasion, I actually had a
9   story that I had produced and submitted
10  several times that did not make the paper
11  under my byline, but did run under a white
12  woman's byline.
13       I've been given assignments that
14  basically have zero chance of making the
15  paper or near zero chance of making the
16  paper; whereas my white colleagues are
17  actually given stories, assigned to work on
18  stories that have a higher probability of
19  making the paper.
20       The reviews I've received from
21  Michelle have been untrue and were
22  discriminatory.
23       And there are other things
24  including the fact that the Post published
25  the cartoon of a chimpanzees depicting

8  (Pages 26 to 29)

Page 30

IKIMULISA LIVINGSTON

1
2  President Obama being shot by cops, and it's
3  extremely racially offensive to me as an
4  employee and it's as if -- it is -- it's my
5  employees [sic], including Michelle,
6  published this cartoon that essentially
7  called black people, myself included and
8  other employees, other black employees at
9  the Post, as monkeys. And there's been a
10 long history where black people have been
11 depicted as monkeys and chimpanzees and apes
12 and it was extremely demeaning, demoralizing
13 and offensive.
14        And those are the things that --
15 those are some of the things that I can
16 relate right now in terms of how she
17 discriminated against me.
18    Q   Is there anything else you can
19 think of right now?
20        Any other examples of how Michelle
21 Gotthelf discriminated against you on the
22 basis of your race.
23    A   The fact that when I submitted
24 story ideas about black people and Latino
25 people and she would call them "low rent" as

Page 31

IKIMULISA LIVINGSTON

1
2  if they were just ghetto stories and ghetto
3  people, that's offensive.
4        And those are the things that come
5  to mind right now.
6    Q   Okay.
7        Is there anything else? Because
8  we're sitting here now for your deposition
9  and now is the time for you to tell us any
10 other reason why you think Michelle Gotthelf
11 discriminated against you on the basis of
12 your race at the New York Post.
13    A   There was a real pattern of
14 discrimination.
15        The reviews that she gave me, the
16 reviews my black colleagues, my other black
17 reporters received. The way she treated
18 Austin Fenner and Leonard Greene.
19        The fact that Leonard is the only
20 African-American reporter in the newsroom.
21        All those things, it's all part of
22 the environment of racism, of
23 discrimination.
24    Q   Is there anything else?
25    A   That's what comes to mind right

Page 32

IKIMULISA LIVINGSTON

1
2  now.
3        If there are other things that come
4  to mind, I will mention it, but right now
5  that's all that comes to my mind.
6    Q   All the reasons you just ran
7  through why you believed Ms. Gotthelf
8  discriminated against you on the basis of
9  your race, are those the same reasons you
10 believe that Dan Greenfield discriminated
11 against you based on your race?
12    A   No, there are additional.
13    Q   Okay.
14        In this lawsuit you also allege
15 that Mr. Greenfield discriminated against
16 you on the basis of your race.
17        So why don't you tell me what
18 additional reasons you have for believing
19 that Mr. Greenfield in fact discriminated
20 against you?
21    A   Dan also played a role in my
22 demotion from my beat at the Queens
23 Courthouse.
24    Q   Didn't you mention that as a reason
25 why you believe Michelle Gotthelf

Page 33

IKIMULISA LIVINGSTON

1
2  discriminated against you based on your
3  race?
4    A   That is correct.
5    Q   So are there any different reasons
6  or additional reasons other than the ones
7  you mentioned in connection with Michelle
8  Gotthelf why you believe Mr. Greenfield
9  discriminated against you based on your race
10 at the New York Post?
11    A   Mr. Greenfield also gave me
12 assignments that were -- had barely any
13 chance of making the paper.
14    Q   Do you have an example of such an
15 assignment?
16    A   Yes. It was -- I'm not really sure
17 the time frame.
18        This was more than a year ago.
19 Greenfield sent me out to an address in
20 Brooklyn where a woman had been murdered.
21 And in the course of reporting that murder
22 and interviewing people, I called the Police
23 Shack to find out -- to ask them some
24 questions or to relay some information. And
25 at that time no one in the Police Shack had

9 (Pages 30 to 33)

Page 34

IKIMULISA LIVINGSTON

1 actually been told to look into that
2 homicide, and that story did not make the
3 paper.
4    Q    Doesn't it happen sometimes where
5 the newsroom hears of something that the
6 Police Shack hasn't yet heard of?
7    A    When I had called the shack, it was
8 not the morning time, it was in the
9 afternoon.  And at that time in the normal
10 course of a day reporting, someone would
11 have been told earlier to look into that
12 story, usually.
13    Q    Usually, but aren't there times
14 when the newsroom hears of something through
15 a different source and the Police Shack
16 isn't yet aware of it?
17    A    Not in this instance.
18    Q    In any instance?
19    A    I don't recall any other instances.
20 I just know that in this instant, it was a
21 police story.  It was a homicide.  Yet --
22 and I'm not saying that the Police Shack
23 didn't know about it.  I'm saying no one at
24 the office, none of the editors directed

Page 35

IKIMULISA LIVINGSTON

1 anyone at the Police Shack to work on the
2 story to get information to produce a story
3 for the next day's paper or for the Web.
4    Q    Okay.
5       But my question was:  Aren't there
6 sometimes incidences where a reporter may be
7 looking into something that someone at the
8 Police Shack isn't yet assigned to look
9 into.
10       Does that ever happen?
11    A    I'm not familiar with that
12 happening -- I'm not familiar with that
13 happening as a usual course of business.
14       Usually someone is assigned in the
15 Shack to look into a story that we're
16 working on, especially if I've been working
17 on that story for most of the day.
18       And in this instance, no one in the
19 Shack was working the story.  And despite
20 the fact I did compile information and
21 reported the story out, the story did not
22 make the newspaper.
23    Q    Do you supervise employees in the
24 Police Shack?

Page 36

IKIMULISA LIVINGSTON

1    A    No.
2    Q    Are you aware of what employees in
3 the Police Shack are doing on any given day?
4    A    No.
5    Q    Is there only one reason why a
6 story a reporter works on may not make it
7 into the newspaper?
8    A    I don't think I -- I don't
9 understand that question.
10    Q    Is it true there are a number of
11 reasons why a story may not make it into the
12 newspaper?
13    A    Oh, sure.
14    Q    And who makes the decision as to
15 which stories make it into the paper?
16    A    The editors.
17    Q    And by the way, you mentioned that
18 this happened more than one year ago.  So
19 today is January 2012.  Would you say this
20 happened in 2011?
21    A    No, I don't think it did happen in
22 2011.
23    Q    So did it happen in the latter part
24 of 2010?

Page 37

IKIMULISA LIVINGSTON

1    A    I don't recall.
2    Q    If it happened about a year ago, is
3 it safe to say it happened in 2010 or 2011?
4    A    I didn't say it happened a year
5 ago.  I said it happened more than a year
6 ago.
7    Q    Did it happen more than two years
8 ago?
9    A    I don't recall.
10    Q    So you don't recall all the details
11 surrounding this story?
12    A    I don't recall the day or exactly
13 the year, but I recall some of the details
14 of the story.
15    Q    Some of the details.
16       Do you recall who was working the
17 Police Shack that day?
18    A    No, I don't know.  I don't remember
19 who was working the Police Shack that day.
20    Q    Did you speak to all of the Post
21 employees who were working in the Police
22 Shack that day?
23    A    I did not speak to every employee
24 who was working in the Police Shack that

10  (Pages 34 to 37)

Page 38

IKIMULISA LIVINGSTON

1
2  day.
3      Q    Then how is it that you are
4  testifying under oath what the employees who
5  were working in the Police Shack on that day
6  were instructed to do?
7      A    Because the person I spoke to in
8  the Police Shack told me that no one had
9  assigned anyone to work on that story in the
10  Police Shack.
11     Q    And who did you speak with in the
12  Police Shack?
13         MR. THOMPSON:  Objection.
14     A    I don't recall who I spoke to at
15  that time.
16     Q    Do you recall when the time was
17  that you spoke to the person?
18         MR. THOMPSON:  Objection.
19     A    Do you mean the time of day?
20     Q    I mean was it contemporaneously,
21  was it the day this was happening?
22     A    It was the day I was assigned to
23  the story, yes.
24     Q    But you don't recall who it was?
25     A    No, I don't.

Page 39

IKIMULISA LIVINGSTON

1
2      Q    Okay.
3          So you were telling me that -- we
4  just got sidetracked a bit -- that Dan
5  Greenfield gave you assignments to stories
6  that were not going to appear in the paper.
7          Is there anything else that you
8  believe demonstrates how Dan Greenfield
9  discriminated against you on the basis of
10  race that you didn't already describe in
11  connection with how you think Ms. Gotthelf
12  discriminated against you?
13     A    Dan Greenfield spoke to me in a
14  very demeaning, disrespectful, demoralizing
15  way.
16          He speaks to me in a very
17  dismissive way, in a callus way.
18          He talks to me like I don't matter
19  and my distributions don't matter.  And he's
20  intimidating and is a bully.
21     Q    How often do you speak to
22  Mr. Greenfield?
23     A    Almost daily.  Almost daily when
24  I'm working.
25     Q    Are these conversations in person

Page 40

IKIMULISA LIVINGSTON

1
2  or over the telephone?
3      A    They're over the telephone, for the
4  most part.
5      Q    When did Mr. Greenfield start
6  speaking to you in this manner which you
7  think is discriminatory?
8      A    He's always pretty much spoken to
9  me that way.
10     Q    How many years have you worked with
11  Mr. Greenfield?
12     A    I worked with him for I believe as
13  long as he's been an employee at the Post.
14     Q    Do you know how many years that is?
15     A    I don't know how long he's been an
16  employee of the Post.
17     Q    Have you ever complained to anyone
18  at the Post about the way Mr. Greenfield
19  speaks to you?
20     A    I complained of racial -- excuse
21  me.
22          I've complained about racial
23  discrimination.
24     Q    Who did you complain to about
25  racial discrimination at the Post?

Page 41

IKIMULISA LIVINGSTON

1
2      A    I complained to Michelle.  I've
3  complained to the HR Department, and I've
4  complained in my evaluations.
5      Q    I'm sorry?
6      A    In my evaluations.
7      Q    In your evaluation.
8          And these are the times that you
9  complained about how Mr. Greenfield speaks
10  to you?
11     A    Those are the times that I have
12  complained about racial discrimination
13  against me.
14     Q    But my question was:  Have you ever
15  complained to anyone at the Post about the
16  way Mr. Greenfield speaks to you?
17     A    Have I specifically?
18     Q    Correct.
19          Have you specifically complained to
20  anyone at the Post about how Mr. Greenfield
21  speaks to you?  That was the question.
22     A    I have not specifically stated to
23  anyone at the Post about how he spoke to me.
24     Q    Are you aware of the complaint
25  procedure at the New York Post?

Page 42

```
 1        IKIMULISA LIVINGSTON
 2     A    Yes, I am.
 3     Q    When did you first become aware of
 4  the New York Post Human Resources
 5  Department?
 6     A    I don't recall.
 7     Q    Well, did you become aware of the
 8  New York Post Human Resources Department in
 9  the last five years?
10     A    I don't recall.
11     Q    Well, do you know who currently is
12  the head of the New York Post HR Department?
13     A    No.  I'm not one hundred percent
14  sure on that.
15     Q    Well, you mentioned a short while
16  ago that you complained about race
17  discrimination to HR.
18         Can you tell me when you first
19  complained to the HR Department at the Post
20  about race discrimination?
21     A    That would have been in December of
22  2009.
23     Q    And was December 2009 the first
24  time you complained to the HR Department
25  about race discrimination at the Post?
```

Page 43

```
 1        IKIMULISA LIVINGSTON
 2     A    To the Human Resources Department,
 3  yes.
 4     Q    And so it's true that in
 5  December 2009 when you complained about race
 6  discrimination, you didn't mention that you
 7  thought the way Mr. Greenfield spoke to you
 8  was discrimination or discriminatory; is
 9  that correct?
10     A    At that time, no.
11     Q    Since December 2009, have you
12  spoken to anyone at the New York Post about
13  how you believe the way Mr. Greenfield
14  speaks to you is discriminatory?
15     A    Have I've spoken to someone at the
16  New York Post about --
17     Q    Human Resources Department.
18     A    -- Human Resources Department about
19  the way Mr. Greenfield speaks to me?
20     Q    Yes.
21     A    Is that your question.
22         No.
23     Q    When did you complain to Michelle
24  Gotthelf about race discrimination?
25         You mentioned that a few minutes
```

Page 44

```
 1        IKIMULISA LIVINGSTON
 2  ago.
 3     A    I complained to her about the
 4  cartoon.  And I complained to her about the
 5  cartoon the day the cartoon ran in the
 6  newspaper.
 7     Q    Was that an in-person conversation?
 8     A    No, it was not.
 9     Q    How did you communicate with
10  Ms. Gotthelf about the cartoon?
11     A    I called and I got her voice-mail
12  and I left a message.
13         And some time passed, she called me
14  back and we spoke.
15     Q    And Ms. Gotthelf apologized to you
16  about the cartoon; is that correct?
17     A    I don't recall if she apologized to
18  me.  I don't recall her apologizing.
19     Q    What do you recall about the
20  conversation?
21     A    I recall telling her that that
22  cartoon was very, very offensive to myself
23  and to the people of color, and she told me
24  that she agreed.
25     Q    So Ms. Gotthelf told you that she
```

Page 45

```
 1        IKIMULISA LIVINGSTON
 2  agreed that the cartoon was offensive; is
 3  that correct?
 4         MR. THOMPSON:  Objection.
 5     A    It was my impression from what she
 6  said to me that she agreed.
 7         I believe she said, "I know."
 8     Q    And Ms. Gotthelf told you that she
 9  thought the cartoon was disgusting; isn't
10  that right?
11     A    I don't recall if she said
12  "disgusting."
13     Q    Ms. Gotthelf told you that she was
14  sorry that you had to go through this; isn't
15  that right?
16     A    I don't recall her saying that at
17  all.
18     Q    Ms. Gotthelf told you that you
19  could take some time off if you wanted to;
20  isn't that right?
21     A    No, she did not.
22     Q    You don't recall her telling you
23  that you could take time off?
24     A    I'm not saying I don't recall her
25  saying that.  I'm saying she did not tell me
```

12  (Pages 42 to 45)

Page 46

IKIMULISA LIVINGSTON

1
2 that.
3     Q   So your testimony is Ms. Gotthelf
4 did not offer that you could take some time
5 off if you wished in light of the cartoon?
6     A   Ms. Gotthelf did not tell me I
7 could take some time off, no.
8     Q   Did you work that day?
9     A   Yes, I did.
10    Q   Do you recall if you worked a full
11 day?
12    A   If I worked that day, it was a full
13 day, yes.
14    Q   You don't recall coming to work
15 late that day?
16    A   No, I don't believe so, no.
17    Q   You don't think so but it's
18 possible that you came to work late that
19 day?
20    A   Sorry.  I didn't mean to cut you
21 off.
22        No, I did not go to work late that
23 day.
24    Q   Did you complain to anyone in Human
25 Resources about the cartoon?

Page 47

IKIMULISA LIVINGSTON

1
2     A   No.
3     Q   Did you complain to any other
4 editor at the New York Post about the
5 cartoon?
6     A   No.
7     Q   Do you know if Ms. Gotthelf was
8 aware of the cartoon prior to publication?
9     A   I don't know.
10    Q   You didn't know then or you don't
11 know now?
12    A   I didn't know then and I don't know
13 now.
14    Q   So sitting here today, you think
15 Ms. Gotthelf was possibly responsible for
16 the selection of the cartoon?
17    A   Was responsible for the selection
18 of the cartoon?
19    Q   That's the question, yes.
20    A   I don't know if she was responsible
21 for the selection of the cartoon.
22    Q   You've never spoken with Jesse
23 Angelo about the cartoon; is that right?
24    A   No, I have not.
25    Q   What's the basis for your belief

Page 48

IKIMULISA LIVINGSTON

1
2 that Jesse Angelo approved the cartoon?
3     A   I spoke to others who said they did
4 speak to Jesse about the cartoon and that he
5 saw it beforehand and didn't see anything
6 wrong with it.
7     Q   Who did you speak with?
8     A   I spoke to Leonard Greene.
9     Q   So Leonard Greene told you that
10 Mr. Angelo approved the cartoon in advance?
11    A   Leonard told me that he'd spoken to
12 Jesse about the cartoon.  Jesse said he saw
13 the cartoon before it was published and that
14 he didn't see anything wrong with it.
15    Q   Did you discuss the cartoon with
16 any other employees?
17    A   Yes.
18    Q   By the way, when did you have this
19 conversation with Leonard Greene?
20    A   Might have been that day.
21    Q   So you took what Leonard Greene
22 told you as a fact?
23    A   I understood -- I don't think
24 Leonard lied to me about that, so, yes, I
25 believe Leonard, what he said.

Page 49

IKIMULISA LIVINGSTON

1
2     Q   So in your court Complaint, based
3 on what Leonard told you, you felt
4 comfortable stating "In fact, Jesse Angelo
5 admitted to others that he had reviewed and
6 approved the publication of the cartoon
7 before it appeared in the newspaper"; is
8 that right?
9     A   I'm sorry.  Could you read that
10 again?
11    Q   In your court Complaint, based on
12 what Leonard Greene told you, you felt
13 comfortable stating "In fact, Jesse Angelo
14 admitted to others that he had reviewed and
15 approved the publication of the cartoon
16 before it appeared in the newspaper"?
17    A   Yes.
18    Q   Yeah.  Who were the "others"?
19    A   The others in terms of that spoke
20 to Jesse about it?
21    Q   Well, I don't know.  In your
22 Complaint in Paragraph 69 it says "In fact,
23 Jesse Angelo, the white managing editor at
24 the Post, admitted to others."
25        So I'm asking you who are the

13 (Pages 46 to 49)

Page 50

IKIMULISA LIVINGSTON

1
2    "others" referenced in that paragraph?
3       A    I don't recall.
4       Q    Is it possible that it was just
5    Leonard Greene?
6       A    Is it possible?  I think anything
7    is possible.  But if I said "others," then I
8    think there were probably others that also
9    heard him, so ...
10      Q    But sitting here today, you can't
11   identify anyone other than Leonard Greene
12   who heard that Jesse Angelo had reviewed and
13   approved the publication of the cartoon
14   before it appeared in the newspaper; is that
15   correct?
16      A    Right now, I can't think of anyone
17   else.
18      Q    Is there anything that you haven't
19   told me that supports your belief that Dan
20   Greenfield discriminated against you based
21   on your race at the New York Post?
22      A    Well, I mentioned that he had
23   something to do with me being demoted from
24   my beat.
25      Q    Wait.  I'm sorry.  When you say

Page 51

IKIMULISA LIVINGSTON

1
2    "demoted from your beat."
3       Are you referring to the Queens
4    Courthouse position?
5       A    That's correct.
6       Q    When were you demoted from the
7    Queens Courthouse position?
8       A    In December 2008.
9       Q    Do you know what Dan Greenfield's
10   position was in December 2008?
11      A    I don't exactly know what the
12   titles are for the editors or for Dan
13   Greenfield specifically.
14      Q    Do you know what Dan Greenfield's
15   position is today at the New York Post?
16      A    I don't know exactly what his title
17   is.
18      Q    Do you know that Dan Greenfield
19   wasn't the deputy editor back in
20   December 2008?
21      A    I do not know if he was or he was
22   not.
23      Q    But you just said that he played a
24   role in your demotion, right?
25      A    Yes.

Page 52

IKIMULISA LIVINGSTON

1
2       Q    So if he wasn't in his current
3    position, how do you know that he had any
4    authority to demote you back in 2008?
5       A    I think regardless of his title, I
6    think he played a role in my demotion.
7       Q    Tell me the factual basis for that
8    belief.
9       A    Dan Greenfield was an editor at the
10   Post.  I believe he was a confidante of
11   Michelle Gotthelf.  And I believe he played
12   a role in my demotion.
13      Q    Confidante.
14      Why do you believe he was
15   confidante of Michelle Gotthelf back in
16   December 2008?
17      A    She was the Metro editor and he was
18   an editor.
19      Q    So you do remember the titles of
20   some people at the New York Post?
21      A    I'm not specific on exactly what
22   all the titles are for all of the editors.
23      Q    Okay.
24      Tell me, how long did you hold the
25   Queens Courthouse position?

Page 53

IKIMULISA LIVINGSTON

1
2       A    I was there from winter of 2006
3    until I was removed, wrongly, in 2008 of
4    December.
5       Q    Okay.  Winter of 2006 through
6    December 2008; is that right?
7       A    That is correct.
8       Q    So when you were the Queens
9    Courthouse reporter, where did you report to
10   work every day?
11      A    I'm sorry?
12      Q    I didn't mean to cut you off.
13      A    When I was the Queens Courthouse
14   reporter, I went to work at the Queens
15   Courthouse.
16      Q    What time did you report to the
17   Queens Courthouse, generally?
18      A    It varied.
19      Q    Was it sometime between 9 and
20   10 a.m.?
21      A    It varied.
22      Q    What did it vary on?  When did it
23   change?
24      A    It depended on the cases I was
25   working on.

14  (Pages 50 to 53)

Page 54

```
                IKIMULISA LIVINGSTON
1
2       Q    Okay.
3           What's the earliest you ever
4   reported to work at the Queens Courthouse?
5       A    I don't recall the exact time, but
6   there are times when I certainly got there
7   very early.
8       Q    What time did the doors open at the
9   Queens Courthouse, do you know?
10      A    I don't recall exactly what time
11  they opened.
12      Q    Did you ever get there at 7 a.m.?
13      A    I believe I have gotten there at
14  7 a.m.
15      Q    Did you ever get there at
16  6:30 a.m.?
17      A    I don't recall.
18      Q    So the earliest you recall arriving
19  there is 7 a.m.; is that right?
20      A    I'm certain there were occasions
21  where I got there at 7 a.m.  I don't know
22  specifically there if there were other cases
23  where I got there at 6:30.  That may have
24  happened or that may not have happened.  I
25  don't recall.
```

Page 55

```
                IKIMULISA LIVINGSTON
1
2       Q    What was the latest you stayed at
3   the Queens Courthouse?
4       A    I don't recall the latest time I've
5   been there.
6       Q    You don't recall?
7       A    I don't recall the latest I've been
8   there.
9       Q    On average, what time did you leave
10  the Queens Courthouse?
11      A    It varied.
12      Q    Did you have a desk at the Queens
13  Courthouse?
14      A    Yes, I did.
15      Q    When you were a Queens Courthouse
16  reporter, did you report to work at
17  1211 during normal business hours?
18      A    I'm sorry.  When I was at the
19  Queens Courthouse?
20      Q    Correct.
21      A    Did I report to --
22      Q    When you were a Queens Courthouse
23  reporter, did you report to work at the New
24  York Post offices at 1211 Avenue of the
25  Americas during normal business hours?
```

Page 56

```
                IKIMULISA LIVINGSTON
1
2       A    Normally not, no.
3       Q    So in December 2008 is when you
4   stopped being a Queens Courthouse reporter,
5   right?
6       A    That's correct.
7       Q    And you said you started sometime
8   in the winter of 2006; is that right?
9       A    That's correct.
10      Q    So is it fair to say that you
11  didn't report to work at the New York Post
12  offices at 1211 Avenue of the Americas until
13  sometime before winter 2006; is that right?
14      A    No.  That's not absolutely correct.
15      Q    So tell me when you reported to
16  work at 1211 Avenue of the Americas during
17  normal business hours while you were a
18  Queens Courthouse reporter.
19      A    Well, if we're talking about normal
20  business hours?
21      Q    Yeah, that was the question.
22  Normal business hours.
23      A    If we're talking about normal
24  business hours.  Normal business hours for
25  me also included Sundays, so there were
```

Page 57

```
                IKIMULISA LIVINGSTON
1
2   occasions when I, as a general assignment
3   reporter on Sundays while I was also working
4   as a Queens Court reporter, when I did go to
5   the office.
6       Q    From Monday through Friday, 9 to 5,
7   when you were a Queens Courthouse reporter,
8   how many times would you say, instead of
9   reporting to your desk at the Queens
10  Courthouse, you went to 1211 Avenue of the
11  Americas?
12      A    I don't recall.
13      Q    Well, was it more than once?
14      A    I think it probably was more than
15  once.
16      Q    Was it more than five times?
17      A    I don't know.
18      Q    Why would you not go to work at the
19  Queens Courthouse and instead go to the New
20  York Post offices when you were on that
21  beat?
22      A    Well, when Michelle called me, I
23  believe it was December 2nd or 3rd -- I
24  think it was the 3rd, she called me when I
25  was at the Queens Courthouse and asked me to
```

15 (Pages 54 to 57)

Page 58

IKIMULISA LIVINGSTON

1    IKIMULISA LIVINGSTON
2    come in to the office at 1211 Sixth Avenue
3    the following day.  And I reported to work
4    that day at 10 a.m.  I believe it was
5    10 a.m. at 1211.
6        Q    Is this December 2nd or 3rd, 2008?
7        A    2008, yes.
8        Q    So that's when your position was
9    being reassigned; is that right?
10       A    That's when she demoted me.
11       Q    Well, I'm talking about the time
12   that you actually were a Queens Courthouse
13   reporter, was there any time when instead of
14   going to work at the Queens Courthouse you
15   instead went to work at 1211 Avenue of the
16   Americas?
17       A    And you are referring to only
18   Monday through Friday?
19       Q    Only Monday through Friday, during
20   normal business hours Monday through Friday.
21       A    I don't recall.
22       Q    You don't recall if there was any
23   time?
24       A    I don't recall how many times.
25       Q    Will you agree that it would be a

Page 59

IKIMULISA LIVINGSTON

1    IKIMULISA LIVINGSTON
2    rare occurrence that you wouldn't go to the
3    Queens Courthouse and you would instead go
4    to 1211 Avenue of the Americas during normal
5    business hours Monday through Friday?
6        A    I would say that it was -- it would
7    have been out of the ordinary.  It would
8    have been unusual.
9        Q    And while you were a Queens
10   Courthouse reporter, your testimony is you
11   also worked on Sundays; is that right?
12       A    For part of the time I was a Queens
13   Courthouse reporter, yes.
14       Q    And what were your job
15   responsibilities when you worked on Sundays?
16       A    I was a general assignment
17   reporter.
18       Q    And the work you did on Sundays,
19   was that overtime?
20       A    No.
21            Well, sometimes there would be
22   overtime.
23       Q    And the overtime would be the work
24   you did on Sundays?
25       A    Are you asking me if the Sunday

Page 60

IKIMULISA LIVINGSTON

1    IKIMULISA LIVINGSTON
2    shift I worked was overtime?
3        Q    Yes.
4        A    No.
5        Q    When you worked on Sundays, were
6    you working on stories relating to your
7    Queens Courthouse reporter beat?
8        A    Usually not.
9        Q    How many Sundays would you say you
10   worked between the winter of 2006 and
11   December of 2008?
12       A    For much of that time up until
13   2008, my shift was Sunday through Thursday.
14       Q    So is it your testimony that when
15   you were a Queens Court reporter, you didn't
16   work on Fridays?
17       A    That's correct.
18            I'm sorry.  Up until 2008, I worked
19   Sunday through Thursday.
20            Monday through Thursday, I worked
21   in the Queens Courthouse.  Sunday I worked
22   general assignment.
23       Q    Do you know who covered the Queens
24   Courthouse on Fridays?
25       A    It's my understanding that no one

Page 61

IKIMULISA LIVINGSTON

1    IKIMULISA LIVINGSTON
2    covered the Queens Courthouse on Fridays.
3        Q    When you worked Sunday through
4    Thursday during that time period, did you
5    interact with Dan Greenfield on the Sundays
6    you were in the office?
7        A    I don't recall.
8        Q    Well, based on your testimony, the
9    only time you would have been in the office
10   with Dan Greenfield on a regular basis would
11   have predated your assignment to the Queens
12   Courthouse reporter beat; is that correct?
13       A    I don't know when Greenfield
14   started working at the Post.
15       Q    You may not recall the date sitting
16   here today, but based on your work schedule
17   and what you just described, the only time
18   that you would have interacted with Dan
19   Greenfield would have been pre your
20   assignment to the Queens Courthouse reporter
21   position; is that correct?
22       A    I don't recall working with
23   Greenfield before that.
24       Q    So you don't recall working with
25   Dan Greenfield before the Queens Courthouse

16 (Pages 58 to 61)

Page 62

IKIMULISA LIVINGSTON

1    reporter assignment, and that may be because
2    he wasn't at the Post.
3         And tell me then, when have you
4    been in the office on a regular basis with
5    Dan Greenfield?
6         When I say "the office," I'm
7    referring to 1211 Avenue of the Americas.
8         A    On a regular basis?
9         Q    Yes.
10        A    I have not been in the office on a
11   regular basis with Dan Greenfield.
12        Q    So you testified earlier when you
13   speak with Dan Greenfield it's on the
14   telephone; is that right?
15        A    For the most part, yes.
16        Q    So how do you know how Dan
17   Greenfield speaks with other people when you
18   are out of the office and having private
19   conversations with him on the telephone
20   only?
21        A    Well, I know from my colleagues,
22   from Leonard, he's told me how Greenfield
23   has spoken to him on occasion.
24        He's yelled at him and screamed at

Page 63

IKIMULISA LIVINGSTON

1    him, and I know from Austin Fenner that
2    Greenfield yelled and screamed and cursed at
3    him.
4         And in my interactions with some of
5    my white reporter colleagues, they have
6    never mentioned about Greenfield speaking to
7    them in that matter.
8         Q    Who else have you spoken with other
9    than Leonard Greene and Austin Fenner, your
10   co-plaintiffs in this case?
11        MR. THOMPSON:  Objection.
12        A    I don't understand the question.
13        Q    Who else have you spoken with
14   regarding the manner in which Dan Greenfield
15   speaks to reporters other than Mr. Greene
16   and Mr. Fenner?
17        MR. THOMPSON:  And other than
18   counsel, correct?  Please make that
19   clear.
20        MS. LOVINGER:  I'll withdraw
21   that question and make it clearer.
22        Q    Tell me what other New York Post
23   reporters you've spoken with, either current
24   or former New York Post reporters, regarding

Page 64

IKIMULISA LIVINGSTON

1    the manner in which Dan Greenfield speaks to
2    them other than Mr. Greene and Mr. Fenner?
3         A    I've spoken to other reporters just
4    out on the field sometimes.
5         Q    Tell me who.
6         A    I've spoken with Amber Sutherland,
7    Kevin Fasick.
8         Those are the two that come to mind
9    right now.  And at no time did they tell me
10   that they spoken to in that same matter
11   by Dan Greenfield.
12        Q    Have you ever asked Amber
13   Sutherland if Dan Greenfield has ever raised
14   his voice at her?
15        A    I have not specifically asked
16   Amber, "Did Dan yell at you or scream at
17   you" but I've asked in general, how's it
18   going, how do you like the Post, that sort
19   of thing.
20        Q    Is Amber Sutherland a friend of
21   yours?
22        A    Amber Sutherland is a colleague.
23        Q    Do you think Amber Sutherland would
24   confide in you about her work-related

Page 65

IKIMULISA LIVINGSTON

1    problems?
2         A    Yes.
3         Q    Do you know if Amber Sutherland
4    knows that you are suing the New York Post?
5         A    Yes, I believe that she's aware.
6         Q    Well, given that Amber Sutherland
7    knows that you are suing her employers,
8    wouldn't you agree that she might be
9    hesitant to criticize them to you?
10        A    I don't know that.
11        Q    But it wouldn't be unreasonable,
12   wouldn't you agree?
13        A    I don't know.
14        Q    So Amber Sutherland did not tell
15   you that Dan Greenfield doesn't yell at her;
16   is that right?
17        A    That would be true.
18        Q    How about Kevin Fasick?
19        Tell me what Kevin Fasick told you.
20        A    Kevin Fasick never said that
21   Greenfield yelled at him.
22        Q    Has Kevin Fasick ever told you that
23   Dan Greenfield hasn't yelled at him?
24        A    No, he hasn't specifically said

17 (Pages 62 to 65)

IKIMULISA LIVINGSTON

1 
2 that.
3    Q    And Kevin Fasick also knows that
4 you are currently involved in a litigation
5 against the New York Post; isn't that right?
6       MR. THOMPSON:  Objection.
7    A    I don't know that.
8    Q    Have you spoken with any other
9 reporters in addition to Leonard Greene,
10 Austin Fenner, Amber Sutherland and Kevin
11 Fasick; anyone other than those four
12 individuals, regarding Dan Greenfield?
13    A    I've talked to Lorena Mongelli, and
14 I can't recall exactly right now -- I'm
15 trying to think of exact conversations, but
16 right now doesn't come to mind.
17    Q    And has Lorena Mongelli ever told
18 you that Dan Greenfield never yells at her?
19    A    No, she's never told me that he
20 never yells at her.
21    Q    So do you have any factual basis to
22 believe that Dan Greenfield does not yell at
23 white reporters?
24    A    None of the white reporters I've
25 talked to have told me that Dan Greenfield

IKIMULISA LIVINGSTON

1 
2 yells at them.
3    Q    But none of the white reporters
4 you've talked to have told you that Dan
5 Greenfield doesn't yell at them; isn't that
6 correct?
7    A    I don't recall specifically.
8    Q    Are you changing your testimony of
9 a few minutes ago?
10    A    No, I'm not changing my testimony.
11    Q    Have you specifically asked every
12 white reporter at the New York Post if Dan
13 Greenfield yells at them?
14    A    No, I have not.
15    Q    Is there anything else that Dan
16 Greenfield has done to support your belief
17 that he's discriminated against you based on
18 your race?
19    A    Dan Greenfield also was involved
20 with my evaluations, and all of those
21 evaluations -- those evaluations for the
22 most part were wrong and untrue.
23    Q    Do you know when the New York Post
24 started administering performance
25 evaluations?

IKIMULISA LIVINGSTON

1 
2    A    The first evaluation I had was in
3 2008.  I recall that being the first time
4 there was a formal process.
5    Q    And you testified earlier you don't
6 even know if Dan Greenfield was an employee
7 of the Post in 2008; isn't that right?
8    A    2008?
9    Q    Yeah.  Yes.
10    A    I think Dan was an employee in
11 2008.
12    Q    Well, did Dan Greenfield review
13 your job performance in 2008?
14    A    I don't know if he reviewed my job
15 performance.  I don't know if he was the one
16 to review me in 2008.
17    Q    So you are not alleging that Dan
18 Greenfield discriminated against you based
19 on your evaluation in 2008; is that right?
20    A    I don't know that he didn't have
21 anything to do with it.
22    Q    Well, we haven't even established
23 that he was employed by the Post in 2008.
24       So sitting here today, you're not
25 alleging that Dan Greenfield discriminated

IKIMULISA LIVINGSTON

1 
2 against you based on your job performance
3 evaluation in 2008; is that right?
4    A    I'm certain I talked to Dan
5 Greenfield in 2008.  I believe he was an
6 employee.
7    Q    And you think Dan Greenfield
8 evaluated your performance in 2008?
9    A    I said I don't know that he did
10 not.
11    Q    Is there anything else other than
12 what you've already told me that supports
13 your belief that Dan Greenfield
14 discriminated against you based on your
15 race?
16    A    I think I mentioned, or if I
17 didn't, the fact that he gives me dead-end
18 stories that don't go anywhere; the way he
19 speaks to me that is -- that's offensive.
20       I think he did play a role in my
21 demotion.
22    Q    When you say "demotion," you are
23 referring to the Queens Courthouse position?
24    A    That would be correct.
25       And sometimes I don't get bylines

18 (Pages 66 to 69)

Page 70

IKIMULISA LIVINGSTON

1
2  on stories that I contribute to and I think
3  editors play a role -- editors have played a
4  role in that, and he's an editor.
5          Right now, that's what comes to
6  mind right now.
7      Q    Okay.
8          During your time at the New York
9  Post, haven't you heard of numerous
10  incidents where white reporters didn't get
11  bylines on stories they've worked on?
12     A    In the nearly 15 years that I
13  worked at the New York Post?
14     Q    Yes.
15     A    For the majority of time, people
16  got bylines for what they contribute to a
17  story.
18     Q    So that doesn't answer the
19  question, though.
20          In your nearly 15 years that you've
21  worked at the New York Post, have you ever
22  heard of a white reporter not getting a
23  byline for a story they worked on?
24     A    I think that there are occasions
25  when rewrite people, people who are in the

Page 71

IKIMULISA LIVINGSTON

1
2  office who actually write the story when
3  they don't give themselves a byline.
4      Q    So is the answer yes?
5      A    Not just whites, but also the one
6  black reporter and that would be Leonard.
7  So that happens occasionally.
8      Q    So it does happen that white
9  reporters don't get bylines?
10     A    I'm saying sometimes rewrite --
11  when people are doing rewrite, white
12  rewrite, as well as Leonard, the only black
13  rewrite or reporter in the newsroom, there
14  are occasions when there are so many people
15  on the byline, that they don't actually take
16  credit.
17     Q    And you personally got bylines the
18  majority of the time that you worked on
19  stories during your 15 years; is that
20  correct?
21     A    Throughout my 15 years?
22     Q    Yes.
23     A    Up until -- I would say that most
24  of the time I always got a byline for
25  something I worked on up until recently.

Page 72

IKIMULISA LIVINGSTON

1
2      Q    And when you say "recently," do you
3  mean 2011?
4      A    I mean when Michelle and Dan began
5  to discriminate against me.
6      Q    What's the time frame of when
7  Michelle and Dan began to discriminate
8  against you?
9      A    I would say when Michelle became
10  the Metro editor.
11     Q    And that was -- Michelle became the
12  Metro editor when you were assigned to the
13  Queens Courthouse; is that correct?
14     A    I believe that's correct.
15     Q    Michelle was promoted -- Michelle
16  Gotthelf was promoted to the Metro editor in
17  December 2007.
18          Does that sound right?
19     A    I don't know.
20     Q    Yeah, that's when Michelle was
21  promoted.
22          So your testimony is that Michelle
23  Gotthelf started discriminating against you
24  in or around December 2007?
25     A    Soon after Michelle became the

Page 73

IKIMULISA LIVINGSTON

1
2  Metro editor or somewhere around that time,
3  I know I had a desk at the office, I had a
4  phone at the office and those things were
5  taken from me.  This is still when I was a
6  reporter working on Sundays, working the
7  Sunday-through-Thursday shifts.
8          And yes, it continued from then on.
9      Q    So is it your testimony that you
10  had a desk in the newsroom prior to
11  December 2007 and when you became a Queens
12  Courthouse reporter, that desk was taken
13  away from you?
14     A    No, that's not what I'm saying.
15     Q    Well, your testimony was "Soon
16  after Michelle became the Metro editor, I
17  know I had a desk at the office, I had a
18  phone at the office and those things were
19  taken away from me."
20          And we just established that
21  Michelle became the Metro editor in
22  December 2007 and that's about the same time
23  you became the Queens Courthouse reporter;
24  isn't that right?
25          MR. THOMPSON: Objection.

19  (Pages 70 to 73)

Page 74

IKIMULISA LIVINGSTON

1
2      A    No.
3      Q    I'm sorry.  You were actually --
4  you were the Queens Courthouse reporter when
5  Michelle was promoted?
6      A    That's correct.
7      Q    So is it your testimony that when
8  Michelle Gotthelf was promoted, you lost
9  your desk at 1211 Avenue of the Americas?
10     A    It was around that time.  I don't
11 exactly remember when.  I know that Michelle
12 was on the desk and at some point she called
13 me, telling me that they were taking away my
14 desk and that I needed to come in and get my
15 things.  And it was my understanding that a
16 white woman was being placed in the desk
17 that I had basically been in since 1997.
18     Q    So you received this phone call
19 while you were at the Queens Courthouse?
20     A    That's correct.
21     Q    And did Michelle Gotthelf offer you
22 a reason as to why your desk was being
23 removed?
24     A    I don't recall.  I don't recall her
25 giving me a reason.  She just said that my

Page 75

IKIMULISA LIVINGSTON

1
2  things were all being taken out of the
3  drawers and everything was being cleared off
4  of the desk and placed on top of file
5  cabinets where people generally -- those are
6  freebies that people just come and take and
7  that I needed to come and get my things.
8      Q    And who was the white woman who was
9  being assigned to your desk?
10     A    I don't recall her name.
11     Q    She just said "I'm assigning your
12 desk to a white woman"?
13     A    She did not say that, no.
14     Q    Well, what did she say to you, to
15 the best of your recollection?
16         MR. THOMPSON:  Objection.
17     A    I believe I just told you what she
18 said to me.
19     Q    Well, you said that you believed a
20 white woman was given your desk.
21         What is the basis for that belief?
22     A    I learned later on and I would see
23 a white woman sitting at my desk, at the
24 desk that was mine.
25     Q    Do you know if there were other

Page 76

IKIMULISA LIVINGSTON

1
2  available desks in the newsroom at that
3  time?
4      A    I don't know.
5      Q    But you testified earlier that at
6  that time you had a desk at the Queens
7  Courthouse; is that right?
8      A    Yes.
9      Q    So why would you need two desks?
10     A    Sometimes I worked as a general
11 assignment reporter and -- on Sundays I
12 worked as a general assignment reporter and
13 sometimes I would go into the office during
14 the commission of my job.
15     Q    Right.  But there were a lot of
16 other desks that were available on Sunday
17 because people who worked different shifts
18 during the week weren't all in the office on
19 Sunday; isn't that right?
20     A    I don't know.
21     Q    Well, tell me what you did when you
22 came into the office on Sunday.
23         Did you sit -- did you have to sit
24 on the floor?
25     A    I don't recall sitting on the floor

Page 77

IKIMULISA LIVINGSTON

1
2  in the office.
3      Q    Did you use someone else's desk?
4      A    I don't recall right now.
5      Q    So sitting here today, you don't
6  recall where you performed the work you said
7  you performed on Sundays during this time
8  period when you were at the Queens
9  Courthouse; is that your testimony?
10     A    Do you mean after my desk was
11 taken?
12     Q    Yes.  After your desk was taken
13 away.
14     A    I think a lot of times I ended up
15 writing -- doing work from my car or doing
16 work from home.
17     Q    Well, during the period of time you
18 were Queens Courthouse reporter, you said
19 that when you weren't in the Queens
20 Courthouse you were working on Sundays as a
21 general assignment reporter; is that right?
22     A    Yes.
23     Q    So when you are a general
24 assignment reporter, isn't your job to be
25 out in the field on the streets?

20  (Pages 74 to 77)

IKIMULISA LIVINGSTON
1
2     MR. THOMPSON:  You are right.
3  And let's also make clear that you
4  produced 600 pages a day or two
5  before *defendant's deposition in
6  this case.
7     Thank you.  Just continue.
8     Six hundred pages of documents that
9  we had to review.
10     MS. LOVINGER:  Do you want to
11  have a dispute about this?
12     MR. THOMPSON:  No.  I want you
13  to continue with your deposition, Ms.
14  Lovinger.
15     MS. LOVINGER:  You just need to
16  get in the last word is all it is.
17     MR. THOMPSON:  No, I don't.
18  I'm want you to continue.
19     MS. LOVINGER:  And I will
20  continue.
21     MR. THOMPSON:  Thank you.
22  BY MS. LOVINGER:
23     Q    Ms. Livingston, you testified that
24  Ms. Gotthelf started discriminating against
25  you when she was promoted to Metro editor in

IKIMULISA LIVINGSTON
1
2  December 2007; is that correct?
3     MR. THOMPSON:  Objection.
4     A    No.  No, I'm not saying that that's
5  absolutely when Ms. Gotthelf started
6  discriminating against me.
7     Q    Are you changing your testimony?
8     A    No, I'm not changing my testimony.
9     Q    When are you now saying that
10  Ms. Gotthelf started discriminating against
11  you?
12     MR. THOMPSON:  Objection.
13     A    Prior to -- I'm sorry, I take that
14  back, "prior to."
15     The discrimination has been ongoing
16  for a while and Michelle has sent -- I did
17  mention that Michelle also talked about
18  e-mails, story pitches that I provided that
19  I would send them, and she just called them
20  "low rent" when they related to black people
21  or people of color, Latinos.
22     And then there were other occasions
23  when I felt like she discriminated against
24  me.
25     I was specifically focusing on the

IKIMULISA LIVINGSTON
1
2  fact that I lost my desk around that time in
3  the newsroom and it was given to a white
4  woman.
5     Q    And you don't know who that white
6  woman is, correct?
7     A    No.  I remember meeting her, but I
8  don't recall her name.
9     Q    So when did Michelle Gotthelf start
10  discriminating against you, in your opinion?
11     A    I don't have an exact date of when
12  the discrimination began.
13     I just know that the evaluations I
14  received were untrue.  I was demoted from my
15  job at the Queens County Courthouse.
16     She referred to stories about black
17  people and Latino as "low rent."
18     Q    Before the break, you testified --
19     MR. THOMPSON:  Wait.  Are you
20  finished, Ms. Livingston, answering
21  her question?
22     A    No, no.  There were other things I
23  want to talk about.
24     In relation to Ms. Gotthelf and as
25  well as Greenfield, you asked me --

IKIMULISA LIVINGSTON
1
2     Q    Well, if you can just answer this
3  question and then we can move on to whatever
4  else you want to talk about.
5     But the question right now was when
6  did Michelle Gotthelf start discriminating
7  against you.
8     A    I don't have an exact date from
9  when the discrimination by Ms. Gotthelf
10  began.
11     Q    Before the break, you testified
12  that Michelle Gotthelf started
13  discriminating against you while you were at
14  the Queens Courthouse, because that's around
15  the time she was promoted to Metro editor.
16     Are you changing that testimony?
17     A    Well, no, I'm just adding to it.
18     There were other instances, too.
19     For instance, when I was applying
20  for -- when I requested being given this
21  beat, this Queens Courthouse beat, I had to
22  ask repeatedly Michelle and Jesse Angelo to
23  be permitted to apply for this beat, to be
24  given this opportunity to do this beat.
25     And I asked Jesse Angelo verbally,

22  (Pages 82 to 85)

Page 86

IKIMULISA LIVINGSTON

1      IKIMULISA LIVINGSTON
2 I asked Michelle verbally. At some point I
3 had heard from others that someone had been
4 hired, a white woman had actually been hired
5 to do that job. And about that time I
6 actually had something -- I wrote
7 something -- I had something in writing
8 saying I would like to be considered for
9 this position.
10      I included clips of my work despite
11 the fact I had worked there for nine years
12 as a general assignment reporter and covered
13 numerous court cases. I actually submitted
14 with my e-mail request actual stories that I
15 had worked on as examples, despite the fact
16 that I had worked there for nine years.
17      And then when I was finally given
18 the beat, I was told that it was a
19 probationary, it was just a probationary to
20 see how I did at it.
21   Q   How many times did you have to
22 speak with Mr. Angelo and Ms. Gotthelf about
23 the Queens Courthouse reporter position that
24 you were seeking?
25   A   I don't remember exactly how many

Page 87

IKIMULISA LIVINGSTON

1      IKIMULISA LIVINGSTON
2 times I spoke to them.
3     I know I spoke to her -- to
4 Michelle about it. I know I spoke to Jesse
5 about it on more than one occasion.
6     And I'm including the e-mail I sent
7 as well.
8   Q   Do you know the period -- the time
9 span between the time you first expressed
10 interest in the Queens Courthouse position
11 and the time when you were actually given
12 the position?
13   A   No, I don't recall.
14   Q   But is it your testimony that it
15 took a long time to convince them to give
16 you a shot at the Queens Courthouse
17 position?
18     MR. THOMPSON: Objection.
19   A   I just know I had to repeatedly ask
20 to be considered for the position.
21   Q   And why is this, in your mind,
22 evidence of discrimination on the par of
23 Michelle Gotthelf?
24   A   Well, I don't think other white
25 reporters have to repeatedly ask to be

Page 88

IKIMULISA LIVINGSTON

1      IKIMULISA LIVINGSTON
2 considered for a position. And I know that
3 my colleague Leonard Greene has repeatedly
4 asked for an opportunity to apply for an
5 editor job, for other jobs in the newsroom,
6 and actually I recall just talking to him
7 about how he actually applied for an editor
8 job and they had all these different people,
9 these white people doing tryouts on the desk
10 and --
11   Q   Ms. Livingston --
12     MR. THOMPSON: No, no. She's
13 answering the question.
14     MS. LOVINGER: This is a
15 different question.
16     MR. THOMPSON: No, no. She's
17 answering the question about the
18 defendant Michelle Gotthelf.
19     MS. LOVINGER: But --
20     MR. THOMPSON: Look at the
21 question --
22     MS. LOVINGER: The question is
23 when she was applying for the Queens
24 Courthouse position in 2006.
25     MR. THOMPSON: Let's look at

Page 89

IKIMULISA LIVINGSTON

1      IKIMULISA LIVINGSTON
2 the last question you asked her.
3     THE WITNESS: May I continue?
4     MR. THOMPSON: Wait. Wait.
5 Are we clear what your last
6 question is, because that's not what you
7 said. The transcript we have right now
8 in the computer we're all looking at
9 shows your last question.
10     MS. LOVINGER: We're talking
11 about the Queens Courthouse position.
12     MR. THOMPSON: Your last
13 question -- she was in the middle of
14 answering your last question. You
15 have to let her --
16     MS. LOVINGER: Let's continue
17 because we are wasting time
18 unnecessarily.
19     MR. THOMPSON: Please continue
20 to answer her last question.
21   A   Leonard was just telling me how
22 demoralizing it was for him to actually have
23 taken assignment from someone who was
24 applying for, a tryout -- a white person, a
25 white man who was trying out for the job

23 (Pages 86 to 89)

IKIMULISA LIVINGSTON

1  
2  that he wouldn't even get a tryout for.
3      Q    So is it your testimony that it
4  took you four or five years to determine
5  that what happened to you when you were
6  applying for the Queens Courthouse position
7  could be somehow discriminatory?
8      MR. THOMPSON: Objection.
9      A    I'm sorry.  Could you ask the
10  question again, please.
11      Q    We were talking about you and your
12  assignment to the Queens Courthouse
13  position, and when I asked you why you think
14  Ms. Gotthelf's actions in connection with
15  your assignment to the Queens Courthouse
16  were discriminatory, you started giving me
17  an answer about Leonard Greene.
18      So I'm asking you if it's your
19  testimony that you, through Leonard Greene,
20  recently determined that what happened to
21  you when you were applying for the Queens
22  Courthouse position was somehow
23  discriminatory?
24      A    The fact that I had to repeatedly
25  ask to be considered for this position, the

IKIMULISA LIVINGSTON

1  
2  fact that Leonard has repeatedly asked to be
3  considered and has applied for different
4  positions at the Post.
5      And before that a friend of mine,
6  Angela Allen, who worked at the Post, she
7  also applied or asked to be considered to go
8  to the Washington bureau, and she was told
9  by Jesse Angelo, "No, and if you don't like
10  it you can go somewhere else."
11      The fact that over the course of
12  all those years that Neil Graves has worked
13  for the Post and was essentially fired by
14  Michelle -- who was fired by Michelle even
15  though he was sick and she would try to give
16  him clerk work to do.
17      You know, all those things lead me
18  to believe that Michelle is racist.
19      Q    We're back in 2006 and your
20  application to the Queens Courthouse
21  position.
22      You said that you repeatedly had to
23  ask for the assignment to the Queens
24  Courthouse position, to be considered for
25  the Queens Courthouse position.

IKIMULISA LIVINGSTON

1  
2      Do you know how many times you
3  spoke with Michelle Gotthelf about wanting
4  the Queens Courthouse position?
5      A    I told you I don't remember exactly
6  how many times I asked her.  I know I
7  verbally asked her.  I know I sent an e-mail
8  and a minimum of my asking her twice.
9      So I think there were more than two
10  occasions.
11      Q    And in your Complaint, you claim
12  that you were forced to effectively beg for
13  the Queens Courthouse position; is that
14  right?
15      A    That's correct.
16      Q    Ms. Livingston, I'm going to show
17  you what's been marked as Livingston
18  Exhibit 1.  It's an e-mail from you to Jesse
19  Angelo and Michelle Gotthelf dated
20  January 27, 2006, and it's Bates stamped
21  IL-592 through IL-596.
22      (Livingston Exhibit 1, E-mail
23  dated Friday, January 27, 2006,
24  3:19 p.m., Bates Numbers IL-592
25  through IL-596, was marked for

IKIMULISA LIVINGSTON

1  
2  Identification.)
3  BY MS. LOVINGER:
4      Q    Do you see this e-mail?
5      A    I see the e-mail.
6      Q    And in the first line of the
7  e-mail, you say "Hello, I understand the
8  Queens Courthouse beat is open.  I would
9  like to be considered for the position."
10      Do you see that?
11      A    Yes, I do.
12      Q    So is it fair to say that on
13  January 27, 2006, you reached out to
14  Mr. Angelo and Ms. Gotthelf and expressed
15  interest for the Queens Courthouse position;
16  is that right?
17      A    Are you asking if this is the first
18  time?
19      Q    I'm asking if on January 27, 2006,
20  you expressed interest in the Queens
21  Courthouse position?
22      MR. THOMPSON: Objection.
23      A    I sent an e-mail and if it's dated
24  that day, then that's the day I sent the
25  e-mail.

24  (Pages 90 to 93)

Page 102

IKIMULISA LIVINGSTON

1
2      A     That person was Steve Marsh.
3      Q     So are you now claiming that Steve
4   Marsh discriminated against you in asking
5   you to turn your notes over to a white
6   reporter?
7          MR. THOMPSON:  Objection.
8      A     I'm not saying that Steve Marsh was
9   discriminating against me.  I'm saying that
10  Steve Marsh was -- directed me to turn my
11  notes to the good friend of Michelle
12  Gotthelf and also Bridget Harrison, who was
13  romantically involved with Jesse Angelo.
14     Q     But I'm confused because we're
15  talking about acts of perceived
16  discrimination.
17         So again the question is:  Can you
18  tell me if anyone else at the New York Post
19  other than Ms. Gotthelf or Mr. Greenfield
20  has acted in a way that you believe is
21  discriminatory against you.  Anyone at the
22  New York Post?
23     A     Right now, that's the only other
24  thing I can think of right now.
25     Q     Ms. Gotthelf was your direct

Page 103

IKIMULISA LIVINGSTON

1
2   supervisor when you were at the Queens
3   Courthouse from February or March 2006 until
4   she was promoted to Metro editor; is that
5   correct?
6      A     Yes, I believe that's correct.
7      Q     And then Zach Haberman started
8   acting as your supervisor in or about
9   December 2007 or January 2008; is that
10  correct?
11     A     That sounds about correct.
12     Q     Ms. Livingston, you produced
13  digital audio recordings of conversations
14  with current and former employees of the
15  Post; is that correct?
16     A     Yes.
17     Q     And this included recordings of
18  Zach Haberman, Dan Greenfield, Michelle
19  Gotthelf, Neil Sloane and Amy Scialdone?
20     A     Correct.
21     Q     Did you ever record any other Post
22  employee?
23     A     Yeah.  The people answering the
24  telephone.  They would have been on those
25  same recordings.

Page 104

IKIMULISA LIVINGSTON

1
2      Q     Anyone else?
3      A     No, I don't recall anyone else, no.
4      Q     We received 92 recordings involving
5   Post employees.
6          Are there any other recordings?
7      A     No.
8      Q     When did you make these recordings?
9      A     When did I make them?
10     Q     Yes.  When did you make these
11  recordings?
12     A     I don't have an exact date for all
13  the recordings.
14     Q     Can you tell me the time span?
15     A     They would have been -- the
16  recordings would have began shortly after
17  Zach Haberman became my editor and on a
18  nearly daily basis constantly cursed at me,
19  towards me, yelled at me, screamed, berated
20  me.  That's when I started recording my
21  conversations.
22     Q     So you started making recordings of
23  coworkers while you were a Queens Courthouse
24  reporter; is that correct?
25         MR. THOMPSON:  Objection.

Page 105

IKIMULISA LIVINGSTON

1
2      A     I didn't record my coworkers.
3      Q     Zach Haberman wasn't an employee of
4   the Post?
5      A     He was my supervisor.
6      Q     So, all right, I'll rephrase the
7   question.
8          You started making recordings of
9   Post employees while you were a Queens
10  Courthouse reporter; is that correct?
11     A     I started making recordings after I
12  was constantly berated and screamed at by
13  Zach Haberman who was my supervisor.  And I
14  also recorded Michelle Gotthelf, Neil
15  Sloane, Dan Greenfield.  And sometimes the
16  people who picked up the phone at the New
17  York Post.  They would also be in those
18  recordings because they were on the phone.
19     Q     Right.  We already covered who you
20  recorded.
21         I asked when.  So you started
22  making recordings of Post employees while
23  you were a Queens Courthouse reporter; is
24  that correct?  That's a yes/no question.
25     A     I thought I answered that.  Yes,

27 (Pages 102 to 105)

Page 110

IKIMULISA LIVINGSTON

1
2      A     When I was asked by someone with
3   HR, Lisa, to no longer do that.
4      Q     Is that Lisa Sweberg you are
5   referring to?
6      A     I believe that's her name.
7      Q     When you tape-recorded
8   conversations, did you use an induction
9   coil?
10      A     Since I don't really know what an
11   induction coil is, no.
12      Q     You said that you used a digital
13   recorder.
14          Is that something that you hold up
15   to your phone?
16      A     I used a digital recorder that's a
17   handheld digital recorder.
18      Q     So do you hold it up to your
19   telephone when you record?
20      A     When I was recording those
21   conversations, I would either -- I don't
22   know if I would hold it to my phone, but I
23   would have to next to -- near my phone.
24      Q     Did you only record phone
25   conversations?

Page 111

IKIMULISA LIVINGSTON

1
2      A     Did I only record telephone
3   conversations?
4      Q     Yeah.  Did you record any in-person
5   meetings with Post employees?
6      A     Oh, okay.  No.
7      Q     Did you edit any of the tapes that
8   you produced?
9      A     No, I did not.  I don't know how to
10   edit them.
11      Q     And let me ask you:  Why did you
12   tape-record conversations with your
13   supervisors?  Did somebody tell you to make
14   these recordings?
15      A     No.
16          I knew that Zach Haberman was
17   discriminating against me.
18          I knew that the yelling, the
19   screaming, the tone, the cursing, I knew all
20   of these things were wrong and I didn't know
21   what to do about what was going on with him.
22          So at one point I thought -- I just
23   thought I needed proof and at one point I
24   thought, well, maybe I'll tell Michelle, but
25   I just did this so that I could have a

Page 112

IKIMULISA LIVINGSTON

1
2   record of what he was doing to me.
3      Q     Were you contemplating a lawsuit?
4      A     No.
5      Q     You just said that you knew that
6   Zach Haberman was discriminating against
7   you.
8          What's the basis for your belief
9   that Zach Haberman was discriminating
10   against you?
11      A     Because he was yelling and
12   screaming and cursing at me, to me, and I
13   don't think he treated -- certainly not
14   white male reporters that way that he
15   interacted with.
16          He treated me that way.
17      Q     But Zach Haberman did yell at other
18   reporters; isn't that right?
19      A     I don't know if he yelled.
20          I know that Denise Buffa had very
21   difficult times with him as well.
22      Q     Is Denise Buffa African-American?
23      A     No.  Denise Buffa is a white woman.
24      Q     So you know for sure that Zach
25   Haberman yelled at white women; is that

Page 113

IKIMULISA LIVINGSTON

1
2   right?  At least one white woman?
3      A     I know I yelled at me and he
4   yelled at Denise.
5          I don't know that he yelled.  I
6   know that he spoke to her in an abusive way
7   as well.
8      Q     Do you believe that Mr. Haberman
9   was more critical of your work than he was
10   of other reporters?
11      A     I don't know if he was more
12   critical of my work.  I just know that he
13   was abusive and treated me in a
14   discriminatory way.
15      Q     And Mr. Haberman's employment with
16   the New York Post was terminated, correct?
17      A     As far as I know, he lost his job.
18          MS. LOVINGER:  Let's go off the
19   record for one minute.
20          THE VIDEOGRAPHER:  The time is
21   12:28 p.m.  We're now off the record.
22          (A brief recess was
23   taken.)
24          THE VIDEOGRAPHER:  The time is
25   12:34 p.m.  We're now back on the

29 (Pages 110 to 113)

Page 114

IKIMULISA LIVINGSTON

1        IKIMULISA LIVINGSTON
2     record.
3    BY MS. LOVINGER:
4      Q   Ms. Livingston, when were you
5   removed from the Queens Courthouse position?
6      A   December 2008.
7      Q   Who told you you were being
8   removed?
9      A   Michelle Gotthelf.
10     Q   Did she call you?
11     A   Did she call me to tell me I was
12  being removed?  Is that your question?
13     Q   Yeah.  How did she convey the
14  message?
15     A   She called me, told me to come in
16  to the office the next day, and at that
17  time, the next day, she told me that they
18  were making a change in the Queens
19  courtroom, in the Queens Courthouse.
20     Q   Do you remember how long before you
21  stopped working in the Queens Courthouse she
22  had this conversation with you?
23     A   How long -- are you saying that I
24  was not in the Queens Courthouse when she
25  removed me?

Page 115

1        IKIMULISA LIVINGSTON
2     Q   No.  I'm saying that.
3       I'm saying did you continue to work
4  in the Queens Courthouse after Michelle
5  Gotthelf told you that would no longer be
6  your personal assignment?
7     A   When she told me I was being
8  demoted; that they were making a change, she
9  never told me when, so I thought I was out
10  the next day.
11      So the next day I called in to the
12  office, which is what you do on your general
13  assignment, and I spoke to Greenfield,
14  telling them him that I'm available.  I'm
15  not sure exactly what my words were.  And he
16  told me, no, that's not going to start until
17  next week.
18     Q   So you stayed in the Queens
19  Courthouse for one additional week?
20     A   I don't think it was a full week.
21  It was three, maybe four days.
22
23              REDACTED
24
25

Page 116

1        IKIMULISA LIVINGSTON
2  replaced me in my Queens Courthouse beat.
3
4
5
6
7
8
9
10         REDACTED
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 117

1        IKIMULISA LIVINGSTON
2
3
4
5
6
7
8
9
10
11         REDACTED
12
13
14
15
16
17
18
19
20
21
22
23
24
25

30  (Pages 114 to 117)

Page 118

1      IKIMULISA LIVINGSTON
2   more qualified for the Queens Courthouse
3   position; is that correct?
4          MR. THOMPSON: Objection.
5      A   I don't know if he's more qualified
6   or less qualified.
7      Q   You never had an employment
8   agreement at the New York Post, did you?  An
9   employment contract with the New York Post?
10     A   I was hired by the Post.  I don't
11  know of any contract.
12     Q   Well, did you ever have an
13  employment contract for a fixed period of
14  time to work for the New York Post?
15     A   No, I did not.
16     Q   Did you ever have an employment
17  contract in connection with a Queens
18  Courthouse reporter position?
19     A   No, no one ever gave me a contract
20  for that position.
21     Q   Were you ever promised that you
22  would be at the Queens Courthouse reporter
23  position for any specific period of time?
24     A   No.
25     Q   Do you know that   REDACTED

Page 119

1      IKIMULISA LIVINGSTON
2
3
4
5
6                 REDACTED
7
8
9
10
11
12
13     Q   To the best of your knowledge, who
14  was responsible for removing you from the
15  Queens Courthouse position?
16     A   Michelle Gotthelf, Jesse Angelo,
17  Dan Greenfield, Col Allan.
18     Q   And what's the basis for your
19  understanding of how the decision was made
20  to remove you from the courthouse?
21     A   What's the basis?
22     Q   Uh-huh.
23         Did someone tell you how the
24  decision was made to remove you from the
25  Queens Courthouse position?

Page 120

1      IKIMULISA LIVINGSTON
2      A   No, no one told me.
3      Q   But you know that Michelle Gotthelf
4   and Jesse Angelo were involved in that
5   decision, correct?
6      A   Yes.  I know the two of them were
7   involved in that decision, and I know that
8   one day
9                 REDACTED
10
11         And then the next day, I believe it
12  was I was, demoted from my beat.
13     Q   Who told you who made the decision
14  to remove you from the Queens Courthouse
15  position?
16     A   No one specifically told me who
17  made the decision.
18         Michelle told me that they were
19  making a change.  So, to me, "they" are the
20  editors of the New York Post.
21     Q   So to be clear, Ms. Gotthelf and
22  Mr. Angelo, the people who assigned you to
23  the Queens Courthouse position, were also
24  responsible for removing you; is that right?
25     A   And as I stated earlier, I think

Page 121

1      IKIMULISA LIVINGSTON
2   Dan Greenfield also had something to do with
3   that.  He was part of the decision-making on
4   that.
5      Q   Was your salary decreased --
6      A   I'm sorry.  Could I just state, I
7   think Zach Haberman would also have
8   something to do with me being removed from
9   the Queens County Courthouse, since he was
10  my immediate supervisor.
11         I just wanted to add that.
12     Q   Okay.
13         Was your salary decreased when you
14  were removed from the Queens Courthouse
15  position?
16     A   My set salary?  No, it did not
17  change.  However, my overtime did change.  I
18  made a lot of overtime covering the Sean
19  Bell trial.  And high-profile trials require
20  more time and attention and, therefore, I
21  did make lots of money.
22     Q   But the Sean Bell trial was over
23  before you were removed from the Queens
24  Courthouse position; is that right?
25     A   That's correct.

31  (Pages 118 to 121)

Page 122

IKIMULISA LIVINGSTON

1
2      Q    What other high-profile trials did
3  you work on as the Queens Courthouse
4  reporter?
5      A    I worked on the trial of Nicholas
6  "Fat Nick" Mihucci, the trial of Thomas
7  *Bain, I believe his name was.  The
8  Borukhova-Mallayev pretrial, Jack Rhodes,
9  Darryl Littlejohn.
10      Q    These are all high-profile trials?
11      A    They are trials -- yes, some of
12  them were higher than others, but yes, they
13  were trials that I covered while at the
14  Queens Courthouse.
15          And there were others as well.
16      Q    Can you define what you consider to
17  be "high profile"?
18      A    The Sean Bell, the cops who shot
19  and killed Sean Bell, that was a very
20  high-profile story that almost on a daily
21  basis made the front page as the trial was
22  going on.
23      Q    But the question was:  Can you
24  define what you consider to be high profile.
25      A    These are stories -- as an example,

Page 123

IKIMULISA LIVINGSTON

1
2  the Sean Bell cops trial was a high-profile
3  story.
4      Q    Why?
5      A    It had a lot of interest of the
6  readers of the New York Post.
7      Q    So is your definition of high
8  profile, a story that has a lot of interest
9  for New York Post readers?
10      A    That would be one of the criteria.
11      Q    What else?
12      A    Stories that have high interest.
13      Q    Who determines what stories would
14  have high interest for New York Post
15  readers?
16      A    Are you asking me who decides what
17  goes on the first page of the paper?
18      Q    Yeah.  Who decides what goes not
19  just on the front page but in the paper?
20      A    The editors do.
21      Q    Are there any other high-profile
22  trials you worked on that you haven't
23  mentioned while you were a Queens Courthouse
24  reporter?
25      A    There probably are.  Those are a

Page 124

IKIMULISA LIVINGSTON

1
2  few that come to mind right now.
3          Darryl Littlejohn.  Jack Rhodes.
4  Thomas Bain.
5          There was another trial of a woman
6  named *Akiki.
7      Q    Anything else?
8      A    Right now those are the ones that
9  come to mind.
10      Q    After your removal --
11      A    I'm sorry.  That wasn't a trial.
12          There was also a story that I
13  considered to be a really good story which
14  was the case of Kareem Bellamy.
15      Q    And as a Queens Courthouse
16  reporter, that was your job, to report on
17  trials that were taking place in the
18  courthouse; isn't that right?
19      A    Yes.
20      Q    After your removal as the Queens
21  Courthouse reporter, you were assigned to be
22  a general assignment reporter; is that
23  right?
24      A    That's correct.
25      Q    And isn't it true that there's a

Page 125

IKIMULISA LIVINGSTON

1
2  lot of opportunity for overtime as a general
3  assignment reporter?
4      A    Not if you are given dead-end
5  stories that don't go anywhere.
6      Q    Well, as a general assignment
7  reporter, don't you have an opportunity --
8  actually not just an opportunity, isn't it
9  part of your job to pitch stories to the
10  paper?
11      A    It was also part of my job to pitch
12  stories while I was at the Queens
13  Courthouse.
14      Q    But that's not the question.
15      A    Yes.  So that was part of my job,
16  to pitch stories.
17      Q    So what's the limit on overtime if
18  you can be pitching stories, coming up with
19  stories on your own?
20      A    I don't know how to answer that
21  question.
22      Q    Well, isn't there an opportunity
23  for overtime if, as part of your job
24  responsibilities as a general assignment
25  reporter, you can pitch stories and write

Page 130

IKIMULISA LIVINGSTON

2  reporter?
3      A    At no time did anyone make me aware
4  that I can request an additional shift to
5  work an extra day to make more money.
6      Q    Well, maybe no one affirmatively
7  told you, but is it your testimony that you
8  were unaware that you could request
9  additional shifts?
10         It's a yes or no question,
11  Ms. Livingston.
12      A    I didn't know that other general
13  assignment reporters were doing that.  I
14  think I was aware that sometimes rewrite
15  people would work a shift in the office an
16  extra day or something like that, but at no
17  time was I aware that that was an option for
18  a general assignment reporter.
19      Q    So is it your testimony that you
20  are learning about the opportunity for
21  additional shifts for the first time right
22  now at this deposition?
23         MR. THOMPSON:  Objection.
24      Q    Is that your testimony?
25      A    I'm saying that at no time did

Page 131

IKIMULISA LIVINGSTON

2  anyone tell me I could work an additional
3  day or a shift as a general assignment
4  reporter to make extra money, no.
5      Q    In your last performance
6  evaluation, your 2011 APA, did your
7  supervisors not tell you that you can work
8  additional shifts and additional hours?
9      A    Is that something that's in the
10  APA?
11      Q    I'm asking your recollection.
12         Did they not tell you that?
13      A    Offhand, I do not recall them
14  telling me that, no.
15      Q    Did you ever ask anyone if you
16  could work additional shifts?
17      A    No, I didn't ask anyone if I could
18  work additional shifts.
19      Q    Austin Fenner worked a lot of
20  overtime.
21         Are you claiming that you were
22  unaware of that?
23         MR. THOMPSON:  Objection.
24      A    I don't know what hours Austin
25  worked.

Page 132

IKIMULISA LIVINGSTON

2      Q    Are you unaware of the fact that
3  Austin Fenner worked a lot of overtime at
4  the New York Post?
5      A    I know that Austin was essentially
6  sent on the road, traveled a lot for the job
7  which would incur more overtime.
8         So if that answers that question,
9  then, yes.
10      Q    Ms. Livingston, this morning you
11  described a long list of things that
12  Michelle Gotthelf and Dan Greenfield did
13  that you believe were acts of
14  discrimination, and nowhere in -- not once
15  in your testimony or in your sworn EEOC
16  charge or in your federal lawsuit do you
17  allege that you ever heard Michelle
18  Gotthelf, Dan Greenfield or any other editor
19  at the Post say something offensive about
20  your race, for example, a racial epithet;
21  isn't that true?
22         MR. THOMPSON:  Objection.
23      A    There was not an occasion when
24  Michelle used a racial slur with me,
25  although I have to say the fact that they

Page 133

IKIMULISA LIVINGSTON

2  would always consider black stories and
3  Latino stories or stories about black and
4  Latinos as "low rent" or "ghetto" or however
5  you want -- that right there is offensive in
6  and of itself.
7         But no, she never used the N-word
8  with me or -- and Greenfield never said
9  those things.  However, I do know
10  that Frankie Edozien was called a nigger by
11  Steve Dunleavy, and Dunleavy would write his
12  columns and refer to Hispanic people as
13  "Spics."
14         And there was also an occasion
15  when -- there was a smoking room in the Post
16  and there was one occasion when Andrea
17  Esposito, she was in there with some people
18  and she was talking about the Giants -- or
19  just talking about football and she referred
20  to Lawrence Taylor as "that big nigga."
21      Q    Who is Andrea Esposito?
22      A    She works at the Post.
23      Q    Is she an editor?
24      A    No, she is not an editor.
25      Q    Going back to my question for a

34  (Pages 130 to 133)

Page 134

IKIMULISA LIVINGSTON

1    minute.
2    Q    Have you ever heard any editor or
3    executive at the New York Post say any
4    racist comments?
5    MR. THOMPSON: Objection.
6    A    I stated that I didn't hear
7    Michelle to me personally using racial
8    epithets or Greenfield, except for the fact
9    that they constantly call stories about
10    black people or Latino people "low rent"
11    which is tantamount to saying they're
12    ghetto. And that itself is offensive.
13    Q    So you haven't heard Michelle
14    Gotthelf or Dan Greenfield make any comments
15    or say something offensive about race --
16    MR. THOMPSON: Objection.
17    Q    Have you heard any other editor or
18    executive at the New York Post ever say
19    something offensive about your race?
20    MR. THOMPSON: Objection.
21    A    The fact that Col Allan and Jesse
22    Angelo would approve a racist cartoon
23    depicting President Obama, a black man, as a
24    chimpanzee, that is offensive.
25

Page 135

IKIMULISA LIVINGSTON

1    Q    Anything else?
2    A    I think the fact they're calling
3    black people monkeys is --
4    Q    Have you ever --
5    MR. THOMPSON: Wait, wait. She
6    is not finished, Ms. Lovinger.
7    Please let her finish.
8    A    I think that's extremely offensive.
9    In addition to the fact that they didn't
10    apologize. They wouldn't apologize to me.
11    They didn't apologize to Leonard. They
12    didn't apologize to the other few black
13    reporters and black people that worked
14    there.
15    And on top of that, for Nicole Alan
16    and for the executives to say things like
17    oh, those people outside protesting, they're
18    uneducated anyway. That is all extremely
19    offensive.
20    Q    There is still a pending question
21    that remains unanswered and I asked you the
22    question and you --
23    MR. THOMPSON: Objection.
24    Q    -- and you mentioned this low rent
25

Page 136

IKIMULISA LIVINGSTON

1    reference which we can address and we will
2    pursue it.
3    But other than the fact that
4    Ms. Gotthelf or Mr. Greenfield you claim
5    referred to certain stories as low rent,
6    have you ever heard Michelle Gotthelf, Dan
7    Greenfield or any other editor or executive
8    at the New York Post say anything that's
9    offensive about your race?
10    A    I thought I clearly said I did not
11    hear Michelle or Dan Greenfield say anything
12    beyond the low rent remarks about story
13    pitches about blacks and Latinos.
14    As for others, I just mentioned
15    Steve Dunleavy. He's a columnist. Other
16    than that, I can't say.
17    Q    You can't say you've ever heard
18    anyone else make a comment about your race?
19    MR. THOMPSON: Objection.
20    A    About me as a black woman?
21    Q    Yes.
22    A    I thought I answered that. I said
23    I can't say.
24    Q    I'm just rereading your testimony.
25

Page 137

IKIMULISA LIVINGSTON

1    And I understand that you just
2    testified that you never heard Michelle
3    Gotthelf or Dan Greenfield make any
4    offensive comment about your race, but my
5    question is --
6    MR. THOMPSON: Objection.
7    Objection.
8    Q    -- was about other editors and
9    executives at the Post.
10    MR. THOMPSON: Mistakes the
11    testimony.
12    MS. LOVINGER: The testimony is
13    pretty clear. You can look back in
14    the record.
15    Q    Ms. Livingston, have you ever heard
16    any editor or executive at the New York Post
17    make any offensive comment about your race?
18    MR. THOMPSON: Objection.
19    A    I thought I was clear. I did not
20    hear Michelle say the N-word.
21    Q    No, you're not hearing the
22    question.
23    We're going beyond Michelle
24    Gotthelf and Dan Greenfield.
25

35  (Pages 134 to 137)

Page 138

IKIMULISA LIVINGSTON

1       IKIMULISA LIVINGSTON
2       Have you heard -- and you were
3  clear on that answer.  You are right.
4       But have you heard any other editor
5  or executive at the New York Post make any
6  offensive comment about your race?
7       MR. THOMPSON:  Objection.
8       A    When you say "executive," who do
9  you mean?
10      Q    Any executive.
11      Have you -- well, you tell me.
12      I mean, do you not know what an
13 executive is?
14      A    Do you mean editors?
15      Q    It could be someone other than an
16 editor.  Anyone -- have you heard -- have
17 you heard any editor or executive at the New
18 York Post or News Corp. make any offensive
19 comment about your race?
20      MR. THOMPSON:  Objection.
21 Asked and answered.
22      MS. LOVINGER:  It hasn't been
23 answered.
24      MR. THOMPSON:  Asked and
25 answered.  Repeatedly.

Page 139

IKIMULISA LIVINGSTON

1       IKIMULISA LIVINGSTON
2       MS. LOVINGER:  Repeatedly asked
3  but not answered yet.
4       MR. THOMPSON:  Asked and
5  answered.  Objection.
6       A    I said I can't say.
7       Q    Well, that's really a yes or no
8  question.
9       When you say you can't say --
10      A    I can't say that I've heard any
11 other editors or executives for the New York
12 Post or News Corp. use a racial epithet in
13 my presence.
14      MS. LOVINGER:  Okay.  It's 1:00
15 so we'll go off the record for lunch.
16      MR. THOMPSON:  Okay.
17      THE VIDEOGRAPHER:  That is the
18 end of Tape Number 2.  The time is
19 1:02 p.m.  We're off the record.
20      (A luncheon recess was
21 taken at 1:02 p.m. to 2:10 p.m.)
22      A F T E R N O O N  S E S S I O N
23      IKIMULISA LIVINGSTON,
24 resumed, having been previously
25 duly sworn, was examined

Page 140

IKIMULISA LIVINGSTON

1       IKIMULISA LIVINGSTON
2       and testified further as follows:
3  CONTINUED EXAMINATION BY MS. LOVINGER:
4       THE VIDEOGRAPHER:  This is the
5  start of Tape Number 3.  The time is
6  now 2:10 p.m.  We're now back on the
7  record.
8  BY MS. LOVINGER:
9       Q    Ms. Livingston, this morning you
10 testified that you complained once to Human
11 Resources and that was back in December of
12 2009; is that correct?
13      A    Yes.
14      Q    And specifically on December 3,
15 2009, you sent an e-mail to Amy Scialdone of
16 Human Resources which stated the following:
17 "As a reporter at the New York Post, I've
18 been discriminated against due to my race
19 and my gender.  For example, I was removed
20 from my beat as the Queens Court's reporter
21 because I'm a black woman.  I was told I
22 would have a desk at the office and there
23 would be opportunities to write.  That has
24 not happened."
25      Was that the e-mail you sent to Amy

Page 141

IKIMULISA LIVINGSTON

1       IKIMULISA LIVINGSTON
2  Scialdone?
3       A    Yes, I believe that's correct.
4       Q    After you sent that e-mail, Amy
5  Scialdone responded the following day
6  suggesting that you set up a meeting to
7  discuss your concerns.
8       Do you remember that?
9       A    Yes, I remember that.
10      Q    And do you recall meeting with HR
11 to discuss your e-mail complaint?
12      A    Yes, I do.
13      Q    On December 9, 2009, you met with
14 Jennifer Jayne, Kristin Kelly, who were also
15 in Human Resources at the New York Post
16 during this time.
17      Do you remember that meeting?
18      A    I thought -- I believe Jennifer
19 Jane told me her title was with News Corp.
20      Q    That her title was with News Corp.?
21      A    With News Corp.  She was like HR
22 for News Corp.
23      Q    Do you know who Kristin Kelly was?
24      A    She was the young woman who typed
25 up the notes.

36 (Pages 138 to 141)

Page 170

IKIMULISA LIVINGSTON

1    IKIMULISA LIVINGSTON
2    included these two stories in this
3    self-appraisal?
4        A    I covered Jack Rhodes' trial, and
5    these don't reflect the trial.
6        Q    Okay.
7            Were your other stories related to
8    Jack Rhodes published in the paper?
9        A    Yes, I believe they were.
10       Q    Do you know when they were
11   published in the paper?
12       A    I don't recall the exact dates.
13   His trial would have happened after this
14   April 21, 2008 story, so it would have been
15   sometime after that.
16       Q    Directing your attention a few
17   paragraphs down, the next paragraph, "We
18   covered the Victoria's Secret bras on eBay."
19           A couple down you reference a story
20   you wrote about a "would-be bride who sued
21   her ex-fiance for $1 million."
22           Is this the jilted bride story that
23   you referenced in your court Complaint?
24       A    This would be the story I
25   referenced in regards to I worked on it for

Page 171

IKIMULISA LIVINGSTON

1    IKIMULISA LIVINGSTON
2    three weeks, resubmitting it with quotes and
3    making it stronger.  And it was never on a
4    byline but it did go on the byline of a
5    white reporter.
6        Q    Who was the reporter who wrote the
7    story you are referencing?
8        A    I wrote the story that I'm
9    referencing.
10       Q    Well, you just said that your story
11   was printed on the byline of the white
12   reporter.  Who is the white reporter you are
13   referring to?  The white reporter is
14   Kathianne Boniello.
15       Q    And is it your testimony that
16   Kathianne Boniello received a byline on the
17   story you submitted?
18       A    I'm saying that I wrote this story.
19   I made it stronger three weeks in a row with
20   more and more quotes.  Never ran under my
21   byline, yet it did run in the Sunday paper
22   under her byline, at least the story on the
23   same subject matter.
24       Q    Oh, but not your story.
25       A    I don't know if it's my story or

Page 172

IKIMULISA LIVINGSTON

1    IKIMULISA LIVINGSTON
2    not.  It did have a similar lead.
3        Q    But you didn't read it?
4        A    I did read it.
5        Q    So was it your words with her
6    byline?
7        A    As I stated, it was a story with a
8    similar lead.  It did not look exactly like
9    the story I submitted.  It didn't have the
10   quotes that I had in my story.
11       Q    So it's the same subject matter but
12   it wasn't your story; is that right?
13       A    When I say "my story," I consider
14   it my story because it was a story I pitched
15   and I was approved to write about and that I
16   submitted three times, three weeks in a row
17   for Monday's paper.
18       Q    And Ms. Binello's story was
19   published in the Sunday paper; isn't that
20   right?
21       A    That's correct.
22       Q    And the Sunday paper has a
23   different editor than the City desk; isn't
24   that right?
25       A    I believe that's true.

Page 173

IKIMULISA LIVINGSTON

1    IKIMULISA LIVINGSTON
2        Q    And none of the editors who
3    rejected your story were responsible for
4    deciding the content of the Sunday story;
5    isn't that right?
6        A    I don't know that.
7        Q    Do you know that the City desk
8    doesn't discuss every article that appears
9    in the Sunday paper before they run?
10       A    I don't know that to be true.
11       Q    Do you know it to be not true?
12           MR. THOMPSON:  Objection.
13       A    I don't.  I don't know whether
14   that's true or not.
15       Q    Who rejected your story?
16       A    Neil Sloane, Michelle Gotthelf, Dan
17   Greenfield, Zach Haberman, Jesse Angelo,
18   Nicole Allen.  All the editors.
19       Q    All of those people read your story
20   and rejected it?
21       A    I don't know if they read it but my
22   story didn't make the paper, so the editors
23   rejected my story three times in a row.
24       Q    What's the basis for you
25   identifying Neil Sloane, Michelle Gotthelf,

44  (Pages 170 to 173)

Page 178

IKIMULISA LIVINGSTON

1
2     A    Yes.
3     Q    What is the basis for your belief
4  that the fact that a similar story ran in
5  the Sunday paper is race discrimination
6  against you?
7     A    I wrote the same story and made it
8  stronger each week with quotes from the
9  bride, the groom's family and a lawyer, and
10  each week it was not good enough under my
11  byline.
12         However, when a white woman wrote
13  the same story -- apparently she wrote it on
14  her own.  I don't know that for a fact.
15         But it was good enough for the
16  paper.  And no one at any time told me why
17  my story wasn't good enough to make the
18  paper even though it was the same story.
19     Q    So therefore, you assume that your
20  story didn't make the paper because you are
21  African-American?
22     A    I know this didn't happen to white
23  reporters.
24     Q    How do you know that?
25     A    No one ever told me, no one ever

Page 179

IKIMULISA LIVINGSTON

1
2  complained.  I never heard of any rumors or
3  complaints from other white reporters about
4  their story not running and then it running
5  under a black woman's byline.
6     Q    Would you be surprised to hear that
7  people have pitched similar stories during
8  the week and the Sunday paper --
9     A    I'm sorry.  What's your question?
10     Q    Would you be surprised to hear that
11  reporters working for the Sunday paper have
12  made similar pitches to reporters working on
13  the City desk?
14     A    No.  That wouldn't be too
15  surprising.  However, that still doesn't
16  explain away the story I wrote three weeks
17  in a row continued to be rejected but they
18  ran a story when it was written by a white
19  woman.
20     Q    You already acknowledged there are
21  different decision-makers, correct?
22         MR. THOMPSON:  Objection.
23     A    I said the editors make the
24  decision on what makes the paper, what runs
25  in the paper.

Page 180

IKIMULISA LIVINGSTON

1
2     Q    And the Sunday editor doesn't
3  determine what runs Monday through Friday,
4  correct?
5     A    I don't know that to be a fact.  I
6  don't know who the Sunday editor was or is.
7     Q    So you really don't know who makes
8  the decision to run the stories in the
9  Sunday paper, right?
10     A    In the Sunday paper?
11     Q    Yeah.
12     A    If there's a Sunday editor, I would
13  think that the Sunday editor would determine
14  what runs in the Sunday paper.
15     Q    So the Sunday editor determines
16  what runs in the Sunday paper and the City
17  desk editors determine what runs the other
18  days of the week; isn't that right?
19     A    It's my understanding that all
20  these -- that at some point everyone meets
21  together and they go over things.
22     Q    You really don't know; is that
23  right?
24     A    What I do know is that my story was
25  rejected three weeks in a row.  The same

Page 181

IKIMULISA LIVINGSTON

1
2  story, the same subject matter but stronger
3  because it had quotes.  But when a white
4  woman wrote the story, it ran in the paper.
5     Q    Ms. Livingston, you just testified
6  that what you do know is that your story was
7  rejected three weeks in a row.  But
8  directing your attention to Livingston
9  Exhibit 9 which you actually wrote at the
10  time, you said that the story was submitted
11  "two weeks in a row."
12         Do you see that?
13     A    I did write "two weeks in a row."
14         And in this e-mail I wrote "two
15  weeks in a row."  I may be confusing the
16  weeks with the fact it ran on a Sunday
17  and -- because I had submitted it and if it
18  was going to run, it was going to run on
19  Monday's paper, so that would have been
20  three weeks.
21     Q    Ms. Livingston, in your
22  self-appraisal, you gave yourself a rating
23  of a 4; is that right?
24     A    Yes, that's correct.
25     Q    And 4 is defined as "exceeds

46 (Pages 178 to 181)