Exhibit 5

# AFFIDAVIT OF SHARI LOGAN

STATE OF NEW YORK )
                           ) ss.:
COUNTY OF NEW YORK )

SHARI LOGAN, being duly sworn, deposes and says:

1. I am an African-American Copy Assistant at the New York Post working on the City Desk.

2. I was hired by the New York Post in February 2008 as a Copy Assistant with the goal of becoming a full time reporter.

3. Prior to working for the Post, I had significant experience writing in the newspaper industry.

4. However, despite my experience, I have only received one reporting shift a week and have never been offered a full time position.

5. As a result, I believe my employment at the Post has become stagnant.

6. The vast majority of the reporters, managing editors and other news staff at the Post are white and male.

7. Specifically, there is currently only one editor at the Post who is not white.

8. Moreover, in or around February 2009, the New York Post published a racist, offensive and degrading cartoon depicting two White police officers holding a smoking gun after shooting a chimpanzee that was meant to represent President Obama.

The cartoon contained the caption, "They'll have to find someone else to write the next stimulus bill."

9. As an African-American woman, I believed the cartoon to be deeply racially offensive. Moreover, I felt the response of various editors and management officials at the Post showed a complete disregard for my feelings as well as the feelings of other African-American, Hispanic and other employees of color.

10. For example, although I asked Col Allen, the Post's Editor in Chief, whether I could discuss my feelings towards the cartoon with him, he completely refused my request. In fact, his only response was to say "Absolutely not."

11. I also told Jesse Angelo, a Managing Editor at the Post, that the cartoon was very offensive to African-Americans. In response, he agreed that the cartoon could be deemed racially offensive.

12. Similarly, Dan Greenfield, an Assignment Editor at the Post, said that he was "not surprised" that the publication of the cartoon led to protests, saying that the cartoon was in "poor taste."

13. Another Managing Editor, Frank Zini, claimed that the cartoon was merely intended to be a joke.

14. In fact, many of the White Managing Editors repeatedly made jokes about the cartoon and said that they could not believe that anyone could be offended by the clearly racist cartoon.

15. I was deeply offended and hurt by the fact that managing editors at the Post joked about the complaints of discrimination about the cartoon and did not take my feelings seriously.

16. Despite the fact that editors at the Post admitted to thinking the cartoon of President Obama was offensive, the Post never made any attempts to determine whether it would be appropriate to publish the cartoon.

17. After Sandra Guzman complained about the cartoon to members of management at the Post, they began retaliating against her. For example, after she put together a huge photo shoot, her expense reports were closely scrutinized.

18. Ms. Guzman also told me that she felt discriminated against and ignored by HR when she complained to them about how she thought the cartoon about President Obama was racially discriminatory to her and other employees.

19. Throughout my employment, I have also witnessed other discriminatory and/or harassing acts against minorities and women.

20. For example, a reported complained to Mr. Angelo that a headline about Lindsay Lohan, stating "Living La Vida Lesbian" was offensive to women. However, Mr. Angelo just ignored her complaints.

21. On another occasion, after Harvard Professor Henry Louis Gates was arrested last summer for breaking into his own home, the Managing Editors claimed that they did not know who Mr. Gates was.

22. Despite not knowing who Mr. Gates was, Lauren Rambsy, another Managing Editor, said, "apparently, he is an angry, Black man." In fact, when Mr. Angelo informed her that Mr. Gates had been arrested, she responded by saying, "nice!"

23. I have not described in this affidavit every offensive, degrading or improper comment or act that I have witnessed or experienced at the Post.

*Shari Logan*
Shari Logan

Sworn to before me on
November 6, 2009

*[signature]*
Notary Public

GREGORY N. FILOSA
Notary Public, State of New York
No. 02FI6210895
Qualified in New York County
Commission Expires August 24, 20__