Exhibit 7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

--------------------------------X

SANDRA GUZMAN,

Plaintiff,

NO. 09 CIV. 9323 (BSJ)(RLE)

VS.

NEWS CORPORATION, NYP
HOLDINGS, INC., d/b/a THE
NEW YORK POST, and COL ALLAN,
in his official and individual
Capacities,

Defendants.

--------------------------------X

VIDEOTAPED DEPOSITION

OF

SANDRA GUZMAN

New York, New York

Thursday, October 13, 2011

Reported by:

AYLETTE GONZALEZ, CLR

JOB NO. 42950

1        SANDRA GUZMAN-10/13/11
2        Q.  Just the fact that Pedro is Latino
3    makes you think that?
4        A.  Yes.  It wasn't the first time.
5        Q.  What?
6        MR. THOMPSON:  She's not finished.
7        A.  It's not the first time he referred
8    to Pedro as a criminal at these morning
9    meetings.
10       Q.  Well, maybe Mr. Allan thinks
11   Mr. Pedro Martinez has aspects of his public
12   personality that have -- that are -- that open
13   him up to that criticism.
14       A.  Well, I think --
15       Q.  Could that be true?
16       A.  I think that I considered that a
17   discriminatory remark and it wasn't the first
18   time that Mr. Allan was referring to a major
19   league baseball player as a criminal.
20       On one occasion after I had secured
21   an exclusive interview with Mr. Martinez, he
22   asked me how it was.  And I said it was great.
23   He said, did he have a machete or a gun.  And
24   when you talk about machetes and switchblades
25   and Latinos, these are heavily charged,

1        SANDRA GUZMAN-10/13/11
2    racially tinged discriminatory code words.
3    So, I thought it was discriminatory.
4        Q.  Did you ever hear Mr. Allan say
5    this remark about any other Latino person?
6        I'm going to remind you, you're
7    under oath.
8        A.  Have I ever heard Mr. Allan say any
9    other remark about any other Latino equating a
10   Latino to a criminal?
11       Q.  Yes.
12       A.  No, but he has said that all
13   Latinos look alike.
14       Q.  The answer is no, you haven't heard
15   Mr. Allan equate any other Latino besides
16   Pedro Martinez to a criminal, right?
17       A.  No.
18       Q.  And did you know that a few -- a
19   couple of months before you published your
20   interview of Pedro Martinez, Pedro Martinez
21   famously told a reporter that he'd blow the
22   reporter's head off for his catcher Mike
23   Piazza?
24       Did you know that?
25       A.  No.

1        SANDRA GUZMAN-10/13/11
2        Q.  Did understand -- did you know
3    Pedro Martinez was reported in that incident
4    to have made a hand gesture of a gun with a
5    trigger finger with his hand when he did that?
6    Did you know that?
7        A.  No.
8        Q.  You didn't know that was reported?
9        You interviewed Mr. Martinez two
10   months after that happened, and you didn't you
11   didn't -- you didn't Google Mr. Martinez and
12   see what was recently -- had recently been
13   written about him?  No?
14       A.  I'm sorry, what are you showing me?
15       Q.  There's a question pending.
16       You didn't Google Mr. Martinez
17   before you interviewed him to see what had
18   been recently written about him?
19       A.  I researched.
20       Q.  Maybe your research would have
21   turned up Exhibit 11.
22       (Defendant's Guzman Exhibit 11,
23   New York Times article, dated
24   February 23, 2005, marked for
25   identification, as of this date.)

1        SANDRA GUZMAN-10/13/11
2        Q.  Can you take a look at that,
3    please.
4        MR. THOMPSON:  Can you give us
5    extra copies for my associate?
6        Mr. Lerner, have you produced this
7    document to us?  There's no Bates
8    number on it.
9        MR. LERNER:  No, we haven't.  It's
10   because we just found it on the
11   internet.
12       MR. THOMPSON:  Okay.  Take your
13   time and review it since they haven't
14   produced this document.
15       Let the record reflect that that
16   document Mr. Lerner has put before
17   Ms. Guzman is dated October 11, 2011.
18   He maintains he just found it on the
19   internet, but this document was
20   printed days ago.
21       Let the record reflect they have
22   not turned this over until 30 seconds
23   ago when they showed it to Ms. Guzman
24   for the very first time.  And as her
25   attorney, we have never seen this

SANDRA GUZMAN-10/13/11

1 document. It has not been produced to
2 us despite the fact that the
3 Defendants have had this document for
4 days.
5 Q. Were you aware, Ms. Guzman, in 2005
6 of this incident?
7 A. No.
8 Q. Is there any other comment that you
9 have any personal knowledge of Mr. Allan
10 making that references -- references, anything
11 derogatory toward Hispanics?
12 A. Yes.
13 Q. What is it?
14 A. I had said earlier that he was
15 looking up protestors who were protesting a
16 racist monkey cartoon outside the offices of
17 The New York Post.
18 Q. No. I asked if you had heard
19 Mr. Allan say anything.
20 You already testified to that and
21 you did not hear him say that, correct?
22 A. I did not hear him say that,
23 correct.
24 Q. You were told about that remark by

SANDRA GUZMAN-10/13/11

1 another individual, correct?
2 A. Correct.
3 Q. So, my question is: Is there
4 anything that you personally heard Mr. Allan
5 say that is -- that was a derogatory comment
6 about Hispanics?
7 A. Sure. So, on page 348 of the
8 Exhibit 7, there was a story about a man named
9 Juan Rodriguez who was on the move. "He had
10 checked out of his hotel. He moved to the
11 Sheraton on Seven Avenue, where there,
12 housekeeper at last night's hotel says she's
13 pissed that he stayed for two weeks and left
14 no tip. This is a man who apparently had won
15 the lotto."
16 The reporter was checking in with
17 cops about priors and domestic abuse
18 complaints and Col Allan said, we got one of
19 those in here, and they all probably look
20 alike. And to me --
21 Q. They all -- I'm sorry, I don't
22 think you read that.
23 A. And they probably look alike. We
24 got one of those here and they probably look

SANDRA GUZMAN-10/13/11

1 alike is what Mr. Allan said about the another
2 man who works in the office who happens to be
3 Hispanic, who happens to have the same name.
4 He is saying that all Hispanics
5 look alike, and I found that offensive. I
6 thought that was discriminatory to equate all
7 Hispanics as people who look alike.
8 Q. Did you ask him what he meant by
9 that?
10 A. No.
11 Q. Did you tell him that you were
12 offended by that?
13 A. No.
14 Q. Do you know if this is a story
15 about somebody who spent two weeks in a hotel
16 and left no tip, right?
17 A. Um-hum.
18 Q. And Col Allan says. "We got one of
19 those in here," right?
20 A. "We got one of those."
21 Q. Do you know -- is it possible that
22 Col Allan --
23 A. We got one of those people.
24 Q. -- is referring to --

SANDRA GUZMAN-10/13/11

1 A. He was referring to Juan Rodriguez
2 that works at The Post.
3 Q. Well, is it possible he was
4 referring to people who don't tip?
5 A. He was referring to Juan Rodriguez
6 who works at The Post and he was saying they
7 all look alike.
8 Q. Well did he say -- have you ever
9 heard somebody -- have you ever heard a white
10 person before say that all Latino people look
11 alike?
12 A. Yes.
13 Q. Is that something you've heard?
14 A. Yes, I have.
15 Q. And where have you heard that?
16 A. In the -- in the news right here in
17 the news meeting.
18 Q. No, I mean other than in this
19 incident you're describing. Is that something
20 that is -- that you've heard as a derogatory
21 comment about Hispanic Americans?
22 A. Yes.
23 Q. When have you heard that?
24 A. I've heard that throughout the

SANDRA GUZMAN-10/13/11

1  years. Do you realize that Hispanic Americans
2  can be black Americans and do you realize that
3  that's one of the ways in which we have been
4  demeaned and we have been made fun of and
5  discriminated against by saying we all look
6  alike?
7      Q. Do you think that Mr. Allan was
8  referring to Mr. Martinez as Latin American or
9  a black American?
10      MR. THOMPSON: Do you mean
11      Martinez or Rodriguez? Martinez and
12      Rodriguez are not the same.
13      Q. Rodriguez.
14      A. Juan Rodriguez happens to be a
15  black Latino, a dark-skinned Latino.
16      Q. And you didn't say anything to
17  Mr. Allan when he said that?
18      MR. THOMPSON: Objection.
19      A. No.
20      Q. How do you know he was referring to
21  the Juan Rodriguez that works at The Post?
22      A. When the story was read by the news
23  editor, he said -- the editor started reading,
24  Juan Rodriguez is on the move. And as soon as

SANDRA GUZMAN-10/13/11

1  he finished he says, hey, we got one of those
2  in here, and they probably look alike.
3      He was referring to Juan Rodriguez
4  who worked -- who works in the news room or
5  worked at the time in the news room.
6      Q. Did you take -- and how do you know
7  that that's what Mr. Allan was thinking, if
8  you didn't ask him?
9      A. I just know.
10      Q. Did you take these notes --
11  withdrawn.
12      At the top of the page there are --
13  the pages are dated -- this one is dated
14  12/06/04. Do you see that?
15      A. Yes.
16      Q. So, does that mean that this
17  conversation happened on 12/06/04? You have
18  to answer verbally.
19      A. Yes. Oh, yes.
20      Q. Are there any other comments by Col
21  Allan that you personally heard that you
22  regard as offensive to Hispanic people?
23      A. Not that I can recall at this time.
24      MR. LERNER: It's 2:37 -- I'm

SANDRA GUZMAN-10/13/11

1  sorry, 1:36. We, collectively, have
2  not had lunch yet, although the lunch
3  has been served. Do people want to
4  take a break?
5      MR. THOMPSON: Yes.
6      MR. LERNER: And get something to
7  eat?
8      MR. THOMPSON: Yes. All right.
9  So, let's take a break. Okay.
10      MR. LERNER: There's food here.
11  Do you feel like you need more than a
12  half-hour?
13      MR. THOMPSON: No, no since we got
14  sort of sidetracked, let's resume in
15  30 minutes, if that's fine for the
16  Court Reporter, because she's most
17  important, and the videographer.
18      MR. LERNER: Fine.
19      THE VIDEOGRAPHER: The time is
20  1:39 p.m. We're going off the record.
21      (Whereupon, at this time, a
22  lunch break was taken.)

SANDRA GUZMAN-10/13/11
AFTERNOON SESSION

1      (Time noted: 2:20 p.m.)
2
3      THE VIDEOGRAPHER: The time is
4  2:20 p.m. We're back on the record.
5  video number three.
6
7  SANDRA GUZMAN, resumed and
8  testified as follows:
9  EXAMINATION BY (Cont'd.)
10  MR. LERNER:
11      Q. Ms. Guzman, when you started at The
12  Post, were you provided with a set of
13  standards of business conduct and policies
14  that were applicable at The Post?
15      A. Yes.
16      Q. I'm going to show you a form and
17  ask you if this is Guzman 8. And it'sNYP
18  '495.
19
20      (Defendant's Guzman Exhibit 8,
21      document Bates labeled NYP '495,
22      marked for identification, as of this
23      date.)

1                    Guzman
2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
3    ------------------------------x
     SANDRA GUZMAN,
4
                 Plaintiff,
5
         vs.           90 Civ. 9323(BSJ)(RLE)
6
     NEWS CORPORATION, NYP
7    HOLDINGS, INC., d/b/a
     THE NEW YORK POST, and
8    COL ALLAN, in his official
     and individual capacities,
9
                 Defendants.
10   ------------------------------x
11
12            SANDRA GUZMAN
13           New York, New York
14        Monday, February 13, 2012
15     CONTAINS CONFIDENTIAL PORTIONS
16
17
18
19
20
21
22
23
24   Reported by:  Steven Neil Cohen, RPR
25   Job No. 46187

## Page 576

```
1              Guzman
2   know, not too many people get 4s and 3s.
3       Q.   Ms. Guzman, just to be clear, we
4   may be misunderstanding one another.
5           When I say did you know that in
6   2008 you were -- your rating was reduced by
7   one level, what I am referring to is the
8   level initially recommended by your
9   supervisor Joe Rabinowitz versus the level
10  that was ultimately assigned to you after
11  the APA committee met.
12          I am not comparing your final
13  review with your self review.
14      A.   What I remember is -- of the
15  process is that -- I am just trying to --
16  can you restate the question?
17      Q.   Okay. Let's go to 2009.
18      A.   Okay.
19      Q.   In 2009 your supervisor submitted
20  a performance review with a rating and the
21  committee, APA committee reduced your level
22  by -- your rating by one level, correct?
23      A.   Well, I know that Joe told me he
24  had to reduce it because Col Allan would not
25  let him give me a higher number.
```

## Page 577

```
1              Guzman
2       Q.   Okay. Did you know that there was
3   a reduction in 2008 of one level that was
4   required by the APA review committee?
5       A.   Yes. These reviews happened but
6   Joe ultimately told me that this was his
7   decision in 2008.
8           In 2009 he was very specific that
9   he had to change it begrudgingly because,
10  and to use his words, the big guy, meaning
11  Col Allan, would not let me get a higher
12  number.
13      Q.   Did he say why Col Allan took that
14  position?
15      A.   He didn't go into details.
16      Q.   Did he tell you if anybody else
17  besides Col Allan was involved in that
18  decision?
19      A.   No. He just said --
20      Q.   Did he tell you who else was at
21  the APA committee meeting?
22      A.   He just said the big guy. He was
23  very specific to point to Col Allan as the
24  person telling him --
25      Q.   I understand.
```

## Page 578

```
1              Guzman
2           In 2008 did Mr. Rabinowitz tell
3   you why you were reduced by one level?
4       A.   I remember having a conversation
5   with him about the nature of these
6   evaluations and how many times he couldn't
7   give higher numbers because that would merit
8   a salary increase and the number that I was
9   trying to negotiate with him because this
10  was a negotiation was actually a number
11  below from the most excellent number and
12  he -- I remember he said to me --
13      Q.   Ms. Guzman, I am sorry.
14      A.   -- if you were a 5 you would be
15  running this paper.
16      Q.   The question I asked is, did
17  Mr. Rabinowitz tell you why you were reduced
18  by one level, it is a yes or no question.
19  Either he did or he didn't. If I want to
20  know --
21      A.   Yes.
22      Q.   -- what the answer was I will
23  follow up and ask you to tell us what he
24  told you.
25      A.   Okay.
```

## Page 579

```
1              Guzman
2       Q.   And do you have any other belief
3   as to why your rating was reduced in 2008?
4       A.   I believe that it had to do with
5   discrimination. I believe I was treated
6   differently than -- I believe I was treated
7   differently than my white co-workers.
8       Q.   How do you know that other people
9   were not treated similarly to you with
10  respect to APA evaluations in 2008?
11      A.   Because I saw how perfectly
12  talented African American reporters and
13  Hispanic employees were treated.
14          MR. THOMPSON: She is answering
15  your question. This is directly
16  responsive --
17          MR. LERNER: No, it is not
18  responsive.
19          THE WITNESS: Yes, it is.
20          MR. THOMPSON: Yes, it is.
21          MR. LERNER: I don't believe it
22  is.
23          MR. THOMPSON: It is. She is
24  answering your question.
25          The question was how do you know
```

Page 580

Guzman
1
2  that other people were not treated
3  similarly to you with respect to APA
4  evaluations in 2008. She is explaining
5  it to you, Mr. Lerner.
6      Please continue, Ms. Guzman.
7      That is no a yes or no question,
8  sir.
9      Go ahead.
10     MR. LERNER: I withdraw the
11 question.
12     MR. THOMPSON: No. No. No.
13 She -- you are not withdrawing. She
14 is --
15     MR. LERNER: I am going to
16 withdraw.
17     MR. THOMPSON: No. No. No. No.
18 No.
19     MR. LERNER: We are not going to
20 sit here and have her speechify.
21     MR. THOMPSON: It is not
22 speechify. She is going to answer that
23 question. You can withdraw it all you
24 want.
25     Please answer that question,

Page 581

Guzman
1
2  Ms. Guzman.
3      THE WITNESS: It is not speechify.
4      MR. LERNER: Mr. Thompson,
5  please --
6      THE WITNESS: It is the way that I
7  was treated to --
8      MR. LERNER: It is my deposition.
9      THE WITNESS: No.
10     MR. THOMPSON: You can't cut off
11 the deposition when she answering
12 questions. You can't withdraw questions
13 when you don't like the answers,
14 Mr. Lerner. That is what is happening
15 here.
16     THE WITNESS: I was discriminated
17 against because I am a woman and because
18 I am Hispanic and because I am black.
19 BY MR. LERNER:
20     Q.  Do you know if anybody else had
21 their APA rating reduced?
22     MR. THOMPSON: Can you get some
23 tissues or something?
24     We don't need to go off the
25 record, Jordan.

Page 582

Guzman
1
2      THE WITNESS: I can tell you that
3  many of my colleagues --
4      MR. LIPPNER: You can be a little
5  more respectful.
6      MR. THOMPSON: Don't raise your
7  voice, sir. Ms. Guzman is here crying.
8      MR. LIPPNER: That is your doing
9  not ours.
10     MR. THOMPSON: No. No. No. No,
11 sir, it is not.
12     THE WITNESS: Actually, it is the
13 New York Post's doing. My experiences
14 there. My colleagues and I would
15 discuss APA evaluations after we
16 received them.
17     My colleagues and I would talk
18 about them. We would talk about what
19 they received, what they were told and I
20 have knowledge of many African American
21 colleagues being treated the same way as
22 I was, differently than my white
23 colleagues.
24 BY MR. LERNER:
25     Q.  Whose APA evaluations were reduced

Page 583

Guzman
1
2  in 2008?
3      A.  Reduced?
4      Q.  Yes.
5      A.  Or not fair?
6      Q.  Reduced.
7      A.  Reduced or not fair?
8      Q.  Reduced.
9      A.  This is what I am talking, not
10 legitimate. Not capturing the work that we
11 did.
12     MR. THOMPSON: Ms. Guzman, the
13 question is reduced. Okay. If you can
14 just focus on that.
15 BY MR. LERNER:
16     Q.  Do you know whose APA evaluations
17 in 2008 were reduced? It is a yes or no
18 other than yours?
19     A.  No.
20     Q.  In 2009 your APA level was reduced
21 as we spoke of earlier, correct?
22     A.  Yes.
23     Q.  Did anybody tell you that
24 reduction was based on retaliation for
25 anything you did?

1           Guzman
2       Q.   Did it say that you were an
3   employee at will at all times?
4       A.   I don't remember the exact words.
5          Can I read it again?
6       Q.   Did the contract lapse?
7       A.   It lapsed.
8       Q.   Was it renewed by The New York
9   Post, do you have any further contracts?
10      A.   No.
11      Q.   Did you regard yourself as an
12  employee at will after that contract lapsed?
13      A.   Yes.
14      Q.   Did you think you should have been
15  offered a different job at The Post instead
16  of being terminated?
17      A.   I wanted to be treated just like
18  Margie Conklin was treated.  They -- a white
19  woman in a similar position, her section was
20  reduced in frequency and instead this white
21  woman was -- they created a position for her
22  with additional duties.  I wasn't given that
23  opportunity.
24          I was treated differently because
25  I am Hispanic and because I am black.

1           Guzman
2       Q.   Did you understand that there was
3   a position available on the Sunday New York
4   Post that Ms. Conklin was qualified to do
5   when Page 6, the magazine, was shut down?
6       A.   No.  This position was created for
7   Margie.  This position did not exist and
8   they created additional duties for Margie.
9       Q.   What was name of that position?
10      A.   She was some features director or
11  something.  It was --
12      Q.   What was the title?
13      A.   I don't remember the title.  But
14  it was a position above what Steve and
15  Katherine were doing.
16      Q.   Was it with respect to the feature
17  section or the Sunday paper?
18      A.   It may have been to both.  I
19  remember her making contributions to both.
20      Q.   And was a -- do you know if there
21  was a vacant position that she filled?
22      A.   I know that they created a
23  position for her with new duties that were
24  not there prior to this position.
25      Q.   How do you know that?

1           Guzman
2       A.   Because I was working there at the
3   time and this was the chatter of the water
4   cooler.
5       Q.   So this was water cooler chatter?
6       A.   Yes.
7       Q.   And did you -- did the water
8   cooler chatter include the details regarding
9   Ms. Conklin's contract with The Post?
10      A.   No.
11      Q.   Do you know what her contract with
12  The Post said?
13      A.   No.
14      Q.   Have you ever seen her contract?
15      A.   No.
16      Q.   Did anyone tell you in management
17  that this new position was created for
18  Ms. Conklin?
19      A.   No.
20      Q.   Did you ask for a new position to
21  be created for you?
22      A.   No.
23      Q.   Did you think that you should have
24  been offered an editor position on the city
25  desk?

1           Guzman
2       A.   I think I should have been given
3   an opportunity to try out, yes.  My
4   contributions at the paper, yes.
5       Q.   Isn't it a fact that you -- do you
6   think you should have been offered a
7   position to try out on the city desk?
8       A.   Sure.
9       Q.   Do you know what the city desk
10  editor position that was open in the fall of
11  2009 paid?
12      A.   I don't know.
13      Q.   Did you know that it paid about
14  40 percent less than you were making?
15      A.   I don't know.  I come highly
16  qualified and highly experienced.
17      Q.   Are you aware of any New York Post
18  editor that was offered a job at a salary
19  40 percent less than they were making
20  before?
21      A.   I don't know.
22      Q.   Had you ever been tried out on the
23  city desk?
24      A.   My first several months at the
25  paper were on the city desk.

55