# Exhibit 8

```
 1                    Allan
 2        UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF NEW YORK
 3
    SANDRA GUZMAN,                    )
 4                                    )
              Plaintiff,              )
 5                                    )
              vs.                     ) 09CIV9323
 6                                    ) (BSJ(RLE)
    NEWS CORPORATION, NYP HOLDINGS,)
 7  INC., d/b/a THE NEW YORK POST, )
    and COL ALLAN, in his official )
 8  and individual capacities,        )
                                      )
 9            Defendants.             )
    ------------------------------)
10
11  (Contains Confidential & Attorneys' Eyes Only Portions Bound Separately)
12
13       VIDEOTAPED DEPOSITION OF COLIN ALLAN
14              New York, New York
15          Tuesday, February 14, 2012
16
17
18
19
20
21
22
23  Reported by:
24  Philip Rizzuti
25  JOB NO. 46188
```

Page 62

Allan

1 cartoon, who is Sean Delonas?
2 A. He is the cartoonist.
3 Q. Who created that cartoon?
4 A. Correct.
5 Q. Did Mr. Delonas give you that cartoon to approve before it was published?
6 MR. LIPPNER: Objection.
7 MR. LERNER: Objection.
8 Q. You can answer?
9 A. Yes.
10 Q. Did you approve it before its publication?
11 A. Yes.
12 Q. Did any other editor at the New York Post approve that cartoon before its publication?
13 A. No.
14 Q. So you made the decision?
15 A. Yes.
16 Q. Solely your decision?
17 A. Yes.
18 Q. Ms. Guzman stated in her E-mail, I have raised my objections to management, Sandra Guzman. Do you see that?

Page 63

Allan

1 A. Yes.
2 Q. When you read this E-mail for the very first time did you know that Ms. Guzman had raised objections to the cartoon?
3 MR. LERNER: Objection. Mr. Thompson, I am looking, this is an E-mail, it has been 100 or 200 addresses on it, so it takes a while to go through. But I don't see Col Allan's name as a recipient of this particular E-mail, so --
4 MR. THOMPSON: I understand that Mr. Lerner, but he has already said that this is the E-mail that he saw after the person came into his office.
5 MR. LERNER: I am describing for clarity.
6 MR. THOMPSON: But he has already stated that he has seen this before.
7 Q. Mr. Allan, did you know when you looked at Ms. Guzman's E-mail the day you learned about it that she had raised objections to management about the cartoon?
8 A. I don't recall.

Page 64

Allan

1 Q. How did you react when you read her E-mail?
2 A. React; what does that mean?
3 Q. Well were you happy, were you unset?
4 A. I was disappointed.
5 Q. Why were you disappointed?
6 A. I felt that if she was troubled by the cartoon that she might have raised those concerns with the people that she worked for and with before she did so publicly.
7 Q. Do you know if she did raise her concerns about the cartoon with any editor at the New York Post?
8 A. I don't recall.
9 Q. Do you know if she raised the concerns about the cartoon to anyone in human resources?
10 A. Yes.
11 Q. Who did she raise her concerns to?
12 A. Jennifer Jehn.
13 Q. How do you know that she raised the concerns about the cartoon with Jennifer Jehn?

Page 65

Allan

1 A. Jennifer told me so.
2 Q. Did Jennifer tell you before or after you saw this E-mail reflected in Exhibit 2?
3 A. I don't recall.
4 Q. Is Jennifer Jehn the only person that you recall telling you that Sandra Guzman raised complaints about the cartoon?
5 A. Yes.
6 Q. In February of 2009 Joe Rabinowitz was Sandra Guzman's direct supervisor; is that correct?
7 A. Correct.
8 Q. Did Mr. Rabinowitz tell you that she had complained to him about the cartoon?
9 A. I don't recall.
10 Q. Well let me ask you, you said you were disappointed in Ms. Guzman, wouldn't you remember if Joe Rabinowitz told you that she had complained about it?
11 A. I am sorry, I don't recall.
12 Q. So as you sit here now you don't recall ever speaking or communicating with Joe Rabinowitz about the fact that Sandra Guzman

Page 250

Allan

2 his breath on the occasions you smelled it in
3 the news room?
4 A. I am sorry, ask the question
5 again.
6 Q. Do you have any personal firsthand
7 knowledge of why Steve Dunlevy had alcohol on
8 his breath on the occasions you smelled
9 alcohol on his breath in the news room?
10 A. No.
11 Q. And you were the Editor-in-Chief
12 of the Post when you smelled alcohol on his
13 breath multiple times; correct?
14 A. Correct.
15 Q. You never thought about
16 investigating why Steve Dunlevy had alcohol on
17 his breath in the news room on those
18 occasions, did you?
19 A. No, sir, I knew why.
20 Q. You never contacted HR about that
21 fact; correct?
22 A. No, sir.
23 Q. Did you ever tell Rupert Murdoch
24 that one of the columnist at the New York Post
25 was walking around the news room with alcohol

Page 251

Allan

2 on his breath?
3 A. No, sir.
4 Q. Why not?
5 A. It is not a matter for him.
6 Q. Not a matter for him?
7 A. No, sir.
8 Q. I thought that the buck stopped
9 with him regarding the New York Post?
10 MR. LERNER: Objection.
11 A. A columnist was doing his work
12 well, very well.
13 Q. Did you ever discipline Steve
14 Dunlevy for having alcohol on his breath in
15 the news room on those occasions?
16 A. Never.
17 Q. Did you ever think about
18 disciplining him?
19 A. Never.
20 Q. Did you ever inquire at any point
21 on any occasion with Steve Dunlevy as to why
22 he had alcohol on his breath in the news room?
23 A. I have answered the question.
24 Q. Answer?
25 A. I have answered the question.

Page 252

Allan

2 Q. Have you inquired, did you inquire
3 on any occasion?
4 A. No.
5 Q. Nothing stopped you from
6 inquiring; right?
7 A. No.
8 Q. You had the power as the
9 Editor-in-Chief to inquire why one of your
10 staffers was walking around the news room with
11 alcohol on his breath; correct?
12 MR. LIPPNER: Objection.
13 A. Yes.
14 Q. You, Mr. Allan, have also walked
15 around the news room with alcohol on your
16 breath during the day; correct?
17 A. Never.
18 Q. Isn't it a fact that during your
19 tenure as Editor-in-Chief of the Post you have
20 consumed alcohol in the day?
21 A. Never.
22 Q. Did you ever hear Steve Dunlevy
23 ever refer to a black person as a nigger?
24 A. Yes.
25 Q. How many times have you heard

Page 253

Allan

2 Steve Dunlevy refer to a black person as a
3 nigger?
4 A. Once.
5 Q. Do you recall the year you heard
6 him refer to a black person as a nigger?
7 A. Very well.
8 Q. What year was it, sir?
9 A. 2001.
10 Q. Can you describe where you were
11 when Steve Dunlevy referred to a black person
12 as a nigger?
13 A. It was my first day at the Post,
14 and he and Neil Travis had invited me at the
15 end of that first day for a drink at Langan's
16 to meet some of the people who worked at the
17 paper. So I happily went and they introduced
18 me to a number of people. One of those people
19 was a black man named Robert George. Steve
20 Dunlevy introduced him to me as, and I quote,
21 our token nigger, quote.
22 Q. Our token nigger?
23 A. Yes, sir.
24 Q. How did you respond Mr. Allan?
25 A. I was --

| Page 254 | Page 255 |
|---|---|
| Allan | Allan |
| Q. To his statement that Robert George was the New York Post token nigger? | A. No. |
| A. I was shocked and deeply offended. | Q. Do you know if Jesse Angelo also heard Steve Dunlevy call Robert George a token nigger? |
| Q. Did you say anything to Steve Dunlevy at the time you heard him refer to Robert George as the token nigger? | A. He did, yes. |
| A. No. | Q. You know if anyone else from the Post or News Corp. heard Steve Dunlevy refer to Robert George as a token nigger? |
| Q. Why not? | A. There were a couple of other people there, I don't recall. |
| A. It was my first day at the newspaper, I had just arrived from Australia. I was shocked by the expression. There were a group of people around including Jesse Angelo, and subsequently Jesse Angelo spoke to Mr. Dunlevy about his language. | Q. You mentioned Neil Travis. Who is Neil Travis? |
| | A. Neil Travis was a columnist on the newspaper. |
| Q. How did Robert George respond when Steve Dunlevy introduced him to you as the token nigger? | Q. Was he present at the time? |
| | A. I believe so. |
| A. It seemed to me they were friends, it seemed to me that he took no offense, but what he said was unforgivable also. | Q. Do you know if Neil Travis also heard Steve Dunlevy refer to Robert George as a token nigger? |
| | A. I don't know, I can't answer that. |
| Q. How did Mr. George respond after Steve Dunlevy called him a token nigger? | Q. Would you agree Mr. Allan that one of the worse words -- strike that. |
| A. He laughed. | Would you agree Mr. Allan that one of the worse names you can call a black person |
| Q. Did he do anything else? | |

| Page 256 | Page 257 |
|---|---|
| Allan is nigger? | Allan Angelo? |
| A. Yes, sir. | A. Yes. He was spoken to very firmly, he was told it was unacceptable and it must never happen again. |
| Q. Why do you think that is one of the worse names a black person can be called? | Q. Did you tell Jesse Angelo to terminate Steve Dunlevy because he had used such an ugly racial slur against Robert George? |
| A. I have been married for almost 30 years, my wife's mother is black. She is a Aborigine, my wife is part Aborigine, my four children are part Aborigine. Therefore the expression is deeply offensive to me. For it to be anything else would be a betrayal of my family. I trust that answers your question. | A. No, I did not. |
| | Q. Did you tell Jesse Angelo -- strike that. |
| Q. Was Steve Dunlevy disciplined for calling Robert George a token nigger? | Why didn't you tell Jesse Angelo to fire Steve Dunlevy for calling Robert George a token nigger? |
| A. He was. | A. It was my first day here, I am sorry, what he said was deeply offensive and wrong. |
| Q. How was he disciplined? | |
| A. Jesse Angelo told him that it was unacceptable and it must never happen again. | Q. I understand. My question is why didn't you call for his termination? |
| Q. Was he disciplined in any other way? | A. I believed at the time that the discipline, the way in which Jesse had spoken to him and the fact that he made it very clear that it must never happen again was sufficient. |
| A. I don't know. | |
| Q. So as far as you know sitting here the only discipline given to Steve Dunlevy for calling a black employee of the Post a token nigger was that he was spoken to by Jesse | |

Page 370

1 Allan
2 Q. Did Jesse Angelo ever tell you
3 that Leonard Greene complained to him about
4 the cartoon?
5 A. I don't recall.
6 Q. If Leonard Greene complained to
7 Jesse Angelo about that cartoon would you have
8 expected Jesse Angelo to have told you about
9 it?
10 A. He may have done. I don't recall.
11 Q. That is not my question. My
12 question is would you have expected Jesse
13 Angelo to have told you about it?
14 A. Yes.
15 Q. Why?
16 A. It would be the right thing to do.
17 Q. Did anyone in human resources ever
18 tell you that Leonard Greene had complained
19 about the monkey cartoon?
20 A. I don't recall.
21 Q. Well Mr. Allan if your black
22 reporters -- strike that.
23 If you learned that your black
24 reporters complained about the monkey cartoon
25 you would recall that; right?

Page 371

1 Allan
2 A. Excuse me.
3 Q. If you knew at one point that your
4 black reporters had complained about the
5 monkey cartoon that is not something that you
6 would forget; right?
7 A. I guess yes, I wouldn't forget.
8 Q. As you sit here now do you know if
9 Leonard Greene ever complained about the
10 monkey cartoon?
11 A. I don't know.
12 Q. Did you ever talk to him about the
13 monkey cartoon?
14 A. No.
15 Q. Mr. Allan, I am showing you what
16 has been marked as Allan Deposition Exhibit
17 17, please take a moment to review it?
18 A. Sure.
19     (Allan Exhibit 17, affidavit of
20 Leonard Greene, marked for
21 identification, as of this date.)
22     MR. LIPPNER: Take your time and
23 read the whole thing please.
24 A. Yes.
25 Q. Mr. Allan, do you agree that

Page 372

1 Allan
2 Leonard Greene has been subjected to race
3 discrimination during his employment at the
4 Post?
5 A. I do not.
6 Q. Did he ever apply to become an
7 editor?
8 A. I don't know.
9 Q. Did he ever apply to become a
10 columnist?
11 A. Yes.
12 Q. When did he apply to become a
13 columnist?
14 A. I don't recall.
15 Q. How many times did he apply to
16 become a columnist?
17 A. A couple.
18 Q. Why didn't he become a columnist
19 at the New York Post?
20 A. I'm sorry?
21 Q. Why hasn't Leonard Greene become a
22 columnist at the New York Post?
23 A. Because I don't think that he
24 would be a good columnist for the newspaper.
25 Q. Why not sir?

Page 373

1 Allan
2     MR. LIPPNER: Objection. This
3 goes to your editorial.
4     MR. THOMPSON: It does not. The
5 fact that I am asking him why he didn't,
6 Mr. Lippner, please don't invoke this
7 baseless privilege to coach the witness.
8 My question is why didn't he think that
9 Leonard Greene would make a good
10 columnist at the newspaper.
11     MR. LERNER: You can talk about
12 what you regard as his qualifications for
13 being a columnist at the New York Post.
14 A. I think that Leonard is an
15 excellent reporter, an excellent writer, but I
16 don't believe that he would make a strong
17 columnist for the newspaper.
18 Q. Why not?
19 A. I think it takes a certain kind of
20 attitude. In many ways Leonard is too even
21 tempered, too nice to be a good columnist for
22 the newspaper.
23 Q. Well he has the writing skills to
24 be a columnist; right?
25 A. Yes, I would agree with that.

```
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ------------------------------X
      AUSTIN FENNER and IKIMULISA
 4    LIVINGSTON,
              Plaintiffs,
 5        vs.                          No. 09 Civ 9832
      NEWS CORPORATION, NYP HOLDINGS,
 6    INC., d/b/a THE NEW YORK POST and
      DAN GREENFIELD and MICHELLE
 7    GOTTHELF,
              Defendants.
 8    ------------------------------X
      SANDRA GUZMAN,
 9            Plaintiff,
          vs.                          No. 09 Civ 9323
10    NEWS CORPORATION, NYP HOLDINGS
      INC., d/b/a THE NEW YORK POST,
11    COL ALLAN, in his official and
      individual capacities,
12            Defendants.
      ------------------------------X
13
14          VIDEOTAPED DEPOSITION OF COL ALLAN
                       VOLUME II
15                  New York, New York
                   February 21, 2013
16
17
18
19
20
21
22    Reported by:
23    Bonnie Pruszynski, RMR
24    Job 57922
25
```

| Page 530 | Page 531 |
|---|---|
| Col Allan | Col Allan |
| work with respect to the monkey cartoon from February 2009? | A    No, sir. |
| MR. LERNER: Objection. | Q    Are you aware of the work schedule for weekday reporters at the New York Post? |
| A    I don't recall. | A    No, sir. |
| Q    Did you ever discuss that cartoon with anyone from Rubenstein? | Q    Do you know about how many hours per week New York Post reporters are expected to log? |
| A    I don't recall. | A    No, sir. |
| Q    Did Rubenstein review the editorial that was issued about the cartoon? | Q    Is it your expectation that during the eight hours from nine to five that New York Post reporters working during the week spend every minute of that time, apart from lunch, performing work for the New York Post? |
| A    I don't recall. | MR. LERNER: Objection. |
| Q    Did Rubenstein review the statement issued by Mr. Murdoch about the cartoon? | A    Yes, sir. |
| A    I don't recall. | Q    What about bathroom breaks? |
| Q    Who is Richard Prince? | A    Excuse me? |
| A    Excuse me? | Q    What about bathroom breaks, would they be expect expected to take those? |
| Q    Richard Prince, do you know who he is? | A    I believe so. |
| A    No, sir. | Q    What about smoke breaks? |
| Q    Do you know whether Mr. Prince ever wrote an article about the New York Post? | A    Pardon? |
| A    I don't. | MR. LERNER: Smoke. |
| Q    Do you recall, perhaps, anyone from Rubenstein handling any matter involving Richard Prince? | Q    Smoke breaks, breaks to smoke. |
| | A    We try to discourage it. Smoking, |

| Page 532 | Page 533 |
|---|---|
| Col Allan | Col Allan |
| it's bad for you. | Q    Before the filing of the current lawsuits, were you aware that Austin Fenner complained about the February 2009 cartoon? |
| Q    I agree with that, but if somebody took a break to have a cigarette would that be considered time theft from the company? | A    No, sir. |
| A    No, sir. | Q    And did you discuss, following the publication of the February '09 cartoon, discuss the need for someone from the human resources department to talk with minority employees at the Post specifically? |
| Q    What about running routine errands to go to the drug store or the bank? | MR. LERNER: Objection. |
| MR. LERNER: Objection. | A    I'm sorry. Can you repeat the question? |
| A    I can't speculate. | Q    I can. |
| Q    Are you aware of any reporter for the Post ever running such errands during the day? | Following the publication of the February 2009 cartoon, did you talk with anybody at the Post, apart from counsel, regarding the need for a human resources representative to speak specifically with minority employees at the Post? |
| A    I'm sure they have. | MR. LERNER: Objection. |
| Q    During the workday? | A    I don't recall. |
| A    Sure. | Q    What about the need for HR to talk with black employees at the Post? |
| Q    What about going to the gym, are you aware of any New York Post reporters ever going to the gym during a workday? | A    I don't recall. |
| MR. LERNER: Objection. Don't guess. | Q    Are you aware of whether or not |
| A    I don't know. | |
| Q    Are you ever aware of any New York Post reporter going to the movies during a workday? | |
| MR. LERNER: Objection. | |
| A    No. | |