# Exhibit 10

New York Post
February 18, 2009

