# Exhibit 11

```
1                    JENNIFER JEHN
2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
3    ---------------------------------------X
     SANDRA GUZMAN,
4                    Plaintiff,
5                    -against-     09CIV9323 (BSJ)(RLE)
6    NEWS CORPORATION, NYP HOLDINGS, INC., d/b/a
     THE NEW YORK POST, and COL ALLAN, in his
7    official and individual capacities,
8
                     Defendants.
9    ---------------------------------------X
     AUSTIN FENNER and IKIMULISA LIVINGSTON,
10
11                   Plaintiffs,
12                   -against-     09CIV9832 (BSJ)(RLE)
13   NEWS CORPORATION, NYP HOLDINGS, INC., d/b/a
     THE NEW YORK POST and DAN GREENFIELD and
14   MICHELLE GOTTHELF,
15                   Defendants.
     ---------------------------------------X
16
17
18        VIDEOTAPED DEPOSITION OF JENNIFER JEHN
19                   New York, New York
20                   Tuesday, June 26, 2012
21
22   REPORTED BY:  BARBARA R. ZELTMAN
                   (BOBBIE)
23                 Professional Stenographic Reporter
24
25   Job Number:  51052
```

JENNIFER JEHN
lawyer/specialist who I relied on to conduct investigations.
Q   Other than -- was it one employment lawyer?
A   I don't recall.
Q   Did you learn how to conduct an investigation about allegations of employment discrimination before you began working for The New York Post?
    MR. LERNER:  Objection.
A   I don't recall.
Q   So you don't recall any knowledge you acquired prior to joining The New York Post with respect to conducting an investigation about employment discrimination?
    MR. LERNER:  Objection.
A   Can you repeat the question?
    MR. CLARK:  Could you read the question back.
    (Requested portion of record read:
    "Q.  So you don't recall any knowledge you acquired prior to joining The New York Post with respect to

JENNIFER JEHN
conducting an investigation about employment discrimination?")
    (End of read-back.)
    MR. LERNER:  If you understand the question, answer it.  If you don't, tell Mr. Clark that you don't understand the question.
A   Can you repeat it one more time?
    (Requested portion of record read:
    "Q.  So you don't recall any knowledge you acquired prior to joining The New York Post with respect to conducting an investigation about employment discrimination?")
    (End of read-back.)
A   I've been managing Human Resources for years prior to The New York Post and I learned how to conduct investigations within that experience.
Q   Okay.
    Well, you mentioned you learned from a particular lawyer.
    Who was that lawyer?
A   One of the lawyers is Jordan

JENNIFER JEHN
Lippner.
Q   Were there any other lawyers that you learned from about how to conduct an investigation about employment discrimination?
A   Yes.
Q   Who were these other lawyers?
A   Jan Constantine.
Q   Who is Jan Constantine?
    MR. LERNER:  Hold on.
    Were you done with your prior answer?
    THE WITNESS:  Yes.
Q   So who is Jan Constantine?
A   Jan Constantine was a lawyer that I had access to when I became head of -- when I was in Human Resources.
Q   Who did Jan Constantine work for?
A   I don't know.
Q   When Jordan Lippner assisted you in learning about how to conduct an investigation, who did he work for?
A   I don't know who Jordan Lippner works for.

JENNIFER JEHN
Q   Is Jordan Lippner an attorney for NewsCorp.?
    MR. LERNER:  Objection.
A   I don't know who Jordan Lippner works for.
Q   That wasn't the question.  Is Jordan Lippner an attorney for NewsCorp.?
    MR. LERNER:  Objection.
A   I don't know who Jordan Lippner works for.
Q   I'm not asking who he works for.  I'm asking you is he an attorney for NewsCorp.?
    MR. LERNER:  Objection.
Q   If you don't know, you don't know, but saying you don't know who he works for is not responsive.
    MR. LERNER:  Objection.
A   I don't know who Jordan Lippner works for.
Q   Who did Jan Constantine work for?
    Actually, step back.
    Was Jan Constantine a NewsCorp. lawyer?

Page 66

1  JENNIFER JEHN
2  Q  Had Chris Shaw ever come to your
3  office and shown you a cartoon other than
4  this cartoon?
5  A  I don't recall.
6  Q  So did Chris Shaw have a particular
7  reason he wanted to bring this cartoon to
8  your attention, as far as you know?
9      MR. LERNER: Objection.
10 A  I don't know what his reason was.
11 Q  Do you believe the cartoon is
12 racist?
13     MR. LERNER: Objection.
14 A  I do not.
15 Q  Do you find the cartoon offensive
16 in any way?
17 A  I believe the cartoon puts a parody
18 of a story about a chimpanzee in Connecticut
19 and the stimulus bill.
20 Q  Are you aware of the history of
21 African-Americans being depicted as apes and
22 monkeys?
23     MR. LERNER: Objection.
24 A  I am aware of that.
25 Q  Were you aware of that history in

Page 67

1  JENNIFER JEHN
2  February of 2009?
3  A  Yes, I am aware of that.
4  Q  So being aware of that history, do
5  you understand why a person of color could
6  find this cartoon offensive?
7      MR. LERNER: Objection.
8      Do you understand the question?
9  A  I don't understand the question.
10     MR. CLARK: Could you read it
11 back?
12     (Requested portion of record read:
13 "Q. So being aware of that
14 history, do you understand why a person
15 of color could find this cartoon
16 offensive?")
17     (End of read-back.)
18     MR. LERNER: I'm going to
19 object to the question.
20     You can answer it if you are able.
21 A  I understand if someone interpreted
22 the cartoon that way that it could be
23 offensive to them.
24 Q  And do you believe that this
25 cartoon is objectively offensive to

Page 68

1  JENNIFER JEHN
2  employees of color?
3      MR. LERNER: "Objectively
4  offensive"?
5      MR. CLARK: Right.
6      MR. LERNER: Objection.
7  A  I don't understand what you mean by
8  "objectively offensive."
9  Q  Not in your opinion. I've already
10 asked you if you think it's offensive.
11     Do you think it is offensive to
12 people of color?
13 A  I think that a person of color
14 could be offended by the cartoon. I also
15 think a Caucasian could be offended by the
16 cartoon.
17     I think that a person could be
18 offended by the content of the cartoon if
19 they interpreted it the way you described.
20 Q  What do you mean by "the way I
21 described"?
22 A  If a person, whether black or
23 white, interpreted the cartoon and the
24 monkey as a person of color, then that
25 person could be offended by that.

Page 69

1  JENNIFER JEHN
2  Q  You mentioned earlier that Chris
3  Shaw had told you that people thought the
4  cartoon was racist.
5      Do you know why people thought the
6  cartoon was racist?
7      MR. LERNER: Objection.
8  A  I don't know why a person -- I
9  don't know why.
10 Q  Did anyone ever explain to you why
11 that any particular individual thought the
12 cartoon was racist?
13 A  People complained about the
14 cartoon, the content of the cartoon, as they
15 thought the content of the cartoon was
16 racist.
17 Q  Do you understand the basis for why
18 people complaining about the cartoon thought
19 it was racist?
20     MR. LERNER: Objection.
21 A  I don't understand what you are
22 asking me.
23 Q  What's your understanding of why
24 people thought this cartoon was racist?
25     MR. LERNER: You want her to

JENNIFER JEHN

space something that I thought was racially or sexually inappropriate and I saw it, I would talk to them about that.
Q Okay.
So is it part of your job, then, to be sensitive to racial depictions in the workplace?
MR. LERNER: Objection.
A I still don't understand what you mean by "racial depiction in the workplace."
Q Was it part of your job to help ensure that there are not racially offensive actions or depictions going on in the workplace when you were head of HR of The New York Post?
MR. LERNER: Objection.
A Any thought that there was a racial depiction in the work operation or sexual picture in the workplace, I would ask about that.
Q And is it your testimony this cartoon, Jehn 1, is not racially offensive?
MR. LERNER: Objection.
Q Your personal opinion.

JENNIFER JEHN

A Could you repeat that question, please.
MR. CLARK: Could you read it back, please.
(Requested portion of record read:
"Q. And is it your testimony this cartoon, Jehn 1, is not racially offensive?")
(End of read-back.)
A I believe that the cartoon and understand that the cartoon could be offensive to some people.
Q That's not the question.
I asked you, in your opinion is this cartoon a racially offensive?
A When I saw the cartoon, the cartoon was not racially offensive to me. I understand that the cartoon could be racially offensive to some people.
Q So your testimony is no, you do not regard the cartoon as racially offensive?
MR. LERNER: Objection.
A I need you to repeat that question.
(Requested portion of record read:

JENNIFER JEHN

"Q. So your testimony is no, you do not regard the cartoon as racially offensive?")
(End of read-back.)
MR. LERNER: I don't know if this question is going to be continued to be asked.
Q I'm sorry. I don't think you answered the last question.
A I need the question repeated.
Q Do you believe this cartoon is racially offensive? Not other people, just you.
MR. LERNER: Objection. Asked and answered.
You asked that exact question.
Q And what was your answer?
MR. CLARK: Mr. Lerner, this is a yes or a no question. Either she does or she doesn't. I don't need a speech.
MR. LERNER: She answered it.
MR. CLARK: Did she answer it yes or did she answer it no?

JENNIFER JEHN

MR. LERNER: She answered, "When I saw the cartoon, the cartoon was not racially offensive to me."
BY MR. CLARK:
Q Did you ever speak with Col Allan about the intent of the cartoon?
A No.
Q Did you ever speak with any other editors of The New York Post about the intent of the cartoon?
A No.
Q Is it your testimony that the cartoon was not intended to be offensive?
MR. LERNER: Objection.
A Could you repeat that question, please.
Q Is it your testimony that the cartoon was not intended to be offensive?
MR. LERNER: Objection.
Hold on. I'm sorry. You are asking her what the intention of the editors who published it was?
BY MR. CLARK:
Q Do you believe the cartoon was

1  JENNIFER JEHN
2  A   He didn't say what they were saying
3  specifically. He did say that some
4  employees thought the content of the cartoon
5  was racist.
6  Q   So after Chris Shaw told you that
7  some employees thought that the cartoon was
8  racist, why did you take it upon yourself to
9  walk the floors and listen to the comments?
10      MR. LERNER: Objection.
11  A   Can I ask you to repeat the
12  question, please.
13  Q   Let me withdraw and back up.
14      Did Chris Shaw tell you how many
15  employees thought the cartoon was racist?
16  A   He did not tell me how many.
17  Q   Did you ask him?
18  A   I did not.
19  Q   Why didn't you ask him?
20  A   I didn't.
21  Q   As head of HR, were you concerned
22  that employees were complaining that the
23  paper had run a racist cartoon?
24      MR. LERNER: Objection.
25  A   I wanted to know what the employees

1  JENNIFER JEHN
2  of The New York Post, what they were saying
3  about the content of the cartoon.
4  Q   So you are saying yes, it was a
5  concern as head of HR that the employees
6  were saying that The Post had run a racist
7  cartoon?
8      MR. LERNER: Objection.
9  A   When I heard that the employees
10  were talking about and some employees
11  thought the content of the cartoon was
12  racist, I went out of my office to listen
13  and to talk to them.
14  Q   So why didn't you ask Chris Shaw
15  who was making these comments before you
16  left the office?
17      MR. LERNER: Objection.
18  Q   Can you answer the question?
19  A   I do need you to repeat the
20  question, please.
21  Q   Why didn't you ask Chris Shaw how
22  many of these employees were complaining
23  about the cartoon?
24  A   I didn't ask him how many.
25  Q   Why not?

1  JENNIFER JEHN
2      MR. LERNER: Objection.
3  Q   I know you didn't ask him. I want
4  to know why not, as head of HR. So why not?
5  A   When Chris Shaw explained to me or
6  came to me and said that employees were
7  talking about the cartoon, I went out into
8  the floors and I started talking to
9  employees about the content of the cartoon
10  and how they felt about the cartoon.
11  Q   Why did you not --
12      MR. THOMPSON: Mr. Lerner, we
13  are going ask you to instruct the
14  witness to answer Mr. Clark's next
15  question so we don't have to call the
16  Court. The question is
17  straightforward and we just want an
18  answer to that question. It's not
19  about what she did after she spoke to
20  Chris Shaw.
21      The question is why didn't she ask
22  Chris Shaw how many employees found the
23  cartoon to be racist.
24      Will you instruct her to answer the
25  question, please.

1  JENNIFER JEHN
2      MR. LERNER: I think she
3  understands the question, and I think
4  she understands her role at the
5  deposition. And you are asking her
6  why she didn't do something that she
7  didn't do three years ago in a
8  conversation that the testimony
9  suggests took a few seconds. And
10  she's explained that she went out to
11  the floor to learn the facts herself.
12      So I don't know why you are
13  badgering this witness with this
14  particular question that she has
15  attempted to answer multiple times.
16      MR. THOMPSON: Let's take a
17  break.
18      THE VIDEOGRAPHER: The time is
19  12:16. We're going off the record.
20      (A brief recess was
21  taken.)
22      THE VIDEOGRAPHER: The time is
23  12:29 p.m. We're back on the record.
24      MR. CLARK: Bobbie, could you
25  just read back that last section?

## Page 110

1  JENNIFER JEHN
2  MR. LERNER: Mr. Thompson,
3  Mr. Thompson, this record -- I will
4  print this record and send the whole
5  thing to the judge.
6  MR. THOMPSON: Do so.
7  MR. LERNER: And let him look
8  at this.
9  MR. THOMPSON: Good.
10  MR. LERNER: Go ahead and
11  answer the question.
12  A  I do need you to repeat the
13  question now.
14  MR. CLARK: Could you read the
15  question back?
16  (Requested portion of record read:
17  "Q. I thought you testified
18  earlier it was important to know which
19  New York Post employees believed the
20  cartoon was racist.
21  "Wasn't that your testimony?")
22  (End of read-back.)
23  MR. CLARK: So let me restate
24  that.
25  Q  Do you believe it was important to

## Page 111

1  JENNIFER JEHN
2  find out which specific employees believed
3  the cartoon was racist?
4  MR. LERNER: Objection.
5  A  I believe it was important to find
6  out that employees were concerned about the
7  content of the cartoon. I wasn't focused on
8  specifically which employees. I was focused
9  on employees.
10  Q  So you did not think it was
11  important to identify which employees
12  believed the cartoon was racist?
13  MR. LERNER: Objection.
14  A  I wasn't focused on which
15  employees.
16  Q  That's not the question.
17  Could you read the question back,
18  Bobbie?
19  (Requested portion of record read:
20  "Q. So you did not think it was
21  important to identify which employees
22  believed the cartoon was racist?")
23  (End of read-back.)
24  A  I thought it was important to focus
25  on the employees that were concerned about

## Page 112

1  JENNIFER JEHN
2  the published content and employees that
3  weren't concerned about the publish -- but I
4  did not -- but it wasn't important about
5  which.
6  Q  It was not important which
7  employees felt the cartoon was racist?
8  A  I did not make a distinction on
9  which.
10  Q  That's not the question. It's a
11  simple question: Did you think it was
12  important to know which employees believed
13  the cartoon was racist?
14  MR. LERNER: Objection.
15  A  It mattered to me -- it was
16  important to me -- it mattered to me that I
17  talked to as many employees as I could about
18  their concerns, because if they were upset
19  about the content of the published cartoon,
20  it wasn't important to me to distinguish
21  which.
22  Q  So, no, it was not important for
23  you to know which employees believed the
24  cartoon was racist.
25  Is that your testimony?

## Page 113

1  JENNIFER JEHN
2  MR. LERNER: Objection.
3  A  It wasn't important to me to
4  distinguish which employees were.
5  Q  Okay.
6  So you didn't ask Mr. Shaw which
7  employees had complained to him because it
8  was not important to you to find out which
9  employees had complained about it?
10  MR. LERNER: Objection.
11  You can answer this question.
12  We're going to need a lunch break. It's
13  after a 1:00.
14  Go ahead and answer his question.
15  A  I did not ask Mr. Shaw which
16  employees he spoke to.
17  Q  I understand that.
18  The question is: Was the reason
19  you didn't ask him because you didn't think
20  it was important which employees found the
21  cartoon to be racist?
22  MR. LERNER: Objection.
23  A  I didn't ask Mr. Shaw which
24  employees that he had talked to because I
25  intended to go out and talk to the employees

| Page 126 | Page 127 |
|---|---|
| 1 JENNIFER JEHN<br>2 Q You said this meeting was brief.<br>3 How long would you say it was?<br>4 A Les than five minutes.<br>5 Q Now, was this a meeting that had<br>6 been previously scheduled with Chris Shaw?<br>7 A No.<br>8 Q So did Chris Shaw come to you<br>9 specifically to talk about the cartoon?<br>10 MR. LERNER: Objection.<br>11 A He came to my office and talked<br>12 about the cartoon there.<br>13 Q Did you talk about anything other<br>14 than the cartoon?<br>15 MR. LERNER: Objection.<br>16 A I don't recall.<br>17 Q So my question was: Was this<br>18 meeting with Mr. Shaw specifically to talk<br>19 about the cartoon?<br>20 MR. LERNER: Objection.<br>21 A We talked about the cartoon. I<br>22 don't recall if he came specifically to talk<br>23 about the cartoon.<br>24 Q But you didn't talk about anything<br>25 else but the cartoon? | 1 JENNIFER JEHN<br>2 A I don't remember.<br>3 Q Besides Chris Shaw telling you that<br>4 employees thought the cartoon was racist, do<br>5 you recall anything else that Chris Shaw<br>6 said during that meeting?<br>7 MR. LERNER: Objection.<br>8 A I don't remember.<br>9 Q Do you recall any comments that you<br>10 made to Chris Shaw when he told you that<br>11 employees thought the cartoon was racist?<br>12 A I don't.<br>13 Q You don't remember a single<br>14 statement you made to Chris Shaw during this<br>15 five-minute meeting?<br>16 MR. LERNER: Objection.<br>17 A I don't.<br>18 Q Did you ever make any efforts to<br>19 find out which employees -- strike that.<br>20 Did Chris Shaw tell you that Sandra<br>21 Guzman told him that she believed the<br>22 cartoon was racist?<br>23 MR. LERNER: Objection. Asked<br>24 and answered.<br>25 A He did not. |
| Page 128 | Page 129 |
| 1 JENNIFER JEHN<br>2 Q Did you ever make any specific<br>3 attempt to identify which New York Post<br>4 employees had spoken to Chris Shaw about the<br>5 cartoon when you found out in that first<br>6 conversation?<br>7 A I did not.<br>8 Q So you never sent like an e-mail or<br>9 anything around trying to identify people<br>10 who had spoken to Chris Shaw?<br>11 A No.<br>12 Q Why not?<br>13 MR. LERNER: Objection.<br>14 A Can you repeat that question?<br>15 Q Why did you make no attempt to find<br>16 out who had complained to Chris Shaw about<br>17 the cartoon being racist?<br>18 A I didn't because I was dealing with<br>19 an employee relations issue and how people<br>20 felt about the content of the cartoon and<br>21 that they were offended by the content of<br>22 the cartoon, and I wasn't conducting an<br>23 investigation.<br>24 MR. LERNER: Hold on.<br>25 By the way, I'm going to object to | 1 JENNIFER JEHN<br>2 that question. I thought you were going<br>3 to repeat the exact same question, but<br>4 you didn't, so I'm making my objection<br>5 now to the prior question.<br>6 Q What do you mean you were not<br>7 conducting an investigation?<br>8 A I heard employees -- I heard from<br>9 Chris Shaw that employees were talking about<br>10 the content of the cartoon, and I was -- as<br>11 the head of Human Resources I was concerned<br>12 that people were upset. And I was talking<br>13 and making sure that they were okay and<br>14 letting them know it was okay to feel like<br>15 they were feeling about the content of the<br>16 cartoon.<br>17 Q You testified earlier that Chris<br>18 Shaw had told you that some employees<br>19 believed the cartoon was racist, correct?<br>20 MR. LERNER: Objection.<br>21 A Yes.<br>22 Q Didn't you also testify that Chris<br>23 Shaw did not tell you whether or not<br>24 employees were upset about the cartoon?<br>25 MR. LERNER: Do you follow the |

Page 130

1  JENNIFER JEHN
2  question?
3       THE WITNESS: I don't.
4   Q   During your conversation with Chris
5  Shaw, did Chris Shaw tell you that some
6  employees were upset about the cartoon?
7       MR. LERNER: Objection. Asked
8  and answered.
9   A   He didn't.
10  Q   Didn't you just testify that people
11 were upset and you wanted to make sure about
12 what was going on?
13      MR. LERNER: Objection.
14      You can answer.
15  A   I didn't hear that from Chris Shaw
16 and I remember on my own that they were
17 upset.
18  Q   So that was something you found out
19 later. It was not during the conversation
20 with Chris Shaw?
21  A   Yes, I found that out on my own.
22  Q   So I guess I'm still not sure what
23 you mean when you said you were not doing an
24 investigation. This was a Human Resources
25 matter, right, but you were not doing an

Page 131

1  JENNIFER JEHN
2  investigation?
3       MR. LERNER: Objection.
4       What's the question?
5   Q   What do you mean when you say you
6  were not doing an investigation?
7   A   I was dealing with the employees
8  being upset and -- some of the employees
9  being upset and embarrassed about the
10 content of the cartoon that was published in
11 the newspaper. I was not dealing with
12 any -- with the employees complaining about
13 their work environment or workplace. I was
14 dealing with them being upset and
15 embarrassed and having feelings about and
16 what they believed the content of the
17 cartoon meant to them.
18  Q   In general, what the employees
19 upset about, that were upset?
20      MR. LERNER: Objection.
21  A   The employees were upset about the
22 content of the published cartoon. Some
23 thought it was racist.
24  Q   And the employees who were
25 embarrassed by the cartoon, what were they

Page 132

1  JENNIFER JEHN
2  embarrassed by?
3   A   The employees that thought the
4  cartoon was racist were upset that they
5  would be associated with the cartoon.
6       MR. LERNER: Ms. Jehn, next
7  time Mr. Thompson leans over to speak
8  to Mr. Clark, you can stop your
9  answer and wait for him to finish
10 because it's distracting. It's
11 distracting you.
12      So stop your answer, let them
13 finish their conversation, and then you
14 can continue.
15  Q   Ms. Jehn --
16      MR. THOMPSON: Please let the
17 record also reflect that every time
18 Jordan Lippner leans over and talks
19 to you and tells you when to object,
20 Mr. Lerner, that is distracting.
21  Q   Ms. Jehn, what specifically did
22 employees complain about in the cartoon
23 being racist?
24  A   I don't recall specifically. They
25 complained that the cartoon was racist.

Page 133

1  JENNIFER JEHN
2   Q   But none of the employees you spoke
3  to explained the basis for that belief?
4   A   I don't recall their specific
5  reasons.
6   Q   And can you recall specifically why
7  they were embarrassed by the cartoon?
8   A   For those employees that
9  interpreted the cartoon and believed that
10 the cartoon was racist, they were
11 embarrassed because The Post had published a
12 cartoon that contained content that they had
13 thought was racist.
14  Q   But why were they embarrassed by
15 that?
16      MR. LERNER: Objection.
17  A   They were embarrassed because they
18 worked at The New York Post and The New York
19 Post had published a cartoon in their belief
20 that was racist.
21  Q   Did you ever send an e-mail to
22 employees of The New York Post to try to
23 identify the different employees who
24 believed that the cartoon was racist?
25      MR. LERNER: Objection.