# Exhibit 13

**Sent:** Thursday, December 03, 2009 8:36 AM
**To:** Scialdone, Amy
**Subject:** personal and confidential

As a reporter at the New York Post I have been discriminated against due to my race and my gender. For example, I was removed from my beat as the Queens Courts reporter because I am a black woman. I was told I would have a desk at the office and there would be opportunities to write. That has not happened.

This message and its attachments may contain legally privileged and/or confidential information. If you are not the intended recipient (or responsible for delivery of the message to the intended recipient), you are hereby notified that you have received this transmission in error; any review, dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this communication in error, please notify us immediately by reply or by telephone (call us at 212-930-8000) and immediately delete this message and all its attachments. Any content of this message and its attachments that does not relate to the official business of NYP Holdings, Inc. must be taken not to have been sent or endorsed by any of them. No warranty is made that the e-mail or attachment(s) are free from computer viruses or other defects.

This message and its attachments may contain legally privileged and/or confidential information. If you are not the intended recipient (or responsible for delivery of the message to the intended recipient), you are hereby notified that you have received this transmission in error; any review, dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this communication in error, please notify us immediately by reply or by telephone (call us at 212-930-8000) and immediately delete this message and all its attachments. Any content of this message and its attachments that does not relate to the official business of NYP Holdings, Inc. must be taken not to have been sent or endorsed by any of them. No warranty is made that the e-mail or attachment(s) are free from computer viruses or other defects.

IL_275