Exhibit 15

# Ikimulisa Livingston, WORK CALENDAR

    9:30am - 10:30am   Patricia Villegas, sent., Buchter

    10:30am - 11:30am   Jacek Marczsewski, conf., Mullings

    11:30am - 12:30pm   Jack Rhodes, trial cont., Lasak

    12:30pm - 1:30pm   Anthony Vega, rtn date, Chin-Brandt

    1:30pm - 3pm   Daryush Omar, conf., Chin-Brandt

    3pm - 4:30pm   Nicholas & Blaise Corozzo, et al, sent., Kron

## Tue Dec 2, 2008

    9am - 10am   Jack Rhodes, trial cont., Lasak

    10am - 11am   Walmart Vic's lawyer Jordan Hecht files papers

    11am - 12pm   Eric Alke, hearing, Hanophy

    12pm - 1:30pm   William Ramirez-Concepcion, conf., Mullings

    1:30pm - 3pm   David Wood, dec. on motions, Mullings

    3pm - 4:30pm   Shawn & Patricia Corcas, conf., Griffin

## Wed Dec 3, 2008

    9am - 10am   Jack Rhodes, defense case, Lasak

    10am - 11am   Javon Goldson, conf., Chin-Brandt

    11am - 12pm   Philip Zabriskie, sent., Hanophy

    12pm - 1pm   Darryl Littlejohn, sent., Lasak

    1pm - 2pm   Randy Washington, conf., Chin-Brandt

    6pm - 7pm
      yesterday Michelle called me for 10 am meeting office--told I am
      going back to the office. Meanwhile I learnREDACTEDwho was   REDACTED
      REDACTED   gets to go to qns courts.
      Creator: ikimulisa@gmail.com for WORK CALENDAR

## Thu Dec 4, 2008

      Story: bellamy hearing w/ish, tatum & green+rhodes trial adj/1.5 hrs
      ot
      Thu Dec 4, 2008 - Fri Dec 5, 2008
      Creator: ikimulisa@gmail.com for WORK CALENDAR

    10am - 11am   Borukhova & Mallayev, decision on motion, Hanophy