# Exhibit 16


*[handwritten: must better pitch]*

# NEW YORK POST

## APA FY 2012 - Editorial Profile

**Work History/Current Role:**
Kim Livingston has been with the Post for about 15 years and has held different positions. She's currently a general assignment field reporter.

**Professional Characteristics:**
Kim is a competent field reporter who generally handles breaking news. She's communicative with her desk and isn't usually beaten by the competition when given an assignment.

**Overall Achievements:**
Kim worked on a number of stories assigned to her this year. She reported on Newark Mayor Cory Booker's rescue of his neighbor from a burning building; how fans responded to the New York Giants' championship run; the outpouring after Whitney Houston's death; and the tragic shooting death of a Brooklyn mother who sacrificed herself for her child and others.

**Areas for Focus/ Improvement:**
While Kim does pitch stories, she fails to pitch quality stories. And, when she does pitch stories, she frequently commits a rookie mistake, one that someone with her years of experience should never make, namely she fails to check with the library to see if the story she is pitching has already been done. Further, she also does not seem to understand, or just is reluctant to accept, that an important part of a reporter's job is to check out breaking news events, regardless of whether that story ultimately ends up making it in the newspaper. This is something that field reporters do, it is simply the nature of the reporting business that not every story will get published. In addition, Kim needs to appreciate that she will not necessarily have a byline on every story she works on; this is especially true when she works on a story with a team of reporters and her contribution may have been relatively small; again that is the nature of the business.

**Overall Performance Summary:**
In the end, Kim's performance has remained flat this past year, which is rather disappointing, especially since the year before she had shown some improvement. Like last year, Kim's score would be a 2.5 if our scale allowed for that. We know that Kim is capable of achieving greater success, and are hopeful that she will do so.

| Rating: | 3 |
|---|---|

**Rating definitions:**