Exhibit17

```
 1
 2        UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF NEW YORK
 3
    SANDRA GUZMAN,                      )
 4                                      )
              Plaintiff,                )
 5                                      )
              vs.                       ) 09CIV9323
 6                                      ) (BSJ(RLE)
    NEWS CORPORATION, NYP HOLDINGS,)
 7  INC., d/b/a THE NEW YORK POST, )
    and COL ALLAN, in his official )
 8  and individual capacities,          )
                                        )
 9            Defendants.               )
    --------------------------------)
10
11
12
13      VIDEOTAPED DEPOSITION OF EBONY CLARK
14              New York, New York
15           Wednesday, May 30, 2012
16
17
18
19
20
21
22
23
    Reported by:
24  Philip Rizzuti
    JOB NO. 50101
25
```

Page 146

Clark

first office and he was sitting down, like I said he was looking out the window. When I went into his office he was standing up looking out the window, he made the comment, I did what I had to do and then I left.

Q. What position was he in when he made the comment?

A. I believe he was looking out the window.

Q. Do you know for sure that he was looking at the window?

A. From my memory, yes, he was looking out the window.

Q. Was he sitting or standing when he made the comment?

A. He was standing.

Q. Was that after or before you made eye contact with Mr. Allan?

A. I don't remember.

Q. And tell me again what you heard Mr. Allan say?

A. I heard him say that the -- that the people were not smart and that the majority of them are minorities.

Page 147

Clark

Q. And is this your best recollection of what Mr. Allan said?

A. Yes.

Q. And that is what you wrote in this document that has been marked as Clark Exhibit 11; right?

A. Uh-hum.

Q. We actually need a verbal answer to the last question, Ebony.

This is your best recollection of what Mr. Allan said?

A. Yes.

Q. And that is what you wrote in the document that has been marked as Clark Exhibit 11?

A. Yes.

Q. I would like you to look at Clark Exhibit 11, the page that is the second to last page, it is Bates stamped NYP 1656, do you see that towards the bottom?

A. Yes.

Q. You said: Midday as I entered Col's office I heard him speaking into the phone to an unknown person quote, number 1,

Page 148

Clark

many of these people are not smart. And second, the majority of them are minorities, end quote.

Is that your best recollection of what Col Allan said that day?

A. Yes.

Q. In the first page of this document you wrote, it is the second paragraph: Delonas, Col Allan, Jesse Angelo, Frank Zini, Joseph Robinowitz and many other insensitive editors defends this quote, art, end quote.

Do you see that?

A. Yes.

Q. What did you hear Sean Delonas say?

A. I didn't hear him say anything, however Shari was exchanging words with those editors that I mentioned here, except for Col Allan, I don't know if she exchanged words with him. But I was present when they were exchanging words, and basically she was just telling them how do they think that that is art, and that it is offensive and stuff like that. And they were going back and forth

Page 149

Clark

about the cartoon and what they felt and she said what she felt.

Q. Shari Logan has already been deposed in this matter and we have her personal recollection, and today I want to find out your personal recollection of what happened. So tell me what you personally heard Sean Delonas say?

A. I didn't hear Sean say anything.

Q. Have you ever met Sean Delonas?

A. I have not.

Q. Is Sean Delonas an employee of the New York Post?

A. I believe so, yes. He is the cartoon artist.

Q. Do you know for sure that he is employed by the New York Post?

A. From what I remember when I was doing the work for Carolyn like I said when she was not there on certain days and I would go to get the cartoon, I believe that he did call in one time because I think he was late with delivering the cartoon and he wanted to make sure that I received it. So I may have