# **EXHIBIT 1**

# Your 2009
### News America Incorporated Benefits Statement



| Benefit Plan | Your Contribution | Company Cost |
|---|---|---|
| Medical, Dental, Vision, Prescription Drug | $1,980 | $12,222 |
| Disability (Short-Term, Long-Term and Supplemental Long-Term)* | $39 | $161 |
| Life, Accidental Death and Dismemberment, and Business Travel Accident Insurance | $0 | $381 |
| Retirement | | |
| Savings Plan | $7,044 | $2,515 |
| Pension Plan | $0 | $2,566 |
| Social Security and Medicare | $5,388 | $5,388 |
| Other Benefits** | $0 | $2,113 |

* Company cost does not include salary continuation while on Short-Term Disability Leave.
** Includes: Employee Assistance Program, Flexible Spending Accounts, State Unemployment Insurance, Tuition Reimbursement, Workers' Compensation Insurance, etc.

**Total Benefits Package Cost Paid by Company   $25,346**

The Company's cost of providing benefits is considered a form of **Indirect Pay** – think of it as an extra paycheck...

Paid by: **New York Post**
A division of News America Incorporated
to cover benefits for           2009

$25,346

IKIMULISA M. LIVINGSTON                         Non-Negotiable

News America Incorporated provides you with benefit plans that make your life and the lives of your family more secure. This statement reflects the value of your benefit coverage using both actual and estimated costs.

IL_496

---

## Pension Election Form

Use this form to select the form of your benefit payment under the News America Incorporated Employees' Pension and Retirement Plan (the "Plan"). Review all stated Participant Information and Beneficiary Information for accuracy. Because your choices on this form may affect your taxes, you may want to consult a tax or financial advisor. If any of the data in this statement appears incorrect, please call the Corporate Benefits Department at (888) 778-8192.

| | | | |
|---|---|---|---|
| Participant Name: | Ikimulisa M. Livingston | Participant ID Number: | xxx-xx-8281 |
| Date of Birth: | 5/15/1965 | Marital Status: | Married |
| Date of Hire: | 1/28/1997 | Benefit Commencement Date: | 5/1/2013 |
| Date of Termination: | 2/26/2013 | Normal Retirement Date: | 6/1/2030 |

| | | | |
|---|---|---|---|
| Beneficiary Name: | Jason Livingston | Social Security Number: | xxx-xx-1775 |
| Date of Birth: | 8/17/1971 | Relationship: | Spouse |

If you elected a Joint and Survivor Annuity, please provide your beneficiary's Social Security Number if it is missing or incorrect.

Please see the accompanying Explanation of Pension Options for features of the Optional Forms of Payment.

| Check One | Form of Payment | Monthly Payment for Your Life | Monthly Payment to Your Beneficiary for Life, After Your Death |
|---|---|---|---|
| ☐ | Monthly Single Life Annuity* | $191.46 | N/A |
| ☐ | Monthly 50% Joint and Survivor Annuity | $180.37 | $90.19 |
| ☐ | Monthly 75% Joint and Survivor Annuity* | $175.30 | $131.48 |
| ☐ | Lump Sum Payment (one-time only)* | $73,721.53 | N/A |

* If you are married and elect a form of payment other than the 50% Joint and Survivor Annuity, you must complete the Statement of Spousal Consent on page 6.

Note that the Lump Sum option is a one-time opportunity upon your termination of employment.

| Form of Payment | Monthly Payment for Your Life | Monthly Payment to Your Beneficiary for Life, After Your Death |
|---|---|---|
| Monthly Single Life Annuity* | $1,069.02 | N/A |

NAI TV 06/30 EP  3/15/2013 9:08:34 AM

3

NYP-FL004834

---

NYP-FL001193

---

## NEWS AMERICA INCORPORATED

Enrollment Form Effective Date  7/1/07

| Control No. | Suffix | Account | Plan No. | SFO | Claim Office Code |
|---|---|---|---|---|---|
| 0697486 | 010 | | | 138 | 002 |
| 0697486 | 011 | | 3 | | |

**1  PERSONAL INFORMATION** - Please complete this entire section.

Name: (Last, First, Middle Initial)   Fenner Austin

Home Address: 143 Hillside Ave   City: Teaneck   State: New Jersey   Zip Code: 07666

Social Security #: Redacted

Date of Hire: 5-7-07   Birth Date: 7-25-63   Home Phone Number: 201-287-9394   Work Phone Number: 212-930-8624

Work Location: NY Post/editorial

Gender: ☒ Male ☐ Female

**2  MEDICAL INSURANCE ELECTION** - Please refer to the rate sheet for the cost of coverage before making your election

Level of Coverage: ☐ Employee Only  ☒ Employee plus Family

I wish to enroll in the: (check one) ☒ Open Access Plan (#042)  ☐ Traditional Choice (#002)  ☐ HMO

Dental, Vision and Prescription Drug are included in all of the above plans.

**Waiver of Medical Coverage**
☐ I have elected to waive health care coverage through News America Incorporated...

Signature: [signed]   Date: 5-21-07

**3  DEPENDENT INFORMATION** - Please complete this entire section for enrolling in the Plan(s).

Note: If additional space is needed, please attach a separate sheet.

| Name | Date of Birth | Social Security # | Relationship Code | Student Over Age 19? |
|---|---|---|---|---|
| Fenner, Austin | | | Self | ☐ Yes ☐ No |
| Fenner, Austin | 7-25-1963 | | W | ☐ Yes ☐ No |
| Fenron-Fenner, Karen | 8-14-1963 | Redacted | D | ☐ Yes ☐ No |
| Fenner, Tatiana | 7-22-1994 | | S | ☐ Yes ☐ No |
| Fenner, Julian | 6-18-1996 | | D | ☐ Yes ☐ No |
| Fenner, Summer | 8-15-2005 | | | ☐ Yes ☐ No |
| | | | | ☐ Yes ☐ No |

Relationship Codes: H = Husband  W = Wife  D = Daughter  S = Son

White - Employer Copy   Yellow - Aetna Copy   Pink - Employee Copy

CONFIDENTIAL

NYP-FL000516