# **EXHIBIT 4**

## Page 54

```
 1      JESSE ANGELO
 2   recall that you had this discussion with
 3   him?
 4      A    I don't know.
 5      Q    Well, tell me as best you can what
 6   was said during these conversations.
 7      A    Which conversations?
 8      Q    All of them.
 9           MR. LERNER: Objection.
10      A    If you ask me a specific question,
11   I can answer it.  If you ask me impossibly
12   vague generalities to characterize what
13   business decisions -- you tell me what a
14   business decision is and I'll tell about a
15   conversation about it.  You just can't --
16           I don't know what you are talking
17   about.  I'm sorry.  I'm trying to be
18   helpful.
19      Q    You just told me you have a
20   specific recollection of conversations with
21   Rupert Murdoch in which you discussed
22   business decisions, right?
23      A    Yes.
24      Q    So tell me about one of those
25   specific recollections.
```

## Page 55

```
 1      JESSE ANGELO
 2           MR. LERNER:  Maintain my
 3   objection to the question.
 4           Go ahead and answer.
 5      A    When The Daily started, decisions
 6   were made about the title of the
 7   publication.
 8      Q    Okay.
 9           Do you have any other specific
10   recollections about discussions with Rupert
11   Murdoch of business decisions?
12           MR. LERNER:  Objection.
13      A    I can't recall any other specific
14   discussions.
15      Q    The only specific discussion you
16   recall having with Rupert Murdoch about the
17   business of The Post and The Daily is the
18   title of the publication of The Daily?
19           MR. LERNER:  Objection.
20      A    Again, that's the only one I recall
21   right now, yes.
22      Q    Were there other discussions
23   involving Rupert Murdoch involving business
24   decisions of The Post and The Daily that you
25   cannot recall the specifics of?
```

## Page 56

```
 1      JESSE ANGELO
 2           MR. LERNER:  Objection.
 3      A    I don't understand what that means.
 4   Can you repeat that, please.
 5      Q    I believe you testified earlier
 6   that you had had discussions with Rupert
 7   Murdoch about business decisions, correct?
 8           MR. LERNER:  Objection.
 9      Q    You didn't say one business
10   decision.
11      A    That is correct.
12      Q    So you discussed other business
13   decisions with Rupert Murdoch in addition to
14   the title of The Daily, right?
15           MR. LERNER:  Objection.
16      A    Again, that is the business
17   discussion that I can recall.
18      Q    But you've had more than one
19   discussion about business, right?
20      A    Again, you keep using this phrase
21   "business discussions."  It's an impossibly
22   vague term.
23           If you can be specific of what you
24   want to know?  I'll be happy to tell you,
25   but business decisions is too broad a term
```

## Page 57

```
 1      JESSE ANGELO
 2   for me to understand what you are referring
 3   to.
 4      Q    Okay.
 5           So if we say by "business" we mean
 6   anything involving the economic health of
 7   The New York Times or The Daily, would that
 8   be fair?
 9           MR. LERNER:  Objection.
10           I meant New York Post.  Did I say
11   New York Times?
12      A    Can you repeat the question.  I
13   don't know what the New York Times has to do
14   with anything.
15      Q    I'm sorry.  I don't read The Post.
16   I only read The Times.  So no insult.  It's
17   just I tend to say The Times.
18           If by "business," let's just say by
19   "business" we mean any decision involving
20   the economic health of the newspaper.
21           MR. LERNER:  Objection.
22      A    Any discussion about the economic
23   health of the newspaper?
24           MR. LERNER:  Objection.
25      Q    So advertising, personnel
```