# **EXHIBIT 5**

Page 166

```
1         JORDAN LIPPNER
2   some stuff that I do with HarperCollins.
3   You know, I would include them in references
4   to things -- you know, so I'll try to be
5   more precise and not use the word "our."
6       Q    Does News Corporation own the
7   community newspaper groups?
8       A    Ultimately, yes.
9       Q    Did News Corporation acquire the
10  community newspaper groups?
11      A    I believe they were acquired by
12  News America Incorporated.
13      Q    Now, also in this exhibit, you see
14  Mr. Goodstein is quoted.  It states
15  "Mr. Goodstein said, 'I could not imagine a
16  more exciting time to join News Corporation,
17  one of the most interesting companies in the
18  world and whose leader Rupert Murdoch I
19  greatly admire and respect."
20           Do you see that?
21      A    Yes.
22      Q    Do you know if Mr. Goodstein made
23  that statement?
24      A    No idea.
25      Q    But is it still your testimony that
```

Page 167

```
1         JORDAN LIPPNER
2   Mr. Goodstein does not work for News
3   Corporation?
4       A    It's my testimony that
5   Mr. Goodstein is an employee of News America
6   Incorporated.
7       Q    So it's your testimony that
8   Mr. Goodstein is not an employee of News
9   Corporation, correct?
10      A    It's my testimony that's he's an
11  employee of News America Incorporated.
12      Q    Is he also an employee of News
13  Corporation?
14      A    Not to my knowledge.
15           MR. LERNER:  I'm going to take
16  this opportunity on the record to
17  mark this deposition as confidential
18  under the terms of the parties'
19  confidentiality agreement in both the
20  Guzman and Fenner and Livingston
21  cases.
22           MR. THOMPSON:  The entire
23  deposition?
24           MR. LERNER:  Yes.
25           MR. THOMPSON:  That's
```

Page 168

```
1         JORDAN LIPPNER
2   ridiculous, Mr. Lerner.
3           What's the basis of marking the
4   entire deposition confidential?
5           MR. LERNER:  Much of the
6   information that has been testified
7   to by Mr. Lippner regarding corporate
8   structure is not public information.
9   Although News Corp. is a publicly
10  traded entity, its structure, many
11  aspects of its structure are not
12  publicly disclosed.
13          THE WITNESS:  We have 30 days
14  under the agreement to decide.
15          MR. THOMPSON:  But would you
16  agree everything Mr. Lippner has
17  testified to does not go to the
18  corporate structure of News Corp.?
19          MR. LERNER:  Yes.  I'm acting
20  in an abundance of caution.  We will
21  review the testimony of the
22  transcript when we receive it and
23  make more specific designations after
24  that, but I want to be clear that we
25  regard this testimony today as
```

Page 169

```
1         JORDAN LIPPNER
2   confidential pending further review.
3          (Lippner Exhibit 5, Press
4   Release issued by News Corporation,
5   "News Corporation acquires two New
6   York City neighborhood newspapers
7   groups, TimesLedger and
8   Courier-Life," Bates Number
9   SG-6787, was marked for
10  Identification.)
11  BY MR. THOMPSON:
12      Q    Mr. Lippner, I'm now showing you
13  what has been marked as Lippner Deposition
14  Exhibit 5.  It's Bates stamped SG-6787.
15  Please take a moment and look it and tell us
16  if you recognize that exhibit.
17      A    Okay.
18      Q    Do you recognize it?
19      A    I do.
20      Q    What is it?
21      A    It's a press release.
22      Q    Is it a press release that was
23  issued by News Corporation?
24      A    It appears to be.
25      Q    Did you review this press release
```