# **EXHIBIT 6**

## W-2 2006 Employee Reference Copy — Wage and Tax Statement

Copy C for employee's records. OMB No. 1545-0008

| a Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 941136 73/LQS | 105 | | A 160 |

c Employer's name, address, and ZIP code

NEWS AMERICA INCORPORATED
1211 6TH AVE 3RD FL
NEW YORK NY 10036

Batch #02529

e/f Employee's name, address, and ZIP code

LES GOODSTEIN
NEW YORK, NY 10025

| b Employer's FED ID number | d Employee's SSA number |
|---|---|
| 13-3249610 | |

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 — C |
| | 12b D |
| 14 Other SDI | 12c / 12d |
| | 13 Stat emp. / Ret. plan X / 3rd party sick pay |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
| NY | 13-3249610 | |
| 17 State income tax | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name NYC RES |

## W-2 2007 Employee Reference Copy — Wage and Tax Statement

Copy C for employee's records. OMB No. 1545-0008

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 941136 73/LQS | 001160 | | A 158 |

c Employer's name, address, and ZIP code

NEWS AMERICA INCORPORATED
1211 6TH AVE 7TH FLR
NEW YORK NY 10036

Batch #02092

e/f Employee's name, address, and ZIP code

LES GOODSTEIN
NEW YORK, NY 10025

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 13-3249610 | |

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 — C |
| | 12b D |
| 14 Other SDI / RSU | 12c / 12d |
| | 13 Stat emp. / Ret. plan X / 3rd party sick pay |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
| NY | 13-3249610 | |
| 17 State income tax | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name NYC RES |

## W-2 2008 Employee Reference Copy — Wage and Tax Statement

Copy C for employee's records. OMB No. 1545-0008

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 941136 73/LQS | 002200 | | A 165 |

c Employer's name, address, and ZIP code

NEWS AMERICA INCORPORATED
1211 6TH AVE 7TH FLR
NEW YORK NY 10036

Batch #03074

e/f Employee's name, address, and ZIP code

LES GOODSTEIN
NEW YORK, NY 10025

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 13-3249610 | |

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 — C |
| | 12b D |
| 14 Other SDI / RSU | 12c / 12d |
| | 13 Stat emp. / Ret. plan X / 3rd party sick pay |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
| NY | 13-3249610 | |
| 17 State income tax | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name NYC RES |

## W-2 2009 Employee Reference Copy — Wage and Tax Statement

Copy C for employee's records. OMB No. 1545-0008

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 941136 73/LQS | 002200 | | A 171 |

c Employer's name, address, and ZIP code

NEWS AMERICA INCORPORATED
1211 6TH AVE 7TH FLR
NEW YORK NY 10036

Batch #03774

e/f Employee's name, address, and ZIP code

LES GOODSTEIN
NEW YORK, NY 10025

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 13-3249610 | |

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 — C |
| | 12b D |
| 14 Other SDI / RSU | 12c / 12d |
| | 13 Stat emp. / Ret. plan X / 3rd party sick pay |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
| NY | 13-3249610 | |
| 17 State income tax | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name NYC RES |