# **EXHIBIT 1**

```
1    SHARI LOGAN
2  he said that.  When I had said, you know, do
3  you want to talk about this, remember when I
4  was -- I asked him that question on the day
5  of the demonstrations, the protests, and,
6  yeah, his voice definitely was raised when
7  he responded "Absolutely not."
8      Q    That's the conversation we
9  discussed earlier, right?
10     A    Yes.
11     Q    And earlier you said you weren't
12 sure if he said "Absolutely not" or "No"
13 when you asked him if he can talk.
14          Do you recall now that he said
15 "Absolutely not"?
16     A    Yeah, I think it was "Absolutely
17 not."  Yes, "Absolutely not."  That's what
18 I'm going to go with.  I remember those
19 words, yeah.
20     Q    And he didn't say anything else to
21 you that day; is that right?
22     A    No.  Nope.
23     Q    You know who Robert George is,
24 don't you?
25     A    Robert George?
       TSG Reporting - Worldwide    877-702-9580
```

```
1    SHARI LOGAN
2      Q    Do you know Robert George is the
3  editorial page editor of The New York Post?
4          MR. CLARK:  Objection.
5      A    No, that name doesn't sound
6  familiar to me right now.  Robert George.
7  He was the editor of the editorial page
8  while I was there, Robert George?
9      Q    Yes.  You don't know who Mr. George
10 is?
11     A    Un-un, no.  That name doesn't sound
12 familiar.
13     Q    Do you know Evelyn Cordon,
14 associate photo editor at The New York Post?
15     A    Yes.  Yes, I do know her.  Had a
16 couple conversations with her.
17     Q    And you know that Evelyn Cordon is
18 Hispanic, right?
19         MR. CLARK:  Objection.
20     A    Yeah, she's Hispanic.
21     Q    You know David Rentas, who is the
22 photo editor of The New York Post?
23         MR. CLARK:  Objection.
24     A    Yes.  David Rentas, yes.
25     Q    And you know Mr. Rentas is also
       TSG Reporting - Worldwide    877-702-9580
```

```
1    SHARI LOGAN
2  Hispanic?
3          MR. CLARK:  Objection.
4      A    Yes.
5      Q    Do you know Juan Arellano, deputy
6  photo editor of The New York Post, is also
7  Hispanic?
8          MR. CLARK:  Objection.
9      A    Yes.  Oh, Robert George.  I know
10 who that is now.  He's African-American.
11     Q    Yes, Robert George is
12 African-American?
13     A    Yeah, he's on Channel 1 sometimes,
14 yeah, I know who that is.
15     Q    Do you know Isaac Guzman, who is
16 the Sunday features editor, is also
17 Hispanic?
18         MR. CLARK:  Objection.
19     A    Yes.
20     Q    Do you remember, Shari, submitting
21 an affidavit, signing an affidavit where you
22 swore that there is only one editor at
23 The New York Post who is not white?
24     A    Yes.  At the time I was referring
25 to me working in the City section.
       TSG Reporting - Worldwide    877-702-9580
```

```
1    SHARI LOGAN
2          The City section, all of those
3  people, you are correct, they're all from
4  different backgrounds, of color, but they
5  are not involved in the -- okay.  Juan is
6  and David is, but those other people, the
7  City section, as it's called, and, you know,
8  the paper -- the part of the paper, there
9  aren't a lot of African-American or people
10 of color that make the decisions of that
11 section.
12         So at the time of the affidavit
13 that's what I was referring to, the fact
14 that there's only Laura who is -- Lauren who
15 would be considered a minority,
16 quote-unquote, because she is a woman, but
17 all those other people that you mentioned,
18 they are not part of the City section and
19 its contents.
20     Q    But that's not what your affidavit
21 said; isn't that right?
22         MR. CLARK:  Objection.
23     A    Well, what does it say?
24     Q    You stated specifically, "There is
25 currently only one editor at The Post who is
       TSG Reporting - Worldwide    877-702-9580
```

```
 1         SHARI LOGAN
 2   not white."
 3        MR. CLARK:  Objection.
 4   A     Who is not white.
 5        I guess at the time I didn't
 6   consider even though the photo editors, even
 7   though that's their title, I didn't consider
 8   them because me, being a writer and writing
 9   background, I just didn't consider them at
10   all because they are like on the photo side,
11   most of them, or on the section that I had
12   very little experience with.
13   Q     Do you know Ricky Eng who is a news
14   editor at The New York Post?
15   A     Ricky Eng?
16   Q     E-N-G.  He's an Asian news editor
17   at The New York Post?
18        MR. CLARK:  Objection.
19   A     No, I don't remember.  Even though
20   the name sounds familiar, I don't remember
21   Ricky Eng being a news editor.
22   Q     We just reviewed only a handful of
23   the nonwhite editors at The New York Post.
24        MR. CLARK:  Objection.
25   Q     So going back to your sworn
```

```
 1         SHARI LOGAN
 2   statement that there is currently only one
 3   editor at The Post who is not white, is that
 4   an accurate statement?
 5   A     At the time when I said that, it
 6   was because my experience and my knowledge
 7   of that statement was referring to the
 8   people that did the actual -- that, you
 9   know, had control over the writing content.
10        At the time when I signed that
11   affidavit, I didn't really consider like the
12   photo editors because, I mean, yes, pictures
13   are a big part of the newspaper, but most --
14   I mean, you read the newspaper -- you read a
15   newspaper, you know.  You read the articles,
16   you just don't pick up a newspaper for the
17   photos.
18   Q     But in your affidavit, you did not
19   say that you were only referring to those
20   who controlled the City Desk, did you?
21        MR. SMITH:  Objection.
22   A     If I remember correctly, I probably
23   didn't make that distinction, no, I didn't.
24   Q     So you made it sound like a much
25   broader statement; isn't that right?
```

```
 1         SHARI LOGAN
 2        MR. CLARK:  Objection.
 3   A     A much broader statement?
 4        Well, like I said, I mean at the
 5   time, I was just considering the people that
 6   actually controlled the articles and the
 7   writing content.  I really did not consider
 8   all those -- all the people in the photo
 9   side.
10   Q     Well, Robert George isn't a photo
11   person.  He's black.
12   A     That's the editorial -- right.
13   That's true.  I didn't consider him either.
14   Q     Andrew Wang, real estate editor.
15   He's Asian.  He's not a photo person.
16   A     Who?
17   Q     Andy Wang.  W-A-N-G.
18   A     Oh, but the real estate section
19   just has listings.  Oh, okay.  They have --
20   yeah.
21   Q     Jay Sherman, do you know who Jay
22   Sherman is?
23   A     Yeah.  He was a business editor.
24   Q     Yes.  And Jay Sherman is
25   African-American, right?
```

```
 1         SHARI LOGAN
 2        MR. CLARK:  Objection.
 3   A     He was a business editor at the
 4   time when I signed that?  I don't remember.
 5   I know at one point he left.  I know he left
 6   at one point.
 7   Q     Well, would you agree that it's not
 8   an accurate statement to have said at any
 9   time that you signed this affidavit back in
10   November 2009 that there is currently only
11   one editor at The Post who is not white?
12        MR. CLARK:  Objection.
13   A     Now considering all those other
14   sections, no, it's not accurate, but at the
15   time I was just thinking about the sections
16   that I had experience with and I worked
17   with, which was like the City section and
18   the Feature section.  Those are the sections
19   I had experience with.
20        So that too, I -- that's what I was
21   referring to.
22   Q     So who is the one editor at
23   The Post who you were referring to who is
24   not white in November 2009?
25   A     Good question.
```

1 SHARI LOGAN
2 worked on.
3     MS. LOVINGER: I did not ask
4 her about the setup of the offices.
5 We talked about what floor she worked
6 on and that's it. She made reference
7 to the ninth and tenth floor.
8     You are now asking about people who
9 worked in finance and in accounting and
10 on a floor that she never testified about
11 this morning or this afternoon at any
12 time during my examination of Shari.
13     MR. CLARK: I disagree.
14     MS. LOVINGER: The record will
15 speak for itself and let's go off the
16 record and call the Court.
17     MR. CLARK: If that's what you
18 want to do.
19     MS. LOVINGER: Let's go off the
20 record.
21     THE VIDEOGRAPHER: Going off
22 the record at 4:16 p.m.
23     (A brief recess was
24 taken.)
25     THE VIDEOGRAPHER: We're back
TSG Reporting - Worldwide    877-702-9580

1 SHARI LOGAN
2 on record at 4:35 p.m.
3 BY MR. CLARK:
4     Q    Ms. Logan, let me change gears a
5 little bit.
6     You said you prepared -- I think
7 you put it you would "fix papers for Les
8 Goodstein"; is that correct?
9     A    That's correct. Yes, that's
10 correct.
11     Q    Is it your understanding that Les
12 Goodstein was a New York Post employee?
13     A    Yes.
14     Q    Why do you think that?
15     A    I just don't see why as a copy
16 person I would have been preparing newspaper
17 bundles for non-New York Post employees.
18     Q    As far as you know, all the people
19 you prepared bundles for were New York Post
20 employees?
21     MS. LOVINGER: Objection.
22     A    Yes, they were.
23     Q    Do you know who Ebony Clark is?
24     I think you testified earlier about
25 Ebony Clark.
TSG Reporting - Worldwide    877-702-9580

1     SHARI LOGAN
2     Who is Ebony Clark?
3     A    She was a fellow copy person.
4     Q    Did she ever talk to you about
5 harassing conduct in the workplace?
6     A    Other than our disappointment with
7 the cartoon, no.
8     So harassment? No.
9     Q    Any type of harassment.
10     MS. LOVINGER: You have to let
11 the witness finish, Paul.
12     A    Any harassment, no, I don't recall
13 at this time.
14     Q    Has she ever talked about any
15 discriminatory conduct in the workplace?
16     MS. LOVINGER: Objection.
17     Well, both of us felt that we were,
18 you know, doing all we can to move up, so
19 to speak, up that ladder. And then, so
20 both of us would just be -- we would
21 always speak to each other about the fact
22 that we were upset that we hadn't been
23 given the full-time position.
24     So that was an experience that we
25 both shared together.
TSG Reporting - Worldwide    877-702-9580

1     SHARI LOGAN
2     Q    So my question was about
3 discriminatory conduct.
4     Is it your answer then that this
5 failure to promote her was discriminatory?
6     MS. LOVINGER: Objection.
7     A    Was it discriminatory? No. I
8 mean, I'm not going -- I won't say it was
9 discriminatory. I mean we were just both
10 upset that we hadn't been promoted.
11     Q    Why was she upset that she hadn't
12 been promoted?
13     MS. LOVINGER: Objection.
14     A    Well, we both wanted to be in --
15 well, we both liked journalism. That's why
16 we had that job and we wanted successful
17 careers in media.
18     And we both felt that we had been
19 there for like a number of years and just
20 wanted to know when things were going to
21 turn around, when things were going to
22 change.
23     Q    Did she ever complain to you that
24 she felt she was not being promoted quickly
25 enough?
TSG Reporting - Worldwide    877-702-9580