# **EXHIBIT 2**

Page 210

Clark

1
2  Q. And Michelle Gotthelf and Dan
3  Greenfield accommodated your schedule by
4  moving your reporting shift to Saturday?
5      A. Yes.
6          MS. DATOO: Did you say 2010?
7          MR. LOVINGER: Yes.
8      Q. But your classes prohibited you
9  from working certain days; is that correct?
10     A. Yes.
11     Q. You could not have been a
12 full-time runner reporter and take those
13 class; is that right?
14     A. No, I could have -- well what do
15 you mean by full-time reporter; because none
16 of us were full-time reporters, we were doing
17 it as free-lance, and none of the workers
18 there were full-time. I don't understand how
19 they worked it out. We were still considered
20 to be part-time workers, we were not
21 full-time.
22     Q. Could you have worked five days a
23 week Monday through Friday and taken your
24 classes?
25     A. No.

Page 211

Clark

1
2      Q. Did you ever apply for a full-time
3  position?
4      A. At another company?
5      Q. No, at the New York Post. Did you
6  ever apply for a full-time position at the New
7  York Post?
8      A. Not that I remember, I don't
9  remember.
10     Q. Did you apply for other positions
11 at the New York Post?
12     A. I don't remember.
13     Q. Did you apply for positions in
14 departments other than the city desk at the
15 New York Post?
16     A. I don't remember.
17     Q. Did you ever request to perform
18 work for other departments of the New York
19 Post in connection with your role as a copy
20 assistant?
21     A. I don't remember.
22     Q. Do you believe that other copy
23 assistants were promoted more quickly than
24 you?
25     A. Yes.

Page 212

Clark

1
2      Q. Who do you believe was promoted
3  more quickly than you?
4      A. I don't know the young lady's
5  name.
6      Q. It was a women?
7      A. Yes.
8      Q. And you don't know her name?
9      A. No.
10     Q. Do you know what position she was
11 promoted to?
12     A. I do know that she was given more
13 reporter shifts.
14     Q. Are you aware of this woman's
15 prior work experience?
16     A. No. I believe that she had just
17 graduated from school.
18     Q. Do you know what kind of degree
19 she had received?
20     A. No.
21     Q. When you say that she was given
22 more reporting shifts, is that a promotion?
23     A. Well for us it is, that is why it
24 is so hard to explain. As copy news
25 assistants for us that is given more reporter

Page 213

Clark

1
2  shifts that is a promotion for us only because
3  you are working the copy shift to get the
4  reporting shifts, and the more you get the
5  better it is for you.
6      Q. Were you aware of this woman's
7  qualifications?
8      A. No.
9      Q. Were you aware of this woman's
10 prior writing experience?
11     A. I believe she said that she
12 interned somewhere, but I don't know exactly
13 where.
14     Q. Were you aware of this woman's
15 prior reporting experience?
16     A. I don't believe she reported
17 anywhere, but I know she interned. I don't
18 remember exactly where she interned though.
19     Q. Did you have any knowledge of this
20 woman's quality of work?
21     A. No.
22     Q. Did you ever personally review
23 this woman's work product?
24     A. From the stories that were printed
25 in The Post, yes. If I am reading the paper I

```
                                       Page 214
 1                  Clark
 2    would read it and see the byline and stuff
 3    like that.
 4        Q.   Did you ever hear any of the
 5    editors at the paper talk about why this woman
 6    received the assignments she did?
 7        A.   No.
 8        Q.   As part of your duties as a copy
 9    assistant were you expected to answer
10    telephones?
11        A.   No, but if you had to you did.
12    But --
13        Q.   What do you mean if you had to?
14        A.   Because that was someone else's
15    role.  Myron and Ionte and someone else would
16    handle that side of it.  But if you noticed
17    that they may have stepped away and you hear
18    the phone keep ringing you would answer it,
19    you know, just to try to help them out out of
20    consideration and stuff.
21        Q.   So whose phones would you answer?
22        A.   Well it was not specifically their
23    phone, they all three of them shared the
24    phone, whoever was sitting in that area.
25        Q.   Okay.  The phone calls, the
```

```
                                       Page 215
 1                  Clark
 2    incoming phone calls would include people from
 3    outside The Post calling; right?
 4        A.   Yes.
 5        Q.   Did people call the newspaper with
 6    story ideas?
 7        A.   Sometimes.
 8        Q.   Did people call the newspaper with
 9    tips for stories?
10        A.   Yes.
11        Q.   Did you ever receive a call from
12    someone with a tip about a story?
13        A.   Not that I remember.
14        Q.   Did you ever receive a phone call
15    from someone with a story idea?
16        A.   Yes.  I don't remember exactly
17    what the idea was, but I, you know, I can
18    recall a few people when you answer they say
19    that they have a story idea or they give you a
20    suggestion.
21        Q.   And then who did you pass it along
22    to?
23        A.   Sometimes they would tell you to
24    give them the general E-mail so they can
25    submit their story idea or their tip to that
```

```
                                       Page 216
 1                  Clark
 2    E-mail, and then someone would get back to
 3    them about it.
 4        Q.   Are you aware if The Post has ever
 5    missed a story that another paper got because
 6    of a missed phone call?
 7        A.   No.
 8        Q.   When did you first become aware
 9    that you had to answer telephones as part of
10    your job?
11             MR. DATOO:  Objection.
12        A.   One day someone had stepped away
13    to go to the bathroom and the phone kept
14    ringing and it was ringing and ringing, and I
15    don't remember who screamed, but one of the
16    editors screamed really loud for us to answer
17    the phone, and then that is when we realized
18    that we had -- that is the day that I realized
19    that we had to answer the phone because before
20    that I didn't know, and it just kept ringing
21    and ringing and ringing, but we didn't realize
22    it, and then one of the editors yelled for us
23    to answer it.
24        Q.   Who was it who screamed really
25    loud for you to answer the phone?
```

```
                                       Page 217
 1                  Clark
 2        A.   I don't remember which editor it
 3    was, but I know someone screamed loud to
 4    answer the phone.
 5        Q.   Were you offended when that person
 6    screamed for you to answer the phone?
 7        A.   In a way yes because being that
 8    the news room is so open and then the way they
 9    screamed and how loud they screamed, it just
10    makes you feel uncomfortable.
11        Q.   Do you remember what words were
12    used?
13        A.   I don't remember.
14        Q.   Did they specifically use your
15    name?
16        A.   I don't think that they used my
17    name specifically, I think they were referring
18    to all of the news room assistants at the time
19    that were there present at that time.
20        Q.   And that offended you?
21        A.   Uh-hum.
22        Q.   Do you know how long you had been
23    working at The Post when that happened?
24        A.   I don't remember.
25        Q.   Did you think that there was
```