# EXHIBIT 3

Confidential Attorneys' Eyes Only

Page 298

```
1          Gotthelf - CONFIDENTIAL
2   inherited.
3       Q.  But there have been openings for
4   editors on the metro desk, have there not?
5       A.  Yes, and I've put applications
6   and I've hired highly qualified people for
7   my desk.
8       Q.  And have you ever tried to hire
9   an African-American for one of those
10  positions?
11          MR. LERNER:   Objection.
12      A.  I don't base anything on race.  I
13  look for the best candidate.
14      Q.  So that's a no?
15          MR. LERNER:   Objection.
16      A.  Sorry, restate the question.
17      Q.  Have you ever tried to hire an
18  African-American for one of the vacant
19  editorial positions?
20          MR. LERNER:   Objection.  What
21  is tried to hire?
22      A.  I don't understand that.  I'm
23  sorry, if you could explain.
24      Q.  Have you ever put forward any
25  African-American candidates for the
```

Page 299

```
1          Gotthelf - CONFIDENTIAL
2   positions that have opened up on the
3   editorial or the -- on the editorial staff?
4          MR. LERNER:   Objection.
5       A.  I have tried out an
6   African-American on my city desk.
7       Q.  Who was that?
8       A.  Leonard Green.
9       Q.  When was this?
10      A.  Right before I made my -- I was
11  going to say my most recent hire, but give
12  me a second, I can -- when I had an
13  opening.
14      Q.  And why wasn't he hired
15  full-time?
16      A.  Mr. Green didn't want the job and
17  wanted to continue writing.
18      Q.  Mr. Green turned it down?
19      A.  Mr. Green tried out on the desk
20  for several days and when I asked him if he
21  liked it, he said he wanted to continue
22  writing.
23      Q.  Are you familiar with the travel
24  patterns of your various employees?
25          MR. LERNER:   Objection.
```

Page 300

```
1          Gotthelf - CONFIDENTIAL
2       A.  I don't understand familiar with
3   travel patterns.
4       Q.  Well, you dispatch your reporters
5   to stories, correct?
6       A.  Me and my associate metro
7   editors.
8       Q.  So if someone goes out of town on
9   a story, would you know about that, right?
10          MR. LERNER:   Objection.
11      A.  Oftentimes.
12      Q.  Can you name any reporter who was
13  dispatched on out of town stories more
14  frequently than Austin Fenner during the
15  two years that he was employed there?
16      A.  Yes.
17      Q.  Who are they?
18      A.  Lorena Mangeli and Rebecca
19  Rosenberg.
20      Q.  And how often were Lorena and
21  Rebecca sent out of town?
22      A.  I don't know.
23      Q.  So how do you know that they were
24  sent out of town more often than Austin?
25      A.  Because I looked at my travel
```

Page 301

```
1          Gotthelf - CONFIDENTIAL
2   assignments to determine who was sent out
3   the most and Mr. Fenner during his time
4   period was not.
5       Q.  You looked at travel assignments,
6   you have a record of all the assignments
7   that people were sent out of town?
8       A.  Yes.  We paid for these
9   assignments.
10      Q.  Okay.  Do you know if that --
11  those documents have been produced in this
12  case?
13          MR. LERNER:    Objection.
14      A.  I don't know.
15          (Gotthelf Exhibit 20, NYP-FL
16  797-798, marked for identification.)
17      Q.  I'd like to give you a document
18  marked Gotthelf 20.  Take a look at that,
19  please.  This is an e-mail from you on
20  November 9, 2009, is that correct?
21      A.  Yes.
22      Q.  And for the record, this is Bates
23  stamped NYP-FL 797.  Could you read what it
24  says there on the text?
25      A.  Yes.  Make sure you have
```