# **EXHIBIT 4**

CONTAINS CONFIDENTIAL AND ATTORNEYS' EYES ONLY PORTIONS

Page 378

```
1              Greenfield
2    connection with those stories?
3        A.    Austin was one of the reporters,
4    we sent a lot of people out that day.  He was
5    one of the reporters who was sent to the scene
6    where this was all going on in the Hudson, and
7    he, he was out there, he, I think he talked to
8    some people as they were coming out of the
9    water.  I remember that story, that was a
10   great story, I love that story.
11       Q.    In fact didn't Mr. Fenner
12   interview one of the survivors while that
13   survivor was in his underwear?
14       A.    He might have.
15       Q.    And the New York Post also gave
16   coverage to the Presidential inauguration of
17   Barack Obama; correct?
18       A.    Yes.
19       Q.    Would you also agree that that was
20   an international story?
21       A.    I certainly would.
22       Q.    You also know that Austin Fenner
23   contributed to those stories; right?
24       A.    You are talking about the day of
25   the inauguration?
```

Page 379

```
1              Greenfield
2        Q.    Yes.
3        A.    Yes, he was.  The whole staff was
4    on it that day pretty much.  So yes, he was
5    one of the people.
6        Q.    In fact Austin Fenner did a story
7    about a congregation in Harlem that Martin
8    Luther King visited just days before his
9    assassination that was also traveling down to
10   Washington, D.C. for President Obama's
11   inauguration; is that correct?
12       A.    That is my recollection.  I don't
13   remember the specifics of that, but I do
14   remember something along those lines.
15       Q.    That was an enterprise story,
16   wasn't it?
17       A.    No, I wouldn't call it an
18   enterprise story.  It was a nice sidebar, we
19   ran a 32 page section that day, the day of the
20   inauguration.  I am extremely proud of that
21   work.  We -- it was a sidebar, a nice color
22   piece, that is when you are -- when you are
23   putting a package together you want
24   different -- you want the hard news, you want
25   what is called color, something that brightens
```

Page 380

```
1              Greenfield
2    things up, changes things.  That was a very
3    nice contribution to a very, very big package.
4        Q.    Did the New York Post ever receive
5    a New York Press Club award for its coverage
6    of President Obama's inauguration?
7        A.    Yes.
8        Q.    So Austin Fenner contributed to
9    stories that led to the New York Post getting
10   an award by the New York Press Club; correct?
11       A.    It was a staff award and he was on
12   staff, he worked that day.
13       Q.    Did there come a time, Mr.
14   Greenfield, when the New York Post published a
15   cartoon in February of 2009 that led to
16   protests?
17       A.    I am sorry, please repeat the
18   question.
19       Q.    Can you please repeat that
20   question, sir.
21           (Record read.)
22       A.    Yes, I believe that there was a
23   cartoon that was published at that time and
24   people protested.
25       Q.    Mr. Greenfield, I am showing you
```

Page 381

```
1              Greenfield
2    now what has been marked as Deposition Exhibit
3    14, Bates stamped NYP-FL 147.
4           (Greenfield Exhibit 14, Bates
5           stamped NYP-FL 147, marked for
6           identification, as of this date.)
7        Q.    I ask you to take a moment and
8    look at it.
9        A.    May I ask after this line of
10   questioning is it all right if I go to the
11   bathroom again.
12       Q.    Sure.  You recognize that exhibit?
13       A.    I do.
14       Q.    Did you approve the publication of
15   this cartoon before it appeared in the New
16   York Post?
17       A.    No.
18       Q.    Do you know who approved the
19   publication of this cartoon before it appeared
20   in the New York Post?
21       A.    I don't know for sure.
22       Q.    Did you have any conversations
23   with any editors about who approved this
24   cartoon before it appeared in the New York
25   Post?
```