# **EXHIBIT 5**

# The New York Press Club Journalism Awards

## Winners in Previous Years

### 2010 Winners

#### GOLD KEYBOARD
*(Single Award) Outstanding enterprise or investigative reporting.*

"World of Hurt"
Steven Greenhouse, N.R. Kleinfield
*The New York Times*

Finalists:
"Paterson Probes" Fredric U. Dicker, *The New York Post*
"Held by the Taliban" David Rohde, *The New York Times*

#### NELLIE BLY CUB REPORTER
*(Single Award) Best journalistic effort by an individual with three years or less professional experience.*

"Various Articles"
Jessica Bennett
Newsweek

#### ANTICIPATED NEWS
*Coverage of a major event that was scheduled well in advance.*

**Newspaper**
"President Obama's Inauguration"
The New York Post Staff
*The New York Post*

**Newswire**
"Sentencing of Bernard Madoff"
Tom Hays, Larry Neumeister, Vinnee Tong, Samantha Gross
The Associated Press

**Radio**
"The Yankees Tickertape Parade"
WCBS-AM News Team
WCBS-AM 880 Newsradio

**TV**
"Yonkers Firefighter Funeral"
News 12 Staff
News 12 Westchester

#### BEST HEADLINE AND FRONT PAGE