# **EXHIBIT 6**



# President Barack Obama
## — January 20, 2009 —

**HISTORIC 32-PAGE INAUGURATION SOUVENIR**







## DAY OF DESTINY

### Roberts is the oaf of office

**Carter snubs the Clintons**

---

## FOR ALL AMERICA
- President Obama takes historic oath
- Vows a 'new era of responsibility'



## DANCIN' IN THE STREETS



### Obamas get out

## STREETS



### and join people's party

## Inspiring break from the same old, same old




**CHARLES HURT**

## Sober talk of challenge tempers a joyful mood

**PEGGY NOONAN**



---



**#1 7 YEARS... AND COUNTING**
POWERFUL DAYS — POWERFUL NIGHTS

"2008 WAS FOX NEWS' HIGHEST-RATED YEAR IN TOTAL DAY AND PRIMETIME."
— The Hollywood Reporter, Dec. 30, 2008

"FOX NEWS RACKED UP ITS SEVENTH STRAIGHT YEAR AS THE MOST-WATCHED CABLE NEWS CHANNEL..."
— Los Angeles Times, Dec. 31, 2008

THE MOST POWERFUL NAME IN NEWS



**NEW YEAR. NEW NETWORK. SAME BECK.**

## GLENN BECK!
### NOW ON FOX NEWS

ALL NEW WEEKDAYS AT 5PM/ET

---



## WHOLE NEW 'BALL' GAME
### Obamas dance the night away

## GOTHAM HOORAY FOR MUST-SEE TV



### Tears & cheers as big city basks in togetherness



### This surprised cynic raises a glass to new era

**ANDREA PEYSER**










# BUSH RIDES OFF INTO THE SUNSET

**Injured Cheney is the 'odd' man out**



## Dubya turns over keys to White House



## Teddy suffers seizure



**Traffic tangles up Web**

**Barack rushes to stricken legend's side**

**Bush passes off 'football' to new quarterback**

---



# MICHELLE IN A 'HUE'-TURN

**Yays & nays of white gown and green day outfit**



**Now comes the hard part for O**

**First kids are J.Crew-ners**



### 'Hometown hero' honored on 3 continents

**It's global glee over big day**



---

# WORLD SHARES IN JOY OF AMERICA'S NEW ERA





# 'On this day, we gather because we have chosen hope over fear'







## Let's hair it for the new prez

**Barbershop hot spot**

**Historic Post flies off stands**

**Students hail class act**



*— Fenner's article (p 30 of 32)*

---

## Page Six at the Inauguration
**Paula Froelich**



**A day in the sun like none before**

**Sleepless Harlem flock's joy**



**Yes, life is good amid the turmoil**

### BREAKING RECORDS. SETTING RECORDS.
**GRETA VAN SUSTEREN ON THE RECORD**



