```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AUSTIN FENNER and IKIMULISA
LIVINGSTON,

                    Plaintiffs,                  09 **CIVIL** 9832 (LGS)

           -against-                               **JUDGMENT**

NEWS CORPORATION, NYP HOLDINGS,
INC., d/b/a THE NEW YORK POST, MICHELLE
GOTTHELF and DANIEL GREENFIELD,
                    Defendants.
------------------------------------------------------------X

       New Corp. having moved for summary judgment arguing that Plaintiffs' claim against it fail because News Corp. Is not Fenner's pr Livingston's employer and is not liable as a single or joint employer of the Post; the Post, Gotthelf and Greenfield having also moved for summary judgment, arguing that Plaintiffs' harassment, discrimination and retaliation claims fail as a matter of law, and the matter having come before the Honorable Lorna G. Schofield, United States District Judge, and the Court, on December 2, 2013, having rendered its Opinion and Order granting Defendants' motions for summary judgment in their entirety, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 2, 2013, Defendants' motions for summary judgment are granted in their entirety; accordingly, the case is closed.

**Dated:** New York, New York
          December 4, 2013

                                                **RUBY J. KRAJICK**
                                                   Clerk of Court
                               BY:
                                                      Deputy Clerk

                                           **THIS DOCUMENT WAS ENTERED**
                                            **ON THE DOCKET ON** _____